**UNITED STATES DISTRICT COURT**
**STATE OF NEW YORK, SOUTHERN DISTRICT OF NEW YORK**                                      Job #1900686

**Attorney**: Law Office of Jeffrey Fleischmann PC  PH: (646) 650-5578
**Address**: 150 Broadway, Suite 900 New York, NY 10038

|  |  |
|---|---|
| MIRIAM FULD, ET AL. *Plaintiff* | **Civil Number**: 1:20-cv-03374-JMF |
| vs | **Date Filed**: 05/07/2020 |
| THE PALESTINE LIBERATION ORGANIZATION, ET AL. | **Client's File No.:** |
| *Defendant* | **Court Date:** |

STATE OF NEW YORK, COUNTY OF KINGS, SS.:

**Musab Nassar**, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **5/12/2020**, at **11:35 AM** at: **115 EAST 65TH STREET, NEW YORK, NY 10065** Deponent served the within **SUMMONS, DATED MAY 7, 2020, COMPLAINT, DATED APRIL 30, 2020, NOTICE OF INITIAL PRETRIAL CONFERENCE, DATED MAY 1, 2020**

On: **THE PALESTINE LIBERATION ORGANIZATION, Defendant** therein named.

☒ **Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to **ALMAS GUDETA** personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be **AUTHORIZED AGENT** thereof.

☐ **MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within NEW YORK State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **DESCRIPTION**
| **Sex**: Female | **Color of skin**: Brown | **Color of hair**: Scarf around head |  |
|---|---|---|---|
| **Age**: 50-65 | **Height**: 5ft 4in - 5ft 8in | **Weight**: 141-160 lbs. | **Other Features**: Wears glasses |

☐ **WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **OTHER**

Sworn to before me on 05/14/2020

_____
ANNAS NASSAR
Notray Public, State of New York
No. 01NA6387330, Qualified in Kings County
Commission Expires February 11, 2023



_____
Musab Nassar
2045119

info@serveindex.com | www.ServeIndex.com | SERVE INDEX LLC PO Box 90105 Brooklyn, NY 11209 | 2083663-DCA