AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Fuld, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-03374-JMF |
| The Palestine Liberation Organization, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Palestine Liberation Organization, The Palestinian Authority*

Date:  05/28/2020

/s/ Gassan A. Baloul
*Attorney's signature*

Gassan A. Baloul  (GB-4473)
*Printed name and bar number*

Squire Patton Boggs (US) LLP
1211 Avenue of the Americas
26th Floor
New York, New York 10036
*Address*

gassan.baloul@squirepb.com
*E-mail address*

(212) 872-9800
*Telephone number*

(212) 872-9815
*FAX number*

*reserving all of Defendants' jurisdictional and other defenses.