UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                 :
MIRIAM FULD, et al.,                 :

                 Plaintiffs,          :         20-CV-3374 (JMF)

           -v-                   :         REVISED
                 :         SCHEDULING ORDER
PALESTINE LIBERATION ORGANIZATION, et al.,  :

               Defendants.         :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      IT IS HEREBY ORDERED that the initial pretrial conference in this matter, previously scheduled for **July 15, 2020**, at **3:15 p.m.** is ADJOURNED to **August 26, 2020**, at **3:15 p.m.** in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      The parties are reminded that they must file on ECF no later than **Thursday, August 20, 2020,** a joint letter, the contents of which is described in the Court's order scheduling the initial pretrial conference (Docket No. 3), as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter.

      SO ORDERED.

Dated: June 1, 2020
      New York, New York

                                                       JESSE M. FURMAN
                                                       United States District Judge