AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Fuld, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20-cv-03374-JMF |
| The Palestine Liberation Organization, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Palestine Liberation Organization, The Palestinian Authority*                            .

Date: 08/10/2020

/s/ Joseph S. Alonzo
*Attorney's signature*

*reserving all of Defendants' jurisdictional and other defenses.

Joseph S. Alonzo (JA-1378)
*Printed name and bar number*

Squire Patton Boggs (US) LLP
1211 Avenue of the Americas
26th Floor
New York, New York 10036
*Address*

joseph.alonzo@squirepb.com
*E-mail address*

(212) 872-9800
*Telephone number*

(212) 872-9815
*FAX number*