## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2020 the foregoing documents were filed with the Clerk of the Court and served on all counsel of record via the Court's CM/ECF system.

/s/ *Gassan A. Baloul*
Gassan A. Baloul
*Attorneys for Defendants Palestine Liberation Organization and Palestinian Authority*