UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
     :
MIRIAM FULD, et al.,     :
                         Plaintiffs,   :
     :    20-CV-3374 (JMF)
               -v-       :
     :         ORDER
THE PALESTINE LIBERATION ORGANIZATION, et :
al.,     :
                         Defendants.   :
     :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On August 10, 2020, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

       Accordingly, it is hereby ORDERED that Plaintiffs shall file any amended complaint by **August 31, 2020**.  Plaintiffs will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

       If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss.  If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendants file a new motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

       If no amended complaint is filed, Plaintiffs shall file any opposition to the motion to dismiss by **August 31, 2020**.  Defendants' reply, if any, shall be filed by **September 8, 2020**.  At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

       Finally, it is further ORDERED that the initial pretrial conference previously scheduled for August 26, 2020 is adjourned *sine die*.

       SO ORDERED.

Dated: August 11, 2020
       New York, New York                               JESSE M. FURMAN
                                                            United States District Judge