# LAW OFFICE OF
# JEFFREY FLEISCHMANN, P.C.

150 Broadway, Suite 900
New York, N.Y. 10038

JEFFREY FLEISCHMANN

Telephone: (646) 657-9623
Facsimile: (646) 351-0694

---

August 19, 2020

Via ECF:
Hon. Jesse M. Furman
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

*Application GRANTED. The deadline for Plaintiffs to amend the Complaint or respond to the Motion to Dismiss is hereby EXTENDED to September 18, 2020. The Clerk of Court is directed to terminate ECF No. 19. SO ORDERED.*

*August 25, 2020*

Re: 1:20-cv-03374-JMF Miriam Fuld et al. v. The Palestine Liberation Organization et al.

Dear Judge Furman:

I represent plaintiffs Miriam Fuld, individually, as personal representative and administrator of the Estate of Ari Yoel Fuld, deceased, and as natural guardian of plaintiff Natan Shai Fuld, Natan Shai Fuld, minor, by his next friend and guardian Miriam Fuld, Naomi Fuld, Tamar Gila Fuld, and Eliezer Yakir Fuld ("plaintiffs"). I respectfully request a 30 day extension of plaintiff's time to amend the complaint or respond to the motion to dismiss, on consent, through September 18, 2020. I have spoken to Mitchell R. Berger, counsel for defendants, and he consents to this request. This is the first request for an extension of time.

We thank the Court for its consideration.

Respectfully Submitted,

LAW OFFICE OF JEFFREY FLEISCHMANN PC
*Attorneys for Plaintiffs*

By: /s/ Jeffrey Fleischmann
         Jeffrey Fleischmann