

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C. 20037

O   +1 202 457 6000
F   +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T   +1 202 457 6155
gassan.baloul@squirepb.com

September 24, 2020

**The application is GRANTED. The Clerk of Court is directed to terminate ECF No. 22. SO ORDERED.**

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

*[signature]*

September 24, 2020

**Re:** *Fuld, et al. v. Palestine Liberation Organization, et al.*
Case No. 1:20-cv-03374

Dear Judge Furman:

    This law firm represents the Defendants, Palestine Liberation Organization ("PLO") and Palestinian Authority ("PA"), in the above-referenced action. Pursuant to Local Civil Rule 7.1(d) and Your Honor's Individual Rule 1.E, we respectfully move the Court, on consent, for a 30-day extension, from October 9, 2020, to and including November 9, 2020, of Defendant's time to answer, move with respect to, or otherwise respond to the Plaintiffs' Amended Complaint (ECF #21, filed September 18, 2020), reserving all of Defendants' defenses and objections including objections to jurisdiction.

    Pursuant to the Court's Order of August 11, 2020 (ECF #18), Defendants have three weeks from the filing of Plaintiffs' Amended Complaint to answer or move to dismiss the Amended Complaint, or reassert their original motion to dismiss. Plaintiffs obtained an extension of their original deadline to file their Amended Complaint. *See* ECF #20. Defendants' three-week response deadline accordingly falls on October 9, 2020, and Defendants' requested 30-day extension will move Defendants' response deadline to and including November 9, 2020.[1]

---

[1] The 30th day following October 9, 2020, is November 8, 2020, a Sunday, and therefore automatically moves to the next business day pursuant to Fed. R. Civ. P. 6 (a)(1)(C).

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

**VIA ECF**

Honorable Jesse M. Furman
September 24, 2020

Plaintiffs have consented to this request.  This is Defendants' first request for an extension of time to respond to the Amended Complaint.  There is currently no appearance scheduled before the Court.

Beyond Plaintiffs' consent, there is good cause for this extension.  Plaintiffs' 53-page Amended Complaint is more than twice as long as the original Complaint and adds a significant number of new allegations, including entirely new purported grounds for personal jurisdiction and new substantive allegations.  Defendants need additional time to assess and prepare a response to these new allegations, and counsel's ability to communicate with Defendants toward that end is hampered by ongoing difficulties related to the COVID-19 pandemic.

Accordingly, Defendants respectfully request that the Court extend Defendants' time to answer, move with respect to, or otherwise respond to the Amended Complaint in this action until and including November 9, 2020.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

Squire Patton Boggs (US) LLP


/s/ *Gassan A. Baloul*
Gassan A. Baloul

cc:  All counsel of record (via ECF)