UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRIAM FULD, et al.,

                        Plaintiffs,

-against-

THE PALESTINE LIBERATION ORGANIZATION and THE PALESTINIAN AUTHORITY,

                        Defendants.

Case No.: 20-cv-3374

**ORAL ARGUMENT REQUESTED**

## **NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the Amended Complaint filed in this action; the accompanying Memorandum of Law in Support of Motion to Dismiss of Defendants the Palestine Liberation Organization and the Palestinian Authority; the Declaration of Tareq Mustafa previously filed in this action (ECF 17-2); all other prior pleadings and filings in this action; all matters of which the Court may take judicial notice; and such other and further matters as may be presented at the hearing on this Motion or prior to the Court's decision thereon, Defendants Palestine Liberation Organization and Palestinian Authority will move this Court, before the Honorable Jesse M. Furman, at the United States Courthouse, 40 Centre Street, New York, NY 10007, on a date and time to be designated by the Court, for an Order dismissing the Amended Complaint against Defendants pursuant to Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(6), and for such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), and unless otherwise agreed, papers in opposition to this Motion shall be due on or before November 23, 2020, and papers in reply shall be due on or before November 30, 2020.

- 2 -

Dated: November 9, 2020              Respectfully submitted,

**SQUIRE PATTON BOGGS (US) LLP**

<u>/s/ *Gassan A. Baloul*</u>
Gassan A. Baloul (GB-4473)
gassan.baloul@squirepb.com
Mitchell R. Berger (MB-4112)
mitchell.berger@squirepb.com
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315

Joseph S. Alonzo (JA-1378)
joseph.alonzo@squirepb.com
1211 Avenue of the Americas, 26th Floor
New York, New York 10036
Telephone: (212) 872-9800
Facsimile:  (212) 872-9815

*Attorneys for Defendants Palestine Liberation Organization and Palestinian Authority*