UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
               :
MIRIAM FULD, et al.,                         :

               Plaintiffs,         :          20-CV-3374 (JMF)

         -v-                          :          <u>ORDER</u>

THE PALESTINE LIBERATION ORGANIZATION, et : 
al.,                                           :

              Defendants.       :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* ECF No. 24, Defendants' earlier motion to dismiss filed at ECF No. 17 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **November 23, 2020**. Defendants' reply, if any, is due by **December 3, 2020**.

       The Clerk of Court is directed to terminate ECF No. 17.

       SO ORDERED.

Dated: November 9, 2020
       New York, New York                                 JESSE M. FURMAN
                                                        United States District Judge