# LAW OFFICE OF
# JEFFREY FLEISCHMANN, P.C.

150 Broadway, Suite 900
New York, N.Y. 10038

JEFFREY FLEISCHMANN                                   Telephone: (646) 657-9623
                                                      Facsimile: (646) 351-0694

---

November 19, 2020

<u>Via ECF:</u>
Hon. Jesse M. Furman
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: <u>1:20-cv-03374-JMF, Miriam Fuld et al. v. The Palestine Liberation
        Organization et al.</u>

Dear Judge Furman:

I represent plaintiffs Miriam Fuld, individually, as personal representative and administrator of the Estate of Ari Yoel Fuld, deceased, and as natural guardian of plaintiff Natan Shai Fuld, Natan Shai Fuld, minor, by his next friend and guardian Miriam Fuld, Naomi Fuld, Tamar Gila Fuld, and Eliezer Yakir Fuld ("plaintiffs") in the above-referenced case.

I respectfully request an extension of plaintiff's time to submit opposition to the Motion to Dismiss the Amended Complaint through December 23, 2020, and for defendant's time to reply, on consent, through January 18, 2021.

I have spoken to Mitchell R. Berger, counsel for defendants, and he consents to this request. This is the first request for an extension of time.

We thank the Court for its consideration.

    Respectfully Submitted,

    LAW OFFICE OF JEFFREY FLEISCHMANN PC
    *Attorneys for Plaintiffs*

   By: /s/ Jeffrey Fleischmann
      Jeffrey Fleischmann