```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MIRIAM FULD, et. al.,                           :
                                                :
                      Plaintiffs,               :
                                                :  Case No.: 20-cv-3374 (JMF)
        - against -                             :
                                                :
THE PALESTINE LIBERATION ORGANIZATION and :
THE PALESTINIAN AUTHORITY,                      :
                                                :
                      Defendants.               :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

### DECLARATION OF JEFFREY FLEISCHMANN, ESQ. IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Jeffrey Fleischmann, Esq. declares under penalty of perjury as follows:

1. I am a member of the bar of this Court, and principal of the Law Offices of Jeffrey Fleischmann, P.C., co-counsel for Plaintiffs in the above-caption. I submit this declaration in opposition to Defendants' motion to dismiss.

2. Annexed hereto as Exhibit A is a true and correct copy of the Declaration of Arieh Spitzen in *Sokolow (Waldman) v. PLO*, D.E. 1020, No. 1:04-cv-0397-GBD (S.D.N.Y.). Its Exhibits are at D.E. 1020, Exhibits 1-13.[1]

3. Annexed hereto as Exhibit B is a true and correct copy of the Declaration of Kent Yalowitz in *Sokolow (Waldman) v. PLO*, D.E. 1018, No. 1:04-cv-0397-GBD (S.D.N.Y.), together with its exhibits. Its Exhibits are at D.E. 1018, Exhibits 1-62.

---

[1] The exhibits to these declarations are not attached, but are incorporated by reference, due to their voluminous size.

4.  Annexed hereto as Exhibit C is a true and correct copy of the Declaration of Nick Kaufman in *Sokolow (Waldman) v. PLO*, D.E. 1016, No. 1:04-cv-0397-GBD (S.D.N.Y.).

5.  Annexed hereto as Exhibit D is a true and correct copy of Plaintiffs' memorandum of law regarding jurisdiction in *Sokolow (Waldman) v. PLO*, D.E. 1015, No. 1:04-cv-0397-GBD (S.D.N.Y.).

6.  Annexed hereto as Exhibit E is a true and correct copy of the United States' Amicus Curaie Brief in *Klieman v. Palestinian Authority*, D.I. 15-7034 (D.C. Cir. March 13, 2019).

7.  Annexed hereto as Exhibit F is a true and correct of NYTimes, Seeking Restart with Biden, Palestinians Eye an End to Prisoner Payments, Nov. 19, 2020, available at: https://www.nytimes.com/2020/11/19/world/middleeast/biden-palestinian-prisoner-payments.html

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 22, 2020.

By:___/s/_____
Jeffrey Fleischmann, Esq.