UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MIRIAM FULD, et al.,

                          Plaintiffs,

                   -v-

THE PALESTINE LIBERATION ORGANIZATION, et al.,

                          Defendants.

------------------------------------------------------------------X

20-CV-3374 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

As discussed on the record during today's teleconference:

1. No later than **May 6, 2021**, the parties shall submit via ECF a joint proposed certification of Defendants' challenge to the constitutionality of the Promoting Security and Justice for Victims of Terrorism Act of 2019 (the PSJVTA"), Pub. L. No. 116-94, div. J, tit. IX, § 903, 133 Stat. 3082, pursuant to 28 U.S.C. § 2403(a) and Rule 5.1 of the Federal Rules of Civil Procedure. (In the absence of agreement, the parties shall file their respective proposed versions as well as a redline.) At the same time, the parties shall submit a Microsoft Word version by email to Chambers.

2. The parties shall brief the personal jurisdiction issues in this case — including the application and constitutionality of the PSJVTA — as follows: (i) **thirty days after the Court issues its certification to the Attorney General**, Defendants shall file an opening brief of no longer than twenty-five pages; (ii) **thirty days thereafter**, Plaintiffs shall file a brief of no longer than twenty-five pages in opposition; and (iii) **ten days thereafter**, Defendants may file a reply brief of no longer than ten pages. For avoidance of doubt, these briefs will supersede the parties' prior briefs with respect to the issue of personal jurisdiction and thus should stand on their own; they should not incorporate by reference either the parties' prior briefing or briefing in any other case. Further, the briefs shall be limited to the issue of personal jurisdiction; the briefs may not address Defendants' Rule 12(b)(6) motion, which will be decided (if necessary) on the basis of the existing briefs.

SO ORDERED.

Dated: May 5, 2021
       New York, New York

_____
JESSE M. FURMAN
United States District Judge