

Squire Patton Boggs (US) LLP
1211 Avenue of the Americas
New York, New York  10036

O   +1 212 872 9800
F   +1 212 872 9815
squirepattonboggs.com

Gassan A. Baloul
T   +1 202 457-6155
gassan.baloul@squirepb.com

May 6, 2021

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
United States District Court, Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      Re:    *Fuld, et al. v. The Palestine Liberation Organization, et al.*,
              **Case No. 1:20-cv-03374 (JMF)**

Dear Judge Furman:

      We are counsel to Defendants, the Palestine Liberation Organization and the Palestinian Authority, in the above-referenced matter.

      Pursuant to the Court's Order of May 5, 2021 (ECF 34), the parties attempted to reach agreement on a joint proposed certification of Defendants' challenge to the constitutionality of the Promoting Security and Justice for Victims of Terrorism Act of 2019.  Although the parties narrowed their differences, they were unable to reach full agreement.  Accordingly, pursuant to the Court's May 5 Order, we attach hereto as Exhibit A Defendants' proposed certification order, as Exhibit B Plaintiffs' proposed certification order, and as Exhibit C a redline comparison showing Plaintiffs' changes to Defendants' proposed certification order.

      As directed by the Court, we will email to Chambers a Microsoft Word version of each of the exhibits.

      Respectfully submitted,

      Squire Patton Boggs (US) LLP

      Gassan A. Baloul

cc:    All counsel (by ECF)

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.