# EXHIBIT A

Awni Abu Hba
April 07, 2021                                              1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    - - - - - - - - - - - - - - - - - - - - - - - -x
     SHABTAI SCOTT SHATSKY, ET AL.,
4
                              Plaintiffs,
5
                              Civil No.:
6                             8 CIV. 12355 (MKV)

7
                     -against-
8

9    THE PALESTINE LIBERATION ORGANIZATION, ET AL.,

10
                              Defendants.
11   - - - - - - - - - - - - - - - - - - - - - - - -x

12                   DEPOSITION OF

13                   AWNI ABU HBA

14              Taken on April 7, 2021

15   - - - - - - - - - - - - -- - - - - - - - - - -x

16

17

18

19

20

21

22

23

24

25

Awni Abu Hba
April 07, 2021                                                2 to 5

Page 2

1
2                          I N D E X
3    WITNESS              EXAMINATION BY           PAGE
4    AWNI ABU HBDA        MR. SINAIKO                10
5    AWNI ABU HBDA        MR. BERGER                154
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1
2    ****************************************************
3    VIDEO-RECORDED REALTIME DEPOSITION of AWNI ABU HBDA,
4    held on April 7, 2021, at 9:38 a.m., was sworn
5    before AMBRIA IANAZZI, a Registered Professional
6    Reporter, Certified Realtime Reporter, and Notary
7    Public.
8    ****************************************************
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1
2                          (CONT'D)
3                          I N D E X
4                 MARKED FOR IDENTIFICATION
5    EXHIBIT            DESCRIPTION              PAGE
6    Exhibit 1          Subpoena                   18
7    Exhibit 2          Tab 1                      28
8    Exhibit 3          Tab 8                      32
9    Exhibit 4          Tab 2                      52
10   Exhibit 5          Declaration of C. Russell  70
11   Exhibit 6          Subpoena to Produce       120
12   Exhibit 7          Tab 13                    124
13   Exhibit 8          Tab 15                    127
14   Exhibit 9          Tab 11                    136
15
16
17
18
19
20
21
22
23
24
25

Page 5

1
2    A P P E A R A N C E S:
3
4    COHEN & GRESSER LLP
5            Counsel for Plaintiffs
             800 Third Avenue
             New York, New York 10022
6
7    BY:  STEPHEN M. SINAIKO, ESQ.
              ssinaiko@cohengresser.com
8            ERICA LAI, ESQ.
              elai@cohengresser.com
9            ANDREW PECORARO, ESQ.
              apecoraro@cohengresser.com
10
11   SQUIRE PATTON BOGGS
             Attorneys for Defendants
12           1211 6th Avenue, 26th Floor
             New York, New York 10036
13
14   BY:  MITCHELL BERGER, ESQ.
              mitchell.berger@@squirepb.com
15           GASSAN A. BALOUL, ESQ.
              gassan.baloul@squirepb.com
16           JOSEPH ALONZO, ESQ.
              joseph.alonzo@squirepb.com
17           SALIM KADDOURA, ESQ.
              salim.kaddoura@squirepb.com
18
19   KROPF MOSELEY PLLC
             Counsel for the Witness
20           1100 H Street NW, Suite 1220
             Washington, D.C. 20005
21
22   BY:  SARAH KROPF, ESQ.
23
24
25

**Page 6**

1
2                  (CONT'D)
3          A P P E A R A N C E S :
4
5   ALSO PRESENT:
6
7   COSETTE VINCENT, Cohen & Gresser
8   ELIZABETH BEZVERKHA, Cohen & Gresser
9   HADEER AL AMIRI, Interpreter
10  NAWEL MESSAOUDI, Interpreter
11  COREY WAINAINA, Videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 7**

1
2                  - o 0 o -
3
4       A W N I   A B U   H B D A, the WITNESS
5   herein, after having been first duly sworn by
6   a Notary Public, was examined and testified
7                  through an
8              interpreter as follows:
9
10                 - o 0 o -
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 8**

1
2          THE VIDEOGRAPHER:  Good morning.  We are
3   now on the record.  The participants should be
4   aware that this proceeding is being recorded, and,
5   as such, all conversations held will be recorded,
6   unless there is a request and agreement to go off
7   the record.  This is the remote video-recorded
8   deposition of Awni Abu Hbda.  Today is Wednesday,
9   April 7th, 2021.  The time is now 13:39 UTC.
10         We are here in the matter of Shatsky
11  versus PLO.  My name is Corey Wainaina.  I am the
12  remote video technician on behalf of U.S. Legal
13  Video Support, located at 90 Broad Street, New
14  York, New York.  I'm not related to any of the
15  Parties in the Action, nor am I financially
16  interested in the outcome of the case.
17         At this time, will the court reporter,
18  Ambria Ianazzi, on behalf of U.S. Legal Support,
19  please enter the statement for remote proceeding
20  into the record.
21         MR. SINAIKO:  Before we get started with
22  Mr. Abu Hbda, I would just like to go around to
23  counsel on the call and confirm that we all
24  stipulate under the Rule 29 of the Federal Rules
25  of Civil Procedure that Ms. Ianazzi, although

**Page 9**

1
2   she's in New York, is an appropriate officer
3   before whom to take this deposition; does
4   everybody so stipulate?
5          MR. BERGER:  For Defendants, yes.  This is
6   Mitchell Berger from Squire, Patton, Boggs.
7          MR. SINAIKO:  And Counsel for the Witness?
8          MS. KROPF:  We're fine with that.  Thank
9   you.
10         MR. SINAIKO:  Okay.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 10

A. ABU HBDA

1      A. ABU HBDA
2  EXAMINATION BY
3  MR. SINAIKO:
4      Q.   And Mr. Abu Hbda, let me introduce myself.
5  My name is Steve Sinaiko.  I'm a partner in the law
6  firm Cohen & Gresser LLP.  We represent the
7  Plaintiffs in this litigation and we appreciate you
8  being here today.  Have you ever had your deposition
9  taken before, Mr. Abu Hbda?
10     A.   No.
11     Q.   Okay.  Have you ever testified in court,
12  in the United States, prior to today?
13     A.   No.
14     Q.   Okay.  I'm just going to take a couple of
15  minutes to go over some ground rules for our
16  deposition today.  First of all, you are here on the
17  record.  There is a court reporter and a
18  videographer recording everything that we say today.
19         In order to ensure that we have an
20  accurate record, and especially because this
21  deposition is being taken by videoconference,
22  instead of in person, due to the COVID-19 Pandemic,
23  it's important that we not speak over one another,
24  and more than one person speaks at a time.
25         So, I would be grateful if you wait until

Page 11

1      A. ABU HBDA
2  I finish my questions before you start answering
3  them, and, of course, I'll try to wait until you
4  finish your answers before I ask my next question;
5  is that okay?
6      A.   Yes.
7      Q.   Okay.
8      MS. KROPF:  And sorry to interrupt, I
9  think we'll have the translator translate your
10  questions going forward; is that okay?
11     MR. SINAIKO:  For the record, all my
12  questions are being translated by the translator.
13  Mr. Abu Hbda is being translated, answering the
14  questions in English, and the questions are not
15  being translated at this time.
16     Q.   Okay.  As we work through our questions
17  today, it's important that you respond to questions
18  verbally because the court reporter and the record
19  can't capture nods of the head, or gestures of the
20  hand, so it's important to give verbal answers to my
21  questions; is that okay?
22     THE INTERPRETER:  Yeah.  I'm supposed to
23  swear first.  I'm sorry.
24     MR. SINAIKO:  Oh, we need to swear in the
25  translator.

Page 12

1      A. ABU HBDA
2              - o 0 o -
3
4      N A W E L   M E S S A O U D I,
5         Called as the interpreter in this
6  matter, was duly sworn by a Notary Public to
7  accurately and faithfully translate the
8  questions propounded to the AWNI ABU HBDA
9  from English into Arabic, and the answers
10  given by the AWNIA ABU HBDA from Arabic into
11             English.
12
13              - o 0 o -
14
15
16
17
18
19
20
21
22
23
24
25

Page 13

1      A. ABU HBDA
2      THE INTERPRETER:  I'm sorry, I'm not
3  supposed to do before the oath.
4      Q.   Okay.  Mr. Abu Hbda, let's just -- let's
5  just go back and translate, for Mr. Abu Hbda, my
6  last question.
7      THE INTERPRETER:  Can you please repeat
8  it?
9      MR. SINAIKO:  Oh, certainly.
10     Q.   As we go through our questions today,
11  Mr. Abu Hbda, it's important that you give verbal
12  answers, because the court reporter will not be able
13  to capture, and the record will not be able capture,
14  head nods and hand gestures.
15         So, do you understand that you will need
16  to give verbal answers to the questions that I ask
17  you today?
18     A.   Yes.
19     Q.   Okay.
20     A.   Thank you.
21     Q.   So, Mr. Abu Hbda, I'm going to be asking
22  you a series of questions today.  If at any time,
23  there's a question you don't understand, please let
24  me know, and I'll try to rephrase the question for
25  you, or make it more clear.  But understand that if

Page 14

A. ABU HBDA

1
2     you do answer a question, I will assume, and the
3     Court will assume, and everyone in this room will
4     assume, that you understood each question that you
5     respond to; do you understand?
6         A.   Yes.
7         Q.   Okay.  It is possible that during the
8     course of our deposition today, your counsel or one
9     of the other lawyers in the room may object to one
10    of my questions.  Unless your counsel instructs you
11    not to answer a question that I've asked you, and
12    your counsel is the only person who's permitted to
13    so instruct you, you should answer my questions
14    without regard to any objections that may be raised
15    by any of the lawyers in the room; do you
16    understand?
17        A.   Yes.  Okay.
18             MR. SINAIKO:  Just for the record, I
19    think -- I think, going forward, the translator
20    has been translating Mr. Abu Hbda's answers, and I
21    think it's just going to go more smoothly if we
22    have all of the answers translated, just for the
23    record.  I know that the answers have all been
24    translated.
25             And, you know, Sara, unless you object to

Page 15

A. ABU HBDA

1
2     it, I think we should have all the answers
3     translated; it's going to go more smoothly.
4             MS. KROPF:  That's fine.  So, Awni, you
5     can have the answers translated to English and,
6     then you can answer in Arabic; okay?
7         A.   I prefer speaking in Arabic.
8         Q.   Okay.
9             MR. BERGER:  Excuse me, I have a question.
10    This is Mitchell Berger.  Is the translator
11    translating from a realtime transcript, because we
12    don't have that, or is she translating from notes
13    that she is taking, or from what Steve is saying?
14             MR. SINAIKO:  Mitch, are you asking to
15    have the realtime because I think we can arrange
16    that, if --
17             MR. BERGER:  We ordered the realtime.  It
18    hasn't been provided to us.
19             MR. SINAIKO:  Do we have a support person
20    from U.S. Legal today, because I'm sure we do.
21             MR. BERGER:  My question is, is Mess
22    translating from the realtime?
23             MR. SINAIKO:  Okay.  But my question is,
24    if you didn't get the realtime, and we have the
25    realtime, we would like you to have it.

Page 16

A. ABU HBDA

1
2             MR. BERGER:  Yeah.  If the translator is
3     translating it from the realtime, we would like to
4     have it.
5             MR. SINAIKO:  Okay.  Great.  So, we could
6     reach out to the support people from U.S. Legal,
7     so you could have the realtime.
8             THE VIDEOGRAPHER:  You guys want to go off
9     the record?
10            MR. MR. SINAIKO:  Let's go off the record.
11            THE VIDEOGRAPHER:  The time is 13:55.
12    (Whereupon, a short recess was taken.)
13            THE VIDEOGRAPHER:  We are now back on the
14    record.  The time is 14:15 UTC Time.
15        Q.   Mr. Abu Hbda, just before we took this
16    short break, I was about to tell you that in the
17    event that, you know, I will be taking periodic
18    breaks during the deposition, and I understand that
19    you will need breaks, and I understand from your
20    counsel that you will need periodic breaks, just let
21    me know, or let Ms. Kropf know, and we will do that.
22    I just ask that if there's a pending question, that
23    you will not take a break before you answer the
24    question; is that okay?
25        A.   Okay.

Page 17

A. ABU HBDA

1
2         Q.   Okay.  Mr. Abu Hbda, are you currently
3     under the influence of any medication or other
4     substance that might inhibit your ability to
5     understand and respond to questions?
6         A.   Not drugs, but I'm taking medication, yes.
7         Q.   Okay.  And does the medication that you're
8     taking, Mr. Abu Hbda, interfere with your ability to
9     recall or understand questions?
10        A.   I don't think so.
11        Q.   Okay.  And the medication that you're
12    taking, Mr. Abu Hbda, does it interfere with your
13    memory in any way?
14        A.   I'm not a doctor.  I don't know.
15        Q.   Is it your sense, Mr. Abu Hbda, that
16    there's any reason, as you sit here today, that
17    you're unable to give your best testimony?
18        A.   I think I can do my best today.
19        Q.   Thank you very much.  Okay.
20            MR. SINAIKO:  Cosette, could we put up Tab
21    14, please?
22            MS. VINCENT:  Yeah.
23            MR. SINAIKO:  I would like to mark as our
24    next exhibit, or our first exhibit, Exhibit 1, a
25    three-page document titled, "Subpoena to Testify

Awni Abu Hba
April 07, 2021                                    18 to 21

Page 18

A. ABU HEDA

1
2    at a Deposition in a Civil Action".
3        (Whereupon, Subpoena was marked as Exhibit 1
4    for identification, as of April 7th, 2021.)
5        Q.   Mr. Abu Hbda, do you have Exhibit 1?  Are
6    you able to see Exhibit 1?
7        A.   Yes.
8        Q.   Okay.  And Mr. Abu Hbda, have you seen
9    this document before?
10       A.   Yes.
11       Q.   And Mr. Abu Hbda, do you recognize this
12   document to be a subpoena calling on you to testify
13   in this deposition today?
14       A.   Yes.
15       Q.   Okay.  And Mr. Abu Hbda, you're here today
16   testifying pursuant to the Subpoena that we've
17   marked as Exhibit 1, correct?
18       A.   Yes.
19       Q.   Okay.  Now, in advance of your deposition
20   here today, did you do anything to prepare for the
21   deposition?
22       A.   Yes.
23       Q.   Can you tell us, Mr. Abu Hbda, what you
24   did to prepare for your deposition today.
25       A.   I saw all the document I have in my -- in

Page 19

A. ABU HEDA

1
2    the office -- in my office.
3        Q.   Can you tell us what documents you looked
4    at?  To be more precise -- well, let me withdraw
5    that.
6            Can you tell us what the documents were
7    that you looked at more specifically?
8        A.   Okay.  The paper I do for the -- for
9    the -- for my -- for my client, I sent to the --
10       THE INTERPRETER:  I'm sorry.  I will ask
11   him to repeat, because I didn't really understand.
12       A.   I checked -- I checked -- I checked the
13   paper I used to -- I sent to the -- to my client, I
14   used to send to the Embassy.
15       Q.   And were those papers for your notary
16   public business, sir?
17       A.   Yes.
18       Q.   Okay.  In anticipation of your deposition
19   today, Mr. Abu Hbda, did you meet with anybody?
20       A.   No.
21       Q.   Okay.  So, did you meet with Ms. Kropf,
22   your lawyer, in anticipation of the deposition
23   today?
24       A.   I talked to her over the phone.
25       Q.   Okay.  And how many times did you speak

Page 20

A. ABU HEDA

1
2    with Ms. Kropf over the telephone in anticipation of
3    your deposition?
4        A.   More than -- more than once, but I don't
5    recall how many times.
6        Q.   Do you think it was more than five times?
7        A.   No; less.
8        Q.   Do you remember when the first time was
9    that you spoke with Ms. Kropf, in anticipation of
10   your deposition?
11       MS. KROPF:  I object.  I mean, I think
12   we're -- you asked if I talked to me.  You asked
13   what he did to prepare.  When he first talked to
14   me is not a relevant or a proper question here.
15       MR. SINAIKO:  You may answer.
16       MS. KROPF:  No.
17       Mr. Abu Hbda, I instruct you not to
18   answer.
19       MR. SINAIKO:  What's the basis for
20   instructing him not answer when he spoke to you?
21       MS. KROPF:  Because it gets into
22   attorney-client privilege communications, when he
23   spoke to --
24       MR. SINAIKO:  I'm probing his answer.  I'm
25   entitled to ask how he spoke to you for the

Page 21

A. ABU HEDA

1
2    deposition today.
3        MS. KROPF:  And he answered.  He spoke to
4    me by phone and looked at the records.  Any other
5    questions is attorney-client privilege.
6        MR. SINAIKO:  That's an improper
7    instruction.  We'll have to go about that --
8        MS. KROPF:  Don't answer that question.
9        Q.   Aside from talking to Ms. Kropf, did you
10   speak to anybody else in anticipation of your
11   deposition?
12       A.   No.
13       Q.   By the way, when you spoke to Ms. Kropf in
14   anticipation of your deposition, did those
15   conversations take place in English?
16       A.   Yes.
17       Q.   Okay.  At any time before your deposition
18   today, have you spoken to Mitchell Berger, who is
19   attorney for the Defendants, and is on our
20   videoconference today?
21       A.   No.
22       Q.   At any time before your deposition today,
23   have you spoken with Mr. Gassan Baloul, who is also
24   an attorney for the Defendants, and who is also on
25   our videoconference today?

Page 22

A. ABU HBDA

1          A.   No.

2          Q.   Okay.  In advance of your deposition

3     today, have you spoken with any lawyer associated

4     with the law firm Squire, Patton, Boggs, who are

5     Counsel for the Defendants in this action?

6          A.   No.

7          Q.   Okay.  And your lawyer, Ms. Kropf, how did

8     you --

9          Before you received the Subpoena that

10    we've marked as Exhibit 1, have you ever met or

11    spoken to Ms. Kropf?

12         MS. KROPF:  Objection.

13         And Mr. Abu Hbda, you do not need to

14    answer that question.

15         MR. SINAIKO:  That is not a proper

16    objection.  Come on.  I'm entitled to know when he

17    spoke to you.  I'm not asking for the substance of

18    the communications.  I'm just asking whether there

19    were any, because --

20         MS. KROPF:  No, because it would have

21    nothing to do with before he received the

22    Subpoena, nothing to do with this case, in

23    connection with this matter, and that's an

24    improper question.  You could take it up with the

Page 23

A. ABU HBDA

1     Judge.

2          MR. SINAIKO:  I don't want this to be a

3     contentious deposition.  The question is not a

4     privilege question.  Relevance objections are not

5     an appropriate basis to instruct a witness not to

6     answer.  The Witness should answer the question.

7          MS. KROPF:  You're asking --

8          MR. SINAIKO:  Are you instructing him not

9     to answer based on relevance?

10         MS. KROPF:  Are you asking him whether or

11    not he has spoken to me, an attorney, before he

12    received the Subpoena?

13         MR. SINAIKO:  That's exactly what I'm

14    asking.  Did he have any contact with you, in

15    advance of receiving the Subpoena; that's what I'm

16    asking.

17         MS. KROPF:  As long as you limit your

18    answer to that.

19         I think we're getting into dangerous

20    territory, whether or not he worked with me

21    before, or whether or not he'd spoken to me before

22    is really not relevant.

23         MR. SINAIKO:  I'm feeling pretty safe, so

24    the Witness can answer the question.

Page 24

A. ABU HBDA

1          MS. KROPF:  Why don't you answer the

2     question?

3          MR. SINAIKO:  Can the reporter please

4     repeat the question?

5          (Whereupon, the requested portion was read

6     back by the reporter.)

7          A.   Yes.  Ms. Kropf.  No.

8          Q.   Okay.  And how did you come to be

9     introduced to Ms. Kropf?

10         A.   Through the --

11         THE INTERPRETER:  I'm sorry.

12         A.   Through the Internet.

13         Q.   Mr. Abu Hbda, is it the case that you

14    located Ms. Kropf and hired her as your lawyer on

15    your own?

16         A.   Yes.

17         Q.   Okay.  And are you paying Ms. Kropf out of

18    your own funds, sir?

19         MS. KROPF:  Objection.

20         Q.   You may answer.

21         MS. KROPF:  No, he's not going to answer

22    that, Steve.  It's not relevant.  It gets into the

23    attorney-client.

24         MR. SINAIKO:  Relevance is not a basis for

Page 25

A. ABU HBDA

1     an instruction not to answer, and the questions as

2     to issuance and payments of bills is absolutely

3     not privileged.  I'm not asking for any

4     communications between you and he.  I asked for

5     the arrangement between you and he, with respect

6     to payment of bills, and whether he's paying them;

7     that is not a privilege question.

8          MS. KROPF:  Your arrangement --

9          MR. SINAIKO:  If you're going to instruct

10    him on things like that, we're going to have to go

11    to the Judge, which I'd rather not do.

12         MS. KROPF:  The arrangement we have is in

13    writing.  It's a communication between us.

14         I instruct you not to answer.

15         If you want to call the Judge, I invite

16    you to do so.  It goes to the attorney-client

17    privilege written engagement letter, and I'm

18    instructing him not to answer.

19         MR. SINAIKO:  The relationship of his with

20    you is not privileged.  The communications with

21    you is privileged.  Let me see if I could put --

22    slightly ask the question.  I don't want to have

23    to go to the Judge, and this is going to take

24    longer.

Page 26

1                 A. ABU HBDA
2     Q.   Mr. Abu Hbda, are you personally paying
3  the bills that Ms. Kropf issues for her services in
4  connection with this matter?
5          MS. KROPF:  And I object, and I am
6     instructing him not to answer.  If you want to
7     call the Court, Steve, then let's go ahead and
8     stop, and why don't we go ahead and take care of
9     it.
10          MR. SINAIKO:  I mean, really, this is
11     improper.  We're going to put a pin in it, and
12     we're going to come back to it, if we have to.
13     This is not a proper objection.  If we have to go
14     to the Judge, or go to Mr. Abu Hbda, you know,
15     because of this kind of thing, I would hate to do
16     it, but we will have to, if we will.  Okay.
17     Q.   Okay.  You mentioned before, Mr. Abu Hbda,
18  you reviewed certain documents in anticipation of
19  your deposition.  Do you remember more specifically
20  what those documents were?
21     A.   Okay.  Power of Attorney for my client.
22     Q.   And what is the nature of these Powers of
23  Attorney that you mentioned?
24     A.   Services for -- for the people from my --
25  from my back home, from my community.

Page 27

1                 A. ABU HBDA
2     Q.   You mean your community here in the United
3  States?
4     A.   Yes.
5     Q.   And are these Powers of Attorney with
6  respect to business dealings outside the United
7  States?
8          THE INTERPRETER:  Excuse me, could you
9     please repeat?
10          MR. SINAIKO:  Sure.  Let me put the
11     question a second time.
12     Q.   Are these Powers of Attorney you
13  mentioned, Mr. Abu Hbda, with respect to matters
14  outside the United States?
15     A.   They were special -- they were cases
16  special for my client.
17     Q.   Okay.
18          MR. SINAIKO:  Okay.  Cosette, could we
19     bring up Tab 1, please?
20          MS. VINCENT:  Yeah.
21          MR. SINAIKO:  Let's mark Tab 1, the
22     document, you know -- let's mark that as our next
23     exhibit, Exhibit 2, a six-page document that we
24     printed from a Website titled,
25     "Palestiniandocs.com"; let's mark that as Exhibit

Page 28

1                 A. ABU HBDA
2     2.
3          (Whereupon, Tab 1 was marked as Exhibit 2 for
4  identification, as of April 7th, 2021.)
5          THE INTERPRETER:  Excuse me, can we go off
6     record?  Can I ask you if we could go off record?
7     It's now --
8          MR. SINAIKO:  Sure.  If we need to go off
9     the record for a moment, we could do that.
10          THE INTERPRETER:  Yeah.  Can I talk to
11     you?
12          THE VIDEOGRAPHER:  Okay.  Does everyone
13     agree to go off the record?
14          MS. KROPF:  Yup.
15          THE VIDEOGRAPHER:  Okay.  We are now off
16     the record.  The time is 14:40 UTC Time.
17          (Whereupon, a short recess was taken.)
18          THE VIDEOGRAPHER:  We are now back on the
19     record.  The time is 14:45 UTC Time.
20     Q.   Mr. Abu Hbda, can you see Exhibit 2?
21     A.   Yes.
22     Q.   Okay.  And do you recognize this document?
23  And by the way, if you want to page through it, we
24  can page through it.
25     A.   Yes.

Page 29

1                 A. ABU HBDA
2     Q.   And just to be clear, Mr. Abu Hbda, you
3  recognize the document; is that correct?
4     A.   Yes.
5     Q.   And what do you recognize this document to
6  be, Exhibit 2?
7     A.   It's from the Website, from my computer --
8  from the computer.
9     Q.   And this Website is a website that is --
10  well, let me withdraw that.
11          Is this Website something that you
12  created, or that was created under your direction,
13  sir?
14     A.   Yes, for me.
15     Q.   And what is the purpose of the Website
16  from which we drew Exhibit 2?
17     A.   Advertising.  Advertisement.
18     Q.   And let's turn to -- actually, hang on one
19  second.  I want to page through the document.
20          MR. SINAIKO:  Cosette, could you turn us
21     to the last page of the document, please?
22     A.   Okay.  I'm looking.  Do you see the last
23  box on the page of the document of Exhibit 2?
24     A.   Now, I can see it.
25     Q.   Okay.  And you see that it says, "Awni Abu

Page 30

1                    A. ABU HEDA
2    Hbda Documentation Services"; do you see that?
3        A.   Yes.  Yes.
4        Q.   And is that the name of your business,
5    sir?
6        A.   It's part of my business, yes.
7        Q.   Okay.  And is Awni Abu Hbda Documentation
8    Services organized as a corporation, or some other
9    sort of legal entity?
10       A.   It's a -- only my own.  It's for my --
11   yeah, mine person.
12       Q.   Okay.  So, is it organized as a
13   corporation, or a limited liability company, or
14   anything like that?
15       A.   No.  No.
16       Q.   Okay.  And so would it be fair to say that
17   Awni Abu Hbda Documentation Services is a business
18   name that you use yourself, sir?
19       A.   Yes.
20       Q.   Okay.  When did you start Awni Abu Hbda
21   Documentation Services?
22       A.   I don't recall; maybe a year, or a year
23   and a half.
24       Q.   So, you think, sir, that the business was
25   funded in 2019 or 2020; is that correct?

Page 31

1                    A. ABU HEDA
2        A.   The Website maybe, yes.
3        Q.   Okay.  But not the Website, the business
4    itself.  The business that is Awni Abu Hbda
5    Documentation Services, when did you start that
6    business?
7        A.   It wasn't the business.
8        THE INTERPRETER:  Okay.  Okay.
9        A.   It -- before, it wasn't really a business.
10   Before, I was not having paper.  Before, I didn't
11   have -- I haven't have a Website.  I only had the
12   Website maybe a year, or a year and a half ago.
13            Before, I was doing only, like once week,
14   or couple of like -- or couple of times a week.  It
15   wasn't really a business.
16       Q.   Okay.  What was the nature of the
17   activities that you were engaged in, Mr. Abu Hbda,
18   that, you know, that you were doing once or twice a
19   week, and that, apparently now is Awni Abu Hbda
20   Documentation Services?
21       A.   I -- I am.
22       THE INTERPRETER:  Hold on.  Okay.
23       A.   I am -- I am a notary public, and
24   accountant since 1980, and I was doing insurance
25   since 1980.

Page 32

1                    A. ABU HEDA
2        Q.   Okay.  Let's step back just half a step
3    here, Mr. Abu Hbda.
4            Could you please tell me your educational
5    history, since you graduated high school?
6        A.   Paterson.  So --
7        THE INTERPRETER:  Sorry.
8        A.   So, I took courses in community college in
9    Paterson, but I didn't finish, and so I took some --
10       THE INTERPRETER:  Hold on, sorry --
11       A.   Yes, and I took some lecture on insurance,
12   and I had my license.  I had my license.
13       MR. SINAIKO:  Okay.  Let's take just a
14   half a step backwards.
15            Actually, Cosette, could you bring up Tab
16   8, please, and let's mark it as Exhibit 3.
17            Okay.  And so we're marking Exhibit 3, a
18   four-page excerpt, which we printed from the same
19   Website from which we extracted Exhibit 2.
20       (Whereupon, Tab 8 was marked as Exhibit 3 for
21   identification, as of April 7th, 2021.)
22       MR. SINAIKO:  I'll just ask Mr. Abu Hbda
23   quickly --
24       Q.   Do you recognize this to be a page from
25   the Website for your business?

Page 33

1                    A. ABU HEDA
2        A.   Yes.
3        Q.   And this is part of the Website that
4    either you created, or which was created under your
5    direction; is that correct?
6        A.   Yes.
7        Q.   Okay.  Let's turn to the second page.  So,
8    you see the second and third pages had some text
9    that's titled, "Palestinian Traditions and American
10   Freedoms Blend Perfectly in Paterson"; do you see
11   that?
12       A.   Yes.
13       Q.   Is that text that you wrote, sir?
14       A.   No.
15       Q.   Okay.  Is that text --
16            That's text that you got from another
17   source; is that right?
18       THE INTERPRETER:  Okay.
19       A.   It's another magazine.  New Jersey
20   magazine write it -- wrote it, not me.
21       Q.   Do you believe the information presented
22   in this text is accurate?
23       A.   I don't know.  They wrote it, not me.
24       Q.   Okay.  But you posted it on your Website,
25   correct?

Page 34

A. ABU HBDA

1
2    A.    True.
3    Q.    Okay.  Let's look at the first sentence.
4  It says here, "Awni Abu Hbda came to the United
5  States to improve his English skills"; do you see
6  that?  We could enlarge it, if that would be
7  helpful.
8         MR. SINAIKO:  Cosette, could you zoom in
9  for us?
10        THE INTERPRETER:  Thank you.
11   A.    Yes, I do.
12   Q.    Okay.  And so that statement is accurate,
13  correct?
14   A.    Maybe it was -- it's 50 years ago.
15   Q.    Actually, that's -- that takes to the next
16  sentence.  It's -- looking at the next sentence --
17  and I recognize this may have been written sometime
18  ago -- it says, "Following in the footstep of an
19  older brother, Awni Abu Hbda, now 68, arrived in
20  America in 1971"; do you see that?
21   A.    Yes.
22   Q.    And that's, in fact, when you arrived in
23  America, sir; is that correct?
24   A.    I think; yes.
25   Q.    Okay.  And the sentence goes on to say

Page 35

A. ABU HBDA

1
2  that you graduated from Birzeit University; is that
3  correct?
4    A.    Well, I -- I went to that school, but I
5  never graduated.
6    Q.    Okay.  And so you never received a degree
7  from Birzeit University; is that correct?
8    A.    No.
9    Q.    Have you ever received any degree from any
10  university?
11   A.    No.  No.
12   Q.    Do you have a high school degree, sir?
13   A.    Yes.
14   Q.    Okay.  And you mentioned that you
15  attended -- in the United States, you attended some
16  classes at a community college at Paterson, New
17  Jersey; do you recall that?
18   A.    Yes.
19   Q.    Okay.  Apart from the community college in
20  Paterson, New Jersey, have you ever taken classes at
21  any other educational institution in the United
22  States?
23   A.    Okay.  Institute of Insurance for houses,
24  car, and life.
25   Q.    And what sorts of classes did you take at

Page 36

A. ABU HBDA

1
2  the Institute of Insurance?
3    A.    Cars, and real estate property, and
4  casualty.
5    Q.    Were the purposes of these courses to help
6  you learn about selling property and casualty
7  insurance?
8    A.    I was learning how to sell insurance.
9    Q.    Okay.  And did you receive any sort of
10  degree or certificate from the Institute of
11  Insurance?
12   A.    I have New Jersey license.
13   Q.    Okay.  We'll come back to that in just a
14  moment.
15        Apart from the Institute of Insurance and
16  College in Paterson, have you taken any course at
17  any institution in the United States?
18   A.    No.
19   Q.    Okay.  Now, you mentioned a moment ago
20  that you are a notary public; do you recall that?
21   A.    Yes.
22   Q.    And in what state are you commissioned a
23  notary public?
24   A.    New Jersey State.
25   Q.    Okay.  And you mentioned that you have

Page 37

A. ABU HBDA

1
2  some sort of an insurance license; do you recall
3  that?
4    A.    I used --
5         THE INTERPRETER:  Okay.
6    A.    I used to have; not now.
7    Q.    Okay.  And when did you get the insurance
8  license?
9    A.    I don't recall, but I think 1980.
10   Q.    And you don't currently have the license,
11  correct?
12   A.    No.
13   Q.    When did the license expire?
14   A.    I don't recall; maybe 1995, '96.  I don't
15  recall.
16   Q.    Apart from the insurance license, and the
17  Notary Public Commission that you hold from the
18  State of New Jersey, do you hold any other licenses
19  or certificates from any government authority, you
20  know, other than the State of New Jersey, anywhere
21  in the world?
22   A.    No.
23        MR. SINAIKO:  Okay.  Let's -- if we could,
24  Cosette, could you take us back to the first page
25  of Exhibit 3, and let's zoom in at the top of the

Page 38

A. ABU HEDA

1
2    page.  I don't think we have the top of the page.
3    We're missing the top of the page.  Could you zoom
4    in?  There you go.  Could we zoom in on the
5    Internet address?
6        Q.   Mr. Abu Hbda, do you see that the Internet
7    address for the Website that you use for your
8    business is, "Palestiniandocs.com"?
9        A.   Yes.
10            THE INTERPRETER:  Sorry.
11        Q.   And is that an Internet name that you
12   selected?
13        A.   Yes.
14        Q.   How did you come to select that name for
15   your business?
16        A.   It's a business name; nothing else.
17        Q.   All right.  I'm just asking why you chose
18   that name.
19        A.   It's a business name, that's all.
20        Q.   Was there any particular reason that you
21   chose that name, as opposed to some other name?
22        A.   There is no reason.
23        Q.   Do you specialize, or does your business
24   have a specialty in dealing with Palestinian
25   documents?

Page 39

A. ABU HEDA

1
2        A.   No.
3        Q.   In your business, do you frequently deal
4    with documents that are either being submitted to,
5    or being issued by the Palestinian government --
6    actually, I withdraw the question.  Let me ask the
7    question again.
8            Do you specialize, or does your business
9    have a specialty, in dealing with documents issued
10   by the Palestinian Authority?
11        A.   No.
12        Q.   In your business, do you frequently deal
13   with documents that are being submitted to or were
14   issued by the Palestinian Authority?
15            THE INTERPRETER:  Okay.
16        A.   I -- I -- I witness -- I witness notary
17   public to everybody.
18            THE INTERPRETER:  I'm sorry.
19        A.   Everyone, from everywhere -- from --
20   from -- I witness notary public for everybody from
21   everywhere around the world.
22        Q.   Okay.  Do you deal --
23            In your business, sir, do you deal with
24   documents that are being submitted to the
25   Palestinian Authority?

Page 40

A. ABU HEDA

1
2            THE INTERPRETER:  Okay.  Okay.
3        A.   I'm a notary public who is witness to
4    either Palestinian, or somebody else who -- who --
5    who witness and sign the paper for everybody, and
6    send paper to either the Palestinian Embassy, or
7    other embassies.
8        Q.   Okay.  So, one of the -- sir --
9            Is it fair to say, sir, that one of the
10   services that you offer through your business is the
11   submission of documents on behalf of your clients,
12   to the Palestinian Authority?
13            THE INTERPRETER:  Okay.  Okay.
14        A.   No, I only send it to the Embassy if --
15            THE INTERPRETER:  Okay.
16        A.   I don't send -- usually, I -- I don't --
17   usually, I don't send the paper to the Embassy.  I
18   only send the paper if -- if the person ask me.  I
19   don't know how to send to the Embassy.  Usually, I
20   don't do it.
21        Q.   Okay.  So, one of the --
22            Is it fair to say, sir, that one of the
23   services --
24            MR. BERGER:  Excuse me, I'm going to
25   object to the translation.  We all heard the

Page 41

A. ABU HEDA

1
2    answer in English.  The translation has generally
3    been terrible.  We heard the answer in English.
4    It's on the videotape.  The word, "usual," was
5    never used.
6            MR. SINAIKO:  I'm going to say, Mr. Abu
7    Hbda requested a translator today.  I assume he
8    took the position that his English is not able to
9    testify today.  Mr. Abu Hbda's English is pretty
10   good.  He seems to understand my questions well.
11   He often starts to answer them before the
12   translator has finished translating, and my
13   question is, why did we go -- I mean, if Abu Hbda
14   is able to answer questions in English, why do we
15   have a translator here today?  That's a question
16   for Ms. Kropf.
17            MS. KROPF:  If you recall, Steve, we
18   started the deposition by saying why doesn't he
19   answer the questions in English, and he translated
20   the answer, and we started with that process, and
21   you said it was smoother to have him answer, and
22   have her translate in English.
23            My suggestion is, why don't I talk to
24   Mr. Abu Hbda, and see how it's going, and see this
25   process before, and see how it's working.

Page 42

```
1                 A. ABU HBDA
2          I take your point.  It's your deposition.
3    We suggested the translator in case there were any
4    issues, but my suggestion was that he answered in
5    English.  I thought you said it was smoother if he
6    answered in Arabic.
7          MR. SINAIKO:  Actually, I -- the court
8    reporter explained, and I agree, there has to be a
9    consistent way that we're doing this.  It's not
10   possible for us to rely on translations of the
11   questions and answers in English.  Like, either
12   it's a translated deposition, or it's not a
13   translated deposition.
14         And if we're going to have him testify in
15   English, which I, actually, having now watched
16   this unfold for a while now, because I'm sort of
17   learning a little bit myself about Mr. Abu Hbda's
18   English skills, it seems to me that he understands
19   pretty well, and, you know, given his background,
20   he's been in the United States for 50 years, it's
21   not surprising that he understands pretty well.
22         If you want to take a break, that's fine,
23   and if you want to make sure it makes sense to
24   continue with the translator, or whether we ought
25   to -- ought to excuse the translator and continue
```

Page 43

```
1    the deposition after the break in English only.
2          MS. KROPF:  I would like to talk to my
3    client about that because there's a comfort point
4    here, you know -- because you're going to ask
5    questions that are probably technical.  The words
6    are very much going to matter, and I don't know
7    how he feels about the translation.  So, why don't
8    we take a 15-minute break, and I'll talk to him,
9    and if you want to, you know, the counsel can talk
10   offline as well.
11         MR. SINAIKO:  Sure.  So, it's 11:21 now,
12   according to my clock.  Why don't we plan to
13   resume ourselves at -- you want to resume at
14   11:45?
15         MS. KROPF:  I don't know if we need that
16   long.
17         MR. SINAIKO:  We don't need that much
18   time.
19         MS. KROPF:  I think 15 minutes is 11:35.
20         MR. SINAIKO:  That's perfect.  Why don't
21   we go off the record and resume at 11:35.
22         THE VIDEOGRAPHER:  We're off the record --
23         THE INTERPRETER:  I want to say something
24   in English, and this is --
```

Page 44

```
1                 A. ABU HBDA
2          He's saying something in Arabic, and he
3    was saying something in English, and I have to say
4    both, so that's why I was translating both; that's
5    what I did.
6          MR. SINAIKO:  Understood.  That's actually
7    one of the things that we have to work out here,
8    whether it makes sense to have the translated
9    deposition, whether Mr. Abu Hbda's skills -- it's
10   more sensible, and more efficient to just proceed
11   in English.  So, why don't we go off the record.
12   We'll resume at 11:35, and we'll figure out how to
13   handle this.
14         THE VIDEOGRAPHER:  Okay.  We're now off
15   the record.  The time is 15:22 UTC Time.
16         (Whereupon, a short recess was taken.)
17         THE VIDEOGRAPHER:  We are now back on the
18   record.  The time is 15:39 UTC Time.
19         MR. SINAIKO:  So, before we resume the
20   examination of Mr. Abu Hbda, I just want to
21   summarize the conversation that Ms. Kropf and I
22   had off the record, which is that, although
23   Mr. Abu Hbda's English skills are pretty good,
24   Ms. Kropf informed me that Mr. Abu Hbda is more
25   comfortable having a translator on the call for
```

Page 45

```
1    which reason, we're going to, at least for the
2    time being, continue using the translator, and we
3    could continue to reevaluate that as we move
4    forward; is that fair, Ms. Kropf?
5          MS. KROPF:  That's correct.  Thanks,
6    Steve.
7          MR. SINAIKO:  Okay.
8    Q.   I think we were looking at --
9          MR. SINAIKO:  Okay.  Let's go back to
10   Exhibit 3.
11         And Cosette, could we go to Page 2,
12   please?  And could we zoom in on the one, two --
13   third paragraph.
14   Q.   All right.  Mr. Abu Hbda, can you see the
15   third paragraph of that text that's, you know, part
16   of the Exhibit 3?
17   A.   Yes.
18   Q.   Okay.  And I'm looking at the second --
19   the second sentence of Paragraph 3.  It says that
20   you studied business and political science at
21   Passaic County Community College, and William
22   Paterson Community College; is that correct?
23   A.   It's just some --
24         MR. SINAIKO:  I'm just going to note for
```

Awni Abu Hba
April 07, 2021                                    46 to 49

Page 46

A. ABU HEDA

1    A. ABU HEDA
2    the record that, you know, in response to my
3    question, Mr. Abu Hbda immediately began answering
4    in English, and his answer was perfectly
5    intelligible to me, but we should continue with
6    the translation.
7         A.   Yeah.
8         Q.   Sir, is it accurate that you took business
9    and political science classes at Passaic County
10   Community College?
11        A.   Yes.
12        Q.   And is that the community college in
13   Paterson, New Jersey that you mentioned earlier in
14   your testimony today, sir?
15        A.   Yes.
16        Q.   Okay.  And William Paterson University,
17   that's not the college that you mentioned earlier;
18   is that right?
19        A.   No.
20        Q.   Okay.  But you did take classes at William
21   Paterson University, in addition to the college in
22   Paterson, New Jersey, and in addition to the
23   Institution of Insurance, correct?
24        A.   In William Paterson, and I -- I took --
25   it's -- I took a couple of lecture with -- for

Page 47

A. ABU HEDA

1    A. ABU HEDA
2    insurance, not credits.
3         Q.   Okay.  Now that we've clarified that you
4    took classes at William Paterson University, in
5    addition to the Institute of Insurance, and the
6    College at William Paterson, does that refresh your
7    recollection of any other institution in the United
8    States where you studied?
9         THE INTERPRETER:  Can you repeat that?
10        MR. SINAIKO:  Can the court reporter read
11   back the question, please?
12        (Whereupon, the requested portion was read
13   back by the reporter.)
14        A.   I don't recall.
15        Q.   Okay.
16        THE VIDEOGRAPHER:  Can I just ask Mr. Abu
17   Hbda to keep his face in the screen?  Your mouth
18   is cut off.  Thank you.  Thank you.
19        MR. SINAIKO:  Let's go to the next page of
20   Exhibit 3.  And can we zero in on the second
21   paragraph at the top?  There's the one-liner, and
22   then there's the second paragraph.
23        Q.   All right.  Mr. Abu Hbda, do you see that
24   in the second paragraph, the Article says, "Awni Abu
25   Hbda made a run for the City Counsel in 1984 but

Page 48

A. ABU HEDA

1    A. ABU HEDA
2    lost"; do you see that?
3         THE INTERPRETER:  Counselor, I don't see
4    it.
5         MR. SINAIKO:  Sure.  We're in the second
6    paragraph on the page.  There's a one-line
7    paragraph, and a second paragraph, and we're
8    looking at the second sentence, which says, "Awni
9    Abu Hbda made a run for the City Council in 1984
10   but lost."
11        THE INTERPRETER:  Yes.  Okay.
12        A.   Yes.
13        Q.   Okay.  And is that statement accurate?
14        A.   Yes.
15        Q.   Okay.  And let me just go to -- let me go
16   to the fourth paragraph down, the one that starts,
17   "Today political candidates," and the first line of
18   the paragraph, second sentence says, "In addition to
19   servicing as Paterson's Deputy Mayor"; do you see
20   that.
21        MR. SINAIKO:  The first sentence says, "In
22   addition to," -- the second sentence says, "In
23   addition to servicing as Paterson Deputy Mayor."
24        THE INTERPRETER:  Thank you.
25        MR. SINAIKO:  We're actually focusing on

Page 49

A. ABU HEDA

1    A. ABU HEDA
2    the next sentence, actually --
3         Q.   Actually, let me withdraw the question.
4         Now that the translating is focusing on
5    what I'm focusing on, let me just put the question
6    again.
7         A.   Yes.
8         Q.   Mr. Abu Hbda, on the second page of
9    Exhibit 3, in the fourth paragraph, do you see that
10   it says, "In addition to servicing as Paterson's
11   Deputy Mayor an additional" --
12        A.   Yes.
13        Q.   Okay.  Is it, in fact, the case you served
14   as Paterson's Deputy Mayor?
15        A.   Yes.
16        Q.   And when did you serve as Paterson's
17   Deputy Mayor?
18        A.   2002 to 2010.
19        Q.   Okay.  And have you ever held any title,
20   or -- well, let me withdraw that.
21        Have you ever held any title under any
22   other -- under any other government, apart from
23   Paterson, New Jersey?
24        A.   New Jersey -- in Paterson Commissioner,
25   but not in New Jersey.

Awni Abu Hba
April 07, 2021                                    50 to 53

Page 50

A. ABU HEDA

1
2        Q.   I'm sorry, can you --
3        A.   In Paterson, Commissioner comments --
4   Commissioner Institutes of Paterson.  Commissioner
5   Institutes of Paterson.
6        Q.   Okay.  Mr. Abu Hbda, was your answer a
7   moment ago that you also served as some sort of a
8   Commissioner in Paterson, New Jersey?
9        A.   Yes.
10       Q.   We should wait for the translator to
11  answer for you, and then would you answer --
12            By the way, let's get through this
13  question and we'll come back.
14       MR. SINAIKO:  Could the court reporter
15    read back the question, please?
16       (Whereupon, the requested portion was read
17  back by the reporter.)
18       A.   I used to be Commissioner of the institute
19  of Paterson.
20       Q.   Sir, is it accurate that you were a --
21  that you held the title of Commissioner of the City
22  of Paterson, New Jersey -- you were one of the --
23  withdrawn.
24            Is it accurate, sir, that you held the
25  title Commissioner in the City of Paterson, and that

Page 51

A. ABU HEDA

1
2   you were one of a number of Commissioners in that
3   city?
4        A.   I used to be the Commissioner, the
5   Institute of Paterson, and the Library Boards.
6        Q.   Were those appointed commissions, or --
7   withdrawn.
8            Were those appointed positions or elected
9   positions?
10       A.   It's appointed.
11       Q.   Okay.  And apart from your positions in
12  the City of Paterson as Deputy Mayor, and
13  Commissioner, and the Library Board, have you ever
14  held any other title with any government body?
15       THE INTERPRETER:  Okay.
16       A.   With the government, no.
17       Q.   Okay.  Have you ever held a title given to
18  you by the Palestinian Authority?
19       A.   No.
20       Q.   Have you ever been an employee of the
21  Palestinian Authority?
22       A.   No.
23       Q.   Have you ever held a title given to you by
24  the Palestine Liberation Organization?
25       A.   No.

Page 52

A. ABU HEDA

1
2        Q.   Okay.
3        MR. SINAIKO:  Cosette, let's bring up Tab
4   2, please.  And I would like to mark this as our
5   next exhibit; I think it's going to be Exhibit 4.
6       (Whereupon, Tab 2 was marked as Exhibit 4 for
7   identification, as of April 7th, 2021.)
8       MR. SINAIKO:  Cosette?
9       MS. VINCENT:  Yes.  Bringing it up.
10      MR. SINAIKO:  Please.  Okay.  Thank you.
11  So, I would like to mark for identification as
12  Exhibit 4 a three-page excerpt from Mr. Abu Hbda's
13  Website, and --
14       Q.   And I would ask you, Mr. Abu Hbda, can you
15  see the document?
16       A.   Yes.
17       Q.   And do you recognize this to be an excerpt
18  for the Website that you obtained for your business?
19       A.   Yes.
20       Q.   And this page of your Website was prepared
21  by you or under your direction, correct?
22       A.   Yes, I -- I -- yes, I took it, but it
23  wasn't me who prepared.
24       Q.   So, it wasn't you who prepared -- oh, I'm
25  sorry.  Let me withdraw that.

Page 53

A. ABU HEDA

1
2            Just to be clear, Mr. Abu Hbda, your
3   testimony is that you didn't prepare the document,
4   or you didn't prepare this document, but you checked
5   its content and you agreed with its content,
6   correct?
7        A.   Yes, I checked it and I agree on it.  I
8   agreed on it.
9        MR. SINAIKO:  Okay.  Let's turn to Page 2
10    of the document.
11       Q.   At the top of the page, Mr. Abu Hbda, do
12  you see that it says, "Legalize You Documents"?
13       THE INTERPRETER:  I don't see it.
14       MR. SINAIKO:  At the top of the page, in
15    the center, "Legalize You Documents"?
16       THE INTERPRETER:  Oh, yeah.  Okay.
17       A.   Yes.
18       Q.   Okay.  And can you explain to us -- well,
19  withdrawn.
20            Is Legal -- is, "Legalize You Documents,"
21  is that a service that you provide through Abu Hbda
22  Documentation Services?
23       A.   Yes.
24       Q.   And can you describe to us what that
25  service is exactly?  When you say that one of the

Page 54

```
 1                A. ABU HBDA
 2    services you offer is, "Legalize You Documents,"
 3    what do you mean by that?
 4         A.   I witness -- I witness -- I witness,
 5    and -- and notary -- about the paper of my client
 6    for the embassy, for the embassies.
 7         Q.   Okay.  And that -- and which embassies are
 8    those, sir?
 9         A.   Any embassies in the world.
10         Q.   Does that include, in any way, any
11    embassies with the Palestinian Authority?
12              THE INTERPRETER:  Could you please repeat,
13    sorry?  Excuse me.
14         MR. SINAIKO:  Could the reporter please
15    read back the question?
16         (Whereupon, the requested portion was read
17    back by the reporter.)
18         Q.   When you mentioned, Mr. Abu Hbda, any
19    embassies in the world, does that include any
20    embassies that are in any way associated with the
21    Palestinian Authority?
22         A.   For the Palestinian Embassy will ask
23    people to send their paper to the Embassy.
24         Q.   Okay.  So, to go back to the question, the
25    answer is, I think what you were saying, sir, is
```

Page 55

```
 1                A. ABU HBDA
 2    that the answer to the question is, yes, that the
 3    documents in question are prepared for use, you
 4    know, or submission to embassies affiliated in some
 5    way with the Palestinian Authority; is that correct?
 6         MR. BERGER:  Objection, that
 7    mischaracterizes his testimony.
 8         Q.   Okay.  You may answer, Mr. Abu Hbda.
 9    Actually, I apologize.  Let me withdraw the
10    question.
11              You testified a moment ago, Mr. Abu Hbda,
12    that you witness documents for the embassies, and I
13    asked you whether that -- the embassies included any
14    embassies that included in any way any embassies
15    associated with the Palestinian Authority?
16         MR. BERGER:  Objection; that's not what he
17    said.
18         MR. SINAIKO:  I'm reading from the
19    realtime.
20         MR. BERGER:  You're using the word, "for,"
21    in a way that the translator didn't mean.  I could
22    tell you that because we have a check translator
23    here.
24         MR. SINAIKO:  I see.  I can't say what the
25    translator knows or doesn't know.  My Arabic
```

Page 56

```
 1                A. ABU HBDA
 2    skills are obviously less, you know -- less sharp
 3    than those of your check translator.  In any
 4    event, let me just try to put this question again.
 5         Q.   When you say, Mr.  -- when you say,
 6    Mr. Abu Hbda that -- let me -- let me withdraw that
 7    question.
 8              Going back to the top of the center of
 9    Page 2 of Exhibit 4 where it says, "Legalize You
10    Documents," is it correct, sir, that the service of,
11    "Legalize You Documents," involves witnessing and
12    notarizing new signatures on documents?
13              THE INTERPRETER:  Okay.
14         A.   Most of the time, yes.  Sometimes there is
15    no signature.
16         Q.   Okay.  And when there is no signature,
17    what does the process of Legalize You Document
18    involve?
19              THE INTERPRETER:  Okay.
20         A.   So, when there is --
21              THE INTERPRETER:  Hold on.  One.
22         A.   When there is a certificate, a course
23    certificate, or a Ph.D., or a death certificate, or
24    a school certificate, or a divorce, or university
25    certificate, we -- we -- we don't sign, we -- we
```

Page 57

```
 1                A. ABU HBDA
 2    don't sign it.  We sign it --
 3              THE INTERPRETER:  Okay.
 4         A.   We sign it, and we send it to --
 5              THE INTERPRETER:  Okay.
 6         A.   Okay.  Either people they will send it to
 7    the Embassy, or we send it to the Embassy.
 8         Q.   Okay.  So, that -- the service, "Legalize
 9    You Documents," as noted at the top of the second
10    page of Exhibit 4, can involve you notarizing a
11    signature, correct?
12              THE INTERPRETER:  Okay.
13         A.   So, when it's most -- yeah; when it's a
14    paper coming from the Court, or from a -- when it's
15    a legal paper, or it's a degree.  So, we -- we
16    consider it as a -- it's something legal.  So, we
17    consider it as something legal.
18         Q.   Okay.  Let me go back to the question,
19    Mr. Abu Hbda.  The question is, does the service of
20    Legalize You Documents noted at the top of the
21    center of Page 2, Exhibit 4 include, in some
22    instances, notarizing a signature?  That's a simple
23    question.
24              THE INTERPRETER:  Hold on.  I'm sorry.
25    I'm assume to go step by step because I cannot say
```

Awni Abu Hba
April 07, 2021                                    58 to 61

Page 58

A. ABU HEDA

1          A. ABU HEDA
2     like that my translation has to be accurate.
3          A.   Okay.  Some legal paper doesn't need to
4     be -- doesn't need to be legalized.
5          Q.   Understood, understood.  Let me step back
6     for a moment, because we're getting a little off
7     track here.
8               In some instances, "Legalize You
9     Documents," involves notarizing a signature; is that
10    correct, sir?  This is the service that's noted at
11    the top of the page, correct, sir?
12         A.   If someone has a paper and we have to sign
13    on it, yes.
14         Q.   Okay.
15         A.   The person has to sign the front of us,
16    yes.
17              MR. SINAIKO:  I would just note again that
18    Mr. Abu Hbda answered that question in English
19    over the translator and, you know, in a perfectly
20    coherent way.  We're going to continue with the
21    translator now, but I am concerned that this is an
22    incredible waste of time, that the translator is
23    acting ineffective here, and it's slowing down the
24    deposition, but we could then --
25         Q.   New question.  Is it correct that service

Page 59

A. ABU HEDA

1          A. ABU HEDA
2     of Legalize You Documents sometimes performs you
3     witnessing the signature?
4          A.   Sometimes, yes, sometimes, no.
5          Q.   Okay.  At times, it does, correct?
6               THE INTERPRETER:  Excuse me.
7          Q.   At times, it does, correct?
8          A.   Yes.
9          Q.   Okay.  And at times, "Legalize You
10    Documents," involves documents that are not signed
11    by your clients; is that correct, sir?
12              THE INTERPRETER:  I'm sorry, I'm just
13    reading the question again.
14              Okay.
15         A.   If it's a legal paper, no.  If it's like a
16    court, or a divorce, or a deaf -- death.
17         Q.   Okay.  And in that -- in that instance --
18              When we're talking about a document that
19    is not signed by your client, is it correct, sir,
20    that your service involved submitting that document
21    to an authority for authentication or certification?
22         A.   I would send the paper, and they are free
23    to sign it or not, either sign it or nothing.
24         Q.   Okay.  When you're talking about, for
25    example, authentication, or legalization of a birth

Page 60

A. ABU HEDA

1          A. ABU HEDA
2     certificate, or a death certificate, in that
3     instance, you send the -- if the client asks you to
4     you send the certificate to an Embassy -- I think
5     you mentioned an Embassy -- and they put a stamp on
6     it from a foreign government; is that correct?
7               THE INTERPRETER:  Could you say it step by
8     step.
9               MR. SINAIKO:  Okay.
10              THE INTERPRETER:  Or I will read it from
11    the transcript.
12         Q.   Let me try to ask the question in pieces
13    slowly.
14              When you are dealing -- instances when
15    legalizing a document involves legalizing a death
16    certificate; is that correct, Mr. Abu Hbda?
17         A.   Yes.  Yes, and they will be free, if they
18    want to sign it -- if they will sign it or not.
19         Q.   Okay.  But whether or not the -- whether
20    or not the client signs the document,
21    legalization -- that -- what does legalization of a
22    document like that entail?
23         A.   The person will go back to the -- to the
24    --
25              MR. SINAIKO:  Once again, I'll note that

Page 61

A. ABU HEDA

1          A. ABU HEDA
2     Mr. Abu Hbda is assisting the translator, and
3     translating, and speaking perfect English.
4          A.   The person will -- will go back to the --
5     to the place where -- the person will -- will go
6     back to the place, like whether they will sign it or
7     not, the person will go back to the --
8               THE INTERPRETER:  Okay.  Excuse me, I will
9     translate it.
10         A.   The person will take the paper -- the
11    person will take the paper.
12              THE INTERPRETER:  Okay.
13         A.   He will send it back to his home, back
14    home.
15              THE INTERPRETER:  Okay.
16         A.   And the -- the -- his back home is free to
17    accept it, whether accept it or not.
18         Q.   And sometimes, Mr. Abu Hbda, you send the
19    document, correct, rather than your client?
20         A.   If they ask me to do it, yes.
21         Q.   Okay.  And when you send the document,
22    what is the purpose of sending the document; what
23    are you trying to get?
24         A.   To be -- to be signed by the -- by the
25    embassy, or -- by the embassy or the -- by the

Page 62

A. ABU HBDA

1
2  embassy or the consulate.
3      Q.   To be signed by an official of a foreign
4  government, correct, or stamp -- let me withdraw
5  that.
6           To be signed, or stamped, or -- let me
7  withdraw that.  I'm going to try one more time.
8           When you send the documents to a foreign
9  embassy, the purpose of that is to have them sign
10  and/or stamp, or certified by an official of a
11  foreign government; is that correct?
12     A.   They will.
13          THE INTERPRETER:  Okay.
14     A.   They will -- they will sign on the top of
15  my signature.  They're not responsible of the main
16  contain of the paper.
17     Q.   Right.  But the purpose of submitting the
18  document to the foreign embassy is to obtain a
19  signature or a stamp on the document from an
20  official of the government whose embassy that is; is
21  that correct?
22     A.   Yes; correct.
23     Q.   Okay.  And one of the places to which you
24  submit documents of this nature to get a signature,
25  or a certification, or a stamp is the Palestinian

Page 63

A. ABU HBDA

1
2  Authority; is that correct?
3      A.   No.
4      Q.   So, the answer is no, that's not correct?
5      A.   I don't send to them -- I don't send to
6  the -- the Palestinian Authority.  I send to people
7  who represent the Palestinian Authority.
8          MR. SINAIKO:  Okay.  Once again, I'm going
9  to note that Mr. Abu Hbda was assisting the
10  translator, and translating his answer into
11  English, and I'm going to go on to my next
12  question, which is --
13     Q.   To the embassy which you send these papers
14  in Canada, you understand that to be an embassy
15  operated by the Palestinian Authority, correct?
16          THE INTERPRETER:  Can you please repeat
17  the question.
18          MR. SINAIKO:  Can the court reporter read
19  the question back, please.
20          (Whereupon, the requested portion was read
21  back by the reporter.)
22     A.   Yeah, you -- it was -- it was writing
23  that -- it was -- it was writing -- no, the title
24  was Palestinian delegation.
25     Q.   Okay.  You understand that embassy to be

Page 64

A. ABU HBDA

1
2  affiliated with the Palestinian Authority, correct,
3  sir?
4      A.   I only know that it represent -- it
5  represent Palestinian, Palestinian people.
6      Q.   Okay.  Staying on Page 2 of Exhibit 4, do
7  you see, sir, that it says, "Passport Services"; do
8  you see that, sir?
9      A.   Yes.
10     Q.   Okay.  And would it be fair to say, sir,
11  that, "Passport Services," involves the submission
12  of applications to obtain or renew a passport?
13     A.   No.
14     Q.   No?  Can you describe -- oh, sorry.  Can
15  you describe what, "Passport Services," means,
16  please?
17     A.   Someone will come with that --
18          THE INTERPRETER:  Hold on.
19     A.   Someone will come --
20          THE INTERPRETER:  Hold on.
21     A.   Someone will come --
22          THE INTERPRETER:  Okay.
23     A.   Someone will come with his passport.  We
24  will do Power of Attorney from him to someone else.
25  He will sign it in front of me.

Page 65

A. ABU HBDA

1
2          After that, I will sign it notary, and I
3  will give -- I will give it to him, and he will send
4  it to -- he will send it with whatever he wants.
5      Q.   Okay.  So, your service, when you say,
6  "Passport Services" -- pardon me.
7           When you say, "Passport Services," on your
8  Website here, Mr. Abu Hbda, the service you provide
9  is notarizing a signature on a passport application;
10  is that correct?
11          THE INTERPRETER:  Okay.
12     A.   I notarize -- I notarize his signature
13  only.  I notarize his signature only.
14     Q.   Okay.  So, just to be clear, and to close
15  this off, "Passport Services," involves the
16  notarization of passport applicants on passport
17  applications, correct?
18     A.   So, on the Passport Services, there is no
19  application; there is only Power of Attorney.
20          MR. SINAIKO:  Okay.  I'm going to suggest
21  it's 12:30 now.  I'm going to suggest that we take
22  our lunch break, and we resume at 1:30, if that's
23  okay with everybody.
24          MS. KROPF:  Okay.  That's fine.  I don't
25  know if we want to have a conversation about the

Page 66

```
1                    A. ABU HBDA
2    translation on the record or off the record.
3          MR. SINAIKO:  I guess we could have a
4    conversation about translation off the record, but
5    after we have the conversation about translation
6    off the record, we need to have the conversation
7    on the record.
8          MS. KROPF:  That's fine.
9          MR. SINAIKO:  Why don't Mr. Abu Hbda be
10   excused, so he could have his lunch, And Counsel
11   can have the conversation about translation, and
12   we'll plan to resume at 1:34.  Actually, you know
13   what, I take it back.  Let's plan to resume at
14   1:34.
15         THE VIDEOGRAPHER:  Okay.  We're now off
16   the record.  The time is 16:34 UTC Time.
17         (Whereupon, a short recess was taken.)
18         THE VIDEOGRAPHER:  We are now back on the
19   record.  The time is 17:39 UTC Time.
20         MR. SINAIKO:  I will just point out to
21   everyone on the call, before we resume the
22   examination of Mr. Abu Hbda, that we have a new
23   translator now.  The translator, maybe the new
24   translator could identify himself by name and be
25   sworn by the court reporter.
```

Page 67

```
1                    A. ABU HBDA
2          THE INTERPRETER:  Sure.  My name is
3    Sadeer; S-A-D-E-E-R; this is the first name.  Al,
4    A-L, space, Amiri, A-M-I-R-I, and it's written on
5    the screen.
6                   - o O o -
7
8          H A D E E R A L A M I R I,
9          Called as the interpreter in this
10   matter, was duly sworn by a Notary Public to
11   accurately and faithfully translate the
12   questions propounded to the AWNI ABU HBDA
13   from English into Arabic, and the answers
14   given by the AWNI ABU HBDA from Arabic into
15                   English.
16
17                   - o O o -
18
19
20
21
22
23
24
25
```

Page 68

```
1                    A. ABU HBDA
2    BY MR. SINAIKO:
3          Q.  Mr. Abu Hbda, I hope you had a terrific
4    lunch.  Are you ready to resume?
5          A.  Yes.
6          Q.  Do we wait, the translate -- I don't --
7    maybe you don't need the translator, but if the
8    translator's here, we should use the translator.
9          A.  I'm ready.
10         MR. SINAIKO:  Okay.  Cosette, could we
11   bring up -- could we bring up Tab 4, again,
12   please?
13         MS. VINCENT:  Yes.
14         MR. SINAIKO:  I'm sorry, I meant Tab 2,
15   Exhibit 4.
16         MS. VINCENT:  I got you.
17         MR. SINAIKO:  Done, and done.
18         Q.  Okay.  We're going to stay on Page 2, and
19   we're going to resume -- we're going to try to run
20   back over some material we did before where we were
21   having trouble with the translation; is that okay,
22   Mr. Abu Hbda?  Please, if we don't need the
23   translator, we could excuse him, but if we need the
24   translator --
25         A.  Yes, sir.
```

Page 69

```
1                    A. ABU HBDA
2          Q.  Okay.  Returning to the top of the page.
3    Do you see in the center of the page says, "Legalize
4    You Documents"; do you see that, sir?
5          A.  Yes, I see it.
6          Q.  And, "Legalize You Documents," is one of
7    the services that Awni Abu Hbda Documentation
8    Services provides; is that correct?
9          A.  Yes.
10         Q.  Okay.  And can you describe the nature of
11   the service, "Legalize You Documents"?
12         A.  It's like a notarization, when somebody
13   comes to sign a document, and you witness this
14   signature, and you sign it.  It's like a notary
15   public service.
16         Q.  Okay.  And apart from witnessing or
17   notarizing a signature, does, "Legalize You
18   Documents," entail any other type of service?
19         A.  If someone wants to notarization, if he
20   wants to send the papers to the embassy to be
21   signed, we take the papers and send them to that
22   embassy.
23         Q.  Okay.  And the embassies to which you
24   sign -- to which you send these papers -- let me
25   withdraw that and start again.
```

Page 70

```
 1                    A. ABU HBDA
 2           The embassies to which you send these
 3  papers, those includes embassies associated with the
 4  Palestinian Authority, or the Palestinian
 5  association; is that correct, sir?
 6      A.   It's representative of the Palestinian
 7  population in Canada.
 8      Q.   And do you understand that this
 9  representative of the Palestinian people in Canada
10  is in some fashion associated with the Palestinian
11  Liberation Organization or the Palestinian
12  Authority?
13      A.   I don't know the relationship or the rules
14  in that country.  All I know is that it's a
15  representative of the Palestinian application in
16  Canada and it documents or certify documents.
17      Q.   Thank you, Mr. Abu Hbda.
18      MR. SINAIKO:  Let's mark as our next
19  Exhibit a 55-page document that is titled on the
20  front page, "Declaration of C. Russell."
21           This is Tab 10C.  Cosette, could you bring
22  it up, please?
23      MS. VINCENT:  It will be up shortly.
24      (Whereupon, Declaration of C. Russell was
25  marked as Exhibit 5 for identification, as of
```

Page 71

```
 1                    A. ABU HBDA
 2  April 7th, 2021.)
 3      A.   Yes, sir.
 4      Q.   And, specifically, we're going to turn to
 5  Page 52 of the document.
 6      MR. SINAIKO:  Page --
 7      MS. VINCENT:  Yeah, I'm going to have to
 8  exit out of there as quick as possible.  I'll
 9  share my screen in a moment.
10      MR. SINAIKO:  Can we rotate that around,
11  so Mr. Abu Hbda could see that more clearly?
12      MS. VINCENT:  I'll rotate it.  One moment.
13      Q.   Can you see the page that we're focusing
14  on from Exhibit 5, Mr. Abu Hbda?
15      A.   Yes, I do.
16      Q.   Okay.  And do you recognize that this is a
17  document that you've seen before, sir?
18      A.   Yes, I do.
19      Q.   Okay.  And do you see that there's a stamp
20  in black ink in the upper left-hand corner, and a
21  raised seal, and the stamp in black ink says, "Abu
22  Hbda"; do you see that, sir?
23      A.   Yes, I do.
24      Q.   And the stamp in black ink, that's your
25  notarial stamp; is that correct, sir?
```

Page 72

```
 1                    A. ABU HBDA
 2      A.   Yes, sir.
 3      Q.   And you were saying the signature there,
 4  that's your signature; is that correct, sir?
 5      A.   Yes.
 6      Q.   Do you see the raised seal immediately to
 7  the left of your black ink seal?
 8      A.   Yes.
 9      Q.   Is that a notarial seal?
10      A.   Yes, sir.
11      Q.   Whose notarial seal was that?
12      A.   For me.
13      Q.   Okay.  And do you see that there are a
14  number of other stamps on this document?  There's a
15  stamp -- let me withdraw that.
16           Do you see there's a stamp in blue ink,
17  and there's a stamp in red ink on this document?
18      A.   Exactly, yes.
19      Q.   And, sir, is this an example of a document
20  that Awni Abu Hbda Documentation Services legalized?
21      A.   It maybe like -- certificates, graduation
22  certificates, death certificates, authorization.
23  Yes, this is one of them; yes, maybe.
24      Q.   Okay.  And are you able to read the blue
25  ink stamp?
```

Page 73

```
 1                    A. ABU HBDA
 2      MR. SINAIKO:  Cosette, could you zoom in
 3  on the blue ink stamp, please.
 4      Q.   Is that okay, Mr. Hbda.  Can you see it?
 5      A.   It says, "General Palestinian Delegation
 6  Canada."
 7      Q.   Okay.  And is that the office in Canada to
 8  which you emailed documents when you want them
 9  legalized?
10      A.   Yes, sir.
11      Q.   And now, let's look at the red ink stamp.
12  Can you read the red ink stamp, sir?
13      A.   Not all of it.
14      Q.   Okay.  Are you familiar with that stamp,
15  sir?
16      A.   Yes, I've seen stamps like this.
17      Q.   So, although you're unable to read the
18  stamp in its entirety, can you read the portions of
19  it that you are able to read?
20      MR. SINAIKO:  Let the record reflect that
21  Mr. Abu Hbda translated the red ink stamp to the
22  best he was able to --
23      A.   It says the Palestinian delegation
24  legalized this document, but it doesn't confirm the
25  contents or the information inside this document.
```

Page 74

A. ABU HBDA

1
2    It's not responsible for the content inside this
3    document.
4        Q.   And you can see inside, Mr. Abu Hbda, do
5    you see that there is a blue ink signature inside
6    the red ink stamp?
7        A.   Yes.
8        Q.   And are you able to tell us whose
9    signature that is?
10       A.   To be honest, I don't know whose signature
11   is that.
12       Q.   Okay.  And this stamp, is this a stamp
13   that's typically -- let me withdraw the question and
14   try again.
15            Is this red ink stamp a stamp that
16   typically appears on documents that you have
17   legalized for your clients?
18       A.   Not all the documents, no.
19       Q.   Do you have any understanding as to which
20   types of documents this red ink stamp would appear
21   on and which not?
22       A.   I'm not sure, but I think maybe it's the
23   certificates that has this red ink stamp, while
24   other documents, they don't have this stamp.
25       Q.   Okay.  And do you have any understanding

Page 75

A. ABU HBDA

1
2    as to who placed the red ink stamp on this document?
3        A.   The council, or the delegation of both the
4    council.
5        Q.   And that's a person in this office in
6    Canada that you mentioned earlier, this delegation
7    office to which you mail papers, which you would
8    like papers legalized for your clients, correct?
9        A.   This is what this supposed to be.
10       Q.   Okay.  But just to clarify, my question
11   was the office where that stamp was applied was the
12   office -- as you understand it, the office where
13   that stamp was applied was the office in Canada to
14   which you send documents when your clients asked you
15   to have them legalized; is that correct?
16       A.   Yes.
17       Q.   Okie doke.
18            MR. SINAIKO:  Now, let's go back for a
19   moment to Exhibit 4.  Okay.  Now, Cosette, we're
20   getting Exhibit 4 back up.
21            MS. VINCENT:  Yes, we are.
22            MR. SINAIKO:  Okay.  And let's turn to
23   Page 2 for Mr. Abu Hbda.
24            MS. VINCENT:  Is this the page you want?
25            MR. SINAIKO:  I'm sorry, I think we're

Page 76

A. ABU HBDA

1
2    looking at the wrong document.  I want to look at
3    Tab 2, which is also Exhibit 4.
4            MS. VINCENT:  Sorry.
5            MR. SINAIKO:  It's okay.  Take your time.
6            Bear with us for just a moment, Mr. Abu
7    Hbda.
8            There we go.  Back to Page 2.
9        Q.   Okay.  Now, underneath, "Legalize You
10   Documents," you see that there are a number of
11   different types of -- there are a number of
12   different entities on that page?
13       A.   Yes.
14       Q.   Okay.  The first one is, "Awni Abu Hbda
15   Service Registration Form"; do you see that?
16       A.   Yes.
17       Q.   Can you tell us what that is.
18       A.   This is registering a client.  If someone
19   comes to my office, I register his office or enter
20   his name in a book.
21       Q.   Ah.  Is that a book where you record your
22   notarial act, sir?
23       A.   It's a regular page.  I don't see -- of
24   this pages it changes day by day.
25       Q.   Got it.  But, this service registration

Page 77

A. ABU HBDA

1
2    form, this is not a document you would legalize?
3    This is a piece of paper you have your clients
4    complete, so you could provide services to them; is
5    that correct?
6        A.   Correct.
7        Q.   Okay.  Going back up to Legalize You
8    Documents for one moment.  What do you typically
9    charge clients to Legalize You Documents for them?
10       A.   If it's only notary public, I charge from
11   five to 15 to 20; this is only if it's notary
12   public.
13       Q.   Right.  And if they're -- in the instances
14   where you're asked to legalize a document by
15   transmitting it to this office in Canada, what do
16   you charge clients to do that?
17       A.   So, the service includes the postage that
18   we use to send it, the fees that they charge us, and
19   the preventative to cancel it, and our fees.  So, it
20   ranges from 250 to 300.  Again, this includes the
21   postage, and includes the money postage.  We -- the
22   money order to pay for the fees that we -- council
23   charges, or that office charges, plus our fees to
24   legalize the document.  The total is between $250
25   and $300 in total.

Page 78

A. ABU HBDA

1
2    Q.   And Mr. Abu Hbda, what does your business
3    charge -- let me withdraw that question and ask it
4    more crisply.
5         Mr. Hbda -- I'm going to try one more time
6    here.
7         Mr. Abu Hbda, what is your fee, putting
8    aside the fees for postage, and fees charged by the
9    council, whatever you charge, what is your fee that
10   you charge for the document?
11   A.   Between $50 to $100.
12   Q.   And how frequently would you say -- well,
13   let's just -- let me withdraw that question and try
14   again.
15        How frequently would you say that you send
16   documents to this office in Canada that we've been
17   talking about, this delegation of the Palestinian
18   people that you mentioned; how frequently would you
19   say that you send documents to that office that --
20   to be legalized?
21   A.   It may be once a week or maybe every day;
22   it's variable.  It depends on the people.
23   Q.   So, would it be fair to say that over the
24   last year, you've done that at least 50 times?
25   A.   I don't have the number.  I cannot tell.

Page 79

A. ABU HBDA

1
2    Q.   Okay.  So, ballpark, you're not prepared
3    to say you did it at least 50 times over the last
4    year?
5    A.   I don't know.  To be honest, I'm not sure.
6    Q.   But you'd say --
7         Well, just to go back to what you said
8    before.  You'd say that you do it several times a
9    month; is that correct, sir?
10   A.   Maybe more.  I don't know.
11   Q.   Okay.  Let's go down to a few stops on the
12   document.  Do you see that it says, "Passport
13   Services"?
14   A.   This is in total.
15        THE INTERPRETER:  I will repeat the
16   question.  It seems he did not hear it.
17        MR. SINAIKO:  Okay.  Go ahead.
18   A.   Yes, sir.
19   Q.   And can you tell me, does, "Passport
20   Services," include -- well, withdrawn.
21        The Passport Services that your company
22   provides, does that include the transmission of
23   documents to the office in Canada that we've been
24   talking about, the delegation of the Palestinian
25   people, as you describe it?

Page 80

A. ABU HBDA

1
2    A.   Yes, sir.  No.
3    Q.   Okay.  Do the Passport Services that your
4    company provide, or -- withdrawn.
5         Do the Passport Services that your
6    business provides relate in any way to passports
7    issued by the Palestinian Authority, or the
8    Palestinian Liberation Authority, to the extent such
9    exist?
10   A.   We write an authorization between two
11   persons; one person here and one person in
12   Palestinian.  This has no relation to the PLO, or
13   the organization; it's two persons.
14   Q.   What is the nature of this authorization
15   that you're talking about?
16   A.   It gives authorization to this person to
17   renew the passport for that other person.  We just
18   notarized this document.
19   Q.   I see.  Is this a document that's issued
20   by the Palestinian Authority, and that you assist
21   one of your customers in executing?
22   A.   No, most of the time we write it.  It's a
23   handwritten.  This person authorizes that person to
24   do the renew; that's it.
25   Q.   And is there a prescribed form of words

Page 81

A. ABU HBDA

1
2    that that document needs to include in order to be
3    legally valued?
4    A.   No, to accept another person to renew the
5    passport, they accept any notarize document, only in
6    America, not only for me, but in the whole state in
7    America.
8    Q.   Right.  And are these documents that are
9    used to apply for or renew passports issued by the
10   Palestinian Authority or the Palestinian Liberation
11   Organization?
12   A.   No, these are the Palestinian passports.
13   Q.   Right.  So, is it -- how -- well, let me
14   withdraw that.
15        How do you understand --
16        After you prepare and understand and
17   notarize one of these documents, how do you
18   understand that your clients utilize these
19   documents; in other words, what do they do with
20   them?
21   A.   He sends these documents by FedEx to the
22   other person, and after this leaves my office, I
23   don't know what happens to him.  I don't know
24   anything about him after he leaves.
25   Q.   Okay.  And this passport service that you

Awni Abu Hba
April 07, 2021                                    82 to 85

Page 82

A. ABU HEDA

1
2    perform in connection with passports by the
3    Palestinian Authority, how long have you been
4    performing that service?
5        A.   I don't know to be honest.  I've been
6    notarizing papers for customers for long time, but I
7    don't have an idea of how long exactly.
8        Q.   Would you say it's been at least five
9    years?
10       A.   Maybe.  It may be five, it may be seven,
11   it may be more.  I don't know.
12       Q.   Okay.  The preparation of these documents
13   is important in order for a person in the United
14   States to be able to obtain or renew a passport
15   issued by the Palestinian Authority; is that
16   correct?
17       A.   Correct.
18       Q.   And did there come a time when you learned
19   how to prepare these documents, so that they would
20   be legally effective when presented to these
21   authorities, you know, were presented to the
22   Palestinian Authority?
23       A.   Sometimes --
24       THE INTERPRETER:  I'm sorry.
25       A.   Sometimes customers bring all of the form

Page 83

A. ABU HEDA

1
2    papers written and sent to them from my home
3    country, and they wanted to be notarized.
4        Q.   Right, but you mentioned -- thank you very
5    much.
6             You mentioned before, Mr. Abu Hbda, that
7    sometimes you prepared the document, right?
8    Sometimes you prepared the document that has to be
9    notarized and then returned to the Palestinian
10   Authority, correct?
11       A.   Correct.
12       Q.   Okay.  How did you learn the proper
13   wording to put in these documents, so that when
14   presented to the Palestinian Authority, the
15   documents would have the desired effect?
16       A.   We made copies from the papers that were
17   brought to us and then we started using them.
18       Q.   Okay.  Have you ever familiarized yourself
19   for the legal requirements for the issuance or
20   renewal of a passport by the Palestinian Authority?
21       A.   I know that from the people who come,
22   these people have spoken with the people who they
23   want to authorize, and they gave -- they give them
24   the information.
25       Q.   Has any representative of the Palestinian

Page 84

A. ABU HEDA

1
2    Authority ever explained to you any aspect of the
3    process of the issuance or renewal of a passport by
4    the Palestinian Authority?
5        A.   No.
6        Q.   Okay.  And these Passport Services that
7    you provide that are referenced on Page 2 of Exhibit
8    4, have you ever performed those Passport Services
9    in connection with the issuance or renewal of a
10   passport, other than by the Palestinian Authority?
11       A.   Yes, there is.  I performed services for
12   passports to travel to Jordan, and, also, for the
13   Egyptian government.  So, anyone who come requesting
14   this service, I file the form for him or for her.
15       Q.   Okay.  Let's move down to, "Family
16   Matters"; do you see that, Mr. Abu Hbda?
17       A.   Yes, sir.
18       Q.   Can you describe that service to us,
19   please.
20       A.   So, if two people fight at home, like a
21   husband and a wife, I try to solve the issue between
22   them, and if there's another issue, like a daughter
23   with her father, or a family member with another
24   family member for the Palestinian population, I come
25   and try to solve the issue for them.

Page 85

A. ABU HEDA

1
2        Q.   Got it.  And so is that a service that
3    falls within the category of legalization of
4    documents?
5        A.   Yeah, sometimes -- thank you.  Sometimes
6    they have written documents, or have filed claims
7    against each other, and through each of them, and
8    then they come, and the issue solve them; they try
9    to discharge the claim, dissolve the claim, and they
10   write the paper, and I notarize this paper.
11       Q.   And that's a service that you provide as a
12   Notary Public of the State of New Jersey; is that
13   correct?
14       A.   It is a service that I provide for the
15   population, the Palestinian population, to solve the
16   issues or the altercations between the persons.
17       Q.   And you know to whom these documents you
18   note relating to Family Matters are submitted by
19   your customers?
20       A.   I give it to the person responsible, and
21   he submits it to the Court to discharge or resolve
22   the claim after they drop the case, and all these
23   services are free, just to clarify.  I don't get any
24   payment for these services; I provide it for free.
25       Q.   Excellent.  And these services are with

Page 86

A. ABU HBDA

1
2    respect to legal proceedings in the United States;
3    is that correct?
4        A.   If there is a claim, yes, but if there
5    isn't a claim, we just try to solve the issue
6    between them, and they come in peace between them.
7        Q.   Excellent.  Let's move down to the next
8    one here.  It says, "Driver License Certification";
9    do you see that one, sir?
10       A.   Yes, sir.
11       Q.   Okay.  And can you tell us what Driver
12   License Certification -- withdrawn.
13            Can you tell us what service Driver
14   License Certification involves, or can you describe
15   the service?
16       A.   Okay.  So, they stopped at this entity
17   before a while ago.  We used to do a translation, if
18   someone comes from an Arabic country, or the
19   driver's license from that country, we try to
20   translate and validate this driver's license, and
21   notarize it, and he takes it to the DMV, but now it
22   stopped.  It's not longer available.
23       Q.   And when did that service cease to be
24   available?
25       A.   It stopped at a point now, but they

Page 87

A. ABU HBDA

1
2    specified certain authorized people to do this
3    service.
4        Q.   Okay.  So, when you say they -- when you
5    say, "they specified certain authorized people," who
6    is, "they"?
7        A.   The DMV in New Jersey.
8        Q.   Okay.  Got it.  Is that a service that you
9    ever performed, so that a driver's license could be
10   certified to any entity outside the United States?
11       A.   No.
12       Q.   Okay.  Let's move down to, "Life
13   Certificate."  Can you tell us what service
14   involves, "Life Certificate"?
15       A.   So, this service is a service where, from
16   all over the Arabic countries, people are retired,
17   and they have to prove that their still alive to
18   receive their retirement.  So, they come to my
19   office with the proper documents that they have
20   that -- the ID and the passport, and we write a form
21   and they sign it.  I notarize it to prove that this
22   person is still alive, and then the person takes it
23   and sends it to his government, and to be able to
24   receive the retirement.
25       Q.   Right.  And do you know whether any of

Page 88

A. ABU HBDA

1
2    these Life Certificate documents have, you know,
3    well -- withdrawn.
4            Do you know whether any of the Life
5    Certificate documents you've certified have been
6    used for the purposes of collecting a pension, or
7    money, or from the Palestinian Authority, or the
8    Palestinian Liberation Organization?
9        A.   I don't know that.
10       Q.   So, it's possible that the answer is yes;
11   is that correct, sir?
12       MR. BERGER:  Objection to the form of the
13   question; calls for speculation.
14       Q.   Mr. Abu Hbda, you may answer.
15       MR. SINAIKO:  Can we have the question
16   repeated for Mr. Abu Hbda, please?
17       (Whereupon, the requested portion was read
18   back by the reporter.)
19       A.   I don't know.  I can't tell you.  No, I
20   don't know.
21       Q.   Okay.  So, my question to you, sir, is, is
22   it possible that the answer to the question is yes?
23       MR. BERGER:  I object to the form of the
24   question; calls for speculation, and it's been
25   asked and answered.

Page 89

A. ABU HBDA

1
2        MR. SINAIKO:  Mr. Berger, let me ask the
3    question.
4        Q.   Is it possible that one or more of the
5    Life Certificate documents that you assisted in
6    preparing have been submitted to the -- a -- or the
7    Palestinian Liberation Authority, or Palestinian
8    Liberation Organization, for purposes of collecting
9    a pension or money from one of those entities?
10       MR. BERGER:  And I object to the question,
11   even though it was re-worded, because it calls for
12   speculation.
13       MR. SINAIKO:  Okay.  The objection has
14   been noted, and the Witness should answer.
15       A.   I don't know.  Not even a single one.  I
16   don't know anything about these documents.
17       Q.   These documents that you assist in
18   preparing, right?
19       A.   Maybe.  I haven't done, not even a single
20   one.  I don't remember whether I've done it, or
21   maybe I haven't done any of them.
22       Q.   So, you have no recollection, one way or
23   the other, whether any of these documents were for
24   the purpose of collecting a pension, or money from
25   the Palestinian Liberation Organization, or the

Awni Abu Hba
April 07, 2021                                                90 to 93

Page 90

A. ABU HBDA

1
2    Palestinian Liberation Authority; is that correct?
3       A.   I don't know.  I don't know.
4       Q.   Okay.  Okay.  Let's move down to the next
5    item on this page.  It says, "Trade Certification."
6    can you tell us -- can you tell us what service that
7    involves?
8       A.   I haven't done any of this; none.
9       Q.   Okay.  Can you describe the nature of this
10   service, whether or not you've actually performed
11   it?
12      A.   Maybe it involves registering a company in
13   New Jersey.
14      Q.   Okay.  Does it involve registering any
15   companies or businesses outside of the United
16   States?
17      A.   No, I haven't done none -- neither inside,
18   nor outside the States.  I didn't do any of them.
19      Q.   Okay.  Let's go down to the next one,
20   "Academic Record Certification"; can you describe
21   that service for me, please?
22      A.   This is a service where if a doctor
23   graduates from a university, or a hospital, or a
24   program, we certify this degree for this person to
25   be able to work in other countries back in Jordan,

Page 91

A. ABU HBDA

1
2    Palestinian, Lebanon.  So, he brings this documents,
3    and we certify this document, so that he can work in
4    these other countries.
5       Q.   And when you say you certify the document,
6    what do you mean by that?
7       A.   We send it to the embassy of the country
8    that he's entering into.
9       Q.   Okay.  So, this would be -- and just to,
10   you know, go back to the document, if we need to,
11   and let me know if you'd like to go back to the
12   document, but I'm thinking, is this a service
13   similar to the service that you performed with
14   respect to, you know, the document that had the red
15   and blue stamps that we were looking at before?
16      A.   Approximately, yes.  It's similar.  It's
17   the same thing.
18      Q.   Okay.  And that's the service that you
19   could perform just to get records certified by the
20   Palestinian Authority or the Palestinian Liberation
21   Authority, correct; Palestinian Liberation
22   Organization?
23      A.   No, it's not -- neither from the
24   Palestinian government, no.  The Liberation, the
25   Liberation, it's from the office in Washington,

Page 92

A. ABU HBDA

1
2    maybe.  In Canada.
3       Q.   Is Canada the same office that we were
4    talking about before, correct, sir?
5            MR. SINAIKO:  Let the record reflect that
6       Mr. Abu Hbda answered the question in English,
7       before the translation came.
8       Q.   Sir, have you ever had personal authority
9    to provide certification of a document on behalf of
10   the Palestinian Authority?
11      A.   No.
12      Q.   Have you ever personally had the authority
13   to certify any document on behalf of the Palestine
14   Liberation Organization?
15      A.   No.
16      Q.   Okay.  In connection with the documents
17   that you submit to an office in Canada that we've
18   been talking about, I believe you mentioned that the
19   office in Canada charges some sort of a fee; is
20   that -- do you recall that?
21      A.   Yes.
22      Q.   Okay.  And you, you know --
23           Again, do you remember that you told us
24   before that you also -- you also collect a fee from
25   the customer yourself?

Page 93

A. ABU HBDA

1
2       A.   Correct.
3       Q.   Has there ever been a circumstance in
4    which the office in Canada, to which you sent
5    documents, has shared a portion of its fee with you?
6       A.   No.
7       Q.   Have you ever asked -- let me withdraw
8    that question.  It's an inartful question.
9            Have you ever asked that the office in
10   Canada, to which you've been submitting documents,
11   as we've been discussing, to share its fee with you?
12      A.   No.
13      Q.   Is the office in Canada to which you
14   submit documents aware that you charge a fee to your
15   customers for making these submissions on their
16   behalf?
17           MR. BERGER:  Objection, calls for
18      speculation.
19      Q.   To your knowledge?
20      A.   I'm sorry, could you repeat the question.
21      Q.   Let me rephrase the question.  To your
22   knowledge, is the -- are the -- is the office in
23   Canada that we've been talking about aware that when
24   you submit documents to them for certification, you
25   are collecting a fee for your customers?

Page 94

A. ABU HEDA

1  A.  ABU HEDA
2      A.   For my fee -- for my fees.  Why are they
3  concerned with my fees?
4      Q.   Okay.  Let's get the question read back.
5           MR. SINAIKO:  I would like to just have
6  the question read back because I think the
7  question was pretty clear, and we should just get
8  an answer to it.  I think -- could we just ask the
9  question of Mr. Abu Hbda again.
10          THE INTERPRETER:  Sure.
11          (Whereupon, the requested portion was read
12  back by the reporter.)
13     A.   They are not concerned because why are
14  they concerned with my fees?  They -- the customers
15  bring a money order for the fees that the office
16  charges from, and then I will speak with the
17  customer, and they pay me my fees.  So, this --
18  these are two separate things.  Why are they
19  involved with my fees?  These fees go to a money
20  order.
21     Q.   I'm going to try the question again.
22          To your knowledge, is the office in Canada
23  to which you submit documents --
24          This office in Canada we've been
25  discussing; is the office in Canada aware that you

Page 95

A. ABU HEDA

1  A.  ABU HEDA
2  charge a fee to your clients in connection with the
3  performance of that service; are you aware?
4      A.   They never asked me.  I never asked them.
5      Q.   So, the answer is, you don't know whether
6  they're aware or not; is that correct, sir?
7      A.   I don't know.  I don't interfere with
8  those things.  I don't even speak with them.  I
9  don't know.
10     Q.   Actually, that's -- that raises one
11  question I had, and we could just address it now.
12          Have you ever communicated orally with any
13  representative of this office in Canada that we are
14  discussing there?
15     A.   Is -- there is certain situation where you
16  call, basically to just inquire whether your
17  documents have been finished or not.
18     Q.   Okay.  Apart from communications of that
19  nature, have you ever communicated orally with
20  anybody at the office in Canada that we've been
21  talking about?  That's the question.  Let me
22  rephrase the question.
23          Apart from communications of that nature,
24  have you ever communicated orally with anybody in
25  this office in Canada that we've been discussing to

Page 96

A. ABU HEDA

1  A.  ABU HEDA
2  which you send documents to be certified or
3  legalized?
4      A.   No, like in situations where the papers
5  takes a long time, you call and leave a message.
6  You don't speak with anybody personally and they
7  don't pick up the phone.
8      Q.   Okay.  Putting aside oral communications,
9  have you ever communicated in writing with anybody
10  in this office in Canada that we've been discussing?
11     A.   No.
12     Q.   Okay.  Let's go down two stops -- we're
13  still on Page 2 of Exhibit 4.  Let's go down two
14  stops to, "Power of Attorney"; do you see that?
15     A.   Yes.
16     Q.   Can you describe that service for us?
17     A.   So, this document special for Palestinians
18  who want to give Powers of Attorney, or authorize
19  people; example either registering a land, either
20  divorce in the court of the legal court, or doing
21  something where they cannot go to the home country,
22  they authorize or give the Powers of Attorney to
23  another person over there to do that.
24     Q.   And these are Powers of Attorney that are
25  used in areas under control of the Palestinian

Page 97

A. ABU HEDA

1  A.  ABU HEDA
2  Authority, to your understanding; is that correct?
3      A.   Yes.
4      Q.   And do you prepare these documents, or are
5  they prepared by somebody else, and you just
6  notarize the signatures?
7      A.   Most of the people bring this completed
8  document for attorneys in my home country, and we
9  just notarize them.  They sign these papers in front
10  of us.  We sign and notarize it.
11     Q.   And do you ever submit these Powers of
12  Attorney to, you know, to the office in Canada, or
13  to any other office that you might understand to be
14  affiliated with the Palestinian Authority, or the
15  Palestinian Liberation Organization?
16     A.   Sure.  So, after this person signs it, I
17  sign it and notarize it.  We give it to that person,
18  and give them the address and contact information
19  for the counsel, or the litigant in Canada, and tell
20  him that you have to have a money order, and you
21  have to send it there, and most people do it.
22          Some people tell us that they don't know
23  how to do it, and they need us to do it for them.
24  So, again, we do this by having the money order, and
25  sending it by FedEx to the office in Canada.  So,

Awni Abu Hba
April 07, 2021                                                    98 to 101

Page 98

A. ABU HBDA

1
2    it's either or.
3        Q.   Okay.  Let's jump down one more stop here,
4    and do you see Mr. Abu Hbda that it says, "Land and
5    Property Transaction"?
6        A.   Yes, sir.
7        Q.   Can you describe this service that's
8    reflected there?
9        A.   So, this is similar to the authorization I
10   spoke about, like if someone wants to sell a land,
11   or construe the land in my home country, they bring
12   the papers and they sign it in front of us, and we
13   notarize it, and we send it to Canada, but before
14   that, we have to send them email to the office of
15   Land and Corporate in Ramallah, and we get a
16   response, and then the communication will directly
17   between Canada, the office in Canada and this office
18   in Ramallah.
19       Q.   Okay.  Terrific.
20            MR. SINAIKO:  We've been going for an hour
21   and ten minutes.  Would it be all right if we took
22   a short break?
23            THE INTERPRETER:  I want to continue
24   because I don't have time.
25            MR. SINAIKO:  Well, with apologies, I

Page 99

A. ABU HBDA

1
2    actually need to take a break for three minutes.
3    We could stay on the record, if you want.  I just
4    need to get up for three minutes and I'll be right
5    back.
6            THE INTERPRETER:  Let's make it five
7    minutes.
8            MR. SINAIKO:  Take five.  Let's go off the
9    record for five minutes.  We'll come back at 2:52.
10           THE INTERPRETER:  Thank you, sir.
11           THE VIDEOGRAPHER:  Okay.  We are now off
12   the record at 18:47 UTC Time.
13           (Whereupon, a short recess was taken.)
14           THE VIDEOGRAPHER:  We are now back on the
15   record.  The time is 18:53 UTC time.
16       Q.   Mr. Abu Hbda, you mentioned a moment ago,
17   in connection with land and property transactions on
18   this page, Page 2 of Exhibit 4, that there are times
19   where you need to communicate by email with an
20   office in Ramallah; do you recall mentioning that?
21       A.   I just send the email.  I don't speak with
22   anyone.
23       Q.   Understood, but what is the purpose of
24   these emails?
25       A.   Just to inspect that the land is really

Page 100

A. ABU HBDA

1
2    registered in that person's name who wants to sell
3    it to make sure that he owns it.
4        Q.   Okay.  And is that a procedure that's
5    required by the -- by laws or regulations of the
6    Palestinian Authority?
7        A.   No, it's something that to make sure that
8    the person who's buying the land is protected, and
9    really the land is in the name of the seller.  It's
10   not required by the government.
11       Q.   Ah, and how did you learn of the existence
12   of this office where you send the emails?
13       A.   I think the office in Canada sent us an
14   email saying you have to email the office in
15   Ramallah, and the office in Ramallah will get in
16   contact with them.
17       Q.   And how did you come to receive that email
18   from the office in Canada?
19       A.   Honestly, I don't remember if it came as
20   an email or a message.  I don't remember.
21       Q.   Whether it was an email, or a message, my
22   question is, do you recall how you came to receive
23   that communication from the office in Canada,
24   whether it was either in written or oral form?
25       A.   I don't remember exactly the incident.  I

Page 101

A. ABU HBDA

1
2    don't remember.
3        Q.   Let's look at one more thing on Page 2
4    here.  It says -- you see it says, "All Arab Nations
5    Documents Certification"?
6        A.   It's the same, doing certifications,
7    certificate, or -- sorry, authorization --
8            THE INTERPRETER:  Delete that --
9        A.   -- doing authorization.  Doing same thing
10   we were doing, like if someone comes from Jordan, we
11   do notarization from Jordan.  If someone comes to do
12   notarization from the Gulf countries, or Egypt, or
13   Yemen, or Israel.  So, it's the same.  It's just
14   doing notarizations for other countries.
15       Q.   Authorizations of what sort?
16       A.   Notarization.
17       Q.   Notarization.  Got it.  I'm so sorry.
18   Maybe I misheard.  Okay.
19            So, just to be clear, I want to make sure
20   it's notarization, by you as a Notary Public of the
21   State of New Jersey, of a documentation to a foreign
22   government?
23       A.   Correct.
24       Q.   A foreign government, or the Palestinian
25   Authority, or the Palestinian Liberation

Awni Abu Hba
April 07, 2021                        102 to 105

Page 102

A. ABU HBDA

1
2    Organization, right?
3        A.   No, I didn't say that.  I said other
4    foreign governments.  I didn't say Palestinian
5    government.  I didn't say the Palestinian Liberation
6    Organization.  Yes, other government; this is what I
7    said.
8        Q.   Okay.  So, all Arab nations document
9    certification does not -- that service that your
10   company performs does not in any way involve the
11   Palestinian Authority, or the Palestinian Liberation
12   Organization, correct?
13       A.   I'm a New Jersey Notary.  I notarize
14   papers to people, and they send it wherever they
15   want to.  This doesn't change anything for me.
16       Q.   Understood.  So, they -- I mean, they
17   could be documents used for any purpose?  It's a
18   documentation for notarization purposes; is that
19   right?
20       A.   Yes, I -- I'm just a New Jersey Notary,
21   and that's all.  I just notarize the documents in
22   New Jersey; that's all.
23       Q.   Very good.  Okay.  I want to go back to a
24   topic that we discussed briefly earlier.  I'm going
25   to try to come back to it.  Subsequent to

Page 103

A. ABU HBDA

1
2    receiving -- well, let me withdraw that.
3            Do you remember, Mr. Abu Hbda, that
4    earlier today, we looked at one of the Subpoenas
5    that you were served with; do you recall that?
6        A.   Yes.
7        Q.   Okay.  To your recollection -- and by the
8    way, let's just --
9            I mean, we could confirm it, but the
10   Subpoena was served on you.  Hang on one second --
11   the Subpoena was served on you around March 11th;
12   does that sound right, sir?
13       A.   Correct.
14       Q.   Since you received the Subpoena, have you
15   communicated orally with any person you understood
16   to be an officer, agent, or employee, or in any way
17   related to the Palestinian Authority?
18       A.   No.
19       Q.   And since you received the Subpoena, have
20   you communicated orally with any person you
21   understood to be an officer, or agent, or employee,
22   or in any way related to the Palestinian Liberation
23   Organization?
24       A.   No.
25       Q.   And since you received the Subpoena, have

Page 104

A. ABU HBDA

1
2    you communicated orally with any person you
3    understood to be an officer, or an agent, or
4    employee, or in any way affiliated with this office
5    in Canada that -- that we've been discussing, the
6    office to which you submit documents when you would
7    like them to be legalized by the Palestinian
8    Authority?
9        A.   No.
10       Q.   And since you received the Subpoena, have
11   you communicated in writing, including by email,
12   with any person you understand to be an officer, or
13   an agent, or an employee, or in any way affiliate
14   with the Palestinian Authority?
15       A.   No.
16       Q.   And since you received the Subpoena, have
17   you communicated in writing, including via email,
18   with any person you understood to be about officer,
19   or an agent, or an employee or in any way affiliated
20   with the Palestinian Liberation Organization?
21       A.   No.
22       Q.   Okay.  And since you received the
23   Subpoena, have you communicated in writing with any
24   person of your understanding to be an officer, or an
25   agent, or an employee, or any way affiliated with

Page 105

A. ABU HBDA

1
2    this office in Canada, which we've been discussing,
3    to which you authorized notarization of
4    documentation you submit to the Palestinian
5    Authority?
6        A.   No.
7        Q.   Okay.  To your knowledge -- well, let me
8    withdraw that.  Start again.
9            The question I'm about to ask you is based
10   on your personal knowledge.  To your personal
11   knowledge and, you know, in advance of today, was
12   any person who you understand to be an agent, or an
13   employee, or an officer, or somehow affiliated with
14   the Palestinian Liberation Organization, aware of
15   you were being served with a subpoena?
16       A.   I haven't told anybody about that, no.
17       Q.   Okay.  But to your --
18           Putting aside whether you told anybody or
19   not, to your knowledge, are any such people aware
20   of?
21       A.   How would I know?  I haven't spoken with
22   anybody.
23       Q.   So --
24       A.   But I don't know.  How would I know if
25   anybody knows?

Page 106

```
1                    A. ABU HBDA
2        Q.   To your knowledge, you're not aware of
3    that?  That's all I'm asking.
4        A.   I don't know.  I don't know anything.
5        Q.   Okay.  And to your knowledge, again, just
6    your personal knowledge, and in advance of today,
7    was any person who you understand to be an agent, or
8    an employee, or an officer, or otherwise affiliated
9    with the Palestinian Authority aware of the Subpoena
10   that was served on you in connection with today's
11   deposition?
12       A.   No, I don't know.  I don't know.
13       Q.   So, the answer is -- I mean, I just want
14   to confirm that I understood correctly.
15            To your knowledge, you are not aware of
16   any such person being knowledgeable about the fact
17   that you were served with the Subpoena?
18       A.   For me, I didn't tell anybody.
19       Q.   Right.  But that, again, I just want to be
20   clear; you're not aware of any such person knowing
21   whether you told them or not?
22       A.   God only knows.  Am I God?  I don't know.
23   How would I know.
24       Q.   Okay.  And one last question in this line.
25   To your knowledge, in advance of today, was any
```

Page 107

```
1                    A. ABU HBDA
2    person who is an employee, or agent, or officer, or
3    otherwise affiliated with this office in Canada that
4    we've been talking about, where you submit documents
5    for, you know, certification or authentication of
6    documents by the Palestinian Liberation Authority,
7    were any of those people, to your knowledge, aware
8    that you were served with the Subpoena?
9        A.   I don't know.
10       Q.   Okay.  Not -- so, to your knowledge, the
11   answer is no; is that correct?
12       A.   I don't know.  I don't know anything.  I
13   don't know.
14       Q.   Okay.  By the way, your business -- let's
15   go to the last page of Exhibit -- I guess this is
16   Exhibit 4.
17            MR. SINAIKO:  Cosette, can we zoom in on
18       the thumbtack, please?  There we go.  Let's zoom
19       in on that.
20       Q.   Mr. Abu Hbda, do you see the thumbtack
21   that we zoomed in on here on Exhibit 4?
22       A.   Yes, sir.
23       Q.   Okay.  And you see there's an address
24   there, 964 Main Street, in Paterson, New Jersey?
25       A.   Yes.
```

Page 108

```
1                    A. ABU HBDA
2        Q.   And what is that address?
3        A.   This is my address.
4        Q.   Your address.  Is that a home address?
5        A.   No.
6        Q.   Okay.  What kind of an address is that?
7    Is that the address where your business is located?
8        A.   Yes, this is the office; yes.
9        Q.   Okay.  How long has the office of your
10   business been at that location?
11       A.   I don't remember exactly, maybe two years.
12   I don't remember exactly.
13       Q.   All right.
14            MR. SINAIKO:  Cosette, can we get Exhibit
15       5 again, please?  I think that was Tab 10.
16            MS. VINCENT:  Tab 10.
17            MR. SINAIKO:  But, I think we marked it as
18       Exhibit 5.
19            MS. VINCENT:  So, which page?
20            MR. SINAIKO:  So, we're going to go to
21       Page 36 of the PDF.  Actually, it has a number in
22       the lower right-hand; 296.
23            MS. VINCENT:  Maybe it should be up.
24            MR. SINAIKO:  Yeah, that looks right.  Can
25   we zoom?
```

Page 109

```
1                    A. ABU HBDA
2            Actually, let me ask Mr. Abu Hbda.
3        Q.   Have you seen this page before?  Do you
4    recognize it?  Anything you want to see, let us
5    know, and we could move the pages around for you.
6    Whatever you'd like us to do, we'll do.
7        A.   No, I haven't seen it.
8        Q.   Okay.
9            MR. SINAIKO:  Cosette, can you zoom in the
10       upper left-hand logo in the corner.
11       Q.   Do you see the logo, Mr. Abu Hbda?
12       A.   Yeah.
13       Q.   Okay.  Do you see it says, "PLO General
14   Delegations to the United States"?
15            MR. SINAIKO:  Can we make it any larger?
16       I know it's -- I'm having a hard time seeing it
17       to.  There we go.  Might be better.
18       Q.   Does that make it easier?  Can you see the
19   logo, Mr. Abu Hbda?
20       A.   Why.
21       Q.   Do you see that it says, "General
22   Delegation to the United States"?
23       A.   Yes.
24       Q.   Do you have an understanding of what the
25   PLO General Delegation to the United States is or
```

Awni Abu Hba
April 07, 2021                                    110 to 113

Page 110

A. ABU HBDA

1
2       was?
3           A.   Yes.
4           Q.   And what do you understand that the PLO
5       General Delegations of the United States is or was?
6           A.   It is a representative of Palestinian
7       Authority.
8           Q.   Okay.  And is that an analogue, or a
9       former analogue in the United States to the office
10      in Canada that we've been talking about?
11          A.   I don't know because I've never seen this
12      page.  This is the first time I've seen it.
13          Q.   Okay.  But putting aside the web page, and
14      whether you've seen it or not, do you have -- were
15      you aware of what the general PLO delegation to the
16      United States was?
17          A.   It used to have the Palestinian Authority
18      for the documents and papers.
19          Q.   Right.
20          A.   Something --
21          Q.   And in that respect, did this office
22      perform a bunch in -- similar to the one that is
23      performed by this office in Canada that you deal
24      with on behalf of your clients, who are looking to
25      have documents legalized or certified by the

Page 111

A. ABU HBDA

1
2       Palestinian Authority?
3           A.   Yes, they were authenticating the papers,
4       notarizing the paper; yes.
5           Q.   And while that office was in existence,
6       was it part of your business at Awni Abu Hbda
7       Documentation Services for certifications or
8       legalization of this office PLO General Delegation
9       to the United States?
10          A.   Most of the people from New Jersey, and
11      New Jersey when we used to notarize the papers, they
12      go by themselves; they go in person to that office.
13          Q.   I'm not sure I understand that exactly.
14      Do you mean they would go to the office, PLO General
15      Delegation to the United States?
16          A.   Yes, sir; yes.
17          Q.   Okay.
18               MR. SINAIKO:  Cosette, let's zoom out.
19        Okay.
20          Q.   Do you see this page is titled, "Conular
21      Affairs"?
22          A.   Yes.
23          Q.   When you see underneath that on the
24      upper -- there are one, two, three and four, five,
25      six boxes there; do you see that?

Page 112

A. ABU HBDA

1
2           A.   Yes, sir.
3           Q.   Okay.  And you see that the box in the
4       upper left-hand corner says, "General Powers of
5       Attorneys"; do you see that?
6           A.   Yes.
7           Q.   That's a service that is also provided by
8       Awni Abu Hbda Documentation Services, correct?
9           A.   I notarize it as a -- as a notary; yes.
10          Q.   Okay.  And you see in the -- in the center
11      on the top there, it says, "Durable Land Power of
12      Attorney"; do you see that?
13          A.   Yes.
14          Q.   And that's also a service that Awni Abu
15      Hbda Documentation Services provides in connection
16      with the Palestinian Authority, correct?
17          A.   I do it -- I notarize it as a notary
18      public; yes.
19          Q.   Okay.
20               MR. SINAIKO:  Cosette, let's go to Page --
21      I guess it's Page 42 of the PDF.
22               MS. VINCENT:  Sure; sure thing.
23          Q.   Mr. Abu Hbda, this -- just to be clear,
24      this is another page of the Exhibit that we have
25      been looking at.

Page 113

A. ABU HBDA

1
2           A.   I see that was Page 42, correct?
3                MR. SINAIKO:  It's Page 42 of the PDF; 42
4       out of 55; correct, Cosette?
5                MS. VINCENT:  It should be shared.
6                MR. SINAIKO:  That's it.
7           Q.   Okay.  Mr. Abu Hbda, do you see that page
8       that's got, "A302," in the lower right-hand corner?
9           A.   Yes.
10          Q.   And you see it says, "Notary Publics"?
11          A.   Yes.
12          Q.   Okay.  And do you see that -- I guess it
13      says, "Notary Publics," in the upper left-hand logo?
14          A.   Yes.
15          Q.   Okay.  And then it says, "Notary Publics,"
16      again in the middle of the page.  I guess -- there's
17      a paragraph, and then to the right, it says, "Notary
18      Publics," again; can you see that?
19               MR. SINAIKO:  Sorry.  Can we enlarge that
20      for Mr. Abu Hbda?
21          Q.   Does that help?  Okay.  And do you see
22      that there are a number of cities listed there?
23               Okay.  And do you see that one of them is
24      Paterson?
25          A.   Yes, I see it.

Page 114

A. ABU HBDA

1
2    Q.   Okay.
3         MR. SINAIKO:  Let's move to Page 8038.
4    It's a few more pages in.  And let's zoom in
5    again, so that Mr. Abu Hbda can see better, so
6    that I can see better; my eyes are terrible, also.
7    Q.   Do you see that that's your name there,
8    sir?
9    A.   Yes.
10        MR. SINAIKO:  He understands the
11   questions, which is terrific.
12   Q.   And do you see there's some letters there
13   in a foreign letter, which I unfortunately don't
14   understand, but do you see next to your name,
15   there's some foreign letters there?
16   A.   Yes.
17   Q.   And can you tell us what that is?
18   A.   It's my name, "Abu Hbda."
19   Q.   That's your name in Arabic?
20   A.   Yes.
21   Q.   Okay.  And underneath that, it says "388."
22   By the way, do you understand that that's a
23   reference to you?
24   A.   Yes.
25   Q.   Okay.  And do you see underneath it, it

Page 115

A. ABU HBDA

1
2    says, "388 Lake View Avenue, Clifton, New Jersey"?
3    A.   Yes.
4    Q.   And what is that address?
5    A.   This is my office address.  I had an
6    office at that place in the past.
7    Q.   Understood.  And do you still have an
8    office there?
9    A.   No.
10   Q.   Okay.  Underneath that, there's a
11   telephone number.  Do you see the telephone number?
12   I think it's a telephone number.
13   A.   Yes.
14   Q.   And is that a telephone number that you
15   used for your business?
16   A.   This is my personal cell phone.
17   Q.   Personal cell phone.  Got it.  So, let me
18   ask a question; do you have an understanding as to
19   how your name came to be placed on a Website of the
20   PLO Delegation to the United States, General
21   Delegation to the United States?
22   A.   Yes, I know.
23   Q.   And can you explain for the Court how that
24   happened?
25   A.   So, I used to notarize papers that goes to

Page 116

A. ABU HBDA

1    the embassy, and they know, they saw my name coming
2    on these papers, and they called me, and they asked
3    me, and I said I agree.
4    Q.   And who was it that called you, if you
5    remember?
6    A.   I don't remember exactly, but I think
7    someone was working there.  His name is Hakim.
8    Q.   Okay.  Do you know what Hakim's role was
9    in that office?
10        THE INTERPRETER:  I'm sorry, can you
11   repeat the question, sir?
12        MR. SINAIKO:  Sure.
13   Q.   Do you know what Hakim's role was in the
14   office?  And by that I mean, the General Delegation
15   of the United States?
16   A.   No, I know that he was working there;
17   that's it.
18   Q.   Okay.  Apart from --
19        Do you remember what Hakim told you in
20   this conversation that you had with him and what you
21   said to him?
22   A.   He asked me if they could put my name on
23   the Website to notarize the papers that they
24   authenticated.
25

Page 117

A. ABU HBDA

1
2    Q.   And do you remember anything that you said
3    to Hakim during the call?
4    A.   Yes, I told him, "yes, I agree."
5    Q.   And do you remember anything else about
6    this telephone call that you had with Hakim?
7    A.   No.
8    Q.   And do you remember any other
9    communications that you had with Hakim, apart from
10   this telephone call that you described?
11   A.   So, if papers are delayed, or if we have a
12   question, we used to call him to inquire about
13   the -- just the question.
14   Q.   So, he was a contact of yours at the PLO
15   General Delegations of the United States when that
16   office was open, correct?
17   A.   This is the person that I knew -- all -- I
18   knew his name there.
19   Q.   Did you ever meet him in person?
20        MR. SINAIKO:  Just let the record reflect
21   that Mr. I've --
22   A.   I've never met Hakim in my life.  I only
23   saw Hakim on TV.
24        MR. SINAIKO:  Let the record reflect that
25   before Mr. -- you know, before the translator

Page 118

A. ABU HEDA

1     translated that answer, Mr. Abu Hbda had provided
2     the answer to the question.
3     Q.  Okay.  Apart from Hakim, did you ever
4  communicate with any other person who worked at the
5  office of the PLO General Delegations of the United
6  States?
7     A.  There was another person, his name was
8  Dr. Omar.  He was the, you know, legal
9  representative there, and we used to ask him
10  questions; the same thing we were doing with Hakim.
11     Q.  Okay.  Apart from Hakim and Dr. Omar, did
12  you ever communicate with anybody else who worked at
13  the PLO General Delegation to the United States?
14     A.  I don't remember speaking with anyone
15  else; no.
16     Q.  How many times would you say you've
17  communicated with Dr. Omar?
18     A.  I don't remember; maybe once, twice.  I
19  don't know.  I don't remember.
20     Q.  When was the last time you spoke with
21  Hakim, the individual we mentioned a few minutes
22  ago?
23     A.  After they closed the -- cancel it.  I
24  don't know anything about what happened after.

Page 119

A. ABU HEDA

1     Q.  And what about Dr. Omar?  When was the
2  last time you remember communicating with Dr. Omar?
3     A.  I don't know; maybe before they closed.  I
4  don't remember.  I spoke with them either once or
5  twice.  I don't know.
6     Q.  Oh, you think --
7        Just to be clear about that, you think you
8  spoke to Dr. Omar only once or twice; is that
9  correct?
10     A.  Correct.
11     Q.  Okie doke.  Did you ever receive
12  compensation of any type from the PLO General
13  Delegation to the United States?
14     A.  No.
15     Q.  Did you ever hold a title of any kind with
16  the PLO General Delegation to the United States?
17     A.  No.
18     Q.  Not even an honorary title, like Deputy
19  Mayor of Paterson, right?
20     A.  What is Paterson has to do with the -- it
21  doesn't have any relation.
22     Q.  I'm just asking about honorary titles?
23     A.  No.
24     Q.  I know you were the Deputy Honorary Mayor

Page 120

A. ABU HEDA

1     of Paterson, and I know we looked, that that's a
2  large honorary role, and I want to know if you had
3  any honorary delegations that might have been given
4  to you at the PLO General Delegation of the United
5  States?
6     A.  No, there isn't.
7        MR. SINAIKO:  Cosette, can we bring up
8  Exhibit 12, please, and we're going to mark this
9  as Exhibit 6.
10     (Whereupon, Subpoena to Produce was marked as
11  Exhibit 6 for identification, as of April 7th,
12  2021.)
13        MR. SINAIKO:  I'll ask the court reporter
14  to mark it, Subpoena to Produce Documents,
15  Information, or Objects, or to Permit Inspections
16  of Premises in Civil Action.
17     Q.  My question to you, Mr. Abu Hbda, feel
18  free to take a look at the document, if you want to
19  page through it.  Cosette can help you with that.
20  Just tell her what you'd like her to do.
21        My question to you is, after you looked at
22  the document, is whether you recognize it?
23     A.  Yes, I've seen it.
24     Q.  And what do you recognize this document to

Page 121

A. ABU HEDA

1  be?
2     A.  This is the Subpoena that was sent to me.
3     Q.  Okay.  Do you recognize this to be the
4  Subpoena by which the Plaintiffs in this case asked
5  you to produce documents?
6     A.  Yes.
7     Q.  Okay.  Now, I know we mentioned this
8  before, but I want to spend just a little bit more
9  time on it because I think we'll be able to do that
10  a little bit more effectively now than we could
11  before.  Can you tell me what steps you took to
12  search for documents that might be responsive to the
13  Subpoena?
14     A.  So, I searched in my emails, and I
15  searched in the files, if I have documents about
16  anything, but, usually, we don't keep files.
17     Q.  Okay.  And are these your personal files,
18  sir?
19        THE INTERPRETER:  I'm sorry, this is the
20  interpreter.  The client is -- he is massaging his
21  eyes.
22        MR. SINAIKO:  Is everybody okay?  Do we
23  need to take a short break.
24        THE INTERPRETER:  Okay.

Page 122

```
1                A. ABU HBDA
2         MR. SINAIKO:  Because, like I said at the
3    beginning, we could take a break any time you need
4    to, sir.
5         THE INTERPRETER:  No, you can continue,
6    sir.
7         MR. SINAIKO:  Thank you very much.
8    Q.  I'm going to try to wind this up as
9    quickly as I can.  I think we're actually getting
10   close to the end.  The files that you searched for
11   documents that might be responsive to the Subpoenas,
12   were those your personal files?
13   A.  The files I have in my office.
14   Q.  Those are the files at the offices of Awni
15   Abu Hbda Documentation Services in Paterson?
16   A.  Yes.
17   Q.  Okay.  Do you have personal files at home
18   that might possibly contain documents responsive to
19   the Subpoena?
20   A.  No.
21   Q.  Okay.  And the emails that you searched,
22   where were those -- in what account were those
23   emails?
24   A.  My email.
25   Q.  Your personal email, sir?
```

Page 123

```
1                A. ABU HBDA
2    A.  I have only one email.
3    Q.  And that's an email account that you use
4    for both personal and -- personal and business?
5    A.  Correct.
6    Q.  Okay.  And just to be clear, and I'm just
7    getting this off of one of the Exhibits that I
8    mentioned, and I could show you the Exhibit if you
9    like, but just to confirm, the email is
10   redm@gmail.com; is that correct?
11   A.  Good.
12   Q.  And that email account, is that the only
13   email account that's used for the business of Awni
14   Abu Hbda Documentation Services?
15   A.  Yes, sir.
16   Q.  By the way, sir, apart from -- apart from
17   you, personally, does any other person work for Awni
18   Abu Hbda Documentation Services; do you have any
19   other employees?
20   A.  I work by myself.
21   Q.  Okay.  And, again, just to close off an
22   open spot, you had mentioned before that you perform
23   accounting services of some type; do you recall
24   that?
25   A.  This was in the past, yes.
```

Page 124

```
1                A. ABU HBDA
2    Q.  Okay.  And when did you stop providing
3    those services?
4    A.  I don't remember.  In the 90's.  I don't
5    know.
6    Q.  And, generally, what was the nature of
7    those services?
8    A.  Paying taxes; something like that.
9    Q.  All right.
10        MR. SINAIKO:  Cosette, let's bring up --
11        Okay.  Let's go to Tab 13, please, and
12   let's mark this as our next exhibit.  Is this
13   Exhibit 7?
14   (Whereupon, Tab 13 was marked as Exhibit 7
15   for identification, as of April 7th, 2021.)
16        MS. VINCENT:  It should be Exhibit 11.
17        MR. SINAIKO:  So, in a letter dated
18   April 5, 2021, from Sara Kropf to myself, and my
19   partner, Ron Wick.
20   Q.  I'll ask you, Mr. Abu Hbda, after you've
21   had a chance to look at the document, have you seen
22   it before?
23   A.  I think.  Ask me to look into my records.
24   I'm not sure whether I've seen this document or not.
25   Q.  Okay.  But you see that the second
```

Page 125

```
1                A. ABU HBDA
2    sentence of the first paragraph of the letter says,
3    "Mr. Abu Hbda has searched his records for documents
4    in response to your Subpoena"; do you see that?
5    A.  Yes, sir.
6    Q.  And you see that at the top of the page it
7    says, "April 5, 2021"; do you see that?
8    A.  Yes.
9    Q.  Okay.  And so I think you had mentioned
10   before that you conducted a search of emails and
11   files; did you do that work, prior to April 5, 2021?
12   A.  Yes.
13   Q.  Okay.  And did you conduct any searches
14   for documents after April 5, 2021?
15   A.  I don't know.  Maybe yesterday I saw
16   something.  I don't remember, to be honest.
17   Q.  Okay.  Let's look at the third sentence of
18   the first paragraph of this letter.  In this
19   sentence, Ms. Kropf tells my partner Mr. Wick and me
20   that you did not have any documents responsive to
21   the Subpoena; do you see that, sir?
22   A.  Exactly.
23   Q.  Right.  And, in fact, ultimately, you did
24   locate some documents that were responsive to the
25   Subpoena; is that correct, sir?
```

Awni Abu Hba
April 07, 2021                                    126 to 129

Page 126

1                    A. ABU HEDA
2         A.   I don't know what you mean by that.  I
3    don't know.
4         Q.   There came a time, sir, did there not,
5    where you provided some documents that were produced
6    to the Plaintiffs, pursuant to the Subpoena in this
7    case; isn't that right?
8         A.   One paper, maybe.
9         Q.   Okay.  And do you recall how you came to
10   locate that document?
11        A.   I continued searching in the papers I
12   have, so I found this paper.
13        Q.   Okay.  Is there any other searching that
14   you feel you could do to locate additional documents
15   responsive to the Plaintiff's Subpoena?
16        A.   If I find something, I will tell my
17   attorney immediately about it, but I don't have
18   anything else.
19        Q.   Right.  And how did you -- well, let me
20   ask you this.
21             Before Ms. Kropf sent this letter to my
22   partner, Mr. Wick and me, do you believe that you
23   thoroughly searched your records for documents that
24   might be responsive to the Subpoena?
25        A.   Yes.

Page 127

1                    A. ABU HEDA
2         Q.   And how did you conclude that there might
3    be additional documents you still needed to look
4    for, if you did conclude that?
5         A.   To be honest, I don't know.  I just
6    looked, and I searched in the papers, and I saw
7    these papers among the -- among the papers.
8         Q.   I see.  And what did you do after you saw
9    that piece of paper?
10        A.   I sent -- I sent it to my attorney.
11        Q.   And when did you do that, if you remember?
12        A.   Yesterday.  Maybe yesterday.  I don't
13   know.  I think yesterday.
14        Q.   All right.
15             MR. SINAIKO:  Cosette, if we could bring
16   up Tab 15.
17             MS. VINCENT:  Okay.
18             MR. SINAIKO:  And let's mark this as our
19   next Exhibit.  Let's -- this is going to be
20   Exhibit 8.
21             (Whereupon, Tab 15 was marked as Exhibit 8
22   for identification, as of April 7th, 2021.)
23             MR. SINAIKO:  It's a document that has
24   a -- the logo at the top and heading that says,
25   "General Delegation PLO United States," and is

Page 128

1                    A. ABU HEDA
2    entitled, "Contract for Notary Public Services."
3    This will be Exhibit 8.
4         Q.   Mr. Abu Hbda, do you have Exhibit 8 in
5    front of you?
6         A.   Yes.  Yes.
7         Q.   Okay.  All right.  And you see that --
8              This is a document -- obviously, you've
9    seen before because you supplied it to your attorney
10   who, in turn, supplied it to us recently; is that
11   correct?
12        A.   Yeah.
13        Q.   And where was this document physically
14   located when you found it?
15        A.   One of the drawers.
16        Q.   Okay.  Was that a drawer in your office in
17   Paterson, or was that a drawer at home, or where was
18   the drawer located?
19        A.   In Paterson.
20        Q.   Okay.  And can you tell us what this
21   document is.
22        A.   This is the contract of the Palestinian
23   Mission.  They sent it to me, but I never signed it.
24   I never sent it back to them.
25        Q.   I see.  So, this is -- you don't --

Page 129

1                    A. ABU HEDA
2              This is a contract that you never actually
3    entered into?
4         A.   No, no.  I -- I refused it.  I refused.
5         Q.   Well, maybe you could tell me --
6    withdrawn.
7              How did you come to receive this piece of
8    paper?
9         A.   I don't know.  Maybe it's with one of the
10   notarized papers we sent them, they sent with them
11   back to us.  I don't remember at all.  I don't
12   remember at all how I got it.
13        Q.   Do you recall when you received this piece
14   of paper?
15        A.   Maybe in 2014, around that time.
16        Q.   Okay.  And you see there's some
17   handwriting filled into the document in the middle
18   of the first page?
19        A.   Yes.
20        Q.   Whose handwriting is that?
21        A.   This is my handwriting.
22        Q.   Okay.  And that's your name, and your
23   business address that -- that is written in your
24   handwriting on the first page of Exhibit 8, correct?
25        A.   Correct.

Page 130

A. ABU HEDA

2    Q.   Okay.  And this is a piece of paper that
3  was -- strike that.
4         Do you recall ever requesting that this
5  document be sent to you?
6    A.   No.
7    Q.   So, as far as you know, this document was
8  gratuitously sent to you by the General Delegation
9  of the PLO to the United States, correct?
10   A.   Yes.
11   Q.   And I'm going to turn you to Page 3 of the
12 document.
13       MR. SINAIKO:  Cosette, if we could just
14    move over there.  Can we zoom in on the name
15    that's in the middle of the page?  Do you see what
16    I'm talking about there?  Perfect.  It's a little
17    hard to read because the quality of the copy is
18    not very high.
19   Q.   This is what we got from your counsel.  Do
20 you see there's a name there Maen Areikat; M-A-E-N;
21 A-R-E-I-K-A-T?
22   A.   Yes.
23   Q.   And do you know who that is?
24   A.   He's the Ambassador of the Commission.
25   Q.   Have you ever communicated in, orally or

Page 131

A. ABU HEDA

2  in writing, with that person?
3    A.   I saw him once, and I had a meeting, and I
4  went, and he wasn't -- I -- it was a session, and he
5  was there, but I've never spoken with him.  I've
6  never wrote him anything.
7    Q.   Is that a session of the UN that you
8  personally attended?
9    A.   It's the session of the United Nations.
10 All representative comes.  It happens always.
11   Q.   So, are you talking about a General
12 Assembly of the UN meeting, sir?
13   A.   Yeah.  Yes.
14   Q.   Was that something that you watched in
15 person or were you present?
16   A.   I went to the one follow-up visit and it
17 was present there.
18   Q.   I see.  So, did you actually interact with
19 Maen Areikat, or was it just somebody who you saw?
20   A.   I never spoke or interacted with him.
21   Q.   Okay.  So, it was just somebody who you
22 saw at the United Nations during a visit there?
23   A.   Yes, I've only seen him; yes.
24   Q.   And why were you present at the United
25 Nations at that time?

Page 132

A. ABU HEDA

2    A.   All people go to see these sessions, or
3  the meetings.  It's -- I did it the same as any
4  member of the public.
5    Q.   So, you were present just as a member of
6  the public, correct?
7    A.   Yes.
8    Q.   Apart from the visit to the United Nations
9  where you saw Maen Areikat, have you ever been a
10 member of the United Nations at that time?
11   A.   I take my children and grandchildren
12 often, every two or three years, to show them from
13 the outside the United Nations.  So, I take them, my
14 grandchildren, just to show them.
15   Q.   Okay.
16       MR. SINAIKO:  Looking at -- let's --
17    let's's zoom out again, please, Cosette.
18   Q.   Looking at Exhibit 8, can you point me to
19 any trade secret that's reflected in that document?
20       THE INTERPRETER:  Sorry.  Could you repeat
21    the question again?  This is the interpreter.
22       MR. SINAIKO:  Certainly.
23   Q.   Looking at Exhibit 8, Mr. Abu Hbda, can
24 you point me to any trade secret in that document?
25   A.   What is it that you're referring to

Page 133

A. ABU HEDA

2  exactly?
3    Q.   Well, let me put it a little differently.
4  Mr. Abu Hbda, do you see any information in this
5  document that you regard as reflecting a secret that
6  you use in your business, secret information that
7  you use in your business?
8    A.   I never signed this document.  So, what is
9  the content?  What is inside?  It doesn't belong to
10 me.  It's -- it doesn't belong to me.  I didn't sign
11 it.
12   Q.   So, would you agree then that this
13 document does not reflect any secret or confidential
14 information concerning your business?
15   A.   This document is not related to me.  I
16 don't have any relation whatsoever to this document.
17   Q.   Right.  So, my question is, would you
18 agree that this document does not reflect any secret
19 or confidential information concerning your
20 business?
21   A.   I don't understand your question, and I
22 cannot answer this question because it's not related
23 to me.
24   Q.   Okay.  So, can we agree that this -- that
25 this document does not reflect any information at

Page 134

A. ABU HEDA

1   A. ABU HEDA
2   all about the business that you run, that is Awni
3   Abu Hbda Documentation Services?
4       A.   I don't understand your question, or what
5   you are referring to.
6       Q.   Okay.  What I'm trying to understand,
7   Mr. Abu Hbda, is whether this document contains any
8   information about your business, Awni Abu Hbda
9   Documentation Services?
10      A.   Again, this is concerning -- this document
11  is regarding documentation services, but I haven't
12  signed it.  I didn't sign it, or do anything with
13  it.
14      Q.   When you received this document from --
15  from the PLO General Delegation to the United
16  States, did anybody ask you to keep the document
17  confidential?
18      A.   No.  Nobody asked me about that.
19      Q.   And does this document reflect any
20  financial information about you or about Awni Abu
21  Hbda Documentation Services?
22      A.   No.
23      Q.   Okay.  And do you regard this document as
24  containing information of a personal nature about
25  anyone else or you?

Page 135

A. ABU HEDA

1   A. ABU HEDA
2       A.   It has my name and my address; that's all.
3       Q.   Right.  And do you regard that
4   information -- well, withdrawn.
5            Do you regard that name and business
6   address as personal or intimate information about
7   you?
8       A.   It's a business information.
9       Q.   Okay.  But publicly available business
10  information, correct?
11      A.   Maybe.
12      Q.   Well, it's on your Website; isn't it, sir?
13      A.   Yes, that's possible.
14      Q.   With your name and telephone --
15           It's possible.  Should we go back and look
16  at the Website again?  Would you like me to look at
17  the Website again, sir?
18      A.   I told you.  This is a business
19  information that is available on the Website.
20      Q.   Okay.  Perfect.  And this document -- I'm
21  going to just come back to one or two other things.
22  This document that we've marked as, I think it's
23  Exhibit 8.
24           MR. SINAIKO:  Is it 8?  Are we on Exhibit
25  8, Cosette?  I think it is Exhibit 8.

Page 136

A. ABU HEDA

1   A. ABU HEDA
2       MS. VINCENT:  Yeah, it's Exhibit 8.
3       Q.   This document that we marked, Exhibit 8,
4   do you regard this document as containing personal
5   or intimate information about any person?
6       A.   No.
7       Q.   And do you regard this document as
8   containing personal or intimate information about
9   any person?
10      A.   What do you mean by, "personal"?  Are you
11  referring to me or any person?
12      Q.   Any person.  We already established that
13  the document pertaining to you is the information
14  you make available on your Website.  What I'm asking
15  you is, do you regard this document as containing
16  information of a personal or intimate nature of you
17  or any person?
18      A.   I don't know anything about this document,
19  and I cannot answer anything regarding it.
20           MR. SINAIKO:  Okay.  Let's go to Tab 11,
21  and we'll mark this as Exhibit 9.
22           (Whereupon, Tab 11 was marked as Exhibit 9
23  for identification, as of April 7th, 2021.)
24           MR. SINAIKO:  Can we zoom in just a little
25  bit, Cosette?  Just to make it a little more

Page 137

A. ABU HEDA

1   A. ABU HEDA
2   legible.  So, this is a document that we obtained
3   from the Internet, from the Website of the
4   permanent observer Palestine to the United Nations
5   of New York.  It's an excerpt from the Website,
6   and I would ask the court reporter to mark it as
7   Deposition Exhibit 9.
8       Q.   Okay.  I just have a few questions about
9   this one.  Mr. Abu Hbda, do you see that there's a
10  list of names in the middle of the page here?  Let's
11  zoom in a little bit.  It's testing everybody's eyes
12  here.  It's hard to see.  Can you see that better?
13      A.   Yes.
14      Q.   Okay.  Can you see that the first name is
15  Riyad Mansour?
16      A.   Yes.
17      Q.   And do you know that person?
18      A.   You know.
19      Q.   How do you know that person?
20      A.   I see him in the UN.  He comes sometimes
21  for meetings.  He participates with people's
22  concerns.  If someone dies, if there is a, like some
23  incidents, or if there's a celebration, he comes to
24  celebrate with us involved in the community.
25      Q.   How many times would you say you've met

Awni Abu Hba
April 07, 2021                                    138 to 141

Page 138

A. ABU HBDA

1
2  Mr. Mansour?
3      A.   I've never had a special meeting with him
4  in my life.  I never sat with him.  I see him.  I
5  shake hands with him, like other people do.
6      Q.   Okay.  Apart from seeing him, and shaking
7  hands with him, have you ever had a substantive
8  communication with him, beyond pleasantries?
9      A.   Maybe we speak when there is a
10 celebration, there is a funeral, there is a wedding,
11 there is a dinner.  So, just in general speaking, we
12 don't discuss politics; that's general speaking.
13 He's a public figure.  Everybody knows him.
14     Q.   Okay.  But your interactions with him,
15 Mr. Abu Hbda -- let me withdraw that.
16          Mr. Abu Hbda, do you have interactions, or
17 have you ever had interactions with Mr. Mansour,
18 other than, you know, of a social nature?
19     A.   No.
20     Q.   Okay.  Let's go to the next person Feda
21 Abdelhady-Nasser; do you see that person's name?
22     A.   I don't know.
23     Q.   My question -- let me just get a clear
24 question and answer.  Do you know Feda
25 Abdelhady-Nasser personally?

Page 139

A. ABU HBDA

1
2      A.   No.
3      Q.   Have you ever met Feda Abdelhady-Nasser?
4      A.   No.
5      Q.   To your knowledge, have you ever
6  communicated with Feda Abdelhady-Nasser?
7      A.   No.
8      Q.   Okay.  The next person down on the list
9  Nadya Rasheed; have you ever seen that, Mr. Abu
10 Hbda?
11     A.   Yes, I see her.
12     Q.   And have you ever met Nadya Rasheed?
13     A.   No.
14     Q.   And have you ever communicated with Nadya
15 Rasheed?
16     A.   No.
17     Q.   Okay.  Let's go to the next name on the
18 list Majed Bamya; do you see that name?
19     A.   Yes.
20     Q.   And have you ever Majed Bamya?
21     A.   No.
22     Q.   And to your knowledge, have you ever
23 communicated with Majed Bamya?
24     A.   No.
25     Q.   Let's go to the next name, Abdallah

Page 140

A. ABU HBDA

1
2  Abushawesh; do you see that name, sir?
3      A.   Yes.
4      Q.   And have you ever met Abdallah Abushawesh?
5      A.   Yes.
6      Q.   You have, right?  And who do you
7  understand Abdallah Abushawesh to be?
8      A.   I don't know.  He works in the UN, in the
9  Mission.  I don't know.
10     Q.   Would you say that you know Abdallah
11 Abushawesh personally?
12     A.   No.
13     Q.   Have you ever communicated with Abdallah
14 Abushawesh?
15     A.   I think I saw him once only in the UN, and
16 I spoke with him once; that's it.
17     Q.   And what was the nature of the
18 conversation, if you remember?
19     A.   "How are you?  How is your family?  How is
20 your children?"
21     Q.   And were those questions that he was
22 asking of you, or were those questions you were
23 asking of him?
24     A.   We both asked the same questions.
25     Q.   I see.  And where did this meeting happen?

Page 141

A. ABU HBDA

1
2      A.   In the -- it's in the UN.
3      Q.   And what was the context for you meeting
4  Abdallah Abushawesh at the UN?
5          THE INTERPRETER:  I'm sorry.  Interpreter.
6  Could you repeat the question?
7          MR. SINAIKO:  Sure.
8      Q.   What was the context for you meeting
9  Abdallah Abushawesh at the UN?
10     A.   There was no specific.  He was there, and
11 there was some people there, and I saw him.
12     Q.   Okay.  And apart from this one
13 communication that you recall, can you recall any
14 other communications with Mr. Abdallah Abushawesh?
15     A.   No.
16     Q.   Okay.  Let's go to the next name, Nada
17 Tarbush; do you see that name there, sir?
18     A.   Yes, I do.
19     Q.   Have you ever met Ms. Nada Tarbush?
20     A.   No.
21     Q.   Have you ever communicated with Nada
22 Tarbush?
23     A.   No.
24     Q.   Okay.  And let's go to the next name on
25 the list.  Can you see Ms. Sahar Abushawesh?

Page 142

A. ABU HBDA

1
2      A.   Yes.
3      Q.   Okay.  And have you ever met Ms. Sahar
4  Abushawesh?
5      A.   No.
6      Q.   Have you ever communicated with Sahar
7  Abushawesh?
8      A.   No.
9      Q.   Okay.  Let's go down to the next one;
10  Ms. Sahar Salam; do you see that name Sahar Salam?
11     A.   Yes, I saw the name, yes.
12     Q.   Okay.  Have you ever met Sahar Salam?
13     A.   No.
14     Q.   Okay.  And have you ever communicated with
15  Ms. Sahar Salam?
16     A.   No.
17     Q.   Okay.  And the last name on the list
18  Ms.Nadia Ghannam; do you see that name?
19     A.   I see it, yes.
20     Q.   Okay.  And have you ever met Ms. Nadia
21  Ghannam?
22     A.   Her name is not strange to me, but I've
23  never met her in person.
24     Q.   Right.  And have you ever communicated
25  with Nadia Ghannam?

Page 143

A. ABU HBDA

1
2      A.   No.
3      MR. SINAIKO:  Let's move back up to to top
4  of this page.  Page -- Exhibit 9.
5      Q.   Have you -- I guess I'll try to limit the
6  question to at any time during 2020 or 2021, and we
7  could put aside the conversations with Mr. Mansour
8  that you've already told us about, and the other
9  conversations that you've already told us about, you
10  know, in the last couple of minutes.
11         Putting aside those conversations, do you
12  recall, at any time in 2020 or 2021, having any
13  communication with anybody that you understood to be
14  an employee of, or an agent of, or affiliated with
15  the permanent member of the State of Palestinian
16  Mission in New York?
17     A.   No.
18     MR. SINAIKO:  Alrighty.  If we could -- I
19  think I'm actually close to finished.  If we could
20  go off the record.  I probably want 15 minutes to
21  gather my notes, and I think we're very close to
22  done.  Would it be all right if we took a break?
23     MS. KROPF:  If we could do a little
24  shorter than 15 minutes.
25         (Whereupon, a short recess was taken.)

Page 144

A. ABU HBDA

1
2      THE VIDEOGRAPHER:  We are now back on the
3  record.  The time is 20:30 UTC Time.
4      Q.   Okay.  Mr. Abu Hbda, I just have a few
5  more questions for you today.  Do you recall, sir,
6  that we were looking at a list of notaries public
7  that was maintained by the PLO General Delegation to
8  the United States, a list that you were on?
9      A.   Yes.
10     Q.   Okay.  And are you aware of any other
11  lists of that nature, that is lists of notary
12  publics in the United States that are -- that is
13  currently maintained by the Palestinian Authority?
14     A.   I don't have any lists.
15     Q.   No, but were you aware of the existence of
16  any such list?
17     A.   You can ask the Mission in Canada, the
18  Embassy for me.  I don't know.
19     Q.   Ah.  So, just to come back to the
20  question.  Were you aware of the --
21         Were you aware that that Palestinian
22  Authority maintains any list of notaries in the
23  United States, similar to the one we looked at from
24  the former PLO General Delegation to the United
25  States?

Page 145

A. ABU HBDA

1
2      A.   You have to ask them themselves about
3  this.  For me, I don't know.
4      Q.   You don't know?  I'm just trying to
5  know --
6          I'm just trying to confirm if you're aware
7  of such a thing or not.
8      A.   I don't know.  Maybe there is.  I don't
9  know about this.
10     Q.   So, you're unaware of any such list, just
11  to be clear?
12     A.   I don't have a list or know, but maybe
13  there is a list with names on it.  I don't know.
14     Q.   Okay.  And do you know whether any such
15  list is maintained by the Palestinian Liberation
16  Organization?
17     A.   Why don't you go and ask the PLO?  Why --
18  how would I know about that?
19     Q.   I'm just asking you, sir, if you could let
20  us know if you're aware of any such ID, I'd be
21  grateful.
22     A.   I don't know.  I don't have a list.  I
23  know there's people who sign, but I don't have a
24  list.  I don't know.
25     Q.   Okay.  And the office that you mentioned

Awni Abu Hba
April 07, 2021                                    146 to 149

Page 146

```
 1                    A. ABU HEDA
 2  in Canada to which you send documents when you would
 3  like them legalized or certified by the Palestinian
 4  Authority, do you know where that office in Canada
 5  maintains such a list, just to your knowledge?  I'm
 6  not asking whether they do or not.  I'm asking if
 7  you know whether they do or not.
 8                MR. BERGER:  I'm going to object to the
 9      form as misstating his prior testimony.
10                But, you could answer.
11      Q.   Let me put the question again in a way
12  that will hopefully not draw an objection.  The
13  office in Canada that we've been speaking about
14  today; you know what I'm talking about, correct,
15  sir?
16      A.   I know, but I don't know what the Mission,
17  or the office in Canada knows, or keeps, or what
18  they don't know.  You could call them and ask them
19  about that.
20      Q.   You're getting ahead of me a little bit.
21  I'm first trying to make a clear record here.  The
22  office in Canada, remember we looked at the document
23  that had the red stamp and the blue stamp on it?
24      A.   Yes.
25      Q.   Okay.  And you remember that was the
```

Page 147

```
 1                    A. ABU HEDA
 2  document that you sent to an office in Canada,
 3  correct?
 4      A.   Correct.
 5      Q.   Okay.  And that office in Canada, were you
 6  aware of whether that office in Canada maintains a
 7  list of notary publics in the United States who can
 8  perform notarial services, and a list that we looked
 9  at before to the PLO General Delegation to the
10  United States?
11      A.   I don't know.  I know they had my name,
12  but for other names, I don't know.
13      Q.   You know they have your name?
14      A.   They signed my paper, so they know my
15  name.
16      Q.   Got it.  Okay.  And one further question,
17  are you aware whether the permanent observer to the
18  United Nations maintains a list of notaries public,
19  in the United States similar to the one maintained
20  by the General Delegations PLO to the United States?
21      A.   I don't know anything about the Mission of
22  the UN; I don't know anything about it.
23      Q.   Okay.  Were you aware that any time after
24  January 4, 2020, that's January 4 of last year, the
25  Palestinian Authority has referred any customer to
```

Page 148

```
 1                    A. ABU HEDA
 2  your business Awni Abu Hbda Documentation Services?
 3      A.   No.  The Authority or the government, they
 4  don't send anything to us.  They haven't sent
 5  anything to us.
 6      Q.   Okay.  Were you aware whether at any time
 7  January 4, 2020, the Palestinian Liberation
 8  Organization has referred any customers or clients
 9  to your business Awni Abu Hbda Documentation
10  Services?
11      A.   No, they haven't sent anything.
12      Q.   Okay.  Are you aware whether this office
13  in Canada that we've been talking about, the one
14  which you sent the document with the red and blue
15  stamp on it, were you aware whether that office,
16  since January 2020, has referred any customers or
17  clients to your business Awni Abu Hbda Documentation
18  Services?
19                Just looking at the realtime record, I
20  want to be sure that my record reflects my question
21  pertains to any referrals of customers or clients on
22  or after January 4, 2020.
23      A.   No.
24      Q.   Okay.  And are you aware whether the
25  Permanent Observer Mission to the United Nations
```

Page 149

```
 1                    A. ABU HEDA
 2  Mission in New York has referred any customers or
 3  clients to Awni Abu Hbda Documentation Services on
 4  or after January 4, 2020?
 5      A.   No, they didn't.
 6      Q.   And on or after January 4, 2020, have you
 7  been paid any money or given anything of value by
 8  the Palestinian Liberation Organization?
 9      A.   No.
10      Q.   And on or after January 4, 2020, have you
11  been paid any money, or given anything of value by
12  the Palestinian Liberation Organization?
13      A.   No.
14      Q.   And on or after January 4th, 2020, have
15  you been given any -- have you been paid any money
16  or given anything of value by the, you know, by the
17  office in Canada that we referred to before, the one
18  to which you sent the document with the red and the
19  blue stamp?
20      A.   No.
21      Q.   And on or after January 4, 2020, have you
22  been paid any money, or given anything of value by
23  the Permanent Observer Mission to the United Nations
24  in New York City, the one we've been talking about?
25      A.   No.
```

Awni Abu Hba
April 07, 2021                                        150 to 153

Page 150

A. ABU HEDA

1
2      Q.   On or after January 4, 2020, have you
3   entered into any agreements with the Palestinian
4   Authority?
5      A.   No.
6      Q.   On or after January 4, 2020, have you
7   entered into any agreements with the Palestinian
8   Liberation Organization?
9      A.   No.
10     Q.   And on or after January 4, 2020, have you
11  entered into any agreements with the office in
12  Canada that we've been talking about to which you
13  sent the document, the red and the blue stamp?
14     A.   No.
15     Q.   And on or after January 4, 2020, have you
16  entered into any agreements with the Permanent
17  Observer Mission to the United Nations Mission in
18  New York?
19     A.   No.
20     Q.   By the way, just to clarify, you
21  understand that my questions about the Permanent
22  Observer Mission, you know, the Permanent Observer
23  Mission to the United Nations in New York, that's a
24  reference to the -- hang on one second, the -- the
25  entity whose Website, you know, we looked at as

Page 151

A. ABU HEDA

1
2   Exhibit 9; you understand that, correct?
3      A.   Yes, sir.
4      Q.   And apart from seeing Mr. Mansour at the
5   United Nations, or seeing Mr. Mansour at social --
6   on social occasions of the sort that you described,
7   that is to say family events, I suppose it was
8   funerals you mentioned -- let me withdraw that.
9           You mentioned before that you've seen
10  Mr. Mansour at certain types of events outside of
11  the United Nations; do you remember that?
12     A.   Maybe; yes.
13     Q.   Can you just give us a description of the
14  sort of events those were?  I know we're going back
15  a little bit, but I just want to try to refresh your
16  recollection.
17     A.   It's from gathering, maybe a wedding, a
18  funeral; it's something -- it's not related, and
19  even if it's in New York, it's not in the same area.
20     Q.   Okay.  Apart from these social gatherings,
21  are you aware of any other activities that
22  Mr. Mansour engages in here in the United States?
23     A.   How would I know?
24     Q.   Well, have you ever attended, for example,
25  a speech that Mr. Mansour delivered?

Page 152

A. ABU HEDA

1
2      A.   On TV.
3      Q.   And do you know from where Mr. Mansour
4   delivered the speech that you delivered on TV?
5   Sorry, let me withdraw that.
6           Do you know where Mr. Mansour delivered
7   the speeches that you saw him deliver on television?
8      A.   How would I know, but most of them are in
9   the UN.
10     Q.   Do you know the locations of any are --
11  that are not in the UN?
12     A.   No, I don't know.
13     Q.   Have you ever seen Mr. -- apart from
14  social gatherings, have you ever seen Mr. Mansour in
15  person, other than at the United Nations
16  headquarters?
17     A.   No.
18     Q.   Okay.  And turning back to just
19  momentarily -- and we could put the list up if we
20  need to -- turning back to the list of personnel
21  from Exhibit 9, the list of personnel from the
22  Permanent Observer Mission in New York, have you
23  ever seen -- and apart from the social occasions
24  that you mentioned with respect to Mr. Mansour, have
25  you ever seen any of those individuals, other than

Page 153

A. ABU HEDA

1
2   the individuals from the UN headquarters in New
3   York?
4      A.   No.  No.
5      Q.   Okay.  Let me go on mute for 30 seconds.
6   I think I'm done.  I just want to confirm.  Hang on
7   one sec.
8           MR. SINAIKO:  Okay.  Mr. Abu Hbda, I have
9   no further questions for you at this time, and I'm
10  prepared to hand the Witness over to Mr. Berger,
11  if he'd like to examine.
12          MR. BERGER:  Yes.  Thank you.  And thank
13  you for your patience.
14
15
16
17
18
19
20
21
22
23
24
25

Page 154

```
1                      A. ABU HBDA
2    EXAMINATION BY
3    MR. BERGER:
4         Q.   Mr. Abu Hbda, I won't take very much of
5    your time.  My name is Mitchell Berger.  I'm one of
6    the lawyers for the Palestinian Liberation
7    Organization, and for the record, have we ever met
8    before.
9         A.   No.
10        Q.   Thank you.  I want to take you back to a
11   question that Mr. Sinaiko asked you, and an answers
12   you gave earlier this afternoon.  It was at Page 74,
13   starting at Line 1 of the --
14        MR. SINAIKO:  Would you mind if I just --
15   back there?  I just need a moment.
16        MR. BERGER:  Go ahead.  Let me know when
17   you're -- you're at Page 74 line --
18        MR. SINAIKO:  Go ahead.  Okie Doke.  I'm
19   there.
20        Q.   Okay.  So, Mr. Abu Hbda, you were asked
21   this question and you gave this answer.  Question,
22   "Sir, have you ever had personal authority to
23   provide certification of a document on behalf of the
24   Palestinian Authority?"
25             And you gave the answer, "no."
```

Page 155

```
1                      A. ABU HBDA
2             Do you recall being asked that question
3    and being given that answer?
4         A.   Yes.
5         Q.   Okay.  I would like to use Mr. Sinaiko's
6    phrasing of, "on behalf of," and ask you two
7    questions, if I may.  Is that all right with you?
8         A.   Yes.
9         Q.   Okay.  Since January 4, 2020, have you
10   provided any services on behalf of the Palestinian
11   Authority?
12        MR. SINAIKO:  Objection.
13        A.   No.
14        Q.   Since January 4, 2020, have you provided
15   any services on behalf of the Palestinian Liberation
16   Organization?
17        MR. SINAIKO:  Objection.
18        A.   No.
19        MR. BERGER:  That's all I have.  Thank
20   you.
21        MR. SINAIKO:  Mr. Abu Hbda, we really
22   appreciate your time today and your patience.
23        THE VIDEOGRAPHER:  We are now --
24        MR. SINAIKO:  Before we go off the record,
25   I had one question to ask of Sara.
```

Page 156

```
1                      A. ABU HBDA
2         MS. KROPF:  Yeah.
3         MR. SINAIKO:  So, while we're on the
4    record, in light of Mr. Abu Hbda's testimony
5    today, can we withdraw the Confidential
6    designation on the document that was produced to
7    us?  Can you withdraw that designation?
8         MS. KROPF:  You know, let me just double
9    check my client candidly -- I put that on because
10   my client -- let me talk to him about that and get
11   back to you.
12        MR. SINAIKO:  It seems pretty clear from
13   the testimony that there's no basis for the
14   confidential designation or run around getting
15   confidential designations withdrawn.  I figured I
16   would just ask.
17        MS. KROPF:  Can you send me whatever
18   Protective Order's in place, so I could look at
19   the language?
20        MR. SINAIKO:  Erica, could you take a look
21   at that?
22        MS. LAI:  We could go off the record.
23        (Continued on next page to accommodate
24   jurat.)
25
```

Page 157

```
1
2         THE VIDEOGRAPHER:  Okay.  If everyone's
3    ready.  We are now off the record.  The time is
4    20:54 UTC Time, and this concludes today's
5    testimony given by Awni Abu Hbda Documentation
6    Services.  Thank you, everyone.  Thank you,
7    Mr. Abu Hbda.
8                     -oOo-
9         (Whereupon, the examination of AWNI ABU HBDA
10   was concluded at 4:54 p.m.)
11
12
13             _____
14             AWNI ABU HBDA
15
16
17
18
19
20
21
22
23
24
25
```

Page 158

1

2                    C E R T I F I C A T E

3

4         I, AMBRIA IANAZZI, do hereby Certify:

5         THAT AWNI ABU HBDA was sworn under penalty of

6    perjury by a Notary Public.

7

8         THAT the deposition transcript herein is a

9    verbatim record of the testimony given by AWNI ABU

10   HBDA, stenographically record by a Registered

11   Professional Reporter, and Certified Realtime

12   Reporter.

13

14        THAT I am not related to any of the Parties

15   to this Action by blood or marriage; and I have no

16   interest, financial or otherwise, in the outcome of

17   the case.

18

19

20        CERTIFICATION DATE:  April 12th, 2021.

21

22

23

24        *Ambria Ianazzi*
     _____

25        AMBRIA IANAZZI, RPR, CRR, RCR, CSR

Page 159

1    Errata Sheet

2

3    NAME OF CASE: SHABTAI SCOTT SHATSKY -against- PALESTINE LIBERATION ORGANIZATION

4    DATE OF DEPOSITION: 04/07/2021

5    NAME OF WITNESS: Awni Abu Hba

6    Reason Codes:

7        1. To clarify the record.

8        2. To conform to the facts.

9        3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25             _____

Awni Abu Hba
April 07, 2021                                    1

### Exhibits

**EX 0001 Awni Abu Hba 04072 1**
3:6 17:24 18:3,5,6,17 22:11

**EX 0002 Awni Abu Hba 04072 1**
3:7 27:23 28:3,20 29:6,16,23 32:19

**EX 0003 Awni Abu Hba 04072 1**
3:8 32:16, 17,20 37:25 45:11,17 47:20 49:9

**EX 0004 Awni Abu Hba 04072 1**
3:9 52:5,6, 12 56:9 57:10,21 64:6 68:15 75:19,20 76:3 84:7,8 96:13 99:18 107:16,21

**EX 0005 Awni Abu Hba 04072 1**
3:10 70:25 71:14 108:14,15,18

**EX 0006 Awni Abu Hba 04072 1**
3:11 120:10, 12

**EX 0007 Awni Abu Hba 04072 1**
3:12 124:13, 14

**EX 0008 Awni Abu Hba 04072 1**
3:13 127:20, 21 128:3,4 129:24 132:18,23 135:23,24,25 136:2,3

**EX 0009 Awni Abu Hba 04072 1**
3:14 136:21, 22 137:7 143:4 151:2 152:21

### $

**$100**
78:11

**$250**
77:24

**$300**
77:25

**$50**
78:11

### -

**-o0o-**
157:8

### 0

**0**
7:2,10 12:2, 13 67:6,17

### 1

**1**
17:24 18:3, 5,6,17 22:11 27:19,21 28:3 154:13

**10**
108:15,16

**10C**
70:21

**11**
124:16 136:20,22

**11:21**
43:12

**11:35**
43:20,22 44:12

**11:45**
43:15

**11th**
103:11

**12**
120:9

**12:30**
65:21

**13**
124:11,14

**13:39**
8:9

**13:55**
16:11

**14**
17:21

**14:15**
16:14

**14:40**
28:16

**14:45**
28:19

**15**
43:20 77:11 127:16,21 143:20,24

**15-minute**
43:9

**15:22**
44:15

**15:39**
44:18

**16:34**
66:16

**17:39**
66:19

**18:47**
99:12

**18:53**
99:15

**1971**
34:20

**1980**
31:24,25 37:9

**1984**
47:25 48:9

**1995**
37:14

**1:30**
65:22

**1:34**
66:12,14

### 2

**2**
27:23 28:2, 3,20 29:6, 16,23 32:19 45:12 52:4,6 53:9 56:9 57:21 64:6 68:14,18 75:23 76:3,8 84:7 96:13 99:18 101:3

**20**
77:11

**2002**
49:18

**2010**
49:18

Awni Abu Hba
April 07, 2021                                                    2

**2014**
129:15
**2019**
30:25
**2020**
30:25 143:6,
12 147:24
148:7,16,22
149:4,6,10,
14,21 150:2,
6,10,15
155:9,14
**2021**
8:9 18:4
28:4 32:21
52:7 71:2
120:13
124:15,18
125:7,11,14
127:22
136:23
143:6,12
**20:30**
144:3
**20:54**
157:4
**250**
77:20
**29**
8:24
**296**
108:22
**2:52**
99:9

_____

3

**3**
32:16,17,20
37:25 45:11,
17,20 47:20
49:9 130:11
**30**
153:5
**300**
77:20

**36**
108:21
**388**
114:21 115:2

_____

4

**4**
52:5,6,12
56:9 57:10,
21 64:6
68:11,15
75:19,20
76:3 84:8
96:13 99:18
107:16,21
147:24
148:7,22
149:4,6,10,
21 150:2,6,
10,15 155:9,
14
**42**
112:21
113:2,3
**4:54**
157:10
**4th**
149:14

_____

5

**5**
70:25 71:14
108:15,18
124:18
125:7,11,14
**50**
34:14 42:20
78:24 79:3
**52**
71:5
**55**
113:4
**55-page**
70:19

_____

6

**6**
120:10,12
**68**
34:19

_____

7

**7**
124:13,14
**74**
154:12,17
**7th**
8:9 18:4
28:4 32:21
52:7 71:2
120:12
124:15
127:22
136:23

_____

8

**8**
32:16,20
127:20,21
128:3,4
129:24
132:18,23
135:23,24,25
136:2,3
**8038**
114:3

_____

9

**9**
136:21,22
137:7 143:4
151:2 152:21
**90**
8:13
**90's**
124:4

**96**
37:14
**964**
107:24

_____

A

**A-L**
67:4
**A-M-I-R-I**
67:4
**A-R-E-I-K-A-T**
130:21
**A302**
113:8
**Abdallah**
139:25
140:4,7,10,
13 141:4,9,
14
**Abdelhady-
nasser**
138:21,25
139:3,6
**ability**
17:4,8
**able**
13:12,13
18:6 41:8,14
72:24 73:19,
22 74:8
82:14 87:23
90:25 121:10
**absolutely**
25:3
**Abu**
8:8,22 10:1,
4,9 11:1,13
12:1,8,10
13:1,4,5,11,
21 14:1,20
15:1 16:1,15
17:1,2,8,12,
15 18:1,5,8,
11,15,23
19:1,19
20:1,17 21:1

Awni Abu Hba
April 07, 2021

3

22:1,14 23:1
24:1,14 25:1
26:1,2,14,17
27:1,13
28:1,20
29:1,2,25
30:1,7,17,20
31:1,4,17,19
32:1,3,22
33:1 34:1,4,
19 35:1 36:1
37:1 38:1,6
39:1 40:1
41:1,6,9,13,
24 42:1,17
43:1 44:1,9,
20,23,24
45:1,15
46:1,3 47:1,
16,23,24
48:1,9 49:1,
8 50:1,6
51:1 52:1,
12,14 53:1,
2,11,21
54:1,18
55:1,8,11
56:1,6 57:1,
19 58:1,18
59:1 60:1,16
61:1,2,18
62:1 63:1,9
64:1 65:1,8
66:1,9,22
67:1,12,14
68:1,3,22
69:1,7 70:1,
17 71:1,11,
14,21 72:1,
20 73:1,21
74:1,4 75:1,
23 76:1,6,14
77:1 78:1,2,
7 79:1 80:1
81:1 82:1
83:1,6 84:1,
16 85:1 86:1
87:1 88:1,
14,16 89:1

90:1 91:1
92:1,6 93:1
94:1,9 95:1
96:1 97:1
98:1,4 99:1,
16 100:1
101:1 102:1
103:1,3
104:1 105:1
106:1 107:1,
20 108:1
109:1,2,11,
19 110:1
111:1,6
112:1,8,14,
23 113:1,7,
20 114:1,5,
18 115:1
116:1 117:1
118:1,2
119:1 120:1,
18 121:1
122:1,15
123:1,14,18
124:1,20
125:1,3
126:1 127:1
128:1,4
129:1 130:1
131:1 132:1,
23 133:1,4
134:1,3,7,8,
20 135:1
136:1 137:1,
9 138:1,15,
16 139:1,9
140:1 141:1
142:1 143:1
144:1,4
145:1 146:1
147:1 148:1,
2,9,17
149:1,3
150:1 151:1
152:1 153:1,
8 154:1,4,20
155:1,21
156:1,4
157:5,7,9,14

**Abushawesh**
140:2,4,7,
11,14 141:4,
9,14,25
142:4,7
**Academic**
90:20
**accept**
61:17 81:4,5
**accommodate**
156:23
**account**
122:22
123:3,12,13
**accountant**
31:24
**accounting**
123:23
**accurate**
10:20 33:22
34:12 46:8
48:13 50:20,
24 58:2
**accurately**
12:7 67:11
**act**
76:22
**acting**
58:23
**action**
8:15 18:2
22:6 120:17
**activities**
31:17 151:21
**addition**
46:21,22
47:5 48:18,
22,23 49:10
**additional**
49:11 126:14
127:3
**address**
38:5,7 95:11
97:18 107:23
108:2,3,4,6,
7 115:4,5
129:23

135:2,6
**advance**
18:19 22:3
23:16 105:11
106:6,25
**Advertisement**
29:17
**Advertising**
29:17
**Affairs**
111:21
**affiliate**
104:13
**affiliated**
55:4 64:2
97:14 104:4,
19,25 105:13
106:8 107:3
143:14
**afternoon**
154:12
**agent**
103:16,21
104:3,13,19,
25 105:12
106:7 107:2
143:14
**ago**
31:12 34:14,
18 36:19
50:7 55:11
86:17 99:16
118:23
**agree**
28:13 42:8
53:7 116:4
117:4
133:12,18,24
**agreed**
53:5,8
**agreement**
8:6
**agreements**
150:3,7,11,
16
**ahead**
26:7,8 79:17

Awni Abu Hba
April 07, 2021                                    4

146:20
154:16,18
**alive**
87:17,22
**Alrighty**
143:18
**altercations**
85:16
**Ambassador**
130:24
**Ambria**
8:18
**America**
34:20,23
81:6,7
**American**
33:9
**Amiri**
67:4
**analogue**
110:8,9
**and/or**
62:10
**answer**
14:2,11,13
15:6 16:23
20:15,18,20,
24 21:8
22:15 23:7,
10,19,25
24:2,21,22
25:2,15,19
26:6 41:2,3,
11,14,19,20,
21 46:4
50:6,11
54:25 55:2,8
63:4,10
88:10,14,22
89:14 94:8
95:5 106:13
107:11
118:2,3
133:22
136:19
138:24
146:10

154:21,25
155:3
**answered**
21:3 42:4,6
58:18 88:25
92:6
**answering**
11:2,13 46:3
**answers**
11:4,20 12:9
13:12,16
14:20,22,23
15:2,5 42:11
67:13 154:11
**anticipation**
19:18,22
20:2,9
21:10,14
26:18
**anybody**
19:19 21:10
95:20,24
96:6,9
105:16,18,
22,25 106:18
118:13
134:16
143:13
**anyone**
84:13 99:22
118:15
134:25
**apart**
35:19 36:15
37:16 49:22
51:11 69:16
95:18,23
116:19 117:9
118:4,12
123:16 132:8
138:6 141:12
151:4,20
152:13,23
**apologies**
98:25
**apologize**
55:9

**apparently**
31:19
**appears**
74:16
**applicants**
65:16
**application**
65:9,19
70:15
**applications**
64:12 65:17
**applied**
75:11,13
**apply**
81:9
**appointed**
51:6,8,10
**appreciate**
10:7 155:22
**appropriate**
9:2 23:6
**Approximately**
91:16
**April**
8:9 18:4
28:4 32:21
52:7 71:2
120:12
124:15,18
125:7,11,14
127:22
136:23
**Arab**
101:4 102:8
**Arabic**
12:9,10
15:6,7 42:6
44:2 55:25
67:13,14
86:18 87:16
114:19
**area**
151:19
**areas**
96:25
**Areikat**
130:20

131:19 132:9
**around**
8:22 39:21
71:10 103:11
109:5 129:15
156:14
**arrange**
15:15
**arrangement**
25:6,9,13
**arrived**
34:19,22
**Article**
47:24
**asked**
14:11 20:12
25:5 55:13
75:14 77:14
88:25 93:7,9
95:4 116:3,
23 121:5
134:18
140:24
154:11,20
155:2
**asking**
13:21 15:14
22:18,19
23:8,11,15,
17 25:4
38:17 106:3
119:23
136:14
140:22,23
145:19 146:6
**asks**
60:3
**aspect**
84:2
**Assembly**
131:12
**assist**
80:20 89:17
**assisted**
89:5
**assisting**
61:2 63:9

**associated**
  22:4 54:20
  55:15 70:3,
  10
**association**
  70:5
**assume**
  14:2,3,4
  41:7 57:25
**attended**
  35:15 131:8
  151:24
**attorney**
  21:19,24
  23:12 26:21,
  23 27:5,12
  64:24 65:19
  96:14,18,22,
  24 97:12
  112:12
  126:17
  127:10 128:9
**attorney-client**
  20:22 21:5
  24:24 25:17
**attorneys**
  97:8 112:5
**authenticated**
  116:25
**authenticating**
  111:3
**authentication**
  59:21,25
  107:5
**authorities**
  82:21
**authority**
  37:19 39:10,
  14,25 40:12
  51:18,21
  54:11,21
  55:5,15
  59:21 63:2,
  6,7,15 64:2

70:4,12
80:7,8,20
81:10 82:3,
15,22 83:10,
14,20 84:2,
4,10 88:7
89:7 90:2
91:20,21
92:8,10,12
97:2,14
100:6 101:25
102:11
103:17
104:8,14
105:5 106:9
107:6 110:7,
17 111:2
112:16
144:13,22
146:4 147:25
148:3 150:4
154:22,24
155:11
**authorization**
  72:22 80:10,
  14,16 98:9
  101:7,9
**Authorizations**
  101:15
**authorize**
  83:23 96:18,
  22
**authorized**
  87:2,5 105:3
**authorizes**
  80:23
**available**
  86:22,24
  135:9,19
  136:14
**Avenue**
  115:2
**aware**
  8:4 93:14,23
  94:25 95:3,6
  105:14,19
  106:2,9,15,

20 107:7
110:15
144:10,15,
20,21 145:6,
20 147:6,17,
23 148:6,12,
15,24 151:21
**Awni**
  8:8 12:8
  15:4 29:25
  30:7,17,20
  31:4,19
  34:4,19
  47:24 48:8
  67:12,14
  69:7 72:20
  76:14 111:6
  112:8,14
  122:14
  123:13,17
  134:2,8,20
  148:2,9,17
  149:3 157:5,
  9,14
**AWNIA**
  12:10

_____

_____

                  **B**

**back**
  13:5 16:13
  24:7 26:12,
  25 28:18
  32:2 36:13
  37:24 44:17
  45:10 47:11,
  13 50:13,15,
  17 54:15,17,
  24 56:8
  57:18 58:5
  60:23 61:4,
  6,7,13,16
  63:19,21
  66:13,18
  68:20 75:18,
  20 76:8 77:7
  79:7 88:18
  90:25 91:10,

11 94:4,6,12
99:5,9,14
102:23,25
128:24
129:11
135:15,21
143:3 144:2,
19 151:14
152:18,20
154:10,15
156:11
**background**
  42:19
**backwards**
  32:14
**ballpark**
  79:2
**Baloul**
  21:23
**Bamya**
  139:18,20,23
**based**
  23:10 105:9
**basically**
  95:16
**basis**
  20:19 23:6
  24:25 156:13
**Bear**
  76:6
**began**
  46:3
**beginning**
  122:3
**behalf**
  8:12,18
  40:11 92:9,
  13 93:16
  110:24
  154:23
  155:6,10,15
**believe**
  33:21 92:18
  126:22
**belong**
  133:9,10

Awni Abu Hba
April 07, 2021                                    6

**Berger**
  9:5,6 15:9,
  10,17,21
  16:2 21:18
  40:24 55:6,
  16,20 88:12,
  23 89:2,10
  93:17 146:8
  153:10,12
  154:3,5,16
  155:19
**best**
  17:17,18
  73:22
**better**
  109:17
  114:5,6
  137:12
**bills**
  25:3,7 26:3
**birth**
  59:25
**Birzeit**
  35:2,7
**bit**
  42:17 121:9,
  11 136:25
  137:11
  146:20
  151:15
**black**
  71:20,21,24
  72:7
**Blend**
  33:10
**blue**
  72:16,24
  73:3 74:5
  91:15 146:23
  148:14
  149:19
  150:13
**Board**
  51:13
**Boards**
  51:5

**body**
  51:14
**Boggs**
  9:6 22:5
**book**
  76:20,21
**box**
  29:23 112:3
**boxes**
  111:25
**break**
  16:16,23
  42:22 43:2,9
  65:22 98:22
  99:2 121:24
  122:3 143:22
**breaks**
  16:18,19,20
**briefly**
  102:24
**bring**
  27:19 32:15
  52:3 68:11
  70:21 82:25
  94:15 97:7
  98:11 120:8
  124:10
  127:15
**Bringing**
  52:9
**brings**
  91:2
**Broad**
  8:13
**brother**
  34:19
**brought**
  83:17
**bunch**
  110:22
**business**
  19:16 27:6
  30:4,6,17,24
  31:3,4,6,7,
  9,15 32:25
  38:8,15,16,
  19,23 39:3,

  8,12,23
  40:10 45:21
  46:8 52:18
  78:2 80:6
  107:14
  108:7,10
  111:6 115:15
  123:4,13
  129:23
  133:6,7,14,
  20 134:2,8
  135:5,8,9,18
  148:2,9,17
**businesses**
  90:15
**buying**
  100:8

————————————

            C

————————————

**call**
  8:23 25:16
  26:7 44:25
  66:21 95:16
  96:5 117:3,
  6,10,12
  146:18
**called**
  12:5 67:9
  116:3,5
**calling**
  18:12
**calls**
  88:13,24
  89:11 93:17
**Canada**
  63:14 70:7,
  9,16 73:6,7
  75:6,13
  77:15 78:16
  79:23 92:2,
  3,17,19
  93:4,10,13,
  23 94:22,24,
  25 95:13,20,
  25 96:10
  97:12,19,25
  98:13,17

**100**:13,18,23
**104**:5 105:2
**107**:3
**110**:10,23
**144**:17
**146**:2,4,13,
  17,22 147:2,
  5,6 148:13
  149:17
  150:12
**cancel**
  77:19 118:24
**candidates**
  48:17
**candidly**
  156:9
**capture**
  11:19 13:13
**car**
  35:24
**care**
  26:8
**Cars**
  36:3
**case**
  8:16 22:23
  24:14 42:3
  49:13 85:22
  121:5 126:7
**cases**
  27:15
**casualty**
  36:4,6
**category**
  85:3
**cease**
  86:23
**celebrate**
  137:24
**celebration**
  137:23
  138:10
**cell**
  115:16,17
**center**
  53:15 56:8
  57:21 69:3

112:10

**certain**
26:18 87:2,5
95:15 151:10

**certainly**
13:9 132:22

**certificate**
36:10 56:22,
23,24,25
60:2,4,16
87:13,14
88:2,5 89:5
101:7

**certificates**
37:19 72:21,
22 74:23

**certification**
59:21 62:25
86:8,12,14
90:5,20 92:9
93:24 101:5
102:9 107:5
154:23

**certification
s**
101:6 111:7

**certified**
62:10 87:10
88:5 91:19
96:2 110:25
146:3

**certify**
70:16 90:24
91:3,5 92:13

**chance**
124:21

**change**
102:15

**changes**
76:24

**charge**
77:9,10,16,
18 78:3,9,10
93:14 95:2

**charged**
78:8

**charges**
77:23 92:19
94:16

**check**
55:22 56:3
156:9

**checked**
19:12 53:4,7

**children**
132:11
140:20

**chose**
38:17,21

**circumstance**
93:3

**cities**
113:22

**city**
47:25 48:9
50:21,25
51:3,12
149:24

**Civil**
8:25 18:2
120:17

**claim**
85:9,22
86:4,5

**claims**
85:6

**clarified**
47:3

**clarify**
75:10 85:23
150:20

**classes**
35:16,20,25
46:9,20 47:4

**clear**
13:25 29:2
53:2 65:14
94:7 101:19
106:20
112:23 119:8
123:6 138:23
145:11
146:21

156:12

**clearly**
71:11

**client**
19:9,13
26:21 27:16
43:4 54:5
59:19 60:3,
20 61:19
76:18 121:21
156:9,10

**clients**
40:11 59:11
74:17 75:8,
14 77:3,9,16
81:18 95:2
110:24
148:8,17,21
149:3

**Clifton**
115:2

**clock**
43:13

**close**
65:14 122:10
123:21
143:19,21

**closed**
118:24 119:4

**Cohen**
10:6

**coherent**
58:20

**collect**
92:24

**collecting**
88:6 89:8,24
93:25

**college**
32:8 35:16,
19 36:16
45:22,23
46:10,12,17,
21 47:6

**come**
22:17 24:9
26:12 36:13

38:14 50:13
64:17,19,21,
23 82:18
83:21 84:13,
24 85:8 86:6
87:18 99:9
100:17
102:25 129:7
135:21
144:19

**comes**
69:13 76:19
86:18
101:10,11
131:10
137:20,23

**comfort**
43:4

**comfortable**
44:25

**comments**
50:3

**Commission**
37:17 130:24

**commissioned**
36:22

**Commissioner**
49:24 50:3,
4,8,18,21,25
51:4,13

**Commissioners**
51:2

**commissions**
51:6

**communicate**
99:19 118:5,
13

**communicated**
95:12,19,24
96:9 103:15,
20 104:2,11,
17,23 118:18
130:25
139:6,14,23
140:13
141:21
142:6,14,24

communicating
  119:3
communication
  25:14 98:16
  100:23 138:8
  141:13
  143:13
communication
s
  20:22 22:19
  25:5,21
  95:18,23
  96:8 117:9
  141:14
community
  26:25 27:2
  32:8 35:16,
  19 45:22,23
  46:10,12
  137:24
companies
  90:15
company
  30:13 79:21
  80:4 90:12
  102:10
compensation
  119:13
complete
  77:4
completed
  97:7
computer
  29:7,8
concerned
  58:21 94:3,
  13,14
concerns
  137:22
conclude
  127:2,4
concluded
  157:10
concludes
  157:4
conduct
  125:13

conducted
  125:10
confidential
  133:13,19
  134:17
  156:5,14,15
confirm
  8:23 73:24
  103:9 106:14
  123:9 145:6
  153:6
connection
  22:24 26:4
  82:2 84:9
  92:16 95:2
  99:17 106:10
  112:15
consider
  57:16,17
consistent
  42:9
construe
  98:11
consulate
  62:2
contact
  23:15 97:18
  100:16
  117:14
contains
  134:7
content
  53:5 74:2
  133:9
contentious
  23:4
contents
  73:25
context
  141:3,8
continue
  42:24,25
  45:3,4 46:5
  58:20 98:23
  122:5
continued
  126:11

156:23
contract
  128:2,22
  129:2
control
  96:25
Conular
  111:20
conversation
  44:21 65:25
  66:4,5,6,11
  116:21
  140:18
conversations
  8:5 21:15
  143:7,9,11
copies
  83:16
copy
  130:17
Corey
  8:11
corner
  71:20 109:10
  112:4 113:8
Corporate
  98:15
corporation
  30:8,13
correct
  18:17 29:3
  30:25 33:5,
  25 34:13,23
  35:3,7 37:11
  45:6,23
  46:23 52:21
  53:6 55:5
  56:10 57:11
  58:10,11,25
  59:5,7,11,19
  60:6,16
  61:19 62:4,
  11,21,22
  63:2,4,15
  64:2 65:10,
  17 69:8 70:5
  71:25 72:4

75:8,15
  77:5,6 79:9
  82:16,17
  83:10,11
  85:13 86:3
  88:11 90:2
  91:21 92:4
  93:2 95:6
  97:2 101:23
  102:12
  103:13
  107:11
  112:8,16
  113:2,4
  117:16
  119:10,11
  123:5,10
  125:25
  128:11
  129:24,25
  130:9 132:6
  135:10
  146:14
  147:3,4
  151:2
correctly
  106:14
Cosette
  17:20 27:18
  29:20 32:15
  34:8 37:24
  45:12 52:3,8
  68:10 70:21
  73:2 75:19
  107:17
  108:14 109:9
  111:18
  112:20 113:4
  120:8,20
  124:10
  127:15
  130:13
  132:17
  135:25
  136:25
council
  48:9 75:3,4
  77:22 78:9

Awni Abu Hba
April 07, 2021

9

counsel
8:23 9:7
14:8,10,12
16:20 22:6
43:10 47:25
66:10 97:19
130:19
Counselor
48:3
countries
87:16 90:25
91:4 101:12,
14
country
70:14 83:3
86:18,19
91:7 96:21
97:8 98:11
County
45:22 46:9
couple
10:14 31:14
46:25 143:10
course
11:3 14:8
36:16 56:22
courses
32:8 36:5
court
8:17 10:11,
17 11:18
13:12 14:3
26:7 42:7
47:10 50:14
57:14 59:16
63:18 66:25
85:21 96:20
115:23
120:14 137:6
COVID-19
10:22
created
29:12 33:4
credits
47:2
crisply
78:4

customer
92:25 94:17
147:25
customers
80:21 82:6,
25 85:19
93:15,25
94:14 148:8,
16,21 149:2
cut
47:18

_____

D

_____

dangerous
23:20
dated
124:17
daughter
84:22
day
76:24 78:21
deaf
59:16
deal
39:3,12,22,
23 110:23
dealing
38:24 39:9
60:14
dealings
27:6
death
56:23 59:16
60:2,15
72:22
Declaration
70:20,24
Defendants
9:5 21:19,24
22:6
degree
35:6,9,12
36:10 57:15
90:24
delayed
117:11

delegation
63:24 73:5,
23 75:3,6
78:17 79:24
109:22,25
110:15
111:8,15
115:20,21
116:15
118:14
119:14,17
120:5 127:25
130:8 134:15
144:7,24
147:9
delegations
109:14 110:5
117:15 118:6
120:4 147:20
Delete
101:8
deliver
152:7
delivered
151:25
152:4,6
depends
78:22
deposition
8:8 9:3
10:8,16,21
14:8 16:18
18:2,13,19,
21,24 19:18,
22 20:3,10
21:2,11,14,
17,22 22:3
23:4 26:19
41:18 42:2,
12,13 43:2
44:9 58:24
106:11 137:7
Deputy
48:19,23
49:11,14,17
51:12
119:19,25

describe
53:24 64:14,
15 69:10
79:25 84:18
86:14 90:9,
20 96:16
98:7
described
117:10 151:6
description
151:13
designation
156:6,7,14
designations
156:15
desired
83:15
dies
137:22
different
76:11,12
differently
133:3
dinner
138:11
direction
29:12 33:5
52:21
directly
98:16
discharge
85:9,21
discuss
138:12
discussed
102:24
discussing
93:11 94:25
95:14,25
96:10 104:5
105:2
dissolve
85:9
divorce
56:24 59:16
96:20

DMV
  86:21 87:7
doctor
  17:14 90:22
document
  17:25 18:9,
  12,25 27:22,
  23 28:22
  29:3,5,19,
  21,23 52:15
  53:3,4,10
  56:17 59:18,
  20 60:15,20,
  22 61:19,21,
  22 62:18,19
  69:13 70:19
  71:5,17
  72:14,17,19
  73:24,25
  74:3 75:2
  76:2 77:2,
  14,24 78:10
  79:12 80:18,
  19 81:2,5
  83:7,8 91:3,
  5,10,12,14
  92:9,13
  96:17 97:8
  102:8
  120:19,23,25
  124:21,24
  126:10
  127:23
  128:8,13,21
  129:17
  130:5,7,12
  132:19,24
  133:5,8,13,
  15,16,18,25
  134:7,10,14,
  16,19,23
  135:20,22
  136:3,4,7,
  13,15,18
  137:2 146:22
  147:2 148:14
  149:18
  150:13

154:23 156:6
documentation
  30:2,7,17,21
  31:5,20
  53:22 69:7
  72:20 101:21
  102:18 105:4
  111:7 112:8,
  15 122:15
  123:14,18
  134:3,9,11,
  21 148:2,9,
  17 149:3
  157:5
documents
  19:3,6
  26:18,20
  38:25 39:4,
  9,13,24
  40:11 53:12,
  15,20 54:2
  55:3,12
  56:10,11,12
  57:9,20 58:9
  59:2,10
  62:8,24
  69:4,6,11,18
  70:16 73:8
  74:16,18,20,
  24 75:14
  76:10 77:8,9
  78:16,19
  79:23 81:8,
  17,19,21
  82:12,19
  83:13,15
  85:4,6,17
  87:19 88:2,5
  89:5,16,17,
  23 91:2
  92:16 93:5,
  10,14,24
  94:23 95:17
  96:2 97:4
  101:5
  102:17,21
  104:6 107:4,
  6 110:18,25

120:15
121:6,13,16
122:11,18
125:3,14,20,
24 126:5,14,
23 127:3
146:2
doing
  31:13,18,24
  42:9 96:20
  101:6,9,10,
  14 118:11
doke
  75:17 119:12
  154:18
double
  156:8
draw
  146:12
drawer
  128:16,17,18
drawers
  128:15
drew
  29:16
Driver
  86:8,11,13
driver's
  86:19,20
  87:9
drop
  85:22
drugs
  17:6
due
  10:22
duly
  7:5 12:6
  67:10
Durable
  112:11

_____

E

_____

earlier
  46:13,17
  75:6 102:24

103:4 154:12
easier
  109:18
educational
  32:4 35:21
effect
  83:15
effective
  82:20
effectively
  121:11
efficient
  44:10
Egypt
  101:12
Egyptian
  84:13
either
  33:4 39:4
  40:4,6 42:11
  57:6 59:23
  96:19 98:2
  100:24 119:5
elected
  51:8
email
  98:14 99:19,
  21 100:14,
  17,20,21
  104:11,17
  122:24,25
  123:2,3,9,
  12,13
emailed
  73:8
emails
  99:24 100:12
  121:15
  122:21,23
  125:10
embassies
  40:7 54:6,7,
  9,11,19,20
  55:4,12,13,
  14 69:23
  70:2,3

**embassy**
19:14 40:6,
14,17,19
54:6,22,23
57:7 60:4,5
61:25 62:2,
9,18,20
63:13,14,25
69:20,22
91:7 116:2
144:18

**employee**
51:20
103:16,21
104:4,13,19,
25 105:13
106:8 107:2
143:14

**employees**
123:19

**end**
122:10

**engaged**
31:17

**engagement**
25:18

**engages**
151:22

**English**
11:14 12:9,
11 15:5
21:15 34:5
41:2,3,8,9,
14,19,22
42:5,11,15,
18 43:2,25
44:3,11,23
46:4 58:18
61:3 63:11
67:13,15
92:6

**enlarge**
34:6 113:19

**ensure**
10:19

**entail**
60:22 69:18

**enter**
8:19 76:19

**entered**
129:3 150:3,
7,11,16

**entering**
91:8

**entirety**
73:18

**entities**
76:12 89:9

**entitled**
20:25 22:17
128:2

**entity**
30:9 86:16
87:10 150:25

**Erica**
156:20

**established**
136:12

**estate**
36:3

**event**
16:17 56:4

**events**
151:7,10,14

**everybody**
9:4 39:17,20
40:5 65:23
121:23
138:13

**everybody's**
137:11

**everyone**
14:3 28:12
39:19 66:21
157:6

**everyone's**
157:2

**exactly**
23:14 53:25
72:18 82:7
100:25
108:11,12
111:13 116:7
125:22 133:2

**examination**
10:2 44:20
66:22 154:2
157:9

**examine**
153:11

**examined**
7:6

**Excellent**
85:25 86:7

**excerpt**
32:18 52:12,
17 137:5

**excuse**
15:9 27:8
28:5 40:24
42:25 54:13
59:6 61:8
68:23

**excused**
66:10

**executing**
80:21

**exhibit**
17:24 18:3,
5,6,17 22:11
27:23,25
28:3,20
29:6,16,23
32:16,17,19,
20 37:25
45:11,17
47:20 49:9
52:5,6,12
56:9 57:10,
21 64:6
68:15 70:19,
25 71:14
75:19,20
76:3 84:7
96:13 99:18
107:15,16,21
108:14,18
112:24
120:9,10,12
123:8
124:12,13,
14,16

**127**:19,20,21
128:3,4
129:24
132:18,23
135:23,24,25
136:2,3,21,
22 137:7
143:4 151:2
152:21

**Exhibits**
123:7

**exist**
80:9

**existence**
100:11 111:5
144:15

**exit**
71:8

**expire**
37:13

**explain**
53:18 115:23

**explained**
42:8 84:2

**extent**
80:8

**extracted**
32:19

**eyes**
114:6 121:22
137:11

---

**F**

**face**
47:17

**fact**
34:22 49:13
106:16
125:23

**fair**
30:16 40:9,
22 45:5
64:10 78:23

**faithfully**
12:7 67:11

Awni Abu Hba
April 07, 2021                                          12

falls
  85:3
familiar
  73:14
familiarized
  83:18
family
  84:15,23,24
  85:18 140:19
  151:7
far
  130:7
fashion
  70:10
father
  84:23
Feda
  138:20,24
  139:3,6
Federal
  8:24
Fedex
  81:21 97:25
fee
  78:7,9
  92:19,24
  93:5,11,14,
  25 94:2 95:2
feel
  120:18
  126:14
feeling
  23:24
feels
  43:8
fees
  77:18,19,22,
  23 78:8
  94:2,3,14,
  15,17,19
fight
  84:20
figure
  44:12 138:13
figured
  156:15

file
  84:14
filed
  85:6
files
  121:16,17,18
  122:10,12,
  13,14,17
  125:11
filled
  129:17
financial
  134:20
financially
  8:15
find
  126:16
fine
  9:8 15:4
  42:22 65:24
  66:8
finish
  11:2,4 32:9
finished
  41:12 95:17
  143:19
firm
  10:6 22:5
first
  7:5 10:16
  11:23 17:24
  20:8,13 34:3
  37:24 48:17,
  21 67:3
  76:14 110:12
  125:2,18
  129:18,24
  137:14
  146:21
five
  20:6 77:11
  82:8,10
  99:6,8,9
  111:24
focusing
  48:25 49:4,5
  71:13

follow-up
  131:16
Following
  34:18
follows
  7:8
footstep
  34:18
foreign
  60:6 62:3,8,
  11,18
  101:21,24
  102:4
  114:13,15
form
  76:15 77:2
  80:25 82:25
  84:14 87:20
  88:12,23
  100:24 146:9
forward
  11:10 14:19
  45:5
found
  126:12
  128:14
four
  111:24
four-page
  32:18
fourth
  48:16 49:9
free
  59:22 60:17
  61:16 85:23,
  24 120:19
Freedoms
  33:10
frequently
  39:3,12
  78:12,15,18
front
  58:15 64:25
  70:20 97:9
  98:12 128:5
funded
  30:25

funds
  24:19
funeral
  138:10
  151:18
funerals
  151:8

                G

Gassan
  21:23
gather
  143:21
gathering
  151:17
gatherings
  151:20
  152:14
gave
  83:23
  154:12,21,25
general
  73:5 109:13,
  21,25 110:5,
  15 111:8,14
  112:4 115:20
  116:15
  117:15
  118:6,14
  119:13,17
  120:5 127:25
  130:8 131:11
  134:15
  138:11,12
  144:7,24
  147:9,20
generally
  41:2 124:6
gestures
  11:19 13:14
getting
  23:20 58:6
  75:20 122:9
  123:7 146:20
  156:14

**Ghannam**
142:18,21,25
**give**
11:20 13:11,
16 17:17
65:3 83:23
85:20 96:18,
22 97:17,18
151:13
**given**
12:10 42:19
51:17,23
67:14 120:4
149:7,11,15,
16,22 155:3
157:5
**God**
106:22
**goes**
25:17 34:25
115:25
**going**
10:14 11:10
13:21 14:19,
21 15:3
24:22 25:10,
11,24 26:11,
12 40:24
41:6,24
42:14 43:5,7
45:2,25 52:5
56:8 58:20
62:7 63:8,11
65:20,21
68:18,19
71:4,7 77:7
78:5 94:21
98:20 102:24
108:20 120:9
122:8 127:19
130:11
135:21 146:8
151:14
**good**
8:2 41:10
44:23 102:23
123:11

**government**
37:19 39:5
49:22 51:14,
16 60:6
62:4,11,20
84:13 87:23
91:24 100:10
101:22,24
102:5,6
148:3
**governments**
102:4
**graduated**
32:5 35:2,5
**graduates**
90:23
**graduation**
72:21
**grandchildren**
132:11,14
**grateful**
10:25 145:21
**gratuitously**
130:8
**Great**
16:5
**Gresser**
10:6
**ground**
10:15
**guess**
66:3 107:15
112:21
113:12,16
143:5
**Gulf**
101:12
**guys**
16:8

———————————

**H**

———————————

**Hakim**
116:8,20
117:3,6,9,
22,23 118:4,
11,12,22

**Hakim's**
116:9,14
**half**
30:23 31:12
32:2,14
**hand**
11:20 13:14
153:10
**handle**
44:13
**hands**
138:5,7
**handwriting**
129:17,20,
21,24
**handwritten**
80:23
**hang**
29:18 103:10
150:24 153:6
**happen**
140:25
**happened**
115:24
118:25
**hard**
109:16
130:17
137:12
**hate**
26:15
**Hbda**
8:8,22 10:1,
4,9 11:1,13
12:1,8,10
13:1,4,5,11,
21 14:1 15:1
16:1,15
17:1,2,8,12,
15 18:1,5,8,
11,15,23
19:1,19
20:1,17 21:1
22:1,14 23:1
24:1,14 25:1
26:1,2,14,17
27:1,13

28:1,20
29:1,2 30:1,
2,7,17,20
31:1,4,17,19
32:1,3,22
33:1 34:1,4,
19 35:1 36:1
37:1 38:1,6
39:1 40:1
41:1,7,13,24
42:1 43:1
44:1,20,24
45:1,15
46:1,3 47:1,
17,23,25
48:1,9 49:1,
8 50:1,6
51:1 52:1,14
53:1,2,11,21
54:1,18
55:1,8,11
56:1,6 57:1,
19 58:1,18
59:1 60:1,16
61:1,2,18
62:1 63:1,9
64:1 65:1,8
66:1,9,22
67:1,12,14
68:1,3,22
69:1,7 70:1,
17 71:1,11,
14,22 72:1,
20 73:1,4,21
74:1,4 75:1,
23 76:1,7,14
77:1 78:1,2,
5,7 79:1
80:1 81:1
82:1 83:1,6
84:1,16 85:1
86:1 87:1
88:1,14,16
89:1 90:1
91:1 92:1,6
93:1 94:1,9
95:1 96:1
97:1 98:1,4
99:1,16

100:1 101:1
102:1 103:1,
3 104:1
105:1 106:1
107:1,20
108:1 109:1,
2,11,19
110:1 111:1,
6 112:1,8,
15,23 113:1,
7,20 114:1,
5,18 115:1
116:1 117:1
118:1,2
119:1 120:1,
18 121:1
122:1,15
123:1,14,18
124:1,20
125:1,3
126:1 127:1
128:1,4
129:1 130:1
131:1 132:1,
23 133:1,4
134:1,3,7,8,
21 135:1
136:1 137:1,
9 138:1,15,
16 139:1,10
140:1 141:1
142:1 143:1
144:1,4
145:1 146:1
147:1 148:1,
2,9,17
149:1,3
150:1 151:1
152:1 153:1,
8 154:1,4,20
155:1,21
156:1 157:5,
7,9,14
**Hbda's**
14:20 41:9
42:17 44:9,
23 52:12
156:4

**head**
11:19 13:14
**heading**
127:24
**headquarters**
152:16 153:2
**hear**
79:16
**heard**
40:25 41:3
**held**
8:5 49:19,21
50:21,24
51:14,17,23
**help**
36:5 113:21
120:20
**helpful**
34:7
**high**
32:5 35:12
130:18
**hired**
24:15
**history**
32:5
**hold**
31:22 32:10
37:17,18
56:21 57:24
64:18,20
119:16
**home**
26:25 61:13,
14,16 83:2
84:20 96:21
97:8 98:11
108:4 122:17
128:17
**honest**
74:10 79:5
82:5 125:16
127:5
**Honestly**
100:19
**honorary**
119:19,23,25

120:3,4
**hope**
68:3
**hospital**
90:23
**hour**
98:20
**houses**
35:23
**husband**
84:21

_____

**I**

_____

**Ianazzi**
8:18,25
**ID**
87:20 145:20
**idea**
82:7
**identification**
18:4 28:4
32:21 52:7,
11 70:25
120:12
124:15
127:22
136:23
**identify**
66:24
**immediately**
46:3 72:6
126:17
**important**
10:23 11:17,
20 13:11
82:13
**improper**
21:6 22:25
26:11
**improve**
34:5
**inartful**
93:8
**incident**
100:25

**incidents**
137:23
**include**
54:10,19
57:21 79:20,
22 81:2
**included**
55:13,14
**includes**
70:3 77:17,
20,21
**including**
104:11,17
**incredible**
58:22
**individual**
118:22
**individuals**
152:25 153:2
**ineffective**
58:23
**influence**
17:3
**information**
33:21 73:25
83:24 97:18
120:16
133:4,6,14,
19,25 134:8,
20,24 135:4,
6,8,10,19
136:5,8,13,
16
**informed**
44:24
**inhibit**
17:4
**ink**
71:20,21,24
72:7,16,17,
25 73:3,11,
12,21 74:5,
6,15,20,23
75:2
**inquire**
95:16 117:12

inside
  73:25 74:2,
  4,5 90:17
  133:9
inspect
  99:25
Inspections
  120:16
instance
  59:17 60:3
instances
  57:22 58:8
  60:14 77:13
institute
  35:23 36:2,
  10,15 47:5
  50:18 51:5
Institutes
  50:4,5
institution
  35:21 36:17
  46:23 47:7
instruct
  14:13 20:17
  23:6 25:10,
  15
instructing
  20:20 23:9
  25:19 26:6
instruction
  21:7 25:2
instructs
  14:10
insurance
  31:24 32:11
  35:23 36:2,
  7,8,11,15
  37:2,7,16
  46:23 47:2,5
intelligible
  46:5
interact
  131:18
interacted
  131:20
interactions
  138:14,16,17

interested
  8:16
interfere
  17:8,12 95:7
Internet
  24:13 38:5,
  6,11 137:3
interpreter
  7:8 11:22
  12:5 13:2,7
  19:10 24:12
  27:8 28:5,10
  31:8,22
  32:7,10
  33:18 34:10
  37:5 38:10
  39:15,18
  40:2,13,15
  43:24 47:9
  48:3,11,24
  51:15 53:13,
  16 54:12
  56:13,19,21
  57:3,5,12,24
  59:6,12
  60:7,10
  61:8,12,15
  62:13 63:16
  64:18,20,22
  65:11 67:2,9
  79:15 82:24
  94:10 98:23
  99:6,10
  101:8 116:11
  121:20,21,25
  122:5
  132:20,21
  141:5
interrupt
  11:8
intimate
  135:6 136:5,
  8,16
introduce
  10:4
introduced
  24:10

invite
  25:16
involve
  56:18 57:10
  90:14 102:10
involved
  59:20 94:19
  137:24
involves
  56:11 58:9
  59:10 60:15
  64:11 65:15
  86:14 87:14
  90:7,12
Israel
  101:13
issuance
  25:3 83:19
  84:3,9
issue
  84:21,22,25
  85:8 86:5
issued
  39:5,9,14
  80:7,19 81:9
  82:15
issues
  26:3 42:4
  85:16
item
  90:5

_____

        J

_____

January
  147:24
  148:7,16,22
  149:4,6,10,
  14,21 150:2,
  6,10,15
  155:9,14
Jersey
  33:19 35:17,
  20 36:12,24
  37:18,20
  46:13,22
  49:23,24,25

50:8,22
  85:12 87:7
  90:13 101:21
  102:13,20,22
  107:24
  111:10,11
  115:2
Jordan
  84:12 90:25
  101:10,11
Judge
  23:2 25:12,
  16,24 26:14
jump
  98:3
jurat
  156:24

_____

        K

_____

keep
  47:17 121:17
  134:16
kind
  26:15 108:6
  119:16
knew
  117:17,18
know
  13:24 14:23,
  25 16:17,21
  17:14 22:17
  26:14 27:22
  31:18 33:23
  37:20 40:19
  42:19 43:5,
  7,10,16
  45:16 46:2
  55:4,25 56:2
  58:19 64:4
  65:25 66:12
  70:13,14
  74:10 79:5,
  10 81:23
  82:5,11,21
  83:21 85:17
  87:25 88:2,

4,9,19,20
89:15,16
90:3 91:10,
11,14 92:22
95:5,7,9
97:12,22
105:11,21,24
106:4,12,22,
23 107:5,9,
12,13 109:5,
16 110:11
115:22
116:2,9,14,
17 117:25
118:9,20,25
119:4,6,25
120:2,3
121:8 124:5
125:15
126:2,3
127:5,13
129:9 130:7,
23 136:18
137:17,18,19
138:18,22,24
140:8,9,10
143:10
144:18
145:3,4,5,8,
9,12,13,14,
18,20,22,23,
24 146:4,7,
14,16,18
147:11,12,
13,14,21,22
149:16
150:22,25
151:14,23
152:3,6,8,
10,12 154:16
156:8

**knowing**
106:20

**knowledge**
93:19,22
94:22 105:7,
10,11,19
106:2,5,6,

15,25 107:7,
10 139:5,22
146:5

**knowledgeable**
106:16

**Kropf**
9:8 11:8
15:4 16:21
19:21 20:2,
9,11,16,21
21:3,8,9,13
22:8,12,13,
21 23:8,11,
18 24:2,8,
10,15,18,20,
22 25:9,13
26:3,5 28:14
41:16,17
43:3,16,20
44:21,24
45:5,6 65:24
66:8 124:18
125:19
126:21
143:23
156:2,8,17

———————————

**L**

**LAI**
156:22

**Lake**
115:2

**land**
96:19 98:4,
10,11,15
99:17,25
100:8,9
112:11

**language**
156:19

**large**
120:3

**larger**
109:15

**law**
10:5 22:5

**laws**
100:5

**lawyer**
19:22 22:4,8
24:15

**lawyers**
14:9,15
154:6

**learn**
36:6 83:12
100:11

**learned**
82:18

**learning**
36:8 42:17

**leave**
96:5

**leaves**
81:22,24

**Lebanon**
91:2

**lecture**
32:11 46:25

**left**
72:7

**left-hand**
71:20 109:10
112:4 113:13

**legal**
8:12,18
15:20 16:6
30:9 53:20
57:15,16,17
58:3 59:15
83:19 86:2
96:20 118:9

**legalization**
59:25 60:21
85:3 111:8

**legalize**
53:12,15,20
54:2 56:9,
11,17 57:8,
20 58:8
59:2,9 69:3,
6,11,17 76:9
77:2,7,9,14,

24

**legalized**
58:4 72:20
73:9,24
74:17 75:8,
15 78:20
96:3 104:7
110:25 146:3

**legalizing**
60:15

**legally**
81:3 82:20

**legible**
137:2

**let's's**
132:17

**letter**
25:18 114:13
124:17
125:2,18
126:21

**letters**
114:12,15

**liability**
30:13

**Liberation**
51:24 70:11
80:8 81:10
88:8 89:7,8,
25 90:2
91:20,21,24,
25 92:14
97:15 101:25
102:5,11
103:22
104:20
105:14 107:6
145:15 148:7
149:8,12
150:8 154:6
155:15

**Library**
51:5,13

**license**
32:12 36:12
37:2,8,10,
13,16 86:8,

12,14,19,20
87:9
**licenses**
37:18
**life**
35:24 87:12,
14 88:2,4
89:5 117:22
138:4
**light**
156:4
**limit**
23:18 143:5
**limited**
30:13
**line**
48:17 106:24
154:13,17
**list**
137:10
139:8,18
141:25
142:17
144:6,8,16,
22 145:10,
12,13,15,22,
24 146:5
147:7,8,18
152:19,20,21
**listed**
113:22
**lists**
144:11,14
**litigant**
97:19
**litigation**
10:7
**little**
42:17 58:6
121:9,11
130:16 133:3
136:24,25
137:11
143:23
146:20
151:15

**LLP**
10:6
**locate**
125:24
126:10,14
**located**
8:13 24:15
108:7
128:14,18
**location**
108:10
**locations**
152:10
**logo**
109:10,11,19
113:13
127:24
**long**
23:18 43:17
82:3,6,7
96:5 108:9
**longer**
25:25 86:22
**look**
34:3 73:11
76:2 101:3
120:19
124:21,23
125:17 127:3
135:15,16
156:18,20
**looked**
19:3,7 21:4
103:4 120:2,
22 127:6
144:23
146:22 147:8
150:25
**looking**
29:22 34:16
45:9,19 48:8
76:2 91:15
110:24
112:25
132:16,18,23
144:6 148:19
**looks**

108:24
**lost**
48:2,10
**lower**
108:22 113:8
**lunch**
65:22 66:10
68:4

---

**M**

---

**M-A-E-N**
130:20
**made**
47:25 48:9
83:16
**Maen**
130:20
131:19 132:9
**magazine**
33:19,20
**mail**
75:7
**main**
62:15 107:24
**maintained**
144:7,13
145:15
147:19
**maintains**
144:22 146:5
147:6,18
**Majed**
139:18,20,23
**make**
13:25 42:23
99:6 100:3,7
101:19
109:15,18
136:14,25
146:21
**makes**
42:23 44:8
**making**
93:15
**Mansour**
137:15

138:2,17
143:7 151:4,
5,10,22,25
152:3,6,14,
24
**March**
103:11
**mark**
17:23 27:21,
22,25 32:16
52:4,11
70:18 120:9,
15 124:12
127:18
136:21 137:6
**marked**
18:3,17
22:11 28:3
32:20 52:6
70:25 108:17
120:11
124:14
127:21
135:22
136:3,22
**marking**
32:17
**massaging**
121:21
**material**
68:20
**matter**
8:10 12:6
22:24 26:4
43:7 67:10
**matters**
27:13 84:16
85:18
**Mayor**
48:19,23
49:11,14,17
51:12
119:20,25
**mean**
20:11 26:10
27:2 41:13
54:3 55:21
91:6 102:16

103:9 106:13
111:14
116:15 126:2
136:10
**means**
64:15
**meant**
68:14
**medication**
17:3,6,7,11
**meet**
19:19,21
117:19
**meeting**
131:3,12
138:3 140:25
141:3,8
**meetings**
132:3 137:21
**member**
84:23,24
132:4,5,10
143:15
**memory**
17:13
**mentioned**
26:17,23
27:13 35:14
36:19,25
46:13,17
54:18 60:5
75:6 78:18
83:4,6 92:18
99:16 118:22
121:8 123:8,
22 125:9
145:25
151:8,9
152:24
**mentioning**
99:20
**Mess**
15:21
**message**
96:5 100:20,
21

**met**
22:11 117:22
137:25
139:3,12
140:4 141:19
142:3,12,20,
23 154:7
**middle**
113:16
129:17
130:15
137:10
**mind**
154:14
**mine**
30:11
**minutes**
10:15 43:20
98:21 99:2,
4,7,9 118:22
143:10,20,24
**mischaracteri
zes**
55:7
**misheard**
101:18
**missing**
38:3
**Mission**
128:23 140:9
143:16
144:17
146:16
147:21
148:25
149:2,23
150:17,22,23
152:22
**misstating**
146:9
**Mitch**
15:14
**Mitchell**
9:6 15:10
21:18 154:5
**moment**
28:9 36:14,

19 50:7
55:11 58:6
71:9,12
75:19 76:6
77:8 99:16
154:15
**momentarily**
152:19
**money**
77:21,22
88:7 89:9,24
94:15,19
97:20,24
149:7,11,15,
22
**month**
79:9
**morning**
8:2
**mouth**
47:17
**move**
45:4 84:15
86:7 87:12
90:4 109:5
114:3 130:14
143:3
**Ms.nadia**
142:18
**mute**
153:5

---

### N

**Nada**
141:16,19,21
**Nadia**
142:20,25
**Nadya**
139:9,12,14
**name**
8:11 10:5
30:4,18
38:11,14,16,
18,19,21
66:24 67:2,3
76:20 100:2,

9 114:7,14,
18,19 115:19
116:2,8,23
117:18 118:8
129:22
130:14,20
135:2,5,14
137:14
138:21
139:17,18,25
140:2
141:16,17,24
142:10,11,
17,18,22
147:11,13,15
154:5
**names**
137:10
145:13
147:12
**nations**
101:4 102:8
131:9,22,25
132:8,10,13
137:4 147:18
148:25
149:23
150:17,23
151:5,11
152:15
**nature**
26:22 31:16
62:24 69:10
80:14 90:9
95:19,23
124:6 134:24
136:16
138:18
140:17
144:11
**need**
11:24 13:15
16:19,20
22:14 28:8
43:16,18
58:3,4 66:6
68:7,22,23
91:10 97:23

99:2,4,19
121:24 122:3
152:20
154:15
**needed**
127:3
**needs**
81:2
**never**
35:5,6 41:5
95:4 110:11
117:22
128:23,24
129:2 131:5,
6,20 133:8
138:3,4
142:23
**nods**
11:19 13:14
**notarial**
71:25 72:9,
11 76:22
147:8
**notaries**
144:6,22
147:18
**notarization**
65:16 69:12,
19 101:11,
12,16,17,20
102:18 105:3
**notarizations**
101:14
**notarize**
65:12,13
81:5,17
85:10 86:21
87:21 97:6,
9,10,17
98:13
102:13,21
111:11
112:9,17
115:25
116:24
**notarized**
80:18 83:3,9
129:10

**notarizing**
56:12 57:10,
22 58:9 65:9
69:17 82:6
111:4
**notary**
7:6 12:6
19:15 31:23
36:20,23
37:17 39:16,
20 40:3 54:5
65:2 67:10
69:14 77:10,
11 85:12
101:20
102:13,20
112:9,17
113:10,13,
15,17 128:2
144:11 147:7
**note**
45:25 58:17
60:25 63:9
85:18
**noted**
57:9,20
58:10 89:14
**notes**
15:12 143:21
**number**
51:2 72:14
76:10,11
78:25 108:21
113:22
115:11,12,14

————————
O
————————

**oath**
13:3
**object**
14:9,25
20:11 26:5
40:25 88:23
89:10 146:8
**objection**
22:13,17

24:20 26:13
55:6,16
88:12 89:13
93:17 146:12
155:12,17
**objections**
14:14 23:5
**Objects**
120:16
**observer**
137:4 147:17
148:25
149:23
150:17,22
152:22
**obtain**
62:18 64:12
82:14
**obtained**
52:18 137:2
**obviously**
56:2 128:8
**occasions**
151:6 152:23
**offer**
40:10 54:2
**office**
19:2 73:7
75:5,7,11,
12,13 76:19
77:15,23
78:16,19
79:23 81:22
87:19 91:25
92:3,17,19
93:4,9,13,22
94:15,22,24,
25 95:13,20,
25 96:10
97:12,13,25
98:14,17
99:20
100:12,13,
14,15,18,23
104:4,6
105:2 107:3
108:8,9
110:9,21,23

111:5,8,12,
14 115:5,6,8
116:10,15
117:16 118:6
122:13
128:16
145:25
146:4,13,17,
22 147:2,5,6
148:12,15
149:17
150:11
**officer**
9:2 103:16,
21 104:3,12,
18,24 105:13
106:8 107:2
**offices**
122:14
**official**
62:3,10,20
**offline**
43:11
**okay**
9:10 10:11,
14 11:5,7,
10,16,21
13:4,19
14:7,17
15:6,8,23
16:5,24,25
17:2,7,11,19
18:8,15,19
19:8,18,21,
25 21:17
22:3,8 24:9,
18 26:16,17,
21 27:17,18
28:12,15,22
29:22,25
30:7,12,16,
20 31:3,8,
16,22 32:2,
13,17 33:7,
15,18,24
34:3,12,25
35:6,14,19,
23 36:9,13,

19,25 37:5,
7,23 39:15,
22 40:2,8,
13,15,21
44:14 45:8,
10,19 46:16,
20 47:3,15
48:11,13,15
49:13,19
50:6 51:11,
15,17 52:2,
10 53:9,16,
18 54:7,24
55:8 56:13,
16,19 57:3,
5,6,8,12,18
58:3,14
59:5,9,14,
17,24 60:9,
19 61:8,12,
15,21 62:13,
23 63:8,25
64:6,10,22
65:5,11,14,
20,23,24
66:15 68:10,
18,21 69:2,
10,16,23
71:16,19
72:13,24
73:4,7,14
74:12,25
75:10,19,22
76:5,9,14
77:7 79:2,
11,17 80:3
81:25 82:12
83:12,18
84:6,15
86:11,16
87:4,8,12
88:21 89:13
90:4,9,14,19
91:9,18
92:16,22
94:4 95:18
96:8,12
98:3,19
99:11 100:4

101:18
102:8,23
103:7 104:22
105:7,17
106:5,24
107:10,14,23
108:6,9
109:8,13
110:8,13
111:17,19
112:3,10,19
113:7,12,15,
21,23 114:2,
21,25 115:10
116:9,19
118:4,12
121:4,8,18,
23,25
122:17,21
123:6,21
124:2,11,25
125:9,13,17
126:9,13
127:17
128:7,16,20
129:16,22
130:2 131:21
132:15
133:24
134:6,23
135:9,20
136:20
137:8,14
138:6,14,20
139:8,17
141:12,16,24
142:3,9,12,
14,17,20
144:4,10
145:14,25
146:25
147:5,16,23
148:6,12,24
151:20
152:18
153:5,8
154:20
155:5,9
157:2

**Okie**
75:17 119:12
154:18
**older**
34:19
**Omar**
118:9,12,18
119:2,3,9
**once**
20:4 31:13,
18 60:25
63:8 78:21
118:19
119:5,9
131:3
140:15,16
**one**
10:23,24
14:8,9 29:18
40:8,9,21,22
44:7 45:13
48:16 50:22
51:2 53:25
56:21 62:7,
23 69:6
71:12 72:23
76:14 77:8
78:5 80:11,
21 81:17
86:8,9 89:4,
9,15,20,22
90:19 95:10
98:3 101:3
103:4,10
106:24
110:22
111:24
113:23
123:2,7
126:8 128:15
129:9 131:16
135:21 137:9
141:12 142:9
144:23
147:16,19
148:13
149:17,24
150:24 153:7

154:5 155:25
**one-line**
48:6
**one-liner**
47:21
**open**
117:16
123:22
**operated**
63:15
**opposed**
38:21
**oral**
96:8 100:24
**orally**
95:12,19,24
103:15,20
104:2 130:25
**order**
10:19 77:22
81:2 82:13
94:15,20
97:20,24
**Order's**
156:18
**ordered**
15:17
**organization**
51:24 70:11
80:13 81:11
88:8 89:8,25
91:22 92:14
97:15 102:2,
6,12 103:23
104:20
105:14
145:16 148:8
149:8,12
150:8 154:7
155:16
**organized**
30:8,12
**outcome**
8:16
**outside**
27:6,14
87:10 90:15,

18 132:13
151:10
owns
100:3

——————————

P

——————————

p.m.
157:10
page
28:23,24
29:19,21,23
32:24 33:7
37:24 38:2,3
45:12 47:19
48:6 49:8
52:20 53:9,
11,14 56:9
57:10,21
58:11 64:6
68:18 69:2,3
70:20 71:5,
6,13 75:23,
24 76:8,12,
23 84:7 90:5
96:13 99:18
101:3 107:15
108:19,21
109:3
110:12,13
111:20
112:20,21,24
113:2,3,7,16
114:3 120:20
125:6
129:18,24
130:11,15
137:10 143:4
154:12,17
156:23
pages
33:8 76:24
109:5 114:4
paid
149:7,11,15,
22
Palestine
51:24 92:13

137:4
Palestinian
33:9 38:24
39:5,10,14,
25 40:4,6,12
51:18,21
54:11,21,22
55:5,15
62:25 63:6,
7,15,24
64:2,5 70:4,
6,9,10,11,15
73:5,23
78:17 79:24
80:7,8,12,20
81:10,12
82:3,15,22
83:9,14,20,
25 84:4,10,
24 85:15
88:7,8 89:7,
25 90:2
91:2,20,21,
24 92:10
96:25 97:14,
15 100:6
101:24,25
102:4,5,11
103:17,22
104:7,14,20
105:4,14
106:9 107:6
110:6,17
111:2 112:16
128:22
143:15
144:13,21
145:15 146:3
147:25 148:7
149:8,12
150:3,7
154:6,24
155:10,15
Palestiniando
cs.com
27:25 38:8
Palestinians
96:17

Pandemic
10:22
paper
19:8,13
31:10 40:5,
6,17,18
54:5,23
57:14,15
58:3,12
59:15,22
61:10,11
62:16 77:3
85:10 111:4
126:8,12
127:9 129:8,
14 130:2
147:14
papers
19:15 63:13
69:20,21,24
70:3 75:7,8
82:6 83:2,16
96:4 97:9
98:12 102:14
110:18
111:3,11
115:25
116:3,24
117:11
126:11
127:6,7
129:10
paragraph
45:14,16,20
47:21,22,24
48:6,7,16,18
49:9 113:17
125:2,18
pardon
65:6
part
30:6 33:3
45:16 111:6
participants
8:3
participates
137:21

particular
38:20
Parties
8:15
partner
10:5 124:19
125:19
126:22
Passaic
45:22 46:9
passport
64:7,11,12,
15,23 65:6,
7,9,15,16,18
79:12,19,21
80:3,5,17
81:5,25
82:14 83:20
84:3,6,8,10
87:20
passports
80:6 81:9,12
82:2 84:12
past
115:6 123:25
Paterson
32:6,9 33:10
35:16,20
36:16 45:23
46:13,16,21,
22,24 47:4,6
48:23 49:23,
24 50:3,4,5,
8,19,22,25
51:5,12
107:24
113:24
119:20,21
120:2 122:15
128:17,19
Paterson's
48:19 49:10,
14,16
patience
153:13
155:22
Patton
9:6 22:5

pay
  77:22 94:17
paying
  24:18 25:7
  26:2 124:8
payment
  25:7 85:24
payments
  25:3
PDF
  108:21
  112:21 113:3
peace
  86:6
pending
  16:22
pension
  88:6 89:9,24
people
  16:6 26:24
  54:23 57:6
  63:6 64:5
  70:9 78:18,
  22 79:25
  83:21,22
  84:20 87:2,
  5,16 96:19
  97:7,21,22
  102:14
  105:19 107:7
  111:10 132:2
  138:5 141:11
  145:23
people's
  137:21
perfect
  43:21 61:3
  130:16
  135:20
perfectly
  33:10 46:4
  58:19
perform
  82:2 91:19
  110:22
  123:22 147:8

performance
  95:3
performed
  84:8,11 87:9
  90:10 91:13
  110:23
performing
  82:4
performs
  59:2 102:10
periodic
  16:17,20
permanent
  137:4 143:15
  147:17
  148:25
  149:23
  150:16,21,22
  152:22
Permit
  120:16
permitted
  14:12
person
  10:22,24
  14:12 15:19
  30:11 40:18
  58:15 60:23
  61:4,5,7,10,
  11 75:5
  80:11,16,17,
  23 81:4,22
  82:13 85:20
  87:22 90:24
  96:23 97:16,
  17 100:8
  103:15,20
  104:2,12,18,
  24 105:12
  106:7,16,20
  107:2 111:12
  117:17,19
  118:5,8
  123:17
  131:2,15
  136:5,9,11,
  12,17
  137:17,19

138:20 139:8
142:23
152:15
person's
  100:2 138:21
personal
  92:8 105:10
  106:6
  115:16,17
  121:18
  122:12,17,25
  123:4 134:24
  135:6 136:4,
  8,10,16
  154:22
personally
  26:2 92:12
  96:6 123:17
  131:8 138:25
  140:11
personnel
  152:20,21
persons
  80:11,13
  85:16
pertaining
  136:13
pertains
  148:21
Ph.d.
  56:23
phone
  19:24 21:4
  96:7 115:16,
  17
phrasing
  155:6
physically
  128:13
pick
  96:7
piece
  77:3 127:9
  129:7,13
  130:2
pieces
  60:12

pin
  26:11
place
  21:15 61:5,6
  115:6 156:18
places
  62:23
Plaintiff's
  126:15
Plaintiffs
  10:7 121:5
  126:6
plan
  43:13 66:12,
  13
pleasantries
  138:8
please
  8:19 13:7,23
  17:21 24:4
  27:9,19
  29:21 32:4,
  16 45:13
  47:11 50:15
  52:4,10
  54:12,14
  63:16,19
  64:16 68:12,
  22 70:22
  73:3 84:19
  88:16 90:21
  107:18
  108:15 120:9
  124:11
  132:17
PLO
  8:11 80:12
  109:13,25
  110:4,15
  111:8,14
  115:20
  117:14
  118:6,14
  119:13,17
  120:5 127:25
  130:9 134:15
  144:7,24
  145:17

147:9,20

point
42:2 43:4
66:20 86:25
132:18,24

political
45:21 46:9
48:17

politics
138:12

population
70:7 84:24
85:15

portion
24:6 47:12
50:16 54:16
63:20 88:17
93:5 94:11

portions
73:18

position
41:8

positions
51:8,9,11

possible
14:7 42:10
71:8 88:10,
22 89:4
135:13,15

possibly
122:18

postage
77:17,21
78:8

posted
33:24

Power
26:21 64:24
65:19 96:14
112:11

Powers
26:22 27:5,
12 96:18,22,
24 97:11
112:4

precise
19:4

prefer
15:7

Premises
120:17

preparation
82:12

prepare
18:20,24
20:13 53:3,4
81:16 82:19
97:4

prepared
52:20,23,24
55:3 79:2
83:7,8 97:5
153:10

preparing
89:6,18

prescribed
80:25

present
131:15,17,24
132:5

presented
33:21 82:20,
21 83:14

pretty
23:24 41:9
42:19,21
44:23 94:7
156:12

preventative
77:19

printed
27:24 32:18

prior
10:12 125:11
146:9

privilege
20:22 21:5
23:5 25:8,18

privileged
25:4,21,22

probably
43:6 143:20

probing
20:24

procedure
8:25 100:4

proceed
44:10

proceeding
8:4,19

proceedings
86:2

process
41:20,25
56:17 84:3

produce
120:11,15
121:6

produced
126:5 156:6

program
90:24

proper
20:14 22:16
26:13 83:12
87:19

property
36:3,6 98:5
99:17

propounded
12:8 67:12

protected
100:8

Protective
156:18

prove
87:17,21

provide
53:21 65:8
77:4 80:4
84:7 85:11,
14,24 92:9
154:23

provided
15:18 112:7
118:2 126:5
155:10,14

provides
69:8 79:22
80:6 112:15

providing
124:2

public
7:6 12:6
19:16 31:23
36:20,23
37:17 39:17,
20 40:3
67:10 69:15
77:10,12
85:12 101:20
112:18 128:2
132:4,6
138:13 144:6
147:18

publicly
135:9

publics
113:10,13,
15,18 144:12
147:7

purpose
29:15 61:22
62:9,17
89:24 99:23
102:17

purposes
36:5 88:6
89:8 102:18

pursuant
18:16 126:6

put
17:20 25:22
26:11 27:10
49:5 56:4
60:5 83:13
116:23 133:3
143:7 146:11
152:19 156:9

putting
78:7 96:8
105:18
110:13
143:11

_____

**Q**

_____

**quality**
130:17
**question**
11:4 13:6,
23,24 14:2,
4,11 15:9,
21,23 16:22,
24 20:14
21:8 22:15,
25 23:4,5,7,
25 24:3,5
25:8,23
27:11 39:6,7
41:13,15
46:3 47:11
49:3,5
50:13,15
54:15,24
55:2,3,10
56:4,7
57:18,19,23
58:18,25
59:13 60:12
63:12,17,19
74:13 75:10
78:3,13
79:16 88:13,
15,21,22,24
89:3,10 92:6
93:8,20,21
94:4,6,7,9,
21 95:11,21,
22 100:22
105:9 106:24
115:18
116:12
117:12,13
118:3
120:18,22
132:21
133:17,21,22
134:4
138:23,24
141:6 143:6
144:20

146:11
147:16
148:20
154:11,21
155:2,25
**questions**
11:2,10,12,
14,16,17,21
12:8 13:10,
16,22 14:10,
13 17:5,9
21:5 25:2
41:10,14,19
42:11 43:6
67:12 114:11
118:11 137:8
140:21,22,24
144:5 150:21
153:9 155:7
**quick**
71:8
**quickly**
32:23 122:9

_____

**R**

_____

**raised**
14:14 71:21
72:6
**raises**
95:10
**Ramallah**
98:15,18
99:20 100:15
**ranges**
77:20
**Rasheed**
139:9,12,15
**re-worded**
89:11
**reach**
16:6
**read**
24:6 47:10,
12 50:15,16
54:15,16
60:10 63:18,

20 72:24
73:12,17,18,
19 88:17
94:4,6,11
130:17
**reading**
55:18 59:13
**ready**
68:4,9 157:3
**real**
36:3
**realtime**
15:11,15,17,
22,24,25
16:3,7 55:19
148:19
**reason**
17:16 38:20,
22 45:2
**recall**
17:9 20:5
30:22 35:17
36:20 37:2,
9,14,15
41:17 47:14
92:20 99:20
100:22 103:5
123:23 126:9
129:13 130:4
141:13
143:12 144:5
155:2
**receive**
36:9 87:18,
24 100:17,22
119:12 129:7
**received**
22:10,22
23:13 35:6,9
103:14,19,25
104:10,16,22
129:13
134:14
**receiving**
23:16 103:2
**recently**
128:10

**recess**
16:12 28:17
44:16 66:17
99:13 143:25
**recognize**
18:11 28:22
29:3,5 32:24
34:17 52:17
71:16 109:4
120:23,25
121:4
**recollection**
47:7 89:22
103:7 151:16
**record**
8:3,7,20
10:17,20
11:11,18
13:13 14:18,
23 16:9,10,
14 28:6,9,
13,16,19
43:22,23
44:11,15,18,
22 46:2
66:2,4,6,7,
16,19 73:20
76:21 90:20
92:5 90:3,9,
12,15
117:20,24
143:20 144:3
146:21
148:19,20
154:7 155:24
156:4,22
157:3
**recorded**
8:4,5
**recording**
10:18
**records**
21:4 91:19
124:23 125:3
126:23
**red**
72:17 73:11,
12,21 74:6,

Awni Abu Hba
April 07, 2021
25

15,20,23
75:2 91:14
146:23
148:14
149:18
150:13
redm@gmail.
com
123:10
reevaluate
45:4
reference
114:23
150:24
referenced
84:7
referrals
148:21
referred
147:25
148:8,16
149:2,17
referring
132:25 134:5
136:11
reflect
73:20 92:5
117:20,24
133:13,18,25
134:19
reflected
98:8 132:19
reflecting
133:5
reflects
148:20
refresh
47:6 151:15
refused
129:4
regard
14:14 133:5
134:23
135:3,5
136:4,7,15
regarding
134:11

136:19
register
76:19
registered
100:2
registering
76:18 90:12,
14 96:19
registration
76:15,25
regular
76:23
regulations
100:5
relate
80:6
related
8:14 103:17,
22 133:15,22
151:18
relating
85:18
relation
80:12 119:22
133:16
relationship
25:20 70:13
relevance
23:5,10
24:25
relevant
20:14 23:23
24:23
rely
42:10
remember
20:8 26:19
89:20 92:23
100:19,20,25
101:2 103:3
108:11,12
116:6,7,20
117:2,5,8
118:15,19,20
119:3,5
124:4 125:16
127:11

129:11,12
140:18
146:22,25
151:11
remote
8:7,12,19
renew
64:12 80:17,
24 81:4,9
82:14
renewal
83:20 84:3,9
repeat
13:7 19:11
24:5 27:9
47:9 54:12
63:16 79:15
93:20 116:12
132:20 141:6
repeated
88:16
rephrase
13:24 93:21
95:22
reporter
8:17 10:17
11:18 13:12
24:4,7 42:8
47:10,13
50:14,17
54:14,17
63:18,21
66:25 88:18
94:12 120:14
137:6
represent
10:6 63:7
64:4,5
representative
70:6,9,15
83:25 95:13
110:6 118:10
131:10
request
8:6
requested

24:6 41:7
47:12 50:16
54:16 63:20
88:17 94:11
requesting
84:13 130:4
required
100:5,10
requirements
83:19
resolve
85:21
respect
25:6 27:6,13
86:2 91:14
110:21
152:24
respond
11:17 14:5
17:5
response
46:2 98:16
125:4
responsible
62:15 74:2
85:20
responsive
121:13
122:11,18
125:20,24
126:15,24
resume
43:14,22
44:12,19
65:22 66:12,
13,21 68:4,
19
retired
87:16
retirement
87:18,24
returned
83:9
Returning
69:2
reviewed
26:18

**right**
  33:17 38:17
  45:15 46:18
  47:23 62:17
  77:13 81:8,
  13 83:4,7
  87:25 89:18
  98:21 99:4
  102:2,19
  103:12
  106:19
  108:13,24
  110:19
  113:17
  119:20 124:9
  125:23
  126:7,19
  127:14 128:7
  133:17 135:3
  140:6 142:24
  143:22 155:7
**right-hand**
  108:22 113:8
**Riyad**
  137:15
**role**
  116:9,14
  120:3
**Ron**
  124:19
**room**
  14:3,9,15
**rotate**
  71:10,12
**Rule**
  8:24
**rules**
  8:24 10:15
  70:13
**run**
  47:25 48:9
  68:19 134:2
  156:14
**Russell**
  70:20,24

---

**S**

---

**S-A-D-E-E-R**
  67:3
**Sadeer**
  67:3
**safe**
  23:24
**Sahar**
  141:25
  142:3,6,10,
  12,15
**Salam**
  142:10,12,15
**Sara**
  14:25 124:18
  155:25
**sat**
  138:4
**saying**
  15:13 41:18
  44:2,3 54:25
  72:3 100:14
**says**
  29:25 34:4,
  18 45:20
  47:24 48:8,
  18,21,22
  49:10 53:12
  56:9 64:7
  69:3 71:21
  73:5,23
  79:12 86:8
  90:5 98:4
  101:4
  109:13,21
  112:4,11
  113:10,13,
  15,17 114:21
  115:2 125:2,
  7 127:24
**school**
  32:5 35:4,12
  56:24
**science**
  45:21 46:9

**screen**
  47:17 67:5
  71:9
**seal**
  71:21 72:6,
  7,9,11
**search**
  121:13
  125:10
**searched**
  121:15,16
  122:10,21
  125:3 126:23
  127:6
**searches**
  125:13
**searching**
  126:11,13
**sec**
  153:7
**second**
  27:11 29:19
  33:7,8
  45:19,20
  47:20,22,24
  48:5,7,8,18,
  22 49:8 57:9
  103:10
  124:25
  150:24
**seconds**
  153:5
**secret**
  132:19,24
  133:5,6,13,
  18
**see**
  18:6 25:22
  28:20 29:22,
  24,25 30:2
  33:8,10
  34:5,20 38:6
  41:24,25
  45:15 47:23
  48:2,3,19
  49:9 52:15
  53:12,13
  55:24 64:7,8

  69:3,4,5
  71:11,13,19,
  22 72:6,13,
  16 73:4
  74:4,5
  76:10,15,23
  79:12 80:19
  84:16 86:9
  96:14 98:4
  101:4
  107:20,23
  109:4,11,13,
  18,21
  111:20,23,25
  112:3,5,10,
  12 113:2,7,
  10,12,18,21,
  23,25 114:5,
  6,7,12,14,25
  115:11
  124:25
  125:4,6,7,21
  127:8 128:7,
  25 129:16
  130:15,20
  131:18 132:2
  133:4 137:9,
  12,14,20
  138:4,21
  139:11,18
  140:2,25
  141:17,25
  142:10,18,19
**seeing**
  109:16 138:6
  151:4,5
**select**
  38:14
**selected**
  38:12
**sell**
  36:8 98:10
  100:2
**seller**
  100:9
**selling**
  36:6

Awni Abu Hba
April 07, 2021
27

**send**
  19:14 40:6,
  14,16,17,18,
  19 54:23
  57:4,6,7
  59:22 60:3,4
  61:13,18,21
  62:8 63:5,6,
  13 65:3,4
  69:20,21,24
  70:2 75:14
  77:18 78:15,
  19 91:7 96:2
  97:21 98:13,
  14 99:21
  100:12
  102:14 146:2
  148:4 156:17
**sending**
  61:22 97:25
**sends**
  81:21 87:23
**sense**
  17:15 42:23
  44:8
**sensible**
  44:10
**sentence**
  34:3,16,25
  45:20 48:8,
  18,21,22
  49:2 125:2,
  17,19
**separate**
  94:18
**series**
  13:22
**serve**
  49:16
**served**
  49:13 50:7
  103:5,10,11
  105:15
  106:10,17
  107:8
**service**
  53:21,25
  56:10 57:8,

  19 58:10,25
  59:20 65:5,8
  69:11,15,18
  76:15,25
  77:17 81:25
  82:4 84:14,
  18 85:2,11,
  14 86:13,15,
  23 87:3,8,
  13,15 90:6,
  10,21,22
  91:12,13,18
  95:3 96:16
  98:7 102:9
  112:7,14
**services**
  26:3,24
  30:2,8,17,21
  31:5,20
  40:10,23
  53:22 54:2
  64:7,11,15
  65:6,7,15,18
  69:7,8 72:20
  77:4 79:13,
  20,21 80:3,5
  84:6,8,11
  85:23,24,25
  111:7 112:8,
  15 122:15
  123:14,18,23
  124:3,7
  128:2 134:3,
  9,11,21
  147:8 148:2,
  10,18 149:3
  155:10,15
  157:6
**servicing**
  48:19,23
  49:10
**session**
  131:4,7,9
**sessions**
  132:2
**seven**
  82:10

**several**
  79:8
**shake**
  138:5
**shaking**
  138:6
**share**
  71:9 93:11
**shared**
  93:5 113:5
**sharp**
  56:2
**Shatsky**
  8:10
**short**
  16:12,16
  28:17 44:16
  66:17 98:22
  99:13 121:24
  143:25
**shorter**
  143:24
**shortly**
  70:23
**show**
  123:8
  132:12,14
**sign**
  40:5 56:25
  57:2,4
  58:12,15
  59:23 60:18
  61:6 62:9,14
  64:25 65:2
  69:13,14,24
  87:21 97:9,
  10,17 98:12
  133:10
  134:12
  145:23
**signature**
  56:15,16
  57:11,22
  58:9 59:3
  62:15,19,24
  65:9,12,13
  69:14,17

  72:3,4 74:5,
  9,10
**signatures**
  56:12 97:6
**signed**
  59:10,19
  61:24 62:3,6
  69:21 128:23
  133:8 134:12
  147:14
**signs**
  60:20 97:16
**similar**
  91:13,16
  98:9 110:22
  144:23
  147:19
**simple**
  57:22
**Sinaiko**
  8:21 9:7,10
  10:3,5
  11:11,24
  13:9 14:18
  15:14,19,23
  16:5,10
  17:20,23
  20:15,19,24
  21:6 22:16
  23:3,9,14,24
  24:4,25
  25:10,20
  26:10 27:10,
  18,21 28:8
  29:20 32:13,
  22 34:8
  37:23 41:6
  42:7 43:12,
  18,21 44:6,
  19 45:8,10,
  25 47:10,19
  48:5,21,25
  50:14 52:3,
  8,10 53:9,14
  54:14 55:18,
  24 58:17
  60:9,25
  63:8,18

65:20 66:3,
9,20 68:2,
10,14,17
70:18 71:6,
10 73:2,20
75:18,22,25
76:5 79:17
88:15 89:2,
13 92:5 94:5
98:20,25
99:8 107:17
108:14,17,
20,24 109:9,
15 111:18
112:20
113:3,6,19
114:3,10
116:13
117:20,24
120:8,14
121:23
122:2,7
124:10,17
127:15,18,23
130:13
132:16,22
135:24
136:20,24
141:7 143:3,
18 153:8
154:11,14,18
155:12,17,
21,24 156:3,
12,20

**Sinaiko's**
155:5

**single**
89:15,19

**sir**
19:16 24:19
29:13 30:5,
18,24 33:13
34:23 35:12
39:23 40:8,
9,22 46:8,14
50:20,24
54:8,25
56:10 58:10,

11 59:11,19
64:3,7,8,10
68:25 69:4
70:5 71:3,
17,22,25
72:2,4,10,19
73:10,12,15
76:22 79:9,
18 80:2
84:17 86:9,
10 88:11,21
92:4,8 95:6
98:6 99:10
103:12
107:22
111:16 112:2
114:8 116:12
121:19
122:4,6,25
123:15,16
125:5,21,25
126:4 131:12
135:12,17
140:2 141:17
144:5 145:19
146:15 151:3
154:22

**sit**
17:16

**situation**
95:15

**situations**
96:4

**six-page**
27:23

**skills**
34:5 42:18
44:9,23 56:2

**slightly**
25:23

**slowing**
58:23

**slowly**
60:13

**smoother**
41:21 42:5

**smoothly**
14:21 15:3

**social**
138:18
151:5,6,20
152:14,23

**solve**
84:21,25
85:8,15 86:5

**sort**
30:9 36:9
37:2 42:16
50:7 92:19
101:15
151:6,14

**sorts**
35:25

**sound**
103:12

**source**
33:17

**space**
67:4

**speak**
10:23 19:25
21:10 94:16
95:8 96:6
99:21 138:9

**speaking**
15:7 61:3
118:15
138:11,12
146:13

**speaks**
10:24

**special**
27:15,16
96:17 138:3

**specialize**
38:23 39:8

**specialty**
38:24 39:9

**specific**
141:10

**specifically**
19:7 26:19
71:4

**specified**
87:2,5

**speculation**
88:13,24
89:12 93:18

**speech**
151:25 152:4

**speeches**
152:7

**spend**
121:9

**spoke**
20:9,20,23,
25 21:3,13
22:18 98:10
118:21
119:5,9
131:20
140:16

**spoken**
21:18,23
22:4,12
23:12,22
83:22 105:21
131:5

**spot**
123:22

**Squire**
9:6 22:5

**stamp**
60:5 62:4,
10,19,25
71:19,21,24,
25 72:15,16,
17,25 73:3,
11,12,14,18,
21 74:6,12,
15,20,23,24
75:2,11,13
146:23
148:15
149:19
150:13

**stamped**
62:6

**stamps**
72:14 73:16
91:15

**start**

11:2 30:20
31:5 69:25
105:8
**started**
8:21 41:18,
20 83:17
**starting**
154:13
**starts**
41:11 48:16
**state**
36:22,24
37:18,20
81:6 85:12
101:21
143:15
**statement**
8:19 34:12
48:13
**States**
10:12 27:3,
7,14 34:5
35:15,22
36:17 42:20
47:8 82:14
86:2 87:10
90:16,18
109:14,22,25
110:5,9,16
111:9,15
115:20,21
116:16
117:15
118:7,14
119:14,17
120:6 127:25
130:9 134:16
144:8,12,23,
25 147:7,10,
19,20 151:22
**stay**
68:18 99:3
**Staying**
64:6
**step**
32:2,14
57:25 58:5
60:7,8

**steps**
121:12
**Steve**
10:5 15:13
24:23 26:7
41:17 45:7
**stipulate**
8:24 9:4
**stop**
26:8 98:3
124:2
**stopped**
86:16,22,25
**stops**
79:11 96:12,
14
**strange**
142:22
**Street**
8:13 107:24
**strike**
130:3
**studied**
45:21 47:8
**submission**
40:11 55:4
64:11
**submissions**
93:15
**submit**
62:24 92:17
93:14,24
94:23 97:11
104:6 105:4
107:4
**submits**
85:21
**submitted**
39:4,13,24
85:18 89:6
**submitting**
59:20 62:17
93:10
**subpoena**
17:25 18:3,
12,16 22:10,
23 23:13,16

103:10,11,
14,19,25
104:10,16,23
105:15
106:9,17
107:8
120:11,15
121:3,5,14
122:19
125:4,21,25
126:6,15,24
**Subpoenas**
103:4 122:11
**Subsequent**
102:25
**substance**
17:4 22:18
**substantive**
138:7
**suggest**
65:20,21
**suggested**
42:3
**suggestion**
41:23 42:4
**summarize**
44:21
**supplied**
128:9,10
**support**
8:13,18
15:19 16:6
**suppose**
151:7
**supposed**
11:22 13:3
75:9
**sure**
15:20 27:10
28:8 42:23
43:12 48:5
67:2 74:22
79:5 94:10
97:16 100:3,
7 101:19
111:13
112:22

116:13
124:24 141:7
148:20
**surprising**
42:21
**swear**
11:23,24
**sworn**
7:5 12:6
66:25 67:10

—————

**T**

**Tab**
17:20 27:19,
21 28:3
32:15,20
52:3,6
68:11,14
70:21 76:3
108:15,16
124:11,14
127:16,21
136:20,22
**take**
9:3 10:14
16:23 21:15
22:25 25:24
26:8 32:13
35:25 37:24
42:2,22 43:9
46:20 61:10,
11 65:21
66:13 69:21
76:5 99:2,8
120:19
121:24 122:3
132:11,13
154:4,10
156:20
**taken**
10:9,21
16:12 28:17
35:20 36:16
44:16 66:17
99:13 143:25
**takes**
34:15 86:21

87:22  96:5

**taking**
15:13  16:17
17:6,8,12

**talk**
28:10  41:23
43:3,9,10
156:10

**talked**
19:24  20:12,
13

**talking**
21:9  59:18,
24  78:17
79:24  80:15
92:4,18
93:23  95:21
107:4  110:10
130:16
131:11
146:14
148:13
149:24
150:12

**Tarbush**
141:17,19,22

**taxes**
124:8

**technical**
43:6

**technician**
8:12

**telephone**
20:2  115:11,
12,14  117:6,
10  135:14

**television**
152:7

**tell**
16:16  18:23
19:3,6  32:4
55:22  74:8
76:17  78:25
79:19  86:11,
13  87:13
88:19  90:6
97:19,22

106:18
114:17
120:21
121:12
126:16
128:20  129:5

**tells**
125:19

**ten**
98:21

**terrible**
41:3  114:6

**terrific**
68:3  98:19
114:11

**territory**
23:21

**testified**
7:6  10:11
55:11

**testify**
17:25  18:12
41:9  42:14

**testifying**
18:16

**testimony**
17:17  46:14
53:3  55:7
146:9  156:4,
13  157:5

**testing**
137:11

**text**
33:8,13,15,
16,22  45:16

**thank**
9:8  13:20
17:19  34:10
47:18  48:24
52:10  70:17
83:4  85:5
99:10  122:7
153:12
154:10
155:19  157:6

**Thanks**
45:6

**thing**
26:15  91:17
101:3,9
112:22
118:11  145:7

**things**
25:11  44:7
94:18  95:8
135:21

**think**
11:9  14:19,
21  15:2,15
17:10,18
20:6,11
23:20  30:24
34:24  37:9
38:2  43:20
45:9  52:5
54:25  60:4
74:22  75:25
94:6,8
100:13
108:15,17
115:12  116:7
119:7,8
121:10  122:9
124:23  125:9
127:13
135:22,25
140:15
143:19,21
153:6

**thinking**
91:12

**third**
33:8  45:14,
16  125:17

**thoroughly**
126:23

**thought**
42:5

**three**
99:2,4
111:24
132:12

**three-page**
17:25  52:12

**thumbtack**
107:18,20

**time**
8:9,17  10:24
11:15  13:22
16:11,14
20:8  21:17,
22  27:11
28:16,19
43:19  44:15,
18  45:3
56:14  58:22
62:7  66:16,
19  76:5  78:5
80:22  82:6,
18  96:5
98:24  99:12,
15  109:16
110:12
118:21  119:3
121:10  122:3
126:4  129:15
131:25
132:10
143:6,12
144:3  147:23
148:6  153:9
154:5  155:22
157:3,4

**times**
19:25  20:5,6
31:14  59:5,
7,9  78:24
79:3,8  99:18
118:17
137:25

**title**
49:19,21
50:21,25
51:14,17,23
63:23
119:16,19

**titled**
17:25  27:24
33:9  70:19
111:20

**titles**
119:23

today
  8:8 10:8,12,
  16,18 11:17
  13:10,17,22
  14:8 15:20
  17:16,18
  18:13,15,20,
  24 19:19,23
  21:2,18,20,
  22,25 22:4
  41:7,9,15
  46:14 48:17
  103:4 105:11
  106:6,25
  144:5 146:14
  155:22 156:5
today's
  106:10 157:4
told
  92:23
  105:16,18
  106:21
  116:20 117:4
  135:18
  143:8,9
top
  37:25 38:2,3
  47:21 53:11,
  14 56:8
  57:9,20
  58:11 62:14
  69:2 112:11
  125:6 127:24
  143:3
topic
  102:24
total
  77:24,25
  79:14
track
  58:7
trade
  90:5 132:19,
  24
Traditions
  33:9
Transaction
  98:5

transactions
  99:17
transcript
  15:11 60:11
translate
  11:9 12:7
  13:5 41:22
  61:9 67:11
  68:6 86:20
translated
  11:12,13,15
  14:22,24
  15:3,5 41:19
  42:12,13
  44:8 73:21
  118:2
translating
  14:20 15:11,
  12,22 16:3
  41:12 44:4
  49:4 61:3
  63:10
translation
  40:25 41:2
  43:8 46:6
  58:2 66:2,4,
  5,11 68:21
  86:17 92:7
translations
  42:10
translator
  11:9,12,25
  14:19 15:10
  16:2 41:7,
  12,15 42:3,
  24,25 44:25
  45:3 50:10
  55:21,22,25
  56:3 58:19,
  21,22 61:2
  63:10 66:23,
  24 68:7,8,
  23,24 117:25
translator's
  68:8
transmission
  79:22

transmitting
  77:15
travel
  84:12
trouble
  68:21
True
  34:2
try
  11:3 13:24
  56:4 60:12
  62:7 68:19
  74:14 78:5,
  13 84:21,25
  85:8 86:5,19
  94:21 102:25
  122:8 143:5
  151:15
trying
  61:23 134:6
  145:4,6
  146:21
turn
  29:18,20
  33:7 53:9
  71:4 75:22
  128:10
  130:11
turning
  152:18,20
TV
  117:23
  152:2,4
twice
  31:18 118:19
  119:6,9
two
  45:13 80:10,
  13 84:20
  94:18 96:12,
  13 108:11
  111:24
  132:12
  135:21 155:6
type
  69:18 119:13
  123:23

types
  74:20 76:11
  151:10
typically
  74:13,16
  77:8

_____

            U

_____

U.S.
  8:12,18
  15:20 16:6
ultimately
  125:23
UN
  131:7,12
  137:20
  140:8,15
  141:2,4,9
  147:22
  152:9,11
  153:2
unable
  17:17 73:17
unaware
  145:10
underneath
  76:9 111:23
  114:21,25
  115:10
understand
  13:15,23,25
  14:5,16
  16:18,19
  17:5,9 19:11
  41:10 63:14,
  25 70:8
  75:12 81:15,
  16,18 97:13
  104:12
  105:12 106:7
  110:4 111:13
  114:14,22
  133:21
  134:4,6
  140:7 150:21
  151:2

Awni Abu Hba
April 07, 2021                                    32

understanding
  74:19,25
  97:2 104:24
  109:24
  115:18
understands
  42:18,21
  114:10
understood
  14:4 44:6
  58:5 99:23
  102:16
  103:15,21
  104:3,18
  106:14 115:7
  143:13
unfold
  42:16
United
  10:12 27:2,
  6,14 34:4
  35:15,21
  36:17 42:20
  47:7 82:13
  86:2 87:10
  90:15
  109:14,22,25
  110:5,9,16
  111:9,15
  115:20,21
  116:16
  117:15
  118:6,14
  119:14,17
  120:5 127:25
  130:9 131:9,
  22,24 132:8,
  10,13 134:15
  137:4 144:8,
  12,23,24
  147:7,10,18,
  19,20 148:25
  149:23
  150:17,23
  151:5,11,22
  152:15
university
  35:2,7,10

46:16,21
47:14 56:24
90:23
upper
  71:20 109:10
  111:24 112:4
  113:13
usual
  41:4
UTC
  8:9 16:14
  28:16,19
  44:15,18
  66:16,19
  99:12,15
  144:3 157:4
utilize
  81:18

——————————

——————————

              V

——————————

validate
  86:20
value
  149:7,11,16,
  22
valued
  81:3
variable
  78:22
verbal
  11:20 13:11,
  16
verbally
  11:18
versus
  8:11
video
  8:12,13
video-
recorded
  8:7
videoconferen
ce
  10:21 21:20,
  25

videographer
  8:2 10:18
  16:8,11,13
  28:12,15,18
  43:23 44:14,
  17 47:16
  66:15,18
  99:11,14
  144:2 155:23
  157:2
videotape
  41:4
View
  115:2
VINCENT
  17:22 27:20
  52:9 68:13,
  16 70:23
  71:7,12
  75:21,24
  76:4 108:16,
  19,23 112:22
  113:5 124:16
  127:17 136:2
visit
  131:16,22
  132:8

——————————

              W

——————————

Wainaina
  8:11
wait
  10:25 11:3
  50:10 68:6
want
  16:8 23:3
  25:16,23
  26:6 28:23
  29:19 42:22,
  23 43:10,14,
  24 44:20
  60:18 65:25
  73:8 75:24
  76:2 83:23
  96:18 98:23
  99:3 101:19
  102:15,23

106:13,19
109:4 120:3,
19 121:9
143:20
148:20
151:15 153:6
154:10
wanted
  83:3
Washington
  91:25
waste
  58:22
watched
  42:15 131:14
way
  17:13 21:13
  28:23 42:9
  50:12 54:10,
  20 55:5,14,
  21 58:20
  80:6 89:22
  102:10
  103:8,16,22
  104:4,13,19,
  25 107:14
  114:22
  123:16
  146:11
  150:20
web
  110:13
website
  27:24 29:7,
  9,11,15
  31:2,3,11,12
  32:19,25
  33:3,24 38:7
  52:13,18,20
  65:8 115:19
  116:24
  135:12,16,
  17,19 136:14
  137:3,5
  150:25
wedding
  138:10
  151:17

**Wednesday**
  8:8
**week**
  31:13,14,19
  78:21
**went**
  35:4 131:4,
  16
**whatsoever**
  133:16
**Wick**
  124:19
  125:19
  126:22
**wife**
  84:21
**William**
  45:22 46:16,
  20,24 47:4,6
**wind**
  122:8
**withdraw**
  19:4 29:10
  39:6 49:3,20
  52:25 55:9
  56:6 62:4,7
  69:25 72:15
  74:13 78:3,
  13 81:14
  93:7 103:2
  105:8 138:15
  151:8 152:5
  156:5,7
**withdrawn**
  50:23 51:7
  53:19 79:20
  80:4 86:12
  88:3 129:6
  135:4 156:15
**witness**
  7:4 9:7
  23:6,7,25
  39:16,20
  40:3,5 54:4
  55:12 69:13
  89:14 153:10
**witnessing**

**56:11 59:3**
  69:16
**word**
  41:4 55:20
**wording**
  83:13
**words**
  43:6 80:25
  81:19
**work**
  11:16 44:7
  90:25 91:3
  123:17,20
  125:11
**worked**
  23:21 118:5,
  13
**working**
  41:25 116:8,
  17
**works**
  140:8
**world**
  37:21 39:21
  54:9,19
**write**
  33:20 80:10,
  22 85:10
  87:20
**writing**
  25:14 63:22,
  23 96:9
  104:11,17,23
  131:2
**written**
  25:18 34:17
  67:4 83:2
  85:6 100:24
  129:23
**wrong**
  76:2
**wrote**
  33:13,20,23
  131:6

                Y

**yeah**
  11:22 16:2
  17:22 27:20
  28:10 30:11
  46:7 53:16
  57:13 63:22
  71:7 85:5
  108:24
  109:12
  128:12
  131:13 136:2
  156:2
**year**
  30:22 31:12
  78:24 79:4
  147:24
**years**
  34:14 42:20
  82:9 108:11
  132:12
**Yemen**
  101:13
**yesterday**
  125:15
  127:12,13
**York**
  8:14 9:2
  137:5 143:16
  149:2,24
  150:18,23
  151:19
  152:22 153:3
**Yup**
  28:14

                Z

**zero**
  47:20
**zoom**
  34:8 37:25
  38:3,4 45:13
  73:2 107:17,
  18 108:25

109:9 111:18
114:4 130:14
132:17
136:24
137:11
**zoomed**
  107:21