# EXHIBIT C



+1 (202) 974-6360    info@plodelegation.us    Mon - Fri 8:00 - 17:00

    THE MISSION ⌄   PS-US RELATIONS ⌄   CONSULAR AFFAIRS ⌄   ECONOMIC AFFAIRS ⌄   NEWS ⌄   ABOUT PALESTINE ⌄   CONTACT US   تدوين قصتها

# Consular Affairs








## The Mission



The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

› General Powers Of Attorney
› Land Power of Attorney
› NGO and Corporate
› Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :

[Submit]  [Reset]




THE MISSION ⌄ | PS-US RELATIONS ⌄ | CONSULAR AFFAIRS ⌄ | ECONOMIC AFFAIRS ⌄ | NEWS ⌄ | ABOUT PALESTINE ⌄ | CONTACT US | تدوين قنصلية

# General Powers Of Attorney



Please note:

- Powers of Attorney must be signed in front of a Notary Public
- Send $100 money order payable to CASH
- Send a photocopy of your passport
- Send a return stamped envelope with your address
- General Powers of Attorney must NOT include the right to sell property
- General Powers of Attorney must state: "This instrument does not include the right to sell or otherwise dispose of and or real property."
- To download the General Power of Attorney form, CLICK HERE.

## The Mission



The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

**Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA**
31 August 2018

**Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine**
24 August 2018

**Palestine to Lead G77, UN's Largest Group of Developing Nations**
24 July 2018

## Consular Affairs

- General Powers Of Attorney
- Land Power of Attorney
- NGO and Corporate
- Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :

[ Submit ] [ Reset ]

©2018 The General Delegation of PLO to U.S. All Rights Reserved.

INTERNET ARCHIVE Wayback Machine
http://plodelegation.org/index.php/consular-affairs/durable-land-power-of-attorney   Go
13 captures
22 Jan 2018 - 10 Sep 2018
AUG SEP OCT
2017 2018 2019
About this capture



+1 (202) 974-6360    info@plodelegation.us    Mon - Fri 8:00 - 17:00

PLO GENERAL DELEGATION TO THE UNITED STATES

THE MISSION   PS-US RELATIONS   CONSULAR AFFAIRS   ECONOMIC AFFAIRS   NEWS   ABOUT PALESTINE   CONTACT US   تدوين قنصلية

# Land Power of Attorney



Changes for Real Estate, Land and General Power of Attorney

- All clients must call ahead to make an appointment to sign their documents at the Delegations offices in Washington or one of our designated offices listed below.
- We will certify durable powers of attorney only after verifying ownership of the land mentioned in the POA.

Acceptable documents verifying ownership:

- Land deed showing that signatory in fact owns shares in the property issued within a month of signing.
- Land deed and Inheritance statement showing that signatory inherited shares in the property.
- Clear legible copies of original documents must be available at time of signing.

To download the Durable Power of Attorney form, CLICK HERE

## The Mission



The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

- General Powers Of Attorney
- Land Power of Attorney
- NGO and Corporate
- Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :

Submit    Reset

©2018 The General Delegation of PLO to U.S. All Rights Reserved.



THE MISSION | PS-US RELATIONS | CONSULAR AFFAIRS | ECONOMIC AFFAIRS | NEWS | ABOUT PALESTINE | CONTACT US

# NGO and Corporate



Instructions and applicable fees for certifying documents

**Internal Revenue Service Letter:**

- This letter outlines 501(c) institution statues and is only required for nonprofit registration. For-profit corporations must certify the last year's financial statement as provided by Certified Public Accountants.
  - Clear and legible copies of this document are acceptable.
  - Document processing fees: $100 for nonprofits; $200 for for-profits

**Letter of Intent and Agency:**

- A letter signed by an authorized official or a board resolution, stating the institution's intent to conduct business in the Palestinian Territories and authorizing an agent or a representative to conduct the institution's affairs, including the completion of the registration process.
  - This document must be notarized by a notary public and certified by the Secretary of the relevant State as well as the Department of State in Washington D.C.
  - Processing fees for this document are: $100 for Nonprofit organizations, and $200 for a For-Profit organization.

**Articles of Incorporation:**

- This is a document produced by the State and shows that the organization was appropriately registered.
  - Copies of the Articles of Incorporation on file with the State registration agency are acceptable if issued by the relevant State registration agency.
  - Copies from corporate files are acceptable if notarized as true original copies and certified by the Secretary of the relevant State as well as the Department of State in Washington D.C.
  - Processing fees for this document are: $100 for Nonprofit organizations, and $200 for a For-Profit organization.

**Bylaws:**

- These are the internal laws that govern the institution. Contents of the bylaws may include the date of the fiscal year of the institution, the institutions mission statement, board meeting frequency, voting quorum etc.
  - Copies of the bylaws on file with the State registration agency are acceptable if issued by the relevant State agency
  - Copies from corporate files are acceptable if notarized as true original copies and certified by the secretary of the relevant state as well as the Department of State in Washington D.C.
  - Processing fees for this document are: $100 for Nonprofit organizations, and $200 for a For-Profit organization.

- To download the NGO and Corporate Registration form, CLICK HERE.

The Mission | Latest News | Consular Affairs | Subscribe To Our

**Letter of Intent and Agency:**

- A letter signed by an authorized official or a board resolution, stating the institution's intent to conduct business in the Palestinian Territories and authorizing an agent or a representative to conduct the institution's affairs, including the completion of the registration process.
    - This document must be notarized by a notary public and certified by the Secretary of the relevant State as well as the Department of State in Washington D.C.
    - Processing fees for this document are: $100 for Nonprofit organizations, and $200 for a For-Profit organization.

**Articles of Incorporation:**

- This is a document produced by the State and shows that the organization was appropriately registered.
    - Copies of the Articles of Incorporation on file with the State registration agency are acceptable if issued by the relevant State registration agency.
    - Copies from corporate files are acceptable if notarized as true original copies and certified by the Secretary of the relevant State as well as the Department of State in Washington D.C.
    - Processing fees for this document are: $100 for Nonprofit organizations, and $200 for a For-Profit organization.

**Bylaws:**

- These are the internal laws that govern the institution. Contents of the bylaws may include the date of the fiscal year of the institution, the institutions mission statement, board meeting frequency, voting quorum etc.
    - Copies of the bylaws on file with the State registration agency are acceptable if issued by the relevant State agency
    - Copies from corporate files are acceptable if notarized as true original copies and certified by the secretary of the relevant state as well as the Department of State in Washington D.C.
    - Processing fees for this document are: $100 for Nonprofit organizations, and $200 for a For-Profit organization.

- To download the NGO and Corporate Registration form, CLICK HERE.

---

## The Mission



The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

- General Powers Of Attorney
- Land Power of Attorney
- NGO and Corporate
- Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :



©2018 The General Delegation of PLO to U.S. All Rights Reserved.

Document title: NGO and Corporate
Capture URL: https://web.archive.org/web/20180910035943/http://plodelegation.org/index.php/consular-affairs/ngo-and-corporate-registration
Capture timestamp (UTC): Mon, 18 Mar 2019 15:42:38 GMT



# Passport Renewal

The PLO Delegation in Washington, D.C. does not renew passports. The PLO Delegation's role in this process is limited to certifying a Power of Attorney. The person named in the Power of Attorney must renew the passport at the Ministry of Interior in Palestine. You must send the certified Power of Attorney, passport photos and the expired passport, or a certified copy of the passport to the person named in the Power of Attorney to complete the renewal process.

To certify a passport Powers of Attorney please follow these instructions:

- Print and fill out the Power of Attorney form.
- Sign the documents in front of Notary Public
- Send 4 pictures with blue color background
- Send money order of $50 payable to CASH
- Mail to the following address: The General Delegation of the PLO to the United States, 1732 Wisconsin Avenue NW, Washington D.C., 20007
- To ensure speedy delivery include express mail envelope with your address and stamps
- To download the Power of Attorney CLICK HERE. To download the Power of Attorney for minors CLICK HERE.



## The Mission

The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

**Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA**
31 August 2018

**Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine**
24 August 2018

**Palestine to Lead G77, UN's Largest Group of Developing Nations**
24 July 2018

## Consular Affairs

- General Powers Of Attorney
- Land Power of Attorney
- NGO and Corporate
- Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :

Submit   Reset

Document title: Passport Renewal
Capture URL: https://web.archive.org/web/20180910035751/http://plodelegation.org/index.php/consular-affairs/passport-renewal
Capture timestamp (UTC): Mon, 18 Mar 2019 15:43:07 GMT

A301

Page 1 of 2

INTERNET ARCHIVE WayBack Machine

http://plodelegation.org/index.php/consular-affairs/notary-publics    Go

JUL **SEP** OCT
2017 **2018** 2019

9 captures
22 Jan 2018 - 10 Sep 2018

About this capture

Case 1:20-cv-03374-JMF   Document 47-3   Filed 07/06/21   Page 8 of 14



+1 (202) 974-6360    info@plodelegation.us    Mon - Fri 8:00 - 17:00

PLO GENERAL DELEGATION TO THE UNITED STATES

THE MISSION | PS-US RELATIONS | CONSULAR AFFAIRS | ECONOMIC AFFAIRS | NEWS | ABOUT PALESTINE | CONTACT US | شؤون قنصلية

# Notary Publics



### Notary Publics

| Detroit | San Francisco | Jacksonville | Los Angeles | Chicago |
| Houston | Paterson | | | |

**George Saba** (جورج سابا)

24619 FORD RD , DEARBORN, MI 48128

(313) 215 1780

## The Mission



The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

- General Powers Of Attorney
- Land Power of Attorney
- NGO and Corporate
- Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :



Submit    Reset

©2018 The General Delegation of PLO to U.S. All Rights Reserved.

Document title: Notary Publics
Capture URL: https://web.archive.org/web/20180910040722/http://plodelegation.org/index.php/consular-affairs/notary-publics
Capture timestamp (UTC): Mon, 18 Mar 2019 15:43:27 GMT
A302
Page 1 of 1


http://plodelegation.org/index.php/consular-affairs/notary-publics   Go
JUL SEP OCT
9 captures
22 Jan 2018 - 10 Sep 2018
2017 2018 2019
About this capture

+1 (202) 974-6360   info@plodelegation.us   Mon - Fri 8:00 - 17:00


PLO GENERAL DELEGATION TO THE UNITED STATES

THE MISSION ⌄   PS-US RELATIONS ⌄   CONSULAR AFFAIRS ⌄   ECONOMIC AFFAIRS ⌄   NEWS ⌄   ABOUT PALESTINE ⌄   CONTACT US   قسم شؤون ⌄

# Notary Publics



## Notary Publics

| Detroit | **San Francisco** | Jacksonville | Los Angeles | Chicago |

| Houston | Paterson |

**Fuad Ateyeh (فؤاد عطيه)**
200 Valencia street San Francisco California 94103
(415) 990 2500

## The Mission



The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

**Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA**
31 August 2018

**Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine**
24 August 2018

**Palestine to Lead G77, UN's Largest Group of Developing Nations**
24 July 2018

## Consular Affairs

› General Powers Of Attorney
› Land Power of Attorney
› NGO and Corporate
› Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :

[ Submit ]   [ Reset ]

©2018 The General Delegation of PLO to U.S. All Rights Reserved.



# Notary Publics



## Notary Publics

Detroit | San Francisco | **Jacksonville** | Los Angeles | Chicago
Houston | Paterson

**Samir Farhat (سمير فرحات)**
3132 Julington Creek Rd, Jacksonville, FL 32223
(904) 705 8293

## The Mission



The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

- General Powers Of Attorney
- Land Power of Attorney
- NGO and Corporate
- Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :

Submit | Reset

©2018 The General Delegation of PLO to U.S. All Rights Reserved.



# Notary Publics



## Notary Publics

Detroit | San Francisco | Jacksonville | **Los Angeles** | Chicago
Houston | Paterson

**Ahamd Alahmad (احمد الأحمد)**
501 N. Brookhurst #150 Anaheim, CA 92801
(714) 803 0038

## The Mission



The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

- General Powers Of Attorney
- Land Power of Attorney
- NGO and Corporate
- Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :

Submit    Reset

©2018 The General Delegation of PLO to U.S. All Rights Reserved.

Document title: Notary Publics
Capture URL: https://web.archive.org/web/20180910040722/http://plodelegation.org/index.php/consular-affairs/notary-publics
Capture timestamp (UTC): Mon, 18 Mar 2019 16:11:32 GMT

A305

Page 1 of 1



# Notary Publics



## Notary Publics

| Detroit | San Francisco | Jacksonville | Los Angeles | **Chicago** |

| Houston | Paterson |

**SAAD MALLEY (سعد معالي)**

4712 West 63rd Street Chicago, IL 60629

(708) 205 2030

**GHASSAN BARAKAT (غسان بركات)**

7372 W. 87th Street Bridgeview, IL 60455

(312) 671 4787

## The Mission



The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

**Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA**
31 August 2018

**Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine**
24 August 2018

**Palestine to Lead G77, UN's Largest Group of Developing Nations**
24 July 2018

## Consular Affairs

- General Powers Of Attorney
- Land Power of Attorney
- NGO and Corporate
- Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :



©2018 The General Delegation of PLO to U.S. All Rights Reserved.

Document title: Notary Publics
Capture URL: https://web.archive.org/web/20180910040722/http://plodelegation.org/index.php/consular-affairs/notary-publics
Capture timestamp (UTC): Mon, 18 Mar 2019 16:11:43 GMT

A306

Page 1 of 1


9 captures
22 Jan 2018 - 10 Sep 2018

+1 (202) 974-6360    info@plodelegation.us    Mon - Fri 8:00 - 17:00

PLO GENERAL DELEGATION TO THE UNITED STATES

THE MISSION ⌄   PS-US RELATIONS ⌄   CONSULAR AFFAIRS ⌄   ECONOMIC AFFAIRS ⌄   NEWS ⌄   ABOUT PALESTINE ⌄   CONTACT US   ⌄ قسمة ثوبن

# Notary Publics



## Notary Publics

| Detroit | San Francisco | Jacksonville | Los Angeles | Chicago |
| Houston | Paterson |

**Mazen Atieh** (مازن عطيه)

3179 Fondren Rd Houston, TX 77063

(832) 512 8848

## The Mission



The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

› General Powers Of Attorney

› Land Power of Attorney

› NGO and Corporate

› Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :

[Submit]  [Reset]

©2018 The General Delegation of PLO to U.S. All Rights Reserved.

Document title: Notary Publics
Capture URL: https://web.archive.org/web/20180910040722/http://plodelegation.org/index.php/consular-affairs/notary-publics
Capture timestamp (UTC): Mon, 18 Mar 2019 16:11:53 GMT

A307

Page 1 of 1

Case 1:20-cv-03374-JMF   Document 47-3   Filed 07/06/21   Page 14 of 14



http://plodelegation.org/index.php/consular-affairs/notary-publics | Go

9 captures
22 Jan 2018 - 10 Sep 2018

JUL **SEP** OCT
2017 **10** 2019
     **2018**

▼ About this capture

f  🐦  ▶   📞 +1 (202) 974-6360   ✉ info@plodelegation.us   🕐 Mon - Fri 8:00 - 17:00

**PLO GENERAL DELEGATION TO THE UNITED STATES**

THE MISSION ⌄   PS-US RELATIONS ⌄   **CONSULAR AFFAIRS** ⌄   ECONOMIC AFFAIRS ⌄   NEWS ⌄   ABOUT PALESTINE ⌄   CONTACT US   شؤون قنصلية ⌄   ☰

# Notary Publics



## Notary Publics

| Detroit | San Francisco | Jacksonville | Los Angeles | Chicago |
| Houston | **Paterson** | | | |

**Awni Abu Hdba** (عوني أبوهدبة)

388 Lake View Avenue Clifton, NJ 07011

(973) 464 2283

## The Mission



The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

> General Powers Of Attorney

> Land Power of Attorney

> NGO and Corporate

> Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :

[                    ]

Submit    Reset

©2018 The General Delegation of PLO to U.S. All Rights Reserved.

Document title: Notary Publics
Capture URL: https://web.archive.org/web/20180910040722/http://plodelegation.org/index.php/consular-affairs/notary-publics
Capture timestamp (UTC): Mon, 18 Mar 2019 16:12:06 GMT

A308

Page 1 of 1