# EXHIBIT H



THE SECRETARY OF STATE
WASHINGTON

The Honorable
Charles Grassley
United States Senate
Washington, DC 20510

JUN 1 9 2019

Dear Senator Grassley:

Please accept my personal thanks for the commitment and dedication demonstrated by you and your staff in working with the Department of State to come to agreement on an amendment related to the Anti-Terrorism Clarification Act (ATCA) of 2018 (P.L. 115-253). The attached draft legislation advances two critical U.S. interests by seeking to enable U.S. victims of terrorism to vindicate their rights in U.S. courts while simultaneously protecting our own national security interests and those of our close ally, Israel. I look forward to working with you to advance this important legislation.

Sincerely,

Michael R. Pompeo

Enclosure:
   As stated.