# EXHIBIT J

OMB No. 1124-0002; Expires May 31, 2020

**U.S. Department of Justice**

Washington, DC 20530

# Supplemental Statement
## Pursuant to the Foreign Agents Registration Act of 1938, as amended

For Six Month Period Ending 06/30/2020
(Insert date)

## I - REGISTRANT

1. (a) Name of Registrant
Squire Patton Boggs (US) LLP

(b) Registration No.
2165

(c) Business Address(es) of Registrant
2550 M Street, NW
Washington, DC 20037

2. Has there been a change in the information previously furnished in connection with the following?
   (a) If an individual:
   (1) Residence address(es) Yes ☐ No ☐
   (2) Citizenship Yes ☐ No ☐
   (3) Occupation Yes ☐ No ☐
   (b) If an organization:
   (1) Name Yes ☐ No ☒
   (2) Ownership or control Yes ☐ No ☒
   (3) Branch offices Yes ☐ No ☒
   (c) Explain fully all changes, if any, indicated in Items (a) and (b) above.
   N/A

**IF THE REGISTRANT IS AN INDIVIDUAL, OMIT RESPONSE TO ITEMS 3, 4, AND 5(a).**

3. If you have previously filed Exhibit C[1], state whether any changes therein have occurred during this 6 month reporting period.
   Yes ☐ No ☒
   If yes, have you filed an amendment to the Exhibit C? Yes ☐ No ☐
   If no, please attach the required amendment.

1 The Exhibit C, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, and by laws of a registrant that is an organization. (A waiver of the requirement to file an Exhibit C may be obtained for good cause upon written application to the Assistant Attorney General, National Security Division, U.S. Department of Justice, Washington, DC 20530.)

4. (a) Have any persons ceased acting as partners, officers, directors or similar officials of the registrant during this 6 month reporting period?

Yes ☒ No ☐

If yes, furnish the following information:

| Name | Position | Date Connection Ended |
|---|---|---|
| Please see Attachment A | | |

(b) Have any persons become partners, officers, directors or similar officials during this 6 month reporting period?

Yes ☒ No ☐

If yes, furnish the following information:

| Name | Residence Address | Citizenship | Position | Date Assumed |
|---|---|---|---|---|
| | From time to time, partners not associated with the foreign principals join or leave the partnership | | | |

5. (a) Has any person named in Item 4(b) rendered services directly in furtherance of the interests of any foreign principal?

Yes ☐ No ☒

If yes, identify each such person and describe the service rendered.

(b) During this six month reporting period, has the registrant hired as employees or in any other capacity, any persons who rendered or will render services to the registrant directly in furtherance of the interests of any foreign principal(s) in other than a clerical or secretarial, or in a related or similar capacity? Yes ☐ No ☒

| Name | Residence Address | Citizenship | Position | Date Assumed |
|---|---|---|---|---|

(c) Have any employees or individuals, who have filed a short form registration statement, terminated their employment or connection with the registrant during this 6 month reporting period? Yes ☒ No ☐

If yes, furnish the following information:

| Name | Position or Connection | Date Terminated |
|---|---|---|
| See Attachment B | | |

(d) Have any employees or individuals, who have filed a short form registration statement, terminated their connection with any foreign principal during this 6 month reporting period? Yes ☒ No ☐

If yes, furnish the following information:

| Name | Position or Connection | Foreign Principal | Date Terminated |
|---|---|---|---|
| See Attachment B | | | |

6. Have short form registration statements been filed by all of the persons named in Items 5(a) and 5(b) of the supplemental statement?

Yes ☐ No ☐

If no, list names of persons who have not filed the required statement.

N/A

Received by NSD/FARA Registration Unit 07/31/2020 1:57:18 PM


## II - FOREIGN PRINCIPAL

7. Has your connection with any foreign principal ended during this 6 month reporting period? Yes ☐ No ☒
If yes, furnish the following information:

Foreign Principal | Date of Termination

8. Have you acquired any new foreign principal(s)[2] during this 6 month reporting period? Yes ☐ No ☒
If yes, furnish th following information:

Name and Address of Foreign Principal(s) | Date Acquired

9. In addition to those named in Items 7 and 8, if any, list foreign principal(s)[2] whom you continued to represent during the 6 month reporting period.

1. The Government of the Republic of Cameroon; 2. The People's Republic of China; 3. The Government of Croatia; 4. The Palestinian Authority; 5. Temasek Holdings; 6. The Center for Studies and Media Affairs at the Saudi Royal Court; 7. The Embassy of the Republic of Korea; and 8) The Republic of Angola.

10. (a) Have you filed exhibits for the newly acquired foreign principal(s), if any, listed in Item 8?

Exhibit A[3] Yes ☐ No ☐

Exhibit B[4] Yes ☐ No ☐

If no, please attach the required exhibit.

(b) Have there been any changes in the Exhibits A and B previously filed for any foreign principal whom you represented during this six month period? Yes ☒ No ☐

If yes, have you filed an amendment to these exhibits? Yes ☒ No ☐

If no, please attach the required amendment.

2 The term "foreign principal" includes, in addition to those defined in Section 1(b) of the Act, an individual organization any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign government, foreign political party, foreign organization or foreign individual. (See Rule 100(a) (9)). A registrant who represents more than one foreign principal is required to list in the statements he files under the Act only those principals for whom he is not entitled to claim exemption under Section 3 of the Act. (See Rule 208.)

3 The Exhibit A, which is filed on Form NSD-3, sets forth the information required to be disclosed concerning each foreign principal.

4 The Exhibit B, which is filed on Form NSD-4, sets forth the information concerning the agreement or understanding between the registrant and the foreign principal.

Received by NSD/FARA Registration Unit 07/31/2020 1:57:18 PM

## III - ACTIVITIES

11. During this 6 month reporting period, have you engaged in any activities for or rendered any services to any foreign principal named in Items 7, 8, or 9 of this statement? Yes ☒ No ☐

If yes, identify each foreign principal and describe in full detail your activities and services:

See Attachment C

12. During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity[5] as defined below? Yes ☒ No ☐

If yes, identify each such foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose. If the registrant arranged, sponsored or delivered speeches, lectures or radio and TV broadcasts, give details as to dates, places of delivery, names of speakers and subject matter.

See Attachment D

13. In addition to the above described activities, if any, have you engaged in activity on your own behalf which benefits your foreign principal(s)? Yes ☐ No ☒

If yes, describe fully.

5 "Political activity," as defined in Section 1(o) of the Act, means any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting or changing the domestic or foreign policies of the United States or with reference to political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

## IV - FINANCIAL INFORMATION

14. (a) **RECEIPTS-MONIES**
During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, or 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise? Yes ☒ No ☐

If no, explain why.
See Attachment E

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies.[6]

| Date | From Whom | Purpose | Amount |
|---|---|---|---|

Total

(b) **RECEIPTS - FUNDRAISING CAMPAIGN**
During this 6 month reporting period, have you received, as part of a fundraising campaign[7], any money on behalf of any foreign principal named in Items 7, 8, or 9 of this statement? Yes ☐ No ☒

If yes, have you filed an Exhibit D[8] to your registration? Yes ☐ No ☐

If yes, indicate the date the Exhibit D was filed. Date ____________

(c) **RECEIPTS-THINGS OF VALUE**
During this 6 month reporting period, have you received any thing of value[9] other than money from any foreign principal named in Items 7, 8, or 9 of this statement, or from any other source, for or in the interests of any such foreign principal?
Yes ☐ No ☒

If yes, furnish the following information:

| Foreign Principal | Date Received | Thing of Value | Purpose |
|---|---|---|---|

6, 7 A registrant is required to file an Exhibit D if he collects or receives contributions, loans, moneys, or other things of value for a foreign principal, as part of a fundraising campaign. (See Rule 201(e)).

8 An Exhibit D, for which no printed form is provided, sets forth an account of money collected or received as a result of a fundraising campaign and transmitted for a foreign principal.

9 Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

15. (a) **DISBURSEMENTS-MONIES**

During this 6 month reporting period, have you

(1) disbursed or expended monies in connection with activity on behalf of any foreign principal named in Items 7, 8, or 9 of this statement? Yes ☒ No ☐

(2) transmitted monies to any such foreign principal? Yes ☐ No ☐

If no, explain in full detail why there were no disbursements made on behalf of any foreign principal.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies, including monies transmitted, if any, to each foreign principal.

| Date | To Whom | Purpose | Amount |
|---|---|---|---|
| | See Attachment F | | |

Total

(b) **DISBURSEMENTS-THINGS OF VALUE**

During this 6 month reporting period, have you disposed of anything of value[10] other than money in furtherance of or in connection with activities on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?

Yes ☐ No ☒

If yes, furnish the following information:

| Date | Recipient | Foreign Principal | Thing of Value | Purpose |
|---|---|---|---|---|

(c) **DISBURSEMENTS-POLITICAL CONTRIBUTIONS**

During this 6 month reporting period, have you from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value[11] in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?

Yes ☒ No ☐

If yes, furnish the following information:

| Date | Amount or Thing of Value | Political Organization or Candidate | Location of Event |
|---|---|---|---|
| | See Attachment G | | |

10, 11 Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

## V - INFORMATIONAL MATERIALS

16. (a) During this 6 month reporting period, did you prepare, disseminate or cause to be disseminated any informational materials?[12]
Yes ☒ No ☐

If Yes, go to Item 17.

(b) If you answered No to Item 16(a), do you disseminate any material in connection with your registration?
Yes ☐ No ☐

If Yes, please forward the materials disseminated during the six month period to the Registration Unit for review.

17. Identify each such foreign principal.

1. The Embassy of the Republic of Korea
2. The Republic of Angola

18. During this 6 month reporting period, has any foreign principal established a budget or allocated a specified sum of money to finance your activities in preparing or disseminating informational materials? Yes ☐ No ☒

If yes, identify each such foreign principal, specify amount, and indicate for what period of time.

19. During this 6 month reporting period, did your activities in preparing, disseminating or causing the dissemination of informational materials include the use of any of the following:

☐ Radio or TV broadcasts ☐ Magazine or newspaper ☐ Motion picture films ☐ Letters or telegrams
☐ Advertising campaigns ☐ Press releases ☐ Pamphlets or other publications ☐ Lectures or speeches
☐ Other *(specify)* ____________

**Electronic Communications**

☒ Email
☐ Website URL(s): ____________
☐ Social media websites URL(s): ____________
☐ Other *(specify)* ____________

20. During this 6 month reporting period, did you disseminate or cause to be disseminated informational materials among any of the following groups:

☒ Public officials ☐ Newspapers ☐ Libraries
☒ Legislators ☐ Editors ☐ Educational institutions
☐ Government agencies ☐ Civic groups or associations ☐ Nationality groups
☐ Other *(specify)* ____________

21. What language was used in the informational materials:

☒ English ☐ Other *(specify)* ____________

22. Did you file with the Registration Unit, U.S. Department of Justice a copy of each item of such informational materials disseminated or caused to be disseminated during this 6 month reporting period? Yes ☒ No ☐

23. Did you label each item of such informational materials with the statement required by Section 4(b) of the Act?
Yes ☒ No ☐

12 The term informational materials includes any oral, visual, graphic, written, or pictorial information or matter of any kind, including that published by means of advertising, books, periodicals, newspapers, lectures, broadcasts, motion pictures, or any means or instrumentality of interstate or foreign commerce or otherwise. Informational materials disseminated by an agent of a foreign principal as part of an activity in itself exempt from registration, or an activity which by itself would not require registration, need not be filed pursuant to Section 4(b) of the Act.

## VI - EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

| (Date of signature) | (Print or type name under each signature or provide electronic signature[13]) |
|---|---|
| July 30, 2020 | /s/ Edward J. Newberry |
| | |
| | |
| | |

13 This statement shall be signed by the individual agent, if the registrant is an individual, or by a majority of those partners, officers, directors or persons performing similar functions, if the registrant is an organization, except that the organization can, by power of attorney, authorize one or more individuals to execute this statement on its behalf.

# SQUIRE PATTON BOGGS (US) LLP

## FARA REPORTING PERIOD: JANUARY 1 – JUNE 30, 2020

## ATTACHMENT A – PARTNER TERMINATIONS

## FARA REPORTING PERIOD: JANUARY 1 – JUNE 30, 2020

### ATTACHMENT A

Section I, 4(a): Names of persons that have ceased acting as partners

| **Partner Name** | **Position** | **Date Terminated** |
|---|---|---|
| Alicia J. Batts | Partner | 03/20/2020 |
| Aaron T. Brogdon | Partner | 01/03/2020 |
| Scott M. Coffey | Partner | 04/17/2020 |
| Dan Cogdell | Partner | 05/18/2020 |
| Thomas V. Eagan | Senior Partner | 04/30/2020 |
| Dr. Joachim Heine | Partner | 03/31/2020 |
| Axel Kunze | Partner | 06/30/2020 |
| Steven L. Lisker | Senior Counsel | 03/16/2020 |
| Matthew F. Miller | Partner | 02/03/2020 |
| John B. T. Murray, Jr. | Partner | 02/29/2020 |
| Stephen P. Nash | Senior Partner | 01/14/2020 |
| Stephanie E. Niehaus | Partner | 06/24/2020 |
| Robert J Nolan | Partner | 02/05/2020 |

Received by NSD/FARA Registration Unit 07/31/2020 1:57:18 PM


# SQUIRE PATTON BOGGS (US) LLP

## FARA REPORTING PERIOD: JANUARY 1 – JUNE 30, 2020

## ATTACHMENT B – SHORT FORM TERMINATIONS

Received by NSD/FARA Registration Unit 07/31/2020 1:57:18 PM

# FARA Reporting Period January 1 – June 30 2020

## Attachment B

## Section I, 5(d): Short Form Registrant Terminations

| Name | Position or Connection | Foreign Principal | Date Foreign Principal Terminated | Date Short Form Registration Terminated |
|---|---|---|---|---|
| John Deschauer | Partner | **Center for Studies and Media Affairs At the Saudi Royal Court** | N/A | 1/31/2020 |
| John Breaux | Senior Counsel | Center for Studies and Media Affairs At the Saudi Royal Court | N/A | 1/31/2020 |
| Trent Lott | Senior Counsel | Center for Studies and Media Affairs At the Saudi Royal Court | N/A | 6/10/2020 |

# SQUIRE PATTON BOGGS (US) LLP

## FARA REPORTING PERIOD: JANUARY 1 – JUNE 30, 2020

## ATTACHMENT C – ACTIVITIES

**FARA Reporting Period: January 1 – June 30, 2020**

**Attachment C – Section III, #11**

| 1. **Government of the Republic of Cameroon** |
| --- |
| There were no reportable activities performed on behalf of the Foreign Principal during this reporting period. |
| 2. **Embassy of the People's Republic of China** |
| During the reporting period, Registrant counseled the Foreign Principal on U.S. Congressional matters. This included monitoring, compiling information, and analyzing the potential legal and political impacts of legislation regarding matters of interest to the Foreign Principal. Such legislation included the National Defense Authorization Act for Fiscal Year 2021, the FY2021 spending bills, and Foreign Principal-related provisions and amendments thereto. Moreover, Registrant advised the Foreign Principal on background and developments concerning other subjects, including U.S. policy regarding Hong Kong, Taiwan and Tibet; relations with North Korea; matters pertaining to the Asia-Pacific region, South China Sea, currency, human rights, immigration, trade, and sanctions legislation. More generally, Registrant monitored and informed the Foreign Principal of Congressional hearings and other events and developments regarding matters of interest to the Foreign Principal. |
| 3. **Republic of Croatia** |
| There were no reportable activities performed on behalf of the Foreign Principal during this reporting period. |
| 4. **The Government of the Republic of Angola** |
| During the reporting period, Registrant counselled the Foreign Principal as part of a program to (1) bring Angola's financial system up to international standards, (2) increase US trade and investment, and (3) enhance Angola's profile in the United States. |
| 5. **The Palestinian Authority** |
| During the reporting period, Registrant advised the Foreign Principal in connection with legal and strategic policy advice and advocacy on foreign policy and related issues in the U.S. Government. |

**6. The Center for Studies and Media Affairs at the Saudi Royal Court**

There were no reportable activities performed on behalf of the Foreign Principal during this reporting period.

**7. Temasek Holdings**

During the reporting period, Registrant advised the Foreign Principal regarding the Trans Pacific Partnership (TPP) negotiations, particularly with respect to the chapter covering State-Owned Enterprises (SOEs), including monitoring progress of negotiations and tracking proposed language submitted by any TPP Member Country, and communications with TPP Member Country embassies in Washington, D.C.

**8. The Embassy of the Republic of Korea**

During the reporting period, Registrant advised the Foreign Principal with respect to international trade and immigration matters, including advising on U.S.-Korea economic relations.

Received by NSD/FARA Registration Unit 07/31/2020 1:57:18 PM


# SQUIRE PATTON BOGGS (US) LLP

## FARA REPORTING PERIOD: JANUARY 1 – JUNE 30, 2020

## ATTACHMENT D – CONTACTS

Received by NSD/FARA Registration Unit 07/31/2020 1:57:18 PM

# FARA Reporting Period: January 1 – June 30, 2020

## Attachment D – Section III, #12

**1. The Embassy of the People's Republic of China**

During the reporting period, Registrant counseled the Foreign Principal on U.S. Congressional matters. This included monitoring, compiling information, and analyzing the potential legal and political impacts of legislation regarding matters of interest to the Foreign Principal. Such legislation included the National Defense Authorization Act for Fiscal Year 2021, the FY2021 spending bills, and Foreign Principal-related provisions and amendments thereto. Moreover, Registrant advised the Foreign Principal on background and developments concerning other subjects, including U.S. policy regarding Hong Kong, Taiwan and Tibet; relations with North Korea; matters pertaining to the Asia-Pacific region, South China Sea, currency, human rights, immigration, trade, and sanctions legislation. More generally, Registrant monitored and informed the Foreign Principal of Congressional hearings and other events and developments regarding matters of interest to the Foreign Principal.

The below reportable political contacts were made on behalf of the foreign principal.

| Date | Mtg Type | Office of Person Contacted | Name of Person(s) Contacted | Issue Discussed |
|---|---|---|---|---|
| 05/29/2020 | Email | Congressman Max Rose | Asher Zlotnik | U.S.-PRC Bilateral Relations |
| 05/22/2020 | Email | Rep. Steve Chabot | Mark Erste | U.S.-PRC Bilateral Relations |
| 04/08/2020 | Email | Rep. Chip Roy | Wade Miller, COS | U.S.-PRC Bilateral Relations |
| 03/25/2020 | Email | Rep. Elsie Stefanik | Steve Henderson | U.S.-PRC Bilateral Relations |
| 02/12/2020 | Phone Call | House Subcommittee on State, Foreign Operations and Related Programs | Susan Adams | U.S.-PRC Bilateral Relations |
| 02/11/2020 | Email | House Subcommittee on State, Foreign Operations and Related Programs | Susan Adams | U.S.-PRC Bilateral Relations |

# FARA Reporting Period: January 1 – June 30, 2020
## Attachment D – Section III, #12

**2. The Government of the Republic of Angola**

During the reporting period, Registrant counselled the Foreign Principal as part of a program to (1) bring Angola's financial system up to international standards, (2) increase US trade and investment, and (3) enhance Angola's profile in the United States.

The below reportable political contacts were made on behalf of the foreign principal.

| Date of Contact | Contact Type | Office of Person Contacted | Name of Person(s) Contacted | Issues discussed |
|---|---|---|---|---|
| 06/19/2020 | Phone Call | US Department of State | Everett Wakai | U.S. Angola Bilateral Relations |
| 06/15/2020 | Email | Representative Sensenbrenner | Erik Kinney | U.S. Angola Bilateral Relations |
| 06/10/2020 | Email | Representative Bill Johnson | Laura Wilson | U.S. Angola Bilateral Relations |
| 06/05/2020 | Email | Representative Susan Wild | Jed Ober and Zach Fowler | U.S. Angola Bilateral Relations |
| 06/05/2020 | Email | Representative Chrissy Houlahan | Michelle Dorothy and Stacy Thompson | U.S. Angola Bilateral Relations |
| 06/05/2020 | Email | US International Development Finance Corporation | Worku Gachou | U.S. Angola Bilateral Relations |
| 06/03/2020 | Email | US International Development Finance Corporation | Worku Gachou | U.S. Angola Bilateral Relations |
| 06/01/2020 | Phone Call | US Department of State | Peter Pham | U.S. Angola Bilateral Relations |

## FARA Reporting Period: January 1 – June 30, 2020
### Attachment D – Section III, #12

| | | | | |
|---|---|---|---|---|
| 05/28/2020 | Email | Senator Marco Rubio | Mike Needham, Bridget Spurlock, and Bethany Poulos | U.S. Angola Bilateral Relations |
| 05/26/2020 | Email | US International Development Finance Corporation | Worku Gachou and Kevin Turner | U.S. Angola Bilateral Relations |
| 05/22/2020 | Email | US International Development Finance Corporation | Kevin Turner | U.S. Angola Bilateral Relations |
| 05/22/2020 | Email | Representative Dina Titus | Jay Gertsema, Colleen Hearin, and Erica Riordan | U.S. Angola Bilateral Relations |
| 05/22/2020 | Email | Representative Scott Perry | Lauren Muglia and Chris Fernandez | U.S. Angola Bilateral Relations |
| 05/21/2020 | Phone Call | US Department of State | Everett Wakai | U.S. Angola Bilateral Relations |
| 05/14/2020 | Email | Representative Jackie Speier | Josh Connolly, Kate Adams, and Thomas Puppi | U.S. Angola Bilateral Relations |
| 05/12/2020 | Phone Call | US Department of State | Ambassador Nina Fite | U.S. Angola Bilateral Relations |
| 05/02/2020 | Email | US Department of State | Ambassador Nina Fite | U.S. Angola Bilateral Relations |
| 05/01/2020 | Email | Senator James Risch | John Insinger and Elizabeth Lewis | U.S. Angola Bilateral Relations |
| 04/29/2020 | Email + Phone Call | US Department of State | Ambassador Nina Fite | U.S. Angola Bilateral Relations |
| 04/27/2020 | Email | Senator Cory Booker | Matt Klapper, Sophia Lalani, and Andrew Serrano | U.S. Angola Bilateral Relations |
| 04/20/2020 | Email | Representative Bill Johnson | Laura Wilson | U.S. Angola Bilateral Relations |
| 04/16/2020 | Email | Senator Jim Inhofe | Don Archer | U.S. Angola Bilateral Relations |

# FARA Reporting Period: January 1 – June 30, 2020
## Attachment D – Section III, #12

| | | | | |
|---|---|---|---|---|
| 04/14/2020 | Email | Representative Ron Wright | Blair Rotert | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Tim Burchett | Will Strother | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Jim Sensenbrenner | Erik Kinney | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Dean Phillips | Sophie Mirviss | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Chrissy Houlahan | Stacy Thompson | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Karen Bass | Janette Yarwood | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Chris Smith | Piero Tozzi | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Congresswoman Susan Wild | Zach Fowler | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Ilhan Omar | Ryan Morgan | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Joaquin Castro | Osbert David | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Steve Chabot | Mark Erste | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Brad Sherman | Michelle Schein | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Jim Costa | Bradley Hart | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Gregory Meeks | Florence Akinyemi and Ian Crampton | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Gerald Connolly | Molly Claire Cole | U.S. Angola Bilateral Relations |

# FARA Reporting Period: January 1 – June 30, 2020
## Attachment D – Section III, #12

| | | | | |
|---|---|---|---|---|
| 04/14/2020 | Email | Representative David Trone | Sharon O'Sullivan | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Abigail Spanberger | Jessie Durrett | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Lee Zelldin | Sara Matar | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Francis Rooney | Joe Bartlett | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Scott Perry | Chris Fernandez | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Albio Sires | Clare Plassche and Chelsea Felnar | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Ted Yoho | Colin Timmerman and Joi Moseley | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Brian Mast | Sarah Miller | U.S. Angola Bilateral Relations |
| 04/14/2020 | Email | Representative Adam Kinzinger | Sebastian De. Luca | U.S. Angola Bilateral Relations |
| 04/13/2020 | Email | Representative Bill Johnson | Laura Wilson | U.S. Angola Bilateral Relations |
| 04/13/2020 | Email | Representative Jackie Speier | Thomas Puppi, Brookings Institution Congressional Fellow | U.S. Angola Bilateral Relations |
| 04/13/2020 | Email | House Foreign Affairs Democratic Staff | Taylor Redick and Lesley Warner | U.S. Angola Bilateral Relations |
| 04/11/2020 | Email + Phone Call | EXIM Bank | Rick Angiuoni | U.S. Angola Bilateral Relations |
| 04/10/2020 | Email | EXIM Bank | Luke Lindberg and David Fogel | U.S. Angola Bilateral Relations |
| 04/09/2020 | Email | EXIM Bank | Luke Lindberg and David Fogel | U.S. Angola Bilateral Relations |

## FARA Reporting Period: January 1 – June 30, 2020
### Attachment D – Section III, #12

| | | | | |
|---|---|---|---|---|
| 04/07/2020 | Email | EXIM Bank | Luke Lindberg | U.S. Angola Bilateral Relations |
| 04/05/2020 | Email | EXIM Bank | Luke Lindberg and David Fogel | U.S. Angola Bilateral Relations |
| 04/03/2020 | Email | EXIM Bank | David Fogel | U.S. Angola Bilateral Relations |
| 04/03/2020 | Phone Call | US Department of State | Ambassador Nina Fite | U.S. Angola Bilateral Relations |
| 04/03/2020 | Email | House Foreign Affairs Committee | Taylor Reddick | U.S. Angola Bilateral Relations |
| 04/01/2020 | Email | EXIM Bank | David Fogel | U.S. Angola Bilateral Relations |
| 03/16/2020 | Email | US Department of State | Ambassador Nina Fite | U.S. Angola Bilateral Relations |
| 03/15/2020 | Email | US Department of State | Ambassador Nina Fite | U.S. Angola Bilateral Relations |
| 03/13/2020 | Email | US Department of State | Ambassador Nina Fite | U.S. Angola Bilateral Relations |
| 03/09/2020 | Email | US Department of State | Ambassador Nina Fite | U.S. Angola Bilateral Relations |
| 03/06/2020 | Email | Representative Adam Kinzinger | Katie Baird and Sebastian DeLuca | U.S. Angola Bilateral Relations |
| 03/06/2020 | Email+Phone Call | US Department of State | Ambassador Nina Fite | U.S. Angola Bilateral Relations |
| 03/05/2020 | Email | Representative Bill Johnson | Katherine Gwyn and Laura Wilson | U.S. Angola Bilateral Relations |
| 03/05/2020 | Meeting | Representative Bill Johnson | Laura Wilson | U.S. Angola Bilateral Relations |
| 03/04/2020 | Email | Representative Lee Zeldin | Andrea Grace and Sara Mater | U.S. Angola Bilateral Relations |

## FARA Reporting Period: January 1 – June 30, 2020
### Attachment D – Section III, #12

| | | | | |
|---|---|---|---|---|
| 03/03/2020 | Email | Congressman Adam Kinzinger | Sebastian De Luca | U.S. Angola Bilateral Relations |
| 03/02/2020 | Meeting | EXIM Bank | David Fogel | U.S. Angola Bilateral Relations |
| 02/27/2020 | Meeting | Representative Brian Mast | Sarah Miller | U.S. Angola Bilateral Relations |
| 02/27/2020 | Meeting | US Department of State | Ambassador Nina Fite | U.S. Angola Bilateral Relations |
| 02/21/2020 | Email | Representative John Curtis | Troy Dougall | U.S. Angola Bilateral Relations |
| 02/21/2020 | Email | Representative Joaquin Castro | Osbert David | U.S. Angola Bilateral Relations |
| 02/21/2020 | Email | Representative Steve Chabot | Mark Erste | U.S. Angola Bilateral Relations |
| 02/21/2020 | Email | Representative Brad Sherman | Michelle Schein | U.S. Angola Bilateral Relations |
| 02/21/2020 | Email | Representative Jim Costa | Bradley Hart | U.S. Angola Bilateral Relations |
| 02/21/2020 | Email | Representative Chrissy Houlahan | Stacy Thompson | U.S. Angola Bilateral Relations |
| 02/21/2020 | Email | Representative Gregory Meeks | Florence Akinyemi and Ian Crampton | U.S. Angola Bilateral Relations |
| 02/21/2020 | Email | Representative Gerald Connolly | Molly Claire Cole | U.S. Angola Bilateral Relations |
| 02/21/2020 | Email | Representative Dean Phillips | Sophie Mirviss | U.S. Angola Bilateral Relations |
| 02/21/2020 | Email | Representative David Trone | Sharon O'Sullivan | U.S. Angola Bilateral Relations |
| 02/21/2020 | Email | Representative Abigail Spanberger | Jessie Durrett | U.S. Angola Bilateral Relations |

# FARA Reporting Period: January 1 – June 30, 2020
## Attachment D – Section III, #12

| | | | | |
|---|---|---|---|---|
| 03/04/2020 | Email | Representative Chrissy Houlahan | Vanessa Feldman and Stacy Thompson | U.S. Angola Bilateral Relations |
| 03/04/2020 | Email | Representative Ron Wright | Megan Jennings and Blair Rotert | U.S. Angola Bilateral Relations |
| 03/04/2020 | Email | Representative Tim Burchett | Denise Lambert and Will Strother | U.S. Angola Bilateral Relations |
| 03/04/2020 | Email | Representative Jim Sensenbrenner | Rosalyn Hollingsworth and Erik Kinney | U.S. Angola Bilateral Relations |
| 03/04/2020 | Email | Representative Dean Phillips | Sophie Mirviss | U.S. Angola Bilateral Relations |
| 03/04/2020 | Email | Representative Francis Rooney | Gabbi Sheitelman and Joe Bartlett | U.S. Angola Bilateral Relations |
| 03/04/2020 | Email | Representative Brian Mast | Sarah Miller and Kayline Wallen | U.S. Angola Bilateral Relations |
| 03/03/2020 | Email | Senator Lindsey Graham | Richard Perry | U.S. Angola Bilateral Relations |
| 03/03/2020 | Email | Representative Jackie Speier | Mitchel Hochberg and Thomas Puppi | U.S. Angola Bilateral Relations |
| 03/03/2020 | Email | Representative Bill Johnson | Jessica Weltge | U.S. Angola Bilateral Relations |
| 03/03/2020 | Email | Congressman Greg Pence | Jonathan Van Buren | U.S. Angola Bilateral Relations |
| 03/03/2020 | Email | Congressman Steve Watkins | Tim Churchill | U.S. Angola Bilateral Relations |
| 03/03/2020 | Email | Congressman Michael Guest | Bubba White | U.S. Angola Bilateral Relations |
| 03/03/2020 | Email | Congressman Ken Buck | James Hampson | U.S. Angola Bilateral Relations |
| 03/03/2020 | Email | Congresswoman Ann Wagner | Molly Burke | U.S. Angola Bilateral Relations |

# FARA Reporting Period: January 1 – June 30, 2020
## Attachment D – Section III, #12

| | | | | |
|---|---|---|---|---|
| 02/21/2020 | Email | Representative Lee Zeldin | Sara Matar | U.S. Angola Bilateral Relations |
| 02/21/2020 | Email | Representative Francis Rooney | Joe Bartlett | U.S. Angola Bilateral Relations |
| 02/21/2020 | Email | Representative Ron Wright | Blair Rotert | U.S. Angola Bilateral Relations |
| 02/21/2020 | Email | Representative Jim Sensenbrenner | Erik Kinney | U.S. Angola Bilateral Relations |
| 02/21/2020 | Email | Representative Tim Burchett | Will Strother | U.S. Angola Bilateral Relations |
| 02/21/2020 | Email | Representative Scott Perry | Chris Fernandez | U.S. Angola Bilateral Relations |
| 02/21/2020 | Email | Representative Albio Sires | Clare Plassche and Chelsea Felnar | U.S. Angola Bilateral Relations |
| 02/21/2020 | Email | Representative Ted Yoho | Colin Timmerman and Joi Moseley | U.S. Angola Bilateral Relations |
| 02/20/2020 | Meeting | Representative Ted Yoho | Colin Timmerman & Joi Moseley | U.S. Angola Bilateral Relations |
| 02/20/2020 | Meeting | Representative Albio Sires | Clare Plassche | U.S. Angola Bilateral Relations |
| 02/20/2020 | Meeting | Representative Scott Perry | Chris Fernandez | U.S. Angola Bilateral Relations |
| 02/20/2020 | Meeting | Representative Tim Burchett | Will Strother | U.S. Angola Bilateral Relations |
| 02/20/2020 | Meeting | Representative Jim Sensenbrenner | Erik Kinney | U.S. Angola Bilateral Relations |
| 02/20/2020 | Phone Call | US Department of State | Ambassador Nina Fite | U.S. Angola Bilateral Relations |
| 02/20/2020 | Meeting | Representative Lee Zelldin | Sara Matar | U.S. Angola Bilateral Relations |

# FARA Reporting Period: January 1 – June 30, 2020
## Attachment D – Section III, #12

| | | | | |
|---|---|---|---|---|
| 02/19/2020 | Meeting | Representative Ron Wright | Blair Rotert | U.S. Angola Bilateral Relations |
| 02/19/2020 | Meeting | Representative Francis Rooney | Joe Bartlett | U.S. Angola Bilateral Relations |
| 02/14/2020 | Meeting | Representative Abigail Spanberger | Jessie Durrett | U.S. Angola Bilateral Relations |
| 02/14/2020 | Meeting | Representative David Trone | Sharon O'Sullivan | U.S. Angola Bilateral Relations |
| 02/14/2020 | Phone Call | US Department of State | Ambassador Nina Fite | U.S. Angola Bilateral Relations |
| 02/14/2020 | Phone Call | US Department of State | Everett Wakai | U.S. Angola Bilateral Relations |
| 02/13/2020 | Phone Call | US Department of State | Ambassador Nina Fite | U.S. Angola Bilateral Relations |
| 02/13/2020 | Email | US Department of State | Ambassador Nina Fite | U.S. Angola Bilateral Relations |
| 02/12/2020 | Email | Congressman Scott Perry | Laura Detter | U.S. Angola Bilateral Relations |
| 02/12/2020 | Email | Congressman Adam Kinzinger | Sebastian De Luca | U.S. Angola Bilateral Relations |
| 02/12/2020 | Email | Congressman Lee Zeldin | Sara Matar | U.S. Angola Bilateral Relations |
| 02/12/2020 | Email | Congressman Jim Sensenbrenner | Erik Kinney | U.S. Angola Bilateral Relations |
| 02/12/2020 | Email | Congresswoman Ann Wagner | Molly Burke | U.S. Angola Bilateral Relations |
| 02/12/2020 | Email | Congressman Brian Mast | Sarah Miller | U.S. Angola Bilateral Relations |
| 02/12/2020 | Email | Congressman Francis Rooney | Joe Bartlett | U.S. Angola Bilateral Relations |

# FARA Reporting Period: January 1 – June 30, 2020
## Attachment D – Section III, #12

| | | | | |
|---|---|---|---|---|
| 02/12/2020 | Email | Congressman Brian Fitzpatrick | Michael McCabe | U.S. Angola Bilateral Relations |
| 02/12/2020 | Email | Congressman John Curtis | Troy Dougall | U.S. Angola Bilateral Relations |
| 02/12/2020 | Email | Congressman Ken Buck | James Hampson | U.S. Angola Bilateral Relations |
| 02/12/2020 | Email | Congressman Ron Wright | Blair Rotert | U.S. Angola Bilateral Relations |
| 02/12/2020 | Email | Congressman Guy Reschenthaler | Mike D'Orazio | U.S. Angola Bilateral Relations |
| 02/12/2020 | Email | Congressman Tim Burchett | Will Strother | U.S. Angola Bilateral Relations |
| 02/12/2020 | Meeting | Representative Gerald Connolly | Molly Claire Cole | U.S. Angola Bilateral Relations |
| 02/12/2020 | Meeting | Representative Dean Phillips | Sophie Mirviss | U.S. Angola Bilateral Relations |
| 02/07/2020 | Meeting | Representative Chrissy Houlahan | Stacy Thompson | U.S. Angola Bilateral Relations |
| 02/07/2020 | Meeting | Representative Gregory Meeks | Florence Akinyemi and Ian Crampton | U.S. Angola Bilateral Relations |
| 02/06/2020 | Email | US Department of State | Ambassador Nina Fite | U.S. Angola Bilateral Relations |
| 02/06/2020 | Meeting | Representative Joaquin Castro | Osbert David | U.S. Angola Bilateral Relations |
| 02/06/2020 | Meeting | Representative Steve Chabot | Mark Erste | U.S. Angola Bilateral Relations |
| 02/06/2020 | Meeting | Representative Brad Sherman | Michelle Schein | U.S. Angola Bilateral Relations |
| 02/06/2020 | Meeting | Representative Jim Costa | Bradley Hart | U.S. Angola Bilateral Relations |

# FARA Reporting Period: January 1 – June 30, 2020
## Attachment D – Section III, #12

| | | | | |
|---|---|---|---|---|
| 02/05/2020 | Email | US Department of State | Ambassador Nina Fite | U.S. Angola Bilateral Relations |
| 02/03/2020 | Email | Representative Tom Suozzi | Samantha Smith | U.S. Angola Bilateral Relations |
| 02/03/2020 | Email | Congressman Ted Lieu | Corey Jacobson | U.S. Angola Bilateral Relations |
| 02/03/2020 | Email | Congressman Dean Phillips | Sophie Mirviss | U.S. Angola Bilateral Relations |
| 02/03/2020 | Email | Congressman Colin Allred | Emily Weber | U.S. Angola Bilateral Relations |
| 02/03/2020 | Email | Congressman Andy Levin | Catherine Rowland | U.S. Angola Bilateral Relations |
| 02/03/2020 | Email | Congresswoman Abigail Spanberger | Kara Benson | U.S. Angola Bilateral Relations |
| 02/03/2020 | Email | Congressman Tom Malinowski | Phil McDaniel | U.S. Angola Bilateral Relations |
| 02/03/2020 | Email | Congressman David Trone | Christina Tsafoulias | U.S. Angola Bilateral Relations |
| 02/03/2020 | Email | Congressman Jim Costa | Bradley Hart | U.S. Angola Bilateral Relations |
| 02/03/2020 | Email | Congressman Juan Vargas | Eddie Meyer | U.S. Angola Bilateral Relations |
| 02/03/2020 | Email | Congressman Vicente Gonzalez | Louise Bentsen | U.S. Angola Bilateral Relations |
| 02/03/2020 | Email | Congressman Steve Chabot | Mark Erste | U.S. Angola Bilateral Relations |
| 02/03/2020 | Email | Congressman Joe Wilson | Oren Adaki | U.S. Angola Bilateral Relations |
| 02/03/2020 | Email | Congressman Scott Perry | Jared Culver | U.S. Angola Bilateral Relations |

# FARA Reporting Period: January 1 – June 30, 2020
## Attachment D – Section III, #12

| | | | | |
|---|---|---|---|---|
| 01/31/2020 | Phone Call | US Department of State | Everett Wakai | U.S. Angola Bilateral Relations |
| 01/29/2020 | Email | Congressman Gerald Connolly | Molly Claire Cole | U.S. Angola Bilateral Relations |
| 01/29/2020 | Email | Congressmen Ted Deutch | Casey Kustin | U.S. Angola Bilateral Relations |
| 01/29/2020 | Email | Congressman William Keating | Gabrielle Gould | U.S. Angola Bilateral Relations |
| 01/29/2020 | Email | Congressman David Cicilline | Sarah Trister | U.S. Angola Bilateral Relations |
| 01/29/2020 | Email | Congressman Joaquin Castro | Osbert David | U.S. Angola Bilateral Relations |
| 01/29/2020 | Email | Congresswoman Dina Titus | Erica Riordan | U.S. Angola Bilateral Relations |
| 01/29/2020 | Email | Congressman Adriano Espaillat | David Kimelman | U.S. Angola Bilateral Relations |
| 01/29/2020 | Email | Congresswoman Susan Wild | Zach Fowler | U.S. Angola Bilateral Relations |
| 01/29/2020 | Email | Congresswoman Chrissy Houlahan | Stacy Thompson | U.S. Angola Bilateral Relations |
| 01/29/2020 | Email | Congressman Gregory Meeks | Florence Akinyemi | U.S. Angola Bilateral Relations |
| 01/29/2020 | Email | Congressman Albio Sires | Chelsea Flenar | U.S. Angola Bilateral Relations |
| 01/28/2020 | Email | Congressman Brad Sherman | Michelle Schein | U.S. Angola Bilateral Relations |
| 01/26/2020 | Email | US Department of State | Ambassador Nina Fite | U.S. Angola Bilateral Relations |
| 01/24/2020 | Email | US Department of State | Ambassador Nina Fite | U.S. Angola Bilateral Relations |

# FARA Reporting Period: January 1 – June 30, 2020
## Attachment D – Section III, #12

| | | | | |
|---|---|---|---|---|
| 01/24/2020 | Email | Bureau of Democracy, Human Rights and Labor | Robert Destro | U.S. Angola Bilateral Relations |
| 01/24/2020 | Meeting | Representative John Curtis | Troy Dougall | U.S. Angola Bilateral Relations |
| 01/09/2020 | Email | Senator Chris Coons | Thomas Mancinelli and Alexandra Davis | U.S. Angola Bilateral Relations |
| 01/09/2020 | Email | Senator Jim Inhofe | Don Archer | U.S. Angola Bilateral Relations |
| 01/09/2020 | Email | Representative Susan Wild | Rebekah Kirkwood | U.S. Angola Bilateral Relations |
| 01/09/2020 | Email | Representative Dean Phillips | Caitlan Grady | U.S. Angola Bilateral Relations |
| 01/09/2020 | Email | Representative Houlahan | Vanessa Feldman | U.S. Angola Bilateral Relations |

**3. The Palestinian Authority**

During the reporting period, Registrant advised the Foreign Principal in connection with legal and strategic policy advice and advocacy on foreign policy and related issues in the U.S. Government.

The below reportable political contacts were made on behalf of the foreign principal.

| Date of Contact | Contact Type | Met with – Office of Person Contacted | Name of Person(s) Contacted | Issue Discussed |
|---|---|---|---|---|
| 01/13/2020 | Phone Call | Senate Appropriations Committee | Tim Reiser | U.S. - Palestinian Bilateral Relations |
| 01/9/2020 | Meeting | Senate Appropriations Committee | Tim Reiser | U.S. - Palestinian Bilateral Relations |
| 01/07/2020 | Email | Senate Appropriations Committee | Tim Reiser and Alex Carnes | U.S. - Palestinian Bilateral Relations |

# FARA Reporting Period: January 1 – June 30, 2020
## Attachment D – Section III, #12

**4. The Embassy of the Republic of Korea**

During the reporting period, Registrant advised the Foreign Principal with respect to international trade and immigration matters, including advising on U.S.-Korea economic relations.

The below reportable political contacts were made on behalf of the foreign principal.

| Date | Type | Office of | Name of Person(s) Contacted | Issues discussed |
|---|---|---|---|---|
| 03/27/2020 | Email | Representative Mike Lee | Victor Yang | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 03/12/2020 | Email | Senator Lindsey Graham | Lt. Colonel Craig Abele | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 03/08/2020 | Email | Senator Roy Blunt | Alexandra McPhee | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 03/06/2020 | Email | Subcommittee on Immigration and Citizenship - House Committee on the Judiciary | Betsy Lawrence and Ami Shah | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 03/06/2020 | Phone Call | Senator Mike Braun | Payne Griffin | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 03/05/2020 | Email | Senator Cory Gardner | Sam Love and Igor Khrestin | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 03/05/2020 | Email | Senator Robert Menendez | Alice Lugo | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 03/05/2020 | Email | Senator James Lankford | Susan Occhipinti | U.S.-Korea economic relations, specifically the Partner with Korea Act |

## FARA Reporting Period: January 1 – June 30, 2020
### Attachment D – Section III, #12

| | | | | |
|---|---|---|---|---|
| 03/05/2020 | Email | Senator Chris Coons | Tom Mancinelli and Aaron Stanislawski | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 03/03/2020 | Email | Representative Jim Jordan | Andrea Loving | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 03/02/2020 | Email | Subcommittee on Immigration and Citizenship - House Committee on the Judiciary | Betsy Lawrence and Ami Shah | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 03/02/2020 | Phone Call | Subcommittee on Immigration and Citizenship - House Committee on the Judiciary | Ami Shah | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/29/2020 | Email | Dr. Anthony Fauci (NIH/NIAID) | Patricia Conrad | Bilateral US-Korea relations and the outbreak of COVID-19 |
| 02/29/2020 | Email | Subcommittee on Immigration and Citizenship - House Committee on the Judiciary | Betsy Lawrence | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/28/2020 | Email + Phone Call | Subcommittee on Immigration and Citizenship - House Committee on the Judiciary | Betsy Lawrence | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/28/2020 | Email + Phone Call | Dr. Anthony Fauci - NIH | Patricia Conrad | Bilateral US-Korea relations and the outbreak of COVID-19 |
| 02/28/2020 | Email | Dr. Anthony Fauci - NIH | Dr. Anthony Fauci, Partricia Conrad and G. Folkers | Bilateral US-Korea relations and the outbreak of COVID-19 |
| 02/28/2020 | Email | Dr. Anne Schuchat - CDC | Dr. Anne Schuchat and Kyle McGowan | Bilateral US-Korea relations and the outbreak of COVID-19 |
| 02/28/2020 | Phone Call | Dr. Anne Schuchat - CDC | Sandra Cashman | Bilateral US-Korea relations and the outbreak of COVID-19 |

# FARA Reporting Period: January 1 – June 30, 2020
## Attachment D – Section III, #12

| | | | | |
|---|---|---|---|---|
| 02/28/2020 | Email + Phone Call | Office of the Assistant Secretary for Preparedness and Response | Zachary Dareshori | Bilateral US-Korea relations and the outbreak of COVID-19 |
| 02/26/2020 | Email | Subcommittee on Immigration and Citizenship - House Committee on the Judiciary | Betsy Lawrence | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/25/2020 | Email | Senator Mazie Hirano | Jed D'Ercole and Nick Ikeda | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/25/2020 | Email | Subcommittee on Immigration and Citizenship - House Committee on the Judiciary | Betsy Lawrence and David Greengrass | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/24/2020 | Email | Senator Roy Blunt | Dan Burgess and Alexandra McPhee | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/24/2020 | Email | Senator Mike Lee | Dominic Restuccia | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/21/2020 | Meeting | Senator Roy Blunt | Dan Burgess and Alexandra McPhee | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/14/2020 | Meeting | Senator Dianne Feinstein | Sunil Varghese, Kara Lynum and Rachel Bombach | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/14/2020 | Meeting | Representative TJ Cox | Jared Henderson | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/12/2020 | Email | Representative Mike Lee | Victor Yang | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/11/2020 | Email | Representative Harley Rouda | Zac Commins | U.S.-Korea economic relations, specifically the Partner with Korea Act |

## FARA Reporting Period: January 1 – June 30, 2020
### Attachment D – Section III, #12

| | | | | |
|---|---|---|---|---|
| 02/11/2020 | Email | Representative Derek Kilmer | Sarah Monteith | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/11/2020 | Email | Representative Mike Lee | Victor Yang | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/11/2020 | Email | Representative Tim Walberg | Austin Walton | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/10/2020 | Email | Senator Lindsey Graham | Aaron Strickland | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/06/2020 | Email | Representative Albio Sires | Clare Plassche | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/06/2020 | Email | Congressman TJ Cox | Jared Henderson | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/04/2020 | Email | Congressman TJ Cox | Jared Henderson | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/04/2020 | Email | Representative Krishnamoorthi | Rebecca Lauer | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/04/2020 | Email | Representative Jackie Speier | Alexandra Musser | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/04/2020 | Email | Representative Linda Sanchez | Alejanda Lynez | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 02/04/2020 | Email | Representative Brad Schneider | Tommy Brown | U.S.-Korea economic relations, specifically the Partner with Korea Act |

# FARA Reporting Period: January 1 – June 30, 2020
## Attachment D – Section III, #12

| | | | | |
|---|---|---|---|---|
| 02/03/2020 | Email | Senator Dianne Feinstein | Sunil Varghese, Kara Lynum and Rachel Bombach | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/31/2020 | Email | Senator Dianne Feinstein | Sunil Varghese, Kara Lynum and Rachel Bombach | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/31/2020 | Email | Representative TJ Cox | Rebecca Kahn | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/31/2020 | Email | Representative David Trone | Jessica Semachko | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/31/2020 | Email | Representative Albio Sires | Clare Plassche | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/31/2020 | Email | Representative Smith | Courtney Webb | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/31/2020 | Email | Representative Max Rose | Erin Meegan | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/31/2020 | Email | Representative Brian Higgins | Ward Cormier | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/30/2020 | Email | Representative Andriano Espaillet | Todd Sloves | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/29/2020 | Email | Senator Dianne Feinstein | Sunil Varghese, Kara Lynum and Rachel Bombach | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/28/2020 | Email | Representative Theodore Deutch | Joshua Lipman | U.S.-Korea economic relations, specifically the Partner with Korea Act |

## FARA Reporting Period: January 1 – June 30, 2020
### Attachment D – Section III, #12

| | | | | |
|---|---|---|---|---|
| 01/28/2020 | Email | Representative Judy Chu | Rricha Decant | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/28/2020 | Email | Representative Grace Meng | Jennifer Hsieh | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/28/2020 | Email | Representative James Panetta | John Assini | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/28/2020 | Email | Representative Tom Malinowski | Eliza Ramirez | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/24/2020 | Email | Senator Dianne Feinstein | Sunil Varghese and Rachel Bombach | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/22/2020 | Meeting | Senator James M. Inhofe | Devin Barrett and Bryan Brody | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/22/2020 | Email | Senator Roy Blunt | Alexandra McPhee and Dan Burgess | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/22/2020 | Email | Senator Mazie Hirano | Jed D'Ercole and Nick Ikeda | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/22/2020 | Email | Senator Lindsey Graham | Aaron Strickland | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/20/2020 | Email | Senator James Inhofe | Devin Barrett and Bryan Brody | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/17/2020 | Email | Representative Van Taylor | Laura Lyon | U.S.-Korea economic relations, specifically the Partner with Korea Act |

# FARA Reporting Period: January 1 – June 30, 2020
## Attachment D – Section III, #12

| | | | | |
|---|---|---|---|---|
| 01/16/2020 | Email | Senator James Inhofe | Devin Barrett and Bryan Brody | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/15/2020 | Email | Representative Ocasio-Cortez | Gerardo Bonilla | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/15/2020 | Email | Representative Ayanna Pressley | Aissa Canchola | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/15/2020 | Email | Representative Katherine Clark | Yvonne Hsu | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/15/2020 | Email | Representative Eric Swalwell | Andrew Ginsburg | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/15/2020 | Email | Representative Harley Rouda | Zac Commins | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/14/2020 | Email | Representative Van Taylor | Laura Lyon | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/13/2020 | Email | Representative Barbara Lee | Victor Yang | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/10/2020 | Email | Representative Tim Walberg | Austin Walton | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/10/2020 | Email | Representative Derek Kilmer | Sarah Monteith | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/10/2020 | Email | Representative Katie Waters | Andres Bascumbe | U.S.-Korea economic relations, specifically the Partner with Korea Act |

# FARA Reporting Period: January 1 – June 30, 2020
## Attachment D – Section III, #12

| | | | | |
|---|---|---|---|---|
| 01/10/2020 | Email | Representative Katie Porter | Brieana Marticorena | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/10/2020 | Email | Representative John Carter | Robert Schroeder | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/10/2020 | Email | Representative Debbie Dingell | Kevin Rambosk | U.S.-Korea economic relations, specifically the Partner with Korea Act |
| 01/06/2020 | Email | Representative Ralph Abraham | Heinz Kaiser and Allen Cambon | U.S.-Korea economic relations, specifically the Partner with Korea Act |

**5. The Government of Cameroon**

No reportable contacts were made on behalf of the Foreign Principal during this reporting period.

**6. The Center for Studies and Media Affairs at the Saudi Royal Court**

No reportable contacts were made on behalf of the Foreign Principal during this reporting period.

**7. Republic of Croatia**

No reportable contacts were made on behalf of the Foreign Principal during this reporting period.

**8. Temasek Holdings**

No reportable contacts were made on behalf of the Foreign Principal during this reporting period.

# SQUIRE PATTON BOGGS (US) LLP

## FARA REPORTING PERIOD: JANUARY 1 – JUNE 30, 2020

## ATTACHMENT E – FINANCIAL RECEIPTS

## FARA Reporting Period: January 1 – June 30, 2020
## Attachment E - Section IV, 14(a)

**Embassy of the People's Republic of China - Payments Received** **$165,000.00**

| | | |
|---|---|---|
| 05/11/2020 | Embassy of the People's Republic of China | $165,000.00 |

**Government of the Republic of Cameroon - Payments Received#** **$80,000.00**

| | | |
|---|---|---|
| 01/10/2020 | Government of the Republic of Cameroon | $40,000.00 |
| 06/04/2020 | Government of the Republic of Cameroon | $40,000.00 |

**Government of the State of Qatar - Payments Received** **$23,130.07**

| | | |
|---|---|---|
| 01/29/2020 | Government of the State of Qatar | $23,130.07 |

**Palestinian Authority - Payments Received*** **$1,375.50**

| | | |
|---|---|---|
| 03/30/2020 | Palestinian Authority | $1,375.50 |

**Republic of Angola - Payments Received** **$2,050,000.00**

| | | |
|---|---|---|
| 03/03/2020 | Republic of Angola | $683,336.00 |
| 03/13/2020 | Republic of Angola | $341,668.00 |
| 03/26/2020 | Republic of Angola | $341,668.00 |
| 04/29/2020 | Republic of Angola | $341,668.00 |
| 05/22/2020 | Republic of Angola | $341,660.00 |

**The Center for Studies and Media Affairs at the Royal Saudi Court - Payments Received** **$233,766.40**

| | | |
|---|---|---|
| 05/28/2020 | The Center for Studies and Media Affairs at the Royal Saudi Court | $233,766.40 |

# FARA Reporting Period: January 1 – June 30, 2020
## Attachment E - Section IV, 14(a)

**The Government of Croatia*** - No fees were received during the reporting period from or on behalf of the foreign principal.

**Temasek Holdings -** No fees were received during the reporting period from or on behalf of the foreign principal.

*Amount(s) reported relate solely to FARA-reportable work for the foreign principal.

#Not all fees relate to FARA-reportable work

**Note:** Registrant terminated its FARA registration for The Government of Qatar in the 2nd half of 2019. Fees shown above were received post-termination for work done in 2019.

# SQUIRE PATTON BOGGS (US) LLP

## FARA REPORTING PERIOD: JANUARY 1 – JUNE 30, 2020

## ATTACHMENT F – FINANCIAL DISBURSEMENTS

## FARA Reporting Period: 2020 January - June

## Attachment F - Section 15 (a) - Disbursements

**Embassy of the People's Republic of China – Disbursements - $669.30**

| | |
|---|---|
| FARA Filing Fee/Other Filing Fees | $305.00 |
| Miscellaneous | $7.90 |
| Online Services - Lexis/Nexis | $356.40 |

**Government of the Republic of Cameroon – Disbursements - $1,555.76**

| | |
|---|---|
| FARA Filing Fee/Other Filing Fees | $305.00 |
| Express Mail - FedEx-Other | $14.31 |
| Online Services - Lexis/Nexis | $1,212.30 |
| Telephone | $24.15 |

**Palestinian Authority - Disbursements** **$305.00**

| | |
|---|---|
| FARA Filing Fee/Other Filing Fees | $305.00 |

**Republic of Croatia – Disbursements - $305**

| | |
|---|---|
| FARA Filing Fee/Other Filing Fees | $305.00 |

## FARA Reporting Period: 2020 January - June

## Attachment F - Section 15 (a) - Disbursements

**Republic of Angola – Disbursements - $1,062,545.48**

| | |
|---|---|
| FARA Filing Fee/Other Filing Fees | $305.00 |
| Airfare through Travel Service | $17,841.46 |
| Local Transportation/Taxi | $400.43 |
| Outside Consultants | $1,041,042.00 |
| Telephone | $2,783.20 |
| Travel | $171.95 |
| Printing and duplicating - Internal | $1.44 |

**Temasek Holdings – Disbursements - $305**

| | |
|---|---|
| FARA Filing Fee/Other Filing Fees | $305.00 |

**The Center for Studies and Media Affairs at the Royal Saudi Court – Disbursements - $305**

| | |
|---|---|
| FARA Filing Fee/Other Filing Fees | $305.00 |

## FARA Reporting Period: 2020 January - June

## Attachment F - Section 15 (a) - Disbursements

**The Embassy of the Republic of Korea – Disbursements - $485.82**

| | |
|---|---:|
| FARA Filing Fee/Other Filing Fees | $305.00 |
| Local Transportation/Taxi | $86.57 |
| Meals | $19.25 |
| Miscellaneous | $75.00 |

***Note:** All disbursements related to travel and subsistence consist of travel and hotel costs for related members of the Firm while in travel status, for travel performed incident to representing the foreign interests of the foreign principal.

# SQUIRE PATTON BOGGS (US) LLP

## FARA REPORTING PERIOD: JANUARY 1 – JUNE 30, 2020

## ATTACHMENT G – POLITICAL CONTRIBUTIONS

Squire Patton Boggs (US) LLP

FARA Reporting Period: January 1 – June 30, 2020

Individual Political Contributions

Attachment G – Section 15(c)

**Rory Murphy – Political Contributions**

| Date | $ Amount | Candidate | Political Organization |
|---|---|---|---|
| 1/30/2020 | 250.00 | Mike Cooney | Cooney for Montana |
| 2/16/2020 | 100.00 | Shane Morigeau | Shane Morigeau for Montana State Auditor |
| 5/21/2020 | 160.00 | Raph Graybill | Raph Graybill for Montana AG |

**Jack Deschauer – Political Contributions**

| Date | $ Amount | Candidate | Political Organization |
|---|---|---|---|
| 6/30/2020 | 1050.00 | DNC | Democratic National Convention |

Squire Patton Boggs (US) LLP

FARA Reporting Period: January 1 – June 30, 2020

Individual Political Contributions

Attachment G – Section 15(c)

**Clark Ervin – Political Contributions**

| Date | $ Amount | Candidate | Political Organization |
|---|---|---|---|
| 1/29/2020 | 1500 | Joe Biden | Unite the Country |
| 6/16/2020 | 250.00 | Joe Biden | Biden for President |

Callie Fuselier

| Date | $ Amount | Candidate | Political Organization |
|---|---|---|---|
| 3/6/2020 | 1000.00 | Martin Heinrich | LOBO PAC |

Squire Patton Boggs (US) LLP

FARA Reporting Period: January 1 – June 30, 2020

SPB PAC Contributions

Attachment G – Section 15(c)

| Date | $ Amount | Candidate | Campaign Committee |
|---|---|---|---|
| 1/14/2020 | 2,500.00 | Cedric Richmond | Richmond for Congress |
| 1/23/2020 | 1,500.00 | | County Action Committee |
| 1/27/2020 | 150.00 | | Wooster School Alliance |
| 1/16/2020 | 1,000.00 | Tom O'Halleran | Tom O'Halleran for Congress |
| 1/15/2020 | 1,000.00 | Steven Palazzo | Palazzo for Congress |
| 1/14/2020 | 2,500.00 | Shelley Capito | Capito for West Virginia |
| 1/14/2020 | 1,000.00 | Cory Gardner | Cory Gardner for Senate |
| 1/14/2020 | 2,500.00 | Dan Sullivan | Alaskans for Dan Sullivan |
| 1/22/2020 | 792.35 | Larry Householder | Friends of Larry Householder |
| 1/22/2020 | 250.00 | | House Pepublican Campaign Committee |
| | | | |

| | | | |
|---|---|---|---|
| 1/15/20220 | 1,000.00 | Tim Burchett | Burchett for Congress |
| 1//15/2020 | 1,000.00 | | Eureka Political Action Committee |
| 1/15/2020 | 1,000.00 | Vicky Hartzler | Vicky Hartzler for Congress |
| 1/15/2020 | 1,000.00 | Elise Stefanik | Elise for Congress |
| 1/16/2020 | 1,500.00 | Debbie Dingell | Debbie Dingell for Congress |
| 1/16/2020 | 1,000.00 | Marcy Kaptur | Kaptur for Congress |
| 1/16/2020 | 1,000.00 | Judith French | French for Justice |
| 1/16/2020 | 1,000.00 | Sharon Kennedy | Kennedy for Ohio |
| 1/27/2020 | 150.00 | | Cloverleaf Pride Committee |
| 2/4/2020 | 2,500.00 | Rob Portman | Portman for Senate Committee |
| 2/7/2020 | 1,000.00 | Bill Cassidy | Bill Cassidy for US Senate |
| 2/7/2020 | 450.00 | | Citizens for Lakewood's Children |
| 2/7/2020 | 5,000.00 | Sam Graves | Graves for Congress |
| 2/18/2020 | 2,500.00 | Mario Diaz-Balart | Mario Diaz-Balart for Congress |
| 2/18/2020 | 1,000.00 | John Rutherford | Citizens for John Rutherford |
| 2/18/2020 | 500.00 | | Perry Active School Supporters |

| | | | |
|---|---|---|---|
| 2/18/2020 | 500.00 | | South Central Bond Issue |
| 2/20/2020 | 400.00 | | Citizens for Troy |
| 2/20/20220 | 2,500.00 | | Republican Senate Campaign Committee |
| 2/20/2020 | 1,500.00 | | Maverick PAC USA |
| 2/20/2020 | 2,000.00 | Ashley Moody | Friends of Ashley Moody |
| 2/20/2020 | 300.00 | Paul Gains | The Committee to Elect Paul J. Gains |
| 2/21/2020 | 1,500.00 | Brad Wenstrup | Brad Wenstrup Victory Fund |
| 2/26/2020 | 15,000.00 | | National Republican Congressional Committee |
| 2/26/2020 | 15,000.00 | | Democratic Congressional Campaign Committee |
| 2/26/2020 | 15,000.00 | | Democratic Senatorial Campaign Committee |
| 2/26/2020 | 1,000.00 | Garret Graves | Garret Graves for Congress |
| 2/26/2020 | 1,000.00 | Mike Rogers | Mike Rogers for Congress |
| 2/26/2020 | 1,000.00 | Jim Clyburn | Friends of Jim Clyburn |
| 2/26/2020 | 2,000.00 | | Patriot PAC, INC |
| 3/6/2020 | 1,000.00 | Rosa Delauro | Friends of Rosa Delauro |
| 3/11/2020 | 1,000.00 | Jeff Fortenberry | Jeff Fortenberry for United States Congress |
| 3/11/2020 | 1,000.00 | Cindy Hyde-Smith | Cindy Hyde-Smith for US Senate |

| | | | |
|---|---|---|---|
| 3/31/2020 | 1,000.00 | Hal Rogers | Hal Rogers for Congress |
| 4/14/2020 | 1,000.00 | Stephanie Kunze | Citizens for Stephanie Kunze |
| 6/1/2020 | 1,000.00 | Stephanie Kunze | Citizens for Stephanie Kunze |
| 6/4/2020 | 1,000.00 | Kay Granger | Kay Granger Camaign Fund |
| 6/4/2020 | 1,000.00 | Fred Upton | Upton for All of US |
| 6/4/2020 | 1,000.00 | Ken Calvert | Ken Calvert for Congress Committee |
| 6/4/2020 | 1,500.00 | Sam Graves | Graves for Congress |
| 6/4/2020 | 2,800.00 | Mitch McConnell | McConnell for Senate Committee |
| 6/4/2020 | 1,000.00 | Mikie Sherrill | Mikie Sherrill for Congress |
| 6/11/2020 | 1,500.00 | Gary Peters | Peters for Michigan |