# EXHIBIT K

**The American-Arab**
**Anti-Discrimination Committee**
**("ADC") Presents:**
**A Conversation with**
**Palestinian UN Observer Dr. Riyad Mansour**
**Facebook Watch—October 22, 2020**

Transcription of Interview

Abed Ayoub:    And then folks, if you are viewing the webinar, we have a good number of people in the webinar, you can ask your questions in the chat box or in the Question and Answer (Q&A) box; we'd appreciate it—and the Q&A box so the participants can see it, but I think we are going to go ahead and get started.  Thank you and thank you everybody for your patience—thank you for your patience as we get this going in the age of COVID and Zoom, we always run into a little bit of technical problems but that's certainly nothing we can't overcome but we are delighted for you all to be with us.  ADC is proud to host this conversation and this session as we have been doing throughout the pandemic for most of 2020 with the new realities we are facing, trying to deliver to you conversations on important issues and important topics that impact the community and this is definitely something that is very timely and you know we appreciate the support and keep an eye open for future seminars that are coming up.

Because we are starting ten minutes late and out of respect for our participants' times and your times I am just going to read, you know, just short bios for Dr. Mansour and for Said Arikat, our moderator who is joining us today and both of them are dear friends of ADC and we thank you for being here.

Dr. Mansour is the Minister and Permanent Observer of the State of Palestine to the United Nations; he has an illustrious career in Palestinian diplomatic service that began in 1983 with the PLO and has been really involved in a number of issues that brings forth a very good insight for the community and will be able to hopefully provide us a lot of updates on, you

know, what's going on, the new realities and everything that we are facing and it is definitely, like I said, a very timely conversation.

Mr. Said Arikat's a long-time friend of ADC, a long-time Washington-based journalist and analyst; somebody who brings a very critical voice to these conversations and I think will be, you know, playing a good, bringing some good information—pooling some good information out of Dr. Mansour today.  So I may; I am here to learn; I am here to get information, so I am going to turn my camera off and listen to what's going on and again if you have questions, please put them in the Q&A box.  And if you are on Facebook, put them in the Comments Section; we will get those to you.  So Said, I am going to kick it off to you and I'm going to turn my camera off.

Said Arikat                    Well, thank you, Abed.  It is always a pleasure and an honor to be part of any event that ADC does and/or organizes and of course it is an honor and pleasure to be with my good friend Dr. Riyad Mansour.  We have known one another for a very, very long time and he has always been there in the forefront of the Palestinian struggle, especially on the International scene.  And for that we thank him.  And to begin with, Dr. Mansour, I just want to—I hope that you and your family are doing quite well and during these precarious times, health-wise, and every other otherwise.

I am going to pose a few questions to you before we go to the, you know, to the audience or to the viewers in this case to ask their questions.

And my first question to you is regarding the overall status of reconciliation, between the reconciliation efforts among the Palestinian, among Fatah and Hamas and the rest of the Palestinian faction groups.

Dr. Mansour:                Well, Said, I want to begin by thanking you again, you know, for planning this whole, we've done a similar encounter, you know, and one of ADC …

Mr. Arikat:                    Right.

2

Dr. Mansour:       Conventions, you know, a few years ago, and also I want to thank Abed and to thank my good friend El Feek who was instrumental in suggesting of me, the idea, you know, meeting with an audience from the ADC and their friends to address issues of importance to the struggle of the Palestinian peoples.  Also I am very familiar with the ADC.  I can even tell that I was one of the founding members of the ADC, it is a very important organization that dates back a long time ago to Senator [James] and those well, you know, key leaders in establishing this very important organization in the United States of America.

Now regarding your question, it goes without saying that when there is a massive amount of threat against the Palestine National Question, stemming mainly from the continuation of Israeli occupation and the extreme rightist government of Prime Minister Netanyahu on the one hand, and the current U.S. Administration of President Trump that tried for the last years to advance its vision, known as the Deal of the Century, which from our point of view when they finally put over the details on it on the table on the 28th of January and two years before that when they deviated from international law and established U.S. policies of different administrations since 1948 with regard to Jerusalem and recognizing Jerusalem as the capital of the State of Israel and moving the Embassy from Tel Aviv to Jerusalem.  From this twin attack against the national rights of the Palestinians it became crystal clear that for the Palestinian people and their political organizations cannot survive the challenges of such twin attack while our house is not united.  And while we are still divided geographically between the Gaza Strip and the West Bank, including East Jerusalem, and our political system also is divided in the manner that we all know.

So it became extremely important to put the house in order.  And in this connection the meeting of the Secretary General of all political groups within the PLO and outside the PLO that took place in Ramallah and Beirut,

about a month and a half ago, was extremely important step in that direction.

  And I believe that national interest of the Palestinian people requires the completion of this exercise, on all fronts.  First front is the formation of the [Arabic phrase] or the resistance to the Israeli occupation.  The unification of factions within the PLO,  as the PLO is the sole and legitimate representative of Palestinian people and also to put an end to the division.

  Now there has been no activity since the famous meeting in Ramallah and Beirut, including ideas which you might ask me about the possibilities of election …

Mr. Arikat:   Yes.  My next question.  Yes.

Dr. Mansour:   But yet, we are not yet moving completely on these fives that we discussed in that famous meeting, including the formation of a special body from, you know, [Arabic phrase] and old political groups.  In order really to submit at an emergency meeting of the Central Council of the PLO a road map of an accomplishing these lofty objectives as I have mentioned in a [Arabic phrase], the PLO, the election of [unintelligible], and all the important issues.  We are still working on it, and I sincerely hope that we can announce, to the Palestinian people everywhere, that there are practical steps that will be announced, including, if there is a consensus, on a date or a proclamation that the President on a date for national election, starting with a component of the Palestine National Council of representative of our people and Occupied Territories.  There are people who talk about the Legislative Council; there are others saying that this component of a Palestine National Council, which start electing that component of the 132 deputies, more or less like the Parliament of the Palestinians in the occupied territory, but it is part of the Palestine National Council to be expanded by

4

representatives of the Palestine National Council of our people outside the occupied Palestinian territory.

Mr. Arikat:         Okay.  So, and there was also a meeting in Istanbul, if I recall correctly, I think, yeah.  And we will talk about the Palestinian relations with Turkey and other place—and other countries in the aftermath of normalization between certain countries and Israel, but I want to go back to the issue of election.  How do you propose—first of all, on the PNC—in the Palestine National Council—is not really elected directly, so how is that going to change in this upcoming election?  How would Jerusalemites vote; how would they—the Palestinians in the diaspora participate?  I am sure that the leadership probably has a vision for the road forward on these issues.

Dr. Mansour:       There is, you know, an agreement, unanimous agreement between all political groups that the next election that we will have will be 100% proportional representation.  Meaning that we will not election of districts, as we did in a mixture of 50% district and this 50 percent, you know, proportional representation last time.  It has been agreed, by all groups, it was obvious, you know, in the discussion and the speeches of the Secretary General of the political groups that there is an unanimous decision that this time it will be proportional representation, which means that there will be slates and you will be voting for the slate and that slate will be represented according to the percentage of the votes that it receives during election.

So that this way resolves many issues for us because Gaza Strip, the West Bank, and East Jerusalem will all, would be one district.

So that where you vote, there will be a slate; it is a slate of a political party or a group of parties in coalition having a slate in which their [unintelligible] will have it, 132 Deputies.  That is the first step of the election.  And therefore if they seem to say 40% of the votes, so then that is 80.  The first 40% of 132 was to be, say, approximately would be about 60 or 55; then that political party or slate would be represented by those 55

5

individuals, regardless of where they are from—from Gaza, from East Jerusalem, from the West Bank. So that this way you don't have the problem one could say have the election of districts of this mix in East Jerusalem and then therefore it is restricted by district and those who are running the district in comparison to the system.

Second, also aspect of this election, there is a debate as to is it going to be the Legislative Council and therefore people are saying some that the 19th of May, the Palestinian leadership indicated that we are now absolved of our obligations toward the Oslo Agreement. So therefore the Legislative Council is not going to be in the old format, it is going to be the election— the first election—direct election—for the segment of the Palestine National Council representing our people in the Occupied Territories to be followed by the Presidential elections according to agreement and the discussions in Istanbul and the discussions in Damascus with the groups there where the delegation of Fatah headed by [unintelligible], to be followed by, as I said, by presidential election and then to be completed by having the election outside the occupied territory for the remaining part of the Palestine National Council, so that we would have the Palestine National Council elected in all the areas where the Palestinian people live in the occupied territory and outside the occupied territory.

So that that, as you know, is the intension …

Mr. Arikat:    Well in defense of the election issue is, we could talk about it all day long because it is complex and many factors enter into it, for instance, Israel allowing the elections to begin with, and to start with. But let me move on. I mean, the last time we spoke, you and I, we talked about the strides that Palestinian diplomacy was making of—throughout the world. So how could we—how could the Palestinians find themselves in this position where actually Arab countries that are not even party to the conflict with Israel, not party in terms of, you know, having confrontation, or how comfortable they are with Israel, could actually jump ship and, in essence,

change alliances, normalize with Israel, where was Palestinian diplomacy in—you're, you're, you know, one of the leaders of this diplomacy; how could such a thing happen?

Dr. Mansour:          Well, you see that with regard to Palestinian diplomacy, and I restrict myself to the area that I am involved in, the United Nations, headquarters in New York.  Since the announcement from the Trump Administration of their so-called "deal of deals." And since they announced their shift of position without recognizing Jerusalem as the capital of Israel, here I am referring to the end of December of 2017, which is approximately close to three years ago.  From that moment on, different delegations representing the Trump Administration came very often to the Security Council at the UN and tried to convince the international community that the global consensus on ending the occupation and the two-state solution on the border of 1967 and the National Rights of the Palestinian people and the parameters and the basis of international law and UN resolutions and other peace initiatives and other elements is irrelevant. According to Jared Kushner and Jason Greenblatt, who used to come very often, and 14 members of the Security Council would reject that position of the Trump Administration and, in fact, for three years, since December of 2017 until now they did not gain the support of any of the members—14 members—of the Security Council.  Because the 14 members insisting that this conflict should be resolved on the basis of the end of—the ending of the occupation and on the basis of international law and relevant UN resolutions and two-state solution, more or less on the borders of 1967 and the just solution to the refugee questions on the basis of relevant UN resolutions.

So in that sense, I don't think that the Trump Administration or those who recently embarked on normalization, succeeded in convincing anyone.  And of course there are—one can refer you or I am sure that your audience read many articles about the motives behind normalization by

7

some Arab countries and moving away from the basis of Arab peace initiative, among all these elements of the analysis I would say …

Mr. Arikat:          But tell me …

Dr. Mansour:       … aspired to help President Trump win reelections.

Mr. Arikat:          Right.  I understand all this and I have written a great deal about normalization, but I want to pose a question to you.  Isn't it true—I mean, we have to look at not only what happened in 2020, but also the leadup to 2020.  Isn't this a failure of the leadership to basically preempt that—stop this, you know, sort of running towards Israel and toward—you know, basically shifting alliance that they gave to the Palestinians?  I mean, we all remember that during Camp David with Egypt, basically Egypt was ostracized, the whole Arab world moved against it; they moved to Tunis and so on.  So why, why have you failed, even to get the Arab League to, let's say, issue or call for a meeting to discuss that very issue?

Dr. Mansour:       Let me come back again to the United Nations.  We have many meetings for the consul of Arab ambassadors.

Mr. Arikat:          Right.

Dr. Mansour:       There is no deviation from the consensus and the provision on unified Arab position regarding the Palestine question at the United Nations, even from those who have signed these agreements of normalization.  It keeps repeating and saying that they are not changing their position vis-à-vis the Palestine question.  So for us here at the UN, and there will be resolutions, provisional resolutions, will be introduced, will be sponsored and co-sponsored, and it will, you know, be adopted by the overwhelming majority with the support of all of the Arab countries working.  At least here at the United Nations, one cannot claim that there is success for the Trump Administration vis-à-vis their plan or the claims of Israel that there is something significant that happened in the Middle East and it should be reflected at the UN.  In fact, the new Israeli ambassador,

when he introduced the tape Prime Minister Netanyahu during the debate of the 75th anniversary—and he was frustrated and more or less cursed the General Assembly he said that we had [a] historic agreement but yet you are not reflecting it in the debate and you are focusing on the narrative of the Palestinian side as it related to the question of Palestine.

Now with regard to what happened in the Middle East, you all know what happened and what happened in the meetings of the League of Arab States.  We all are familiar with that but that is not the arena where I operate—

Mr. Arikat:                          I understand.

Dr. Mansour:                       —but the arena of the United Nations.

Mr. Arikat:                          But you're a member of the leadership.  You are a member of the leadership.  I'm talking about the Palestinian leadership.  I think it was caught unaware and obviously they were caught without a plan, to counter these measure, these anti-Palestinian measures, and in fact we have not seen really much effort since the signing at the ceremony certainly on September 15 until today.  So what is the plan forward to counter such an effort because I think my feeling at least as an analyst—if Sudan let's say goes the way of the United Arab Emirates or Bahrain, it would be a disaster for the Palestinians.  Go ahead.

Dr. Mansour:                       Well, let me just say it is very unfortunate that these developments have taken place now, taking place with the most extreme rightist government in the history of Israel and during the time of the most hostile President of the United States vis-à-vis the Palestinian. It is very unfortunate that our brothers from the Arab countries that have selected, this time we view the normalization and even their claim that they did it in order to stop the annexation.  Rightly speaking, the annexation was postponed or stopped because of the steadfastness of the Palestinian people on the ground and their leadership and the global rejection of annexation as

9

a blatant violation of international.  That is the reality but they used it as an excuse—

Mr. Arikat:         Right.

Dr. Mansour:        — for taking that step that they did.  Again, I want to say it is very unfortunate that it happened.  I wish that it did not happen, at least not anything like this to happen  at this time.  But those who are responsible for making these decisions should be held accountable for these decisions that they made, and I wish that the Palestinian leadership that is involved at the high level of the daily decisions that was able to find ways of preventing it from happening before it happened.  There is not much more I can say other than it's a pressing dispute.

Mr. Arikat:         Yeah, well, you know, I don't want to suck all the oxygen and we want to give a chance to the listeners and the viewers to pose some questions, but since you mentioned the hostility of the present Administration to the Palestinians that the whole world sees too, I want you to imagine what is the foreign policy of the Biden presidency if he's ever elected.  What's it going to be like towards the Palestinian issue and the entire region?  How do you imagine this to be?

Dr. Mansour:        Well, you know as well as I do and I think that you obviously know better than me that there was contact and meetings—

Mr. Arikat:         Right.

Dr. Mansour:        —with some of the representatives of the Democratic party and the Biden group with the activists among the Palestinian American community and the Arab American in which they exchanged some ideas as to how a Biden Administration, if they win the election, would be vis-à-vis the question of Palestine and I am sure that I don't need to share with all of you. You wrote an article to that effect some of these elements that will be contained in the Biden Administration if he wins the election vis-à-vis the Israeli Palestinian conflict.  It might be similar to President Barack Obama—

10

Mr. Arikat:            Obama, OK.

Dr. Mansour:           —with one significant difference which is the strength of the Progressive
                       wing inside the Democratic party and the phenomena of their insiders.  In
                       the election of 2016, that phenomena started as a movement and then for the
                       last four years, it became a significant movement within the Democratic
                       party that we hope that it will affect the Democratic party in more of a
                       different way than the traditional policies of the Democratic party in the
                       past, but let's not jump ahead of ourselves.

Mr. Arikat:            Right.

Dr. Mansour:           Let's just wait and see what will happen in the election and the analysis,
                       will be extensive if the Biden ticket wins the election and, in fact, will be
                       the next President for the United States of America.

Mr. Arikat:            I want to go to the listeners and viewers but very quickly, yes or no,
                       do you see a re-engagement with a Biden Administration in a short order if
                       Biden is in fact elected President?

Dr. Mansour:           My personal opinion that if Vice President Biden wins the election,
                       it would be within our interest to engage the incomers as quickly as possible
                       over many issues that Palestine faces.

Mr. Arikat:            Uh-huh.  Well, this is a good segue to go through, Abed, and have
                       him ask participants' questions.  Thank you.

Dr. Mansour:           Thank you.

Abed Ayoub:            Thank you.  Thank you for the conversation.  One question that
                       came in since you've mentioned the Biden Administration and talking the
                       election and not getting ahead of ourselves, how do you view a second
                       Trump term if he is to win in November?

Dr. Mansour:           Well, if history is the best indicator of the future, as I was explaining
                       during the last few years, the Biden Administration embarked on policies
                       that were extremely offensive against the Palestinian people and their

                                        11

national rights and also there were violations of international law and agreed-upon UN resolutions as they related to the question Palestine. So if that record is with us and to be the indicator of what the case will be with a second term of President Trump, I don't want to use the words of Prime Minister Muhammad Shtayyeh. But for the sake of argument, I will use it. Take this articulation in which he said that "if there will be four more years of President Trump, God help us." That's what he said, but for me as a realistic politician, the decision as to who will be the President of the United States is the decision for the American people to make, and our destiny would force us to work with whoever will be in the White House in the future. To be or not to be as we have not dealt with the current Administration for almost three years because of the shift of policy starting in Jerusalem, but let's hope that things will change in a positive direction so that we can engage very actively with an administration that is serious about trying to find a solution to this conflict that lasted for way too long and the suffering is tremendous especially for the Palestinian people and we are interested in the end of occupation and the independence of our state with East Jerusalem as its capitol.

Abed Ayoub:          Uh-huh. OK. Another question that came in. It's actually timely with everything that's happening right now. What is the situation of COVID in regards to treatment and so forth in Palestine?

Dr. Mansour:          Well of course in addition to the misery and the difficulties of our people under occupation and the blockade against our people in the Gaza Strip for the last 15 years—

Mr. Arikat:          Yes.

Dr. Mansour:          —which compounds the hardship of all segments of our population on a daily basis. COVID came to compound the problems. Initially, we thought that we were slightly ahead of the game and the level of infection was low in the first phase of the COVID, but we've been seeing during the last few weeks or maybe a month or so a sort of like spike in the COVID that

requires more resources from us and we've having all kind of difficulties, including financial difficulties, which would make countering the COVID problem requires additional resources and it's adding to the suffering of our people as we move forward.

Abed Ayoub:       Thank you.  Sorry, I'm going through—go ahead.

Mr. Arikat:       Thank you.  I just wanted to pose another quick question.  How has this normalization—sorry to go back to it once again—affected your effort with non-Arab, other members of let's say the General Assembly or even the Security Council and so on—are you discussing the issue of normalization with them and how do they feel about such a step in terms of impacting any potential, either an international conference or moves forward to say let's say restart negotiations or anything similar to that?

Dr. Mansour:       The two parties that are trying to capitalize on this development in the international arena is the U.S. Administration and Israel but the international community including the few countries who would likely acknowledge any step from their view that is seen as a step serving the cause of peace yet they say immediately after that there has to be a complete negation of annexation.  They see that there will not be peace on any basis except a global consensus basis rooted in international law and UN resolution and here I'm referring to the Europeans.

Mr. Arikat:       Uh-huh.

Dr. Mansour:  One need to listen to the statements of Europeans, one can see that they are adamant not to deviate from Security Council resolutions and the end of occupation and the two-state solution  So even with this development of normalization, even when, discreetly, when Jared Kushner brought two ministers from the two countries that—

Mr. Arikat:       Normalized.

Dr. Mansour:  —wanted the normalization and had secretive or not public events with members of the Security Council, three members boycotted—Tunisia,

13

South Africa and Indonesia.  Others participated at the level of junior diplomats, not even ambassadors, such as France and others.  So therefore, you bring this kind of heavy guns trying to show that we've done something historical and it is not being received enthusiastically by members of the Security Council is an indication of failure of those, particularly Jared Kushner, who came to the Security Council, not to convince them—because he tried for three years and failed that their ideas are good ideas—but he tried to show them that well, at least I succeeded at normalization between Israel and these countries and I brought them to Security Council to show you that I succeeded but they did not buy it.  That's an example.  And let me also show you that President Abbas gave an initiative in the General Assembly, building on what he proposed about three years ago in the Security Council—and in February of this year in the Security Council calling for an international conference—but in this year in the current initiative, he said that I am not calling for the conference.  I am calling on the Secretary General of the United Nations collaboration and coordination with the Quartet and the Security Council to begin the practical step for convening this conference as of the beginning of next year meaning after the American elections and to be on the basis of international law and the global consensus, UN resolutions, etc., and to involve all the concerned parties.  Now on the 26th of this month, which is Monday, there will be an elevated meeting of the Security Council under the Presidency of Russia and their Deputy Prime Minister will preside over that meeting.  Our Minister will participate and hopefully other ministers and the main discussion will be on the initiative of President Abbas and we want to show through this debate, to the international community and to everyone, that there are two approaches.  One approach that we are part of and we are proposing is inclusive to include everyone especially the Secretary General, the Quartet, and the Security Council and all parties on the basis of international law and the global consensus to really move in a practical way to end the occupation and to resolve this conflict. And the other position

14

narrow, selfish, dominated by one party, which is the U.S. Administration, trying to drag the Palestinians to negotiation with the Israelis on the basis of the vision of President Trump.  So we want to show the contrast between the one that has [a] solid basis to open doors for justice and peace and the one that will continue to prolong this conflict and try to sell the merchandise of normalization to substitute instead of the place of just solution to this conflict which should address the inalienable national rights of the Palestinian people.

Abed Ayoub:            Thank you.  For the next question, I'm going to combine a few questions that have been coming in and I'll start off asking what are the international tools that can be used to prevent annexation and what happens in the next few years if Israel continues annexation of the West Bank?  So we did get a few questions about annexation.  What happens if it continues and what tools could be used to stop it?

Dr. Mansour:            Well, first of all for us, here in the area where I operate, if there [are] concrete steps in the direction of annexation as one see it in the vision of President Trump when they announce all the details and the maps on the 28th of January and the announcement of Prime Minister Netanyahu when he said that as of the beginning of my—we will begin the process of annexation of approximately 1/3 of the occupied West Bank, in the Jordan valley, the northern coast of the Dead Sea and all the settlements. Then, you know, we were ready to immediately move to the Security Council expecting one veto versus 14 rejecting this illegal and extreme breach of international law.  And then we were ready also to go to the General Assembly in an emergency session and to take a host of steps if we are forced to go that route in our effort to isolate those who would try to advance this illegal breach of international law and Security Council resolution.  So, so far they are not doing that.  They are intensifying settlement activities.  That they are doing and we expect them to continue doing that, but if they move in the direction of official annexation of any

15

part of the occupied West Bank, then we have tools of the international arena. Of course, the other two that we are pressuring day and night is for the ICC, the International Criminal Court, to begin the official investigation of this war crime of settlement activity. And of course, you add to it the policy of the current Israeli government of annexation. So far, the lower chamber [of the ICC] did not give authorization to the prosecutor as to the jurisdiction of the areas where the prosecutor should conduct its investigation. Our expectation is that maybe they'll wait until the results of the American election to make that procedural position because jurisdiction of the occupied Palestinian territories are well-known. There are many resolutions at the UN whether in Security Council or in the General Assembly. That you find land that is under occupation and it is not under the jurisdiction of the occupying authority but it is under the jurisdiction of the State of Palestine, which is a state party with their own statute as it relates to International Criminal Court. So we have tools available to us and we will keep pressuring to use them. But also, the most effective tool is unity of the Palestinian political system and unity of our people and put an end to this division between the two parts of the land of the State of Palestine which is Gaza and the West Bank. So if we succeed in solidifying our unity putting an end to division, that would be one of the most significant and powerful tools that would allow for the formation of the national command, [Arabic phrase], that should embark on daily activities of combatting and resisting the occupation.

Abed Ayoub:        You mentioned unity. One question that came up—what are some of the roadblocks for unity within the Palestinian community

Mr. Arikat:        That's a good question.

Dr. Mansour:        The roadblock is [unintelligible] that they are not moving at a faster pace. Meetings are taking place. Several agreements are taking place. But there has to be a faster pace. The expectation among the Palestinian people, for example with regard to election, is that the President to issue a

proclamation of deciding the date of election so that people can start preparing for it. That's one element. The other element is a road map stemming from all the things that were discussed in the Secretary General meetings about a month and a half ago between Ramallah and Beirut meeting so that we can see concrete results of what was discussed and to come into reality so that people can see the results that the train of national unity is on the right track and it is leaving the station in the direction of intensification struggle and resistance.

Mr. Arikat:          I just want to make a quick comment on this. I think Israel bears the huge, the major responsibility for disunity of the Palestinians.

Dr. Mansour:          Of course.

Mr. Arikat:          It prevented them from being on another—it prevented them from congregating and organizing, but it also physically separates them. And very violent separation, not a docile kind of separation. So they should always bear their responsibility. My question to you if I may, Abed, jump in here just with a quick question. Is the Palestinian leadership—are they ready to let's say we are going to give up on this notion of two-state solution simply by virtue of what we have on the ground today because nothing on the ground says there is a two-state solution in the offing.

Dr. Mansour:          Well, listen, I know that there have been debates for the last years over this issue. Is the two-state solution still viable or not. In this regard, I would advise the audience that they are interested in [unintelligible] this issue at least to read the two articulation and documents to the Palestinian leaders. One is Naser [Arabic name]. He had [Arabic phrase]—

Mr. Arikat:          Yeah.

Dr. Mansour:          —like this one in which he articulated a defense of the two-state solution or the national platform of the Palestinian people and if I am not mistaken it might have even been translated. And my suggestion is to read that document. The other document that also even went in certain areas in depth

17

by Fahed Suleiman, who is the Deputy Secretary General of the Democratic Front for the Liberation of Palestine.

Mr. Arikat:            Yeah, yeah.

Dr. Mansour:        These two documents I think that are very, very valuable serious documents from serious leaders as to responding to any of these questions that were raised, Said.  And if there are people who are bold and articulate and extensive in their articulation about saying that the two-state solution expired and the one state solution is the replacement, I think it should be also studied because that is part of the debate because until Naser gave his extensive expose and Fahed, that part of the discussion was not serious.  And I hope that many to come to that debating this issue because at the end of the day, there is an extensive debate among the Palestinian people as to whether to adjust our national platform into something different or to defend our current platform.  I think it's a healthy discussion to take place.

Abed Ayoub:        OK.  A couple of questions that came in.  Given the past history, what hope do you have in working with the ICC?  And another question—I'll just start combining them, what about the continued home demolitions that are still happening during a global pandemic?  What's being done to stop those?

Dr. Mansour:        With regard to the second one, that there is a global pressure on Israel against home demolition.  And among the most powerful in this regard are the Europeans and I think that their position is very respectable.  If one can follow the debates in the Security Council or debates and discussions in Brussels from the European Union, the Consul, the Commission at the ministerial level, at all levels.  They are very vehement against home demolitions and the destructions of structures in the so-called Area C because most of these structures include schools and dwellings are being financed through the European Union.  So there is a strong opposition against that, and in my opinion although , a number of home demolitions is relatively high, but it is also helping to stop Israel from even embarking on

18

more of an aggressive policy in this regard, and we need to continue pressuring in this fashion and in Washington, if you can have some campaigns with Congress in this regard, I think that that would be extremely helpful and positive.

With regard to the ICC, I believe the ICC prosecutor took the significant step that took us long time to get her to do which is she is convinced now and made the decision that she should open an official investigation about war crimes, particularly war crimes of settlements. Now I think that the lower chamber cannot drag their feet on the procedure of issue of our jurisdiction for a long period of time. My expectation something will happen relatively quickly after the election in Washington.

Abed Ayoub:          Thank you. So Said I think we went through most of the questions that are coming in the question box. I don't know if you have any you want to—

Mr. Arikat:          I mean I don't know how much time we have. So with whatever little time left of course I want to ask Dr. Mansour again—this issue, this daunting issue of normalization that is going to be hovering over the Palestinians over the near future. I believe and there is a sort of foolhardy celebration in this town, in Washington, in the think tanks and pro-Israeli groups and so on that the abandonment of the Palestinian cause by Arab countries and other friendly countries basically says that the people of the world [are] tired of the Palestinian cause and second that basically Israel has been legitimize in what it does.

So how, again, how or should the Palestinian counter this—not only this move—but this effort to delegitimize the Palestinian right, natural right, to their homeland.

Dr. Mansour:          I don't see, you know, a similar situation here at the United Nations. I don't see the atmosphere that you are describing. Maybe it is a Washington kind of thing but, here in the UN this so-called normalization is

not blown out of proportion as the Trump Administration tried to capitalize on it for election purposes.  Here at the United Nations it's just like, it is not an event in itself.  And even those on the Arab side who were engaged in it are not doing anything—they cannot—because they are still in the camp of promoting their additional positions vis-à-vis the question of Palestine at the UN.  And let me also add, there's nothing at this moment is going to be with us forever.  Assuming for example after November 3[rd] that Biden wins the election you will see significant changes in atmosphere regarding that position because you know as well as I do that those who move in their timing of the normalization now it is very much connected to trying to help Trump to win the election and trying to stay in the same front of opposing Iran and all of the details that relate.  If, for example, you know, Biden wins the election and he reverses course regarding the Iran nuclear deal and he starts doing the things that you know are related to a question of Palestine as modest as they are, okay, but nevertheless you see a correction of the direction, then I wonder for those who move so quickly in the direction of normalization, then as we say in Palestinian common language, [Arabic phrase], then it will not be as intense as it was when they at front of the lawn at White House.  It will be a new reality to deal with in Washington, DC as it reflects itself in the region and through international organization such as the United Nations.  We will know in two weeks.

Mr. Arikat:          If I may I want to conclude with one last question.  You mention international conference and so on.  But if, in fact, Trump, if he is re-elected, he will be opposed to such and effort, but also Biden, if he is elected, will be opposed to such an effort.  The United States will not look too kindly on any international effort towards resolving the Palestinian issue.  So how realistic do you think such a proposition could be.

Dr. Mansour:          I will not speak as definitively as you are.  I think that we have a tremendous amount of responsibility as Palestinian leaders and those who

20

are active in the diplomatic field be as creative as possible to try possibly to have openings for a collective approach versus on the total manipulation of the United States.  I think that that would require a lot of creativity, seriousness, and cadres that are capable of undertaking such an oath and that should be a challenge facing us because it might be a unique opportunity under different conditions that we should not dismiss lightly and, you know, not to look for possibilities here and there with Biden's Administration if he wins and some of the individuals who will play a role in the cabinet and what have you.  So there are possibilities and the challenge for us—not to do the same thing that did not deliver but to do it in a different way to increase chances of getting forward.

Mr. Arikat:              Thank you.  Abed.

Abed Ayoub:          Thank you.  I know we are pushing it about an hour so I don't want to …

Dr. Mansour:          I see in the chat box …

Abed Ayoub:          Well there's the chat box, the question and answer box, I mean we have dozens and dozens of questions so we may need a second session with you.  Hopefully maybe after the election.

Dr. Mansour:          Maybe, but listen I am sure that all of you, and all of the Arab-American organizations are playing an active role in this very important election.  Of course, for us, for me, I cannot interfere in this process but you are as Arab Americans, you have full right to engage in it and to influence things.  This is how all groups and all ethnic groups are active in this cycle of election and I am sure that you are playing a very active role and we thank you for trying to help in this regard.  And we by all means, we need to engage elective officials and if things could change in Washington we will be interested in having discussions and hoping to open meaningful doors.

21

Abed Ayoub:            Excellent.  Thank you.  Absolutely, thank you.  Said, do you want to …

Mr. Arikat:            Yeah.  Thank you Dr. Mansour.  I really appreciate having the opportunity to be with you once again and any other opportunity in the future I hope we do this some more as Abed suggested and thank you Abed for inviting me to moderate this session and it is always an honor to be with any effort organized by ADC.

Abed Ayoub:            Thank you.  Thank you.

Dr. Mansour:            If you are concluding, thanks Said, thank you Abed, thank you ADC and thank the audience for being with us and for asking questions to you and I hope that this discussion will continue as one small step maybe the direction to be better prepared for what we might expect as we move forward.  We thank you for all the things that you do in advancing the further justice of the Palestinian people in this arena in the United States of America.

Abed Ayoub:            Excellent.  Thank you Dr. Mansour.  We always appreciate your support and your willingness to address our community whenever we call you, you are there so we really appreciate and Said same for you.  Thank you.  And for our members thank you for tuning in.  Just a reminder visit ADC.org, sign up on our mailing list and most importantly make sure to vote.  Probably the theme you heard over the past hours is just how important the upcoming election is and the impact it is going to have on not only our issues domestically here at home but on foreign policy as well so there is definitely a stake for all of us in this upcoming election and although we can't endorse because we are non-partisan just take a look at the candidates, take a look at their positions to make an educated decision on who you want to vote for.  Email legal@adc.org if you have questions about voting, issues about the polls, if you want to volunteer at the polls.  We are engaged, this is the number one item on our agenda right now so we are doing what we can to mobilize our voters and protect our voters on

election day.  I do hope maybe we can touch base after the election depending on how things go and I am sure we can have a longer conversation.  We had dozens of questions.  I am sorry if we couldn't get to them.  We are on a time limit and thank you both.  I really do appreciate everybody tuning in and wish everybody a great week and rest of their day. Thank you.