# EXHIBIT N

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - -x
SHABTAI SCOTT SHATSKY, ET AL.,

       Plaintiffs,

       Civil No.:
       8 CIV. 12355 (MKV)


    -against-


THE PALESTINE LIBERATION ORGANIZATION, ET AL.,


       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - -x
      DEPOSITION OF

      FUAD ATEYEH

    Taken on April 8, 2021

- - - - - - - - - - - - - -- - - - - - - - - -x

Fuad Ateyeh
April 08, 2021

Page 2

1
2                    I N D E X
3   WITNESS          EXAMINATION BY          PAGE
4   FUAD ATEYEH      MR. WICK                10
5   FUAD ATEYEH      MR. BERGER              68
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1
2   ***************************************************
3   VIDEO-RECORDED REALTIME DEPOSITION of FUAD ATEYEH,
4   held on April 8, 2021, at 12:32 p.m., was sworn
5   before AMBRIA IANAZZI, a Registered Professional
6   Reporter, Certified Realtime Reporter, and Notary
7   Public.
8   ***************************************************
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1
2                    (CONT'D)
3                    I N D E X
4            MARKED FOR IDENTIFICATION
5   EXHIBIT         DESCRIPTION          PAGE
6   Exhibit 1       Tab 3                13
7   Exhibit 2       Tab 4                39
8   Exhibit 3       Tab 9                45
9   Exhibit 4       Tab 10               48
10  Exhibit 5       Tab 8                52
11  Exhibit 6       Tab 1                58
12  Exhibit 7       Tab 5                63
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1
2   A P P E A R A N C E S:
3
4   COHEN & GRESSER LLP
           Counsel for Plaintiffs
5          800 Third Avenue
           New York, New York 10022
6
7   BY:    RONALD F. WICK, ESQ.
           rwick@cohengresser.com
8          ERICA LAI, ESQ.
           elai@cohengresser.com
9          ANDREW PECORARO, ESQ.
           apecoraro@cohengresser.com
10
11  SQUIRE PATTON BOGGS
           Attorneys for Defendants
12         1211 6th Avenue, 26th Floor
           New York, New York 10036
13
14  BY:    MITCHELL BERGER, ESQ.
           mitchell.berger@@squirepb.com
15         GASSAN BALOUL, ESQ.
           gassan.baloul@squirepb.com
16         JOSEPH ALONZO, ESQ.
           joseph.alonzo@squirepb.com
17         SALIM KADOURA, ESQ.
           salim.kadoura@squirepb.com
18
19  ROGERS JOSEPH O'DONNELL, PC
           Counsel for the Witness
20         875 15th Street, Northwest #725
           Washington, D.C. 20005
21
22  BY:    DEAN PAIK, ESQ.
23
24
25

Fuad Ateyeh
April 08, 2021

Page 6

```
 1
 2                    (CONT'D)
 3          A P P E A R A N C E S:
 4
 5   ALSO PRESENT:
 6
 7   COSETTE VINCENT, Cohen & Gresser
 8   ELIZABETH BEZVERKHA, Cohen & Gresser
 9   HADEER AL AMIRI, Interpreter
10   COREY WAINAINA, Videographer
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
 1
 2                     - o 0 o -
 3
 4        H A D E E R   A L   A M I R I,
 5        Called as the interpreter in this
 6   matter, was duly sworn by a Notary Public to
 7    accurately and faithfully translate the
 8    questions propounded to the AWNI ABU HBDA
 9    from English into Arabic, and the answers
10   given by the AWNI ABU HBDA from Arabic into
11                   English.
12
13                     - o 0 o -
14
15          F U A D   A T E Y E H,
16        The WITNESS herein, after having been
17    first duly sworn by a Notary Public, was
18       examined and testified through an
19        interpreter, in Arabic, as follows:
20
21                     - o 0 o -
22
23
24
25
```

Page 8

```
 1
 2        THE VIDEOGRAPHER:  Good afternoon.  We are
 3   now on the record.  The Participants should be
 4   aware that this proceeding is being recorded, and
 5   as such, all conversations held will be recorded,
 6   unless there is a request or agreement to go off
 7   the record.  This is the remote video-recorded
 8   deposition of Fuad Ateyeh.  Today is Thursday,
 9   April 8th, 2021.  The time is now 16:33 UTC Time.
10        We are here in the matter of Shatsky
11   versus PLO.  My name is Corey Wainaina.  I am the
12   Remote video technician on behalf of U.S. Legal
13   Support located at 90 Broad Street, New York, New
14   York.  I'm not related to any Party in this
15   Action, nor am I financially interested in the
16   outcome.
17        At this time, will the reporter Ambria
18   Ianazzi on behalf of U.S. Legal Support please
19   enter the statement for remote proceedings into
20   the record.
21        MR. WICK:  Before we begin, just one
22   housekeeping measure, I would ask, as we are here
23   remotely during the COVID-19 Pandemic, that
24   Counsel confirm that we're stipulating, pursuant
25   to Rule 29 to the Federal Rules of Civil Procedure
```

Page 9

```
 1
 2   that today's deposition may be taken by
 3   videoconference, as we're proceeding, and that it
 4   may be taken before Ms. Ianazzi, who I understand
 5   is in New York, and the rest of us are scattered
 6   in different locations; do Counsel agree?
 7        MR. BERGER:  For the Defendants, yes.
 8        MR. PAIK:  For the deponent, yes.
 9        MR. WICK:  Thank you.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Fuad Ateyeh
April 08, 2021

Page 10

1                    F. ATEYEH
2    EXAMINATION BY
3    MR. WICK:
4        Q.  Good morning, Mr. Ateyeh.  Thank you for
5    coming today.
6        A.  Good morning, sir.
7        Q.  My name is Ron Wick.  I'm with the law
8    firm of Cohen & Gresser, and I will be asking you
9    some questions today.  Let me begin by asking you,
10   have you ever had your deposition taken before?
11       A.  Yes.
12       Q.  On how many occasions?
13       A.  Twice.
14       Q.  Great.  We may come back to that, but let
15   me just go over the process with you.  As a
16   reminder, the court reporter will be transcribing
17   everything we say today.  To make sure that the
18   record is accurate, and especially since we're
19   proceeding by videoconference, it is important that
20   you and I, and the other counsel, and our
21   interpreter, not speak over each other, so that only
22   one person speaks at a time, and I would wait --
23   excuse me.
24           So, I would ask that you wait until I
25   finish my questions before you start to answer, and

Page 11

1                    F. ATEYEH
2    I will, in turn, try to wait until you finish before
3    I ask another question.
4           And it is also important, given that we do
5    have a court reporter taking down everything that we
6    say, for you to respond to questions verbally.  For
7    example, nodding your head is something that can't
8    be transcribed.
9           And if you don't understand one of my
10   questions, please let me know, and I will try and
11   rephrase it for you.  If you do answer a question, I
12   will assume that you understood it; okay?
13           Your counsel and other counsel here may
14   object to my questions.  Unless your counsel
15   instructs you not to answer a question, you should
16   go ahead and answer my question, even though there
17   was an objection; is that understood?
18           And lastly, I hope we won't be going for
19   too long today, but we may take periodic breaks
20   during the deposition.  If you need a break at any
21   time, please let your attorney know, or let me know,
22   and we'll do our best to accommodate your request.
23           My one request is that if I've asked you a
24   question, I would ask that you answer the question
25   before we take the break; is that all right?

Page 12

1                    F. ATEYEH
2        A.  Okay.
3        Q.  Mr. Ateyeh, are you aware of any reason
4    why you cannot answer my questions today fully and
5    accurately?
6        A.  No.
7        Q.  All right.  I note that you asked for an
8    interpreter today.  Mr. Ateyeh, are you fluent in
9    Arabic?
10       A.  Yes.
11       Q.  And are you also fluent in English?  How
12   long have you lived in the United States?
13       A.  So --
14           THE INTERPRETER:  This is interpreter.  I
15   want to instruct him in Arabic, also, for his
16   answers to be in Arabic, also, instead of English.
17       A.  Fifty-two years.
18       Q.  All right.  And when you conduct business,
19   typically, which language do you use?
20       A.  English.
21       Q.  I'm going to be showing you some documents
22   during the deposition.  We'll be putting them on the
23   screen, and we will show you as much of the document
24   as you need to see.  If there's something else in
25   the document you would like to see, you and your

Page 13

1                    F. ATEYEH
2    counsel could just let us know, and we'll be happy
3    to move the document around and show you whatever it
4    is.  And I'm going to do that now.
5           MR. WICK:  And could we put up Tab 3,
6    please.
7           MS. VINCENT:  Yes.
8           (Whereupon, Tab 3 was marked as Exhibit 1 for
9    identification, as of April 8th, 2021.)
10       Q.  Can you see that, Mr. Ateyeh?  What we're
11   showing you right now is a copy of a Subpoena from a
12   Court that's commanding you to appear at a
13   deposition today.  Go ahead.
14           Have you received a copy of the Subpoena?
15           Mr. Ateyeh, because you've requested an
16   interpreter, and he's translating my questions in
17   Arabic, you need to answer in Arabic, and have him
18   translated back to me.
19       Q.  And to be clear, do you understand,
20   Mr. Ateyeh?
21       A.  Yes.
22       Q.  Okay.
23           THE INTERPRETER:  This is interpreter.  I
24   asked him if he received a copy of the Subpoena
25   and the answer was yes.

Fuad Ateyeh
April 08, 2021

Page 14

F. ATEYEH

1
2   Q.   All right.  And is it your understanding
3   that you are testifying today pursuant to the
4   Subpoena?
5   A.   Yes.
6   Q.   Did you do anything to prepare for your
7   deposition today?
8   A.   Yes.
9   Q.   What did you do?
10  MR. PAIK:  So, we're not talking about
11  meeting with the lawyer, or anything that
12  Mr. Ateyeh and I spoke about.
13  Q.   Other than speaking with your lawyer,
14  Mr. Ateyeh, what did you do to prepare for your
15  deposition today?
16  A.   I was asked to search or look for some
17  papers, and I was trying to locate them and give
18  them to my attorney.
19  Q.   Okay.  Did you meet with anybody, or
20  discuss your deposition, or your testimony today
21  with anybody other than your attorney?
22  A.   Yes.
23  Q.   Who else did you meet with?
24  A.   With my wife.
25  Q.   Anyone other than your wife?

Page 15

F. ATEYEH

1
2   A.   No.
3   Q.   And prior to your deposition today, have
4   you ever had any communications with the counsel for
5   the Defendants, who is here today, Mr. Mitch Berger?
6   A.   No.
7   Q.   And have you ever had any communications
8   with Mr. Berger's colleague Gassan Baloul?
9   A.   No.
10  Q.   And have you ever had any communications
11  with anybody else at the Defendant's law firm of
12  Squire, Patton, Boggs?
13  A.   No.
14  Q.   And your attorney, Mr. Paik, did you know
15  Mr. Paik before you received the Subpoena?
16  A.   No.
17  Q.   And how did you get in contact with
18  Mr. Paik?
19  MR. PAIK:  I'm sorry, can you answer in
20  Arabic, please?
21  A.   A family friend recommended him.
22  Q.   And is anyone, other than you, paying his
23  legal bills for this matter?
24  MR. PAIK:  Objection.
25  Can I object first, or do you want to

Page 16

F. ATEYEH

1
2   interpret it first?
3   THE INTERPRETER:  I will interpret it.
4   MR. PAIK:  Okay.  I'm going to object, and
5   on attorney-client privilege grounds, and instruct
6   the Witness not to answer.
7   MR. WICK:  On attorney-client privilege
8   grounds?
9   MR. PAIK:  Yes.
10  MR. WICK:  Who paying his bills?
11  MR. PAIK:  I mean, you could do whatever
12  you feel is appropriate.  That's the objection,
13  and that's the instruction.  I would also add that
14  it's not relevant.  I don't see how he's paying
15  his fees is relevant to, or makes the -- somehow
16  objects -- the Palestinian Authority to -- in the
17  United States.
18  MR. WICK:  Well, I appreciate that.  Of
19  course, relevance is not a basis to object.  I'll
20  ask a different question.
21  Q.   Is the Palestinian Authority paying your
22  legal bills in connection with this matter?
23  MR. PAIK:  Go ahead.  I'm sorry.  Okay.
24  Same objection, same instruction.
25  Q.   And are you going to follow your

Page 17

F. ATEYEH

1
2   attorney's instruction, Mr. Ateyeh?
3   A.   Yes.
4   Q.   And is anyone from the Palestinian
5   Liberation Authority -- correction.
6   Is the Palestinian Liberation Organization
7   paying your legal bills in connection with this
8   matter?
9   MR. PAIK:  Okay.  Objection -- same
10  objection, same instruction.
11  Q.   And Mr. Ateyeh, are you going to follow
12  your attorney's instruction not to answer my
13  question?
14  A.   Yes.
15  Q.   Mr. Ateyeh, you, I believe, testified a
16  moment ago that you have had your deposition taken
17  on two previous occasions; is that correct?
18  A.   Yes, sir.
19  Q.   Let's start with the most recent one.
20  When was that?
21  A.   2012, I think.
22  Q.   And what type of case was that in
23  connection with?
24  MR. PAIK:  Use the interpreter, please.
25  A.   One of the tenants who was renting claimed

Fuad Ateyeh
April 08, 2021

Page 18

F. ATEYEH
1          F. ATEYEH
2   that -- there was a fire, and she claimed that she
3   was affected by that fire, and she filed a claim
4   against me for personal injury.
5        Q.   She was a residential tenant of yours?
6        A.   Yes, sir.
7        Q.   And what about the other occasion in which
8   you were deposed; when was that?
9        A.   Maybe 2005.
10       Q.   And what type of case was that?
11       A.   One person lended money for me, asked me
12  for money.  I lent him money.  He never gave it back
13  to me, so I sued him.
14       Q.   You were recovering on a personal loan?
15            MR. PAIK:  Excuse me, I'm going to object
16       as to outside the basis of reasonable scope for
17       the jurisdiction of discovery.  You've got your
18       answer for the basis of the deposition; would you
19       move on?
20       Q.   You could answer, Mr. Ateyeh.
21       A.   Was the question; did I get my money or
22  not?
23       Q.   No.  I just wanted to clarify that the
24  nature of the case was you were seeking to recover
25  on a personal loan?

Page 19

1          F. ATEYEH
2        A.   Yes.
3        Q.   And have you ever testified in court?
4        A.   Yes.  Yes.
5        Q.   On how many occasions?
6        A.   I think once.
7        Q.   And was it in either of the two cases that
8   you just discussed?
9            THE INTERPRETER:  This is interpreter.
10       He's asking me to repeat the question.  I will.
11       A.   Are you referring to the case where I lent
12  someone money, and I filed a claim against him?
13       Q.   All right.  So, that was the same case
14  where you had your deposition taken, and -- in,
15  approximately, 2005?
16       A.   Yes.
17       Q.   Great.
18            MR. WICK:  And to make it easier,
19       Elizabeth, I think we could take that document
20       down.  Thank you.
21       Q.   Mr. Ateyeh, are you a licensed notary
22  public?
23       A.   Yes.
24       Q.   Where are you licensed?
25       A.   In the State of California.

Page 20

1          F. ATEYEH
2        Q.   Are you licensed in any other
3   jurisdictions?
4        A.   No.
5        Q.   And do you offer your notary public
6   services individually or through one of your
7   businesses?
8            MR. PAIK:  Objection, it assumes he has
9       businesses.
10       Q.   You can answer, if you understand the
11  question.
12       A.   I don't know what is the difference.  I
13  have a business, and I do the notarization.  I don't
14  know what is the connection.
15       Q.   Is your business -- strike that.
16            What's the name of your business?
17       A.   Fred's Liquor.
18       Q.   I'm sorry, Fred's Liquor?
19       A.   Liquor.
20       Q.   And that business sells liquor?
21       A.   Yes.
22       Q.   And Fred's Liquor also offers notary
23  public services?
24       A.   No.
25       Q.   Okay.  Do you have a business that offers

Page 21

1          F. ATEYEH
2   notary public services?
3        A.   No.
4        Q.   But you offer notary public services
5   yourself?
6        A.   Yes.
7        Q.   Do you have any other notary publics that
8   work for you?
9        A.   No.
10       Q.   And for what types of clients do you
11  particularly -- that's not a good question.  Let me
12  try to rephrase that.
13            Are your notary services primarily used by
14  individuals, as opposed to companies, or
15  organizations?
16       A.   Whomever calls me, I notarize it for him.
17       Q.   Are there particular types of documents
18  that you hold yourself out as a specialty of yours
19  in notarizing?
20       A.   No.
21       Q.   Are there particular types of clients that
22  you advertise your services to?
23            MR. PAIK:  Objection, assumes he
24       advertises.
25       Q.   You may answer.

Page 22

```
1                    F. ATEYEH
2       A.   I do not advertise.  I'm sorry for that.
3       Q.   Approximately, how many documents do you
4  notarize per year?
5       A.   I cannot tell you the exact number, but
6  maybe 30, 20; I don't know exactly.
7       Q.   Is it fair to say that your notary
8  services are not a significant portion of your
9  income?
10      A.   I want to explain to you that this
11 service, I do it as a favor for the community, other
12 than to gain money for it.
13      Q.   Do you charge for your notary services?
14      A.   Yes.
15      Q.   And, approximately, what percent of your
16 notary clients would you say are Palestinian
17 American?
18      A.   A high percentage, most of them.
19      Q.   All right.  And do you have notary clients
20 outside of the United States?
21      A.   No.
22           MR. PAIK:  Objection, ambiguous.
23           MR. WICK:  I'll rephrase it.
24      Q.   Do you have notary clients who reside
25 outside of the United States?
```

Page 23

```
1                    F. ATEYEH
2       A.   No.
3       Q.   Is the Palestinian Authority a client of
4  yours?
5       A.   No.
6       Q.   Is the Palestinian Liberation Organization
7  a client of yours?
8       A.   No.
9       Q.   And just for shorthand, during the
10 deposition, I will use the acronym, "PLO," to refer
11 to the Palestinian Liberation Organization; is that
12 okay?
13      A.   Yes.
14      Q.   To the best of your knowledge, does
15 anybody who works for the Palestinian Authority --
16 excuse me.
17           To the best of your knowledge, is anyone
18 who works for the Palestinian Authority a client of
19 yours?
20      A.   No.
21      Q.   And to the best of your knowledge, is
22 anybody who works for the PLO a client of yours?
23      A.   No.
24      Q.   And to the best of your knowledge, is
25 anybody who works at the Palestinian United Nations
```

Page 24

```
1                    F. ATEYEH
2  Mission a client of yours?
3       A.   No.
4       Q.   Have you ever provided any notary services
5  for the Palestinian Authority?
6       A.   No.
7       Q.   Have you ever provided any notary services
8  for the PLO?
9       A.   No.
10      Q.   And have you ever provided any notary
11 services for anyone that you knew to be an official
12 or an employee of either the Palestinian Authority
13 or the PLO?
14      A.   No.
15      Q.   Have you ever provided any consular
16 services for the Palestinian Authority or the PLO?
17           MR. PAIK:  Object to the form of the
18      question.  It's ambiguous.  I don't know what you
19      mean by, "consular services."
20           MR. BERGER:  I join in that objection.
21           MR. WICK:  Please go ahead and interpret
22      the question, and I would like an answer.
23      A.   No.
24      Q.   In providing your notary services, do you
25 have occasion to notarize or certify any official
```

Page 25

```
1                    F. ATEYEH
2  documents of either the Palestinian Authority or the
3  PLO?
4       A.   No.
5       Q.   Do you have occasion to notarize or
6  certify documents for use in Palestinian legal
7  proceedings?
8           MR. PAIK:  Objection.  Sorry.  Go ahead.
9           MR. BERGER:  Objection, compound question.
10      Q.   You may answer.
11      A.   I don't understand exactly what you are
12 referring to.
13      Q.   Have you ever had occasion to -- let me
14 strike that.
15           Are you occasionally asked to notarize a
16 document that is intended to be used in a -- in a
17 legal proceeding in Palestinian?
18      A.   No.
19      Q.   Give me just a moment, please.
20           Do you have any agreement with the
21 Palestinian Authority who provide any services in
22 the United States?
23           MR. PAIK:  Objection; indifferent as to
24      time.
25           MR. WICK:  To be clear, I'll rephrase the
```

Page 26

F. ATEYEH

1
2    question.
3        Q.   Do you currently have any agreement with
4    the Palestinian Authority to be able to provide
5    services in the United States?
6        A.   No.
7        Q.   Have you ever had such an agreement?
8        A.   What agreement exactly are you referring
9    to?
10       Q.   Have you ever had any agreement of any
11   kind with the Palestinian Authority to provide
12   services to individuals in the United States?
13           MR. PAIK:  Objection.  Services of any
14   kind?
15           MR. WICK:  Correct.
16       A.   No, I don't have any agreement.
17       Q.   Have you ever had any agreement with the
18   Palestinian Authority to provide services in the
19   United States?
20       A.   No, but I didn't even understand; what do
21   you mean by, "the agreement"?
22       Q.   Do you understand what an agreement is?
23       A.   Yes.
24       Q.   Okay.  I'm asking about whether you've
25   ever had an agreement of any kind with the

Page 27

F. ATEYEH

1
2    Palestinian Authority that have to do with you
3    providing services in the United States?
4        A.   No.
5        Q.   Same question for the PLO.  Have you ever
6    had an agreement with the PLO to provide any kind of
7    services in the United States?
8        A.   No.
9        Q.   And do you hold any licenses that have
10   been granted by the Palestinian Authority?
11       A.   No.
12       Q.   Do you hold any licenses that have been
13   granted by the PLO?
14       A.   No.
15       Q.   Are you aware that the PLO used to have an
16   office in Washington, D.C.?
17       A.   Yes.
18       Q.   And do you know what happened to that
19   office?
20       A.   Yes.
21       Q.   What's your understanding of what happened
22   to that office?
23           MR. PAIK:  In Arabic, please.
24       A.   I understand it's closed now.  The office
25   is closed now.

Page 28

F. ATEYEH

1
2        Q.   And do you have an understanding that the
3    Washington, D.C. office of the PLO used to provide
4    services that could be characterized as consular
5    services?
6            MR. PAIK:  Objection, lacks foundation.
7    If the Witness even understands what consular
8    services are.
9            MR. WICK:  Let me stop real quick for a
10   second because I realized I forgot to do something
11   very important, which is plug my laptop in, and
12   it's about to die.
13           THE VIDEOGRAPHER:  Do you want to go off
14   the record?
15           MR. WICK:  Okay.  Yes.  Could we go off
16   the record for a minute, please.
17           THE VIDEOGRAPHER:  Okay.  We are now off
18   the record.  The time is 17:14 UTC Time.
19      (Whereupon, a short recess was taken.)
20           THE VIDEOGRAPHER:  We are now back on the
21   record.  The time is 17:16 UTC Time.
22           MR. WICK:  Thank you.
23       Q.   And before I was interrupted, Mr. Ateyeh,
24   there was an objection to my question, so I'm going
25   to ask you a different one.  Were you aware of any

Page 29

F. ATEYEH

1
2    services that the PLO D.C. offices provided, before
3    it closed?
4        A.   I don't know.
5        Q.   All right.  Do you know what the D.C.
6    office did?
7        A.   I don't know.
8        Q.   Do you have any understanding as to
9    whether the D.C. office certified documents for use
10   in certain legal proceedings?
11           MR. PAIK:  Objection, asked and answered.
12       Q.   Please answer the question.
13       A.   Let me answer.  Maybe it's not straight
14   answer, but I don't know what they do exactly in
15   that office.  The only thing I know is that I send
16   them the authorization, and they sign it, and send
17   it back; this is what I know.
18       Q.   What authorization would you send them?
19       A.   I send them -- because they sign it.  I
20   don't know what they do it with, but they sign it.
21       Q.   Why would you have occasion to send papers
22   to the PLO's D.C. office?
23           THE INTERPRETER:  I'm sorry.
24           MR. PAIK:  Objection.  Can he have a
25   time-period?

Fuad Ateyeh
April 08, 2021

F. ATEYEH

1
2    MR. WICK:  I'm working off the Witness's
3  answer, but if you'd like to clarify, certainly.
4  Let's step back.
5    Q.   On occasion, you would send papers to the
6  D.C. -- to the PLO's D.C. office, correct?
7    A.   Yes.  To be specific, the authorization I
8  do; yes.
9    Q.   And over what --
10    MR. BERGER:  Excuse me, we have an
11  objection to the translation.  Our translator says
12  the word he is using is, "Power of Attorney," not
13  authorization.
14    MR. WICK:  Okay.
15    Q.   The papers that you're describing, without
16  characterizing them, over what time-period would you
17  send papers to the PLO's Washington, D.C. office?
18    A.   I didn't understand the question to answer
19  it correctly.  So, when you say, "timeframe," do you
20  mean how long for these documents to take, or what
21  do you mean by, "timeframe," exactly?
22    Q.   I mean the dates on which you would have
23  occasion to interact with the PLO's D.C. office;
24  from what year to what year, approximately?
25    A.   From 2012 up until they closed.

F. ATEYEH

1
2    Q.   I'm sorry, from 2012 until?
3    A.   Until the office was closed.
4    Q.   Okay.  Thank you.  And since we seem to
5  have a disagreement about what these papers were
6  called, can you describe them for me, please?
7    A.   So, the Power -- the papers that I service
8  are Power of Attorneys that we sign and send to the
9  attorneys, and there's two types of Power of
10  Attorneys; there's the general Power of Attorney,
11  and the specific one for selling property, or
12  selling a land.
13    Q.   And why would you send Powers of Attorney
14  to the -- to the PLO's Washington, D.C. office?
15    A.   They either come to me to sign the deal or
16  go directly.  They are to sign it, so I help the --
17  the community to sign it.
18    Q.   So, this is a -- are these documents that
19  you would notarize for one of your clients?
20    A.   Yes.
21    Q.   Okay.  And why would you -- after you've
22  notarized a Power of -- strike that.
23    So, you would notarize a Power of Attorney
24  for one of your clients, correct?
25    A.   Yes.

F. ATEYEH

1
2    Q.   And why would the PLO's Washington, D.C.
3  office need that document, after you had notarized
4  it?
5    MR. PAIK:  Objection, calls for
6  speculation.  And, also, objection, assumes facts
7  not in evidence.
8    Q.   You may answer.  Please answer in Arabic.
9    A.   So, first of all, the question is not
10  clear.  Secondly, I'm just a notary public.  I have
11  already notarized -- I notarize the papers, the
12  Power of Attorneys, but I don't have any authority
13  to sign on their behalf.
14    Q.   I understand.  There's a process here that
15  I'm not understanding, and I'm hoping you can save a
16  little bit of time.  If you could explain it, what
17  the connection is between your client and you, and
18  the PLO's Washington, D.C. office.  So, if I
19  understand it --
20    THE INTERPRETER:  Sorry.  Continue.
21    Q.   And so my question is, why did you send
22  documents that you had notarized to the PLO, rather
23  than just giving them back to your client?
24    A.   Now, your question is slightly more -- to
25  answer it.  So, the customer comes, and they sign,

F. ATEYEH

1
2  and I notarize the document, and either I take their
3  document, or Power of Attorney, and take it
4  themselves to the office in Washington, D.C., or I
5  take it myself, and send it, and get it back.
6    About 50 percent of the Power of Attorney,
7  the individuals take it themselves, and I never see
8  them again, and the other part, I send it to the
9  office, and they send it back to me.  I hope that
10  this answers your question.
11    Q.   I'm starting to understand.  So, why
12  would --
13    You said that for about 50 percent you
14  would send the document to the PLO, and they would
15  send it back to you.  Would the PLO do something
16  with that document before sending it back?
17    MR. BERGER:  Objection, this is
18  Mr. Berger.  I'm identifying myself because the
19  record has me down as Mr. Paik.  I object to the
20  ambiguity of the question.  You should be -- PLO,
21  it should be clear on the record, the PLO Mission
22  of the United States, not the PLO elsewhere.
23    MR. WICK:  I am referring to the PLO's
24  Washington, D.C. office, which I understood to be
25  an office of the PLO, but if that creates an

Fuad Ateyeh
April 08, 2021

Page 34

         F. ATEYEH
1
2  ambiguity, I'm happy to refer to it as the
3  Washington, D.C. office.  The Witness may answer.
4         THE INTERPRETER:  Could you please read
5  the question again, if you don't mind.
6         MR. WICK:  I'll re-ask the question.
7     Q.   You referred a moment ago to sending
8  documents to the PLO's Washington, D.C. office, and
9  then sending the document back to you.
10        My question is, what would the PLO's
11 Washington, D.C. office do with that document,
12 before sending it back to you?
13    A.   Yes, I know they stamp it with the
14 Embassy's stamp, and they send it back to me, and I
15 give it back to the client.
16    Q.   Okay.  And does that stamp convey some
17 sort of authorization or approval from the PLO?
18        MR. PAIK:  Objection, calls for
19 speculation.
20        MR. WICK:  The Witness may answer.
21        MR. PAIK:  Objection.  This is Paik.  I
22 think that also calls for a legal conclusion, what
23 the Witness --
24    Q.   Mr. Ateyeh, you may answer.
25    A.   When they sign it and send it back to us,

Page 35

         F. ATEYEH
1
2  it becomes a valid document for us.
3     Q.   Okay.  And when you say, "a valid
4  document," is it your understanding that it's a
5  valid document under Palestinian law?
6         MR. BERGER:  Objection, calls for a legal
7  conclusion.  This is -- calls for a legal
8  conclusion.
9         Objection, this is also Berger.  It's
10 leading, and this is a non-party witness.
11    Q.   You may answer.
12    A.   I don't know what happens to this document
13 after I receive it.  I give it to them, and I don't
14 know what happens to it.
15    Q.   I understand.  What did you mean when you
16 said, "it becomes a valid document after it's
17 stamped"?
18    A.   My clients send it to the authorize person
19 in Palestinian to use it.
20    Q.   Okay.  So, the documents that you would
21 send to be stamped by the PLO's Washington, D.C.
22 office were typically documents that your clients
23 intended to send to Palestine for use there?
24    A.   Yes.
25    Q.   Okay.  And based on the practice that

Page 36

         F. ATEYEH
1
2  you've just described, is it your understanding that
3  stamping documents, or attesting to documents for
4  use in Palestine was a service that was provided by
5  the PLO's Washington, D.C. office?
6     A.   Yes.
7     Q.   Okay.  Are you aware of any other services
8  that the PLO's Washington, D.C. office offered?
9     A.   No.
10    Q.   Do you have any awareness of whether the
11 PLO's Washington, D.C. office offered notary
12 services?
13    A.   Yes.
14    Q.   And to be clear, is it your understanding
15 that the PLO's Washington, D.C. office offered
16 notary services?
17    A.   Yes.
18    Q.   Okay.  And to your knowledge, did the
19 PLO's Washington, D.C. office enter into contracts
20 with individual notaries to offer notary services?
21    A.   I don't know.
22    Q.   To your knowledge, did the PLO's
23 Washington, D.C. office ever refer individuals to
24 you, or recommend that they get documents certified
25 by you?

Page 37

         F. ATEYEH
1
2     A.   I don't know who sends the clients.  I
3  don't know.
4     Q.   So, to be clear, you're not aware of the
5  PLO's Washington, D.C. office ever recommending or
6  referring a client to you?
7         MR. PAIK:  Objection, asked and answered.
8  You may answer.
9     A.   Let me clear the picture more.  When a
10 client comes to me, I want -- I don't ask the
11 client, "who sent you?  Where did you come from?"
12    Q.   I understand that you don't ask the
13 client.  My question is a little bit different, but
14 it's a direct question.
15        Do you have any knowledge or awareness
16 that the Washington, D.C. of the PLO ever
17 recommended or referred a client to you?
18        MR. PAIK:  Objection, asked and answered.
19    A.   Again, I will answer you again.  Really, I
20 don't know.
21    Q.   Okay.  And do you have any awareness or
22 knowledge that the Palestinian Authority ever
23 recommended or referred a client to you?
24    A.   No.
25    Q.   Okay.

Page 38

F. ATEYEH

1
2      MR. WICK:  Elizabeth, could we go to Tab
3  D, please, or Tab 4.  Excuse me.
4      MS. BEZVERKHA:  Sorry.  Just a moment.
5      MR. PAIK:  Sorry.  Do you mind if we take
6  a break while -- I think we've been going for more
7  than an hour.
8      MR. WICK:  That's fine with me.
9      THE VIDEOGRAPHER:  Okay.  We are now off
10  the record.  The time is 17:39 UTC Time.
11      (Whereupon, a short recess was taken.)
12      THE VIDEOGRAPHER:  We are now back on the
13  record.  The time is 17:51 UTC.
14      MR. WICK:  Thank you.
15      Q.   Mr. Ateyeh, I was about to show you a
16  document, but before I do so, maybe I'll just -- to
17  avoid it, are you aware of having been -- ever
18  having your name or contact information on a website
19  affiliated with the PLO regarding your notary
20  services?
21      A.   Yes, from the clients.
22      Q.   I don't understand your answer.  What do
23  you mean by, "from the clients"?
24      A.   Yes, when a client comes to me, he tells
25  me that he got my name and contact from the Website.

Page 39

F. ATEYEH

1
2      Q.   Okay.  And do you understand that Website
3  to be a Website of the PLO?
4      A.   It's not the PLO.
5      Q.   Okay.  Let's look at Tab 4.
6      A.   Okay.
7      Q.   We're going to show you a document.
8  Mr. Ateyeh, this is a printout from a Website.
9  You'll see at the -- at the top of the Website, it
10  says, "PLO General Delegation to the United States."
11      (Whereupon, Tab 4 was marked as Exhibit 2 for
12  identification, as of April 8th, 2021.)
13      MR. WICK:  Can you zoom in a little bit on
14  that, so we could see the heading, and can we zoom
15  in on that?
16      Q.   There we go.  You see the heading, "PLO
17  General Delegation to the United States"?
18      A.   Yes.
19      Q.   Okay.  And to -- to not mislead, this is
20  not a current web page.
21      MR. WICK:  Elizabeth, can you scroll down
22  to the bottom of the page.  A little more.  All
23  the way to the bottom.  There we go.
24      Q.   You'll see the date at the very bottom,
25  it's timestamped March 18th, 2019; do you see that?

Page 40

F. ATEYEH

1
2  Yes; do you see that?
3      A.   Yes.
4      Q.   All right.  If we go back up to the first
5  page, you'll see that there's a section in the
6  middle of the page called, "notary publics"; do you
7  see that?
8      A.   Yes, sir.
9      Q.   Okay.
10      MR. WICK:  And Elizabeth, could you scroll
11  down?  It's going to be about seven or eight pages
12  to that section.  It's going to be several pages
13  down.
14      Q.   And while she is scrolling, I'm going to
15  ask you, Mr. Ateyeh, are you familiar with that
16  Website?
17      A.   No.
18      Q.   Okay.  All right.  So, this page is from
19  the Notary Public section of that Website, and you
20  will see that there is a list of tabs associated
21  with various cities; do you see that?
22      A.   It's not clear.
23      Q.   You mean the document isn't clear?  You
24  can't read it clearly?
25      A.   I can't see it even.  I don't know.  Now I

Page 41

F. ATEYEH

1
2  can see it.
3      Q.   Okay.  Do you see your name listed on the
4  page?
5      A.   Yes.
6      Q.   All right.  Do you know how you came --
7  how your name came to be listed on this page?
8      A.   First of all, I haven't seen this page my
9  whole life.  Second thing, I am a well-known and
10  trusted person in the community.
11      MR. PAIK:  This is Paik.  Can I move to
12  strike everything after, "second"?
13      MR. WICK:  I'm sorry?
14      MR. PAIK:  Move to strike everything
15  after, "second," as nonresponsive.
16      MR. WICK:  You're certainly free to state
17  your motion for the record.
18      MR. PAIK:  What?  Sorry, I didn't catch
19  that.  The second part of the answer wasn't
20  responsive to the question, so I just move to
21  strike it.
22      MR. WICK:  And your motion is noted.
23      Q.   So, I'm going to ask the question again.
24  Mr. Ateyeh, do you know how your name came to be
25  listed on this page?

Fuad Ateyeh
April 08, 2021

Page 42

```
 1                    F. ATEYEH
 2        A.   I have been doing the Notary Public
 3   through the State of California for ten years, and I
 4   expect for it to be popular among people.
 5        Q.   Do you know who put your name on the page?
 6        A.   No, and I've never seen this page.
 7        Q.   Did anyone at the PLO or the Palestinian
 8   Authority ever ask you for permission to list you as
 9   a Notary Public on their Website?
10        A.   No.
11        Q.   And I want to be clear on this, although
12   I've asked you similar questions before; have you
13   ever had any financial or business arrangement with
14   the Washington, D.C. office of the PLO?
15        Since the Washington, D.C. office closed,
16   do you know whether the Palestinian Authority, or
17   PLO has established a list of recommended Notary
18   Publics in the United States?
19        A.   I know there is a list of names available
20   and my name is one of them.
21        Q.   Do you know where a person could find that
22   list?
23        A.   You know, I've never seen this myself.
24        Q.   How do you know that your name is on it?
25        A.   The people tell me that.
```

Page 43

```
 1                    F. ATEYEH
 2        Q.   Which people?
 3        A.   The clients who comes to sign their
 4   papers.
 5        Q.   To your knowledge, do some of these
 6   clients find out about you and your services from
 7   that list?
 8        A.   Very few of them, but most of them, most
 9   of the clients knows that I'm a Notary Public in San
10   Francisco.
11        Q.   Have you ever had a conversation with
12   anybody at the Palestinian Authority or the PLO
13   about having your name on that list?
14        A.   No.
15        Q.   And have you ever received any
16   compensation from the Palestinian Authority or for
17   the PLO for being on that list?
18        A.   No.
19        Q.   And have you ever received any
20   compensation from the Palestinian Authority or the
21   PLO for any notary services that you have performed
22   pursuant to your being on that list?
23        A.   No.
24        Q.   Has anyone ever contacted you to ask that
25   you notarize a document on behalf of the Palestinian
```

Page 44

```
 1                    F. ATEYEH
 2   Authority or the PLO?
 3        A.   No.
 4        Q.   You described a little while ago a process
 5   by which you notarize documents for use in
 6   Palestine.  Do you also notarize documents for other
 7   purposes, or have all of the documents you've
 8   notarized been for use in Palestine?
 9        MR. PAIK:  Object to the portion of the
10   question, to the extent it attempts to summarize
11   parts of the answer.
12        MR. WICK:  You may answer.
13        A.   So, I'm a Notary Public in the State of
14   California, and my office is open to any person who
15   comes to notarize their document.  Yes, high
16   percentages from Palestine, but not all of my
17   customers or clients are Palestinians.
18        Q.   I'm going to ask you to estimate, during
19   the last 12 months, approximately, what percentage
20   of the documents that you have notarized were
21   documents that were notarized for use in Palestine?
22        A.   Most of them.
23        Q.   More than 75 percent?
24        A.   Yes.
25        Q.   More than 90 percent?
```

Page 45

```
 1                    F. ATEYEH
 2        A.   I don't know -- I cannot -- I don't know.
 3        MR. WICK:  Elizabeth, could we take this
 4   down and put up Tab 9, please.
 5        (Whereupon, Tab 9 was marked as Exhibit 3 for
 6   identification, as of April 8th, 2021.)
 7        MR. WICK:  Great.
 8        Q.   Mr. Ateyeh, I am showing you a document
 9   that you produced to us, as well as a Certified
10   English translation of that document that we've had
11   done.  This is -- the first page is labeled FA001-T,
12   which is the first page of the English translation,
13   but lets just scroll through the pages very quick.
14        MR. WICK:  Elizabeth.  So, that everybody
15   could see the full document, slow down.  Go back
16   to the -- that's FA002-T, which is the second page
17   of the English translation, and then after that,
18   we have the translator Certification, keep going,
19   and then below that, we have the original document
20   that you produced to us, Bates stamped FA001 and
21   the last page, I believe, is FA002.
22        Q.   Mr. Ateyeh, at least with respect to the
23   last two pages of this documents, do you recognize
24   the document as a document that you produced to us?
25        A.   Yes.
```

Fuad Ateyeh
April 08, 2021

Page 46

1                F. ATEYEH
2       Q.   And could you please describe what this
3    document is.
4       A.   So, this is a Power of Attorney specific
5    that cannot be changed, meaning that this Power of
6    Attorney can only be used specifically to sell a
7    land.
8            MR. WICK:  Okay.  And I actually stop, and
9    ask a process question now, because I realize we
10   have not talked about marking these exhibits, and
11   I ask Ms. Ianazzi, what's your procedure for that?
12   Do we send these?  Okay.  Thank you.
13      Q.   And this is a document, Mr. Ateyeh, that
14   you notarized, correct?
15      A.   Yes.
16      Q.   In fact, that is your seal in the bottom
17   right-hand corner of the page numbered FA002,
18   correct?
19      A.   Yes.
20      Q.   And can you describe the seals in the
21   lower left-hand corner; what are those?
22      A.   There are three seals.  Which one are you
23   referring to?
24      Q.   Well, I see two seals.  Let me step back
25   here.  Let's start with the -- the large rectangle,

Page 47

1                F. ATEYEH
2    which is the top of the seals, right next to the
3    redacted box; do you see that?
4       A.   Yes.
5       Q.   All right.  And can you describe what seal
6    that is?
7       A.   Can you enlarge it more, so that I will be
8    able to view it better?
9            MR. WICK:  Can you do that, Elizabeth?
10      A.   I can see it now better.
11      Q.   Great.  Can you explain what that seal is?
12      A.   It said that the Special Palestinian
13   Mission in Mexico are not responsible for the
14   content of this document, but we organize, and we
15   did the seal, and the stamp of the Notary Public,
16   Mr. Fuad Ateyeh.
17      Q.   And I see the name of, "Riyad Alhalabi,"
18   on the page; do you see that?
19      A.   Yes.
20      Q.   And do you know who that is?
21      A.   Over the phone.
22      Q.   I'm sorry?
23      A.   I know him over the phone.
24      Q.   Okay.  Who is he?
25      A.   He is the person who is responsible for

Page 48

1                F. ATEYEH
2    signing the Power of Attorney.
3       Q.   And was he affiliated with the Palestinian
4    Authority or the PLO?
5       A.   I know that he works in the Embassy.  What
6    is his rank, what is his duty, I don't know.
7       Q.   And by the Embassy, are you referring to
8    the Palestinian Embassy in Mexico?
9       A.   Yes, sir.
10      Q.   And so did you send this document to him
11   after you notarized it?
12      A.   Yes, sir.
13      Q.   And he then returned it to you with a
14   stamp?
15      A.   Yes, sir.
16      Q.   It'll be just a moment, please.  I'm
17   trying to make this go as quickly as I can.  Okay.
18           MR. WICK:  Could we go to Tab 10, please.
19           (Whereupon, Tab 10 was marked as Exhibit 4
20   for identification, as of April 8th, 2021.)
21      Q.   And, again, we'll just look through this
22   quickly.  This is similar to what we just looked at
23   add at in the -- an English translation of the
24   document, similar to the document produced.  It's --
25   if we'll just walk through it quickly.  If we could

Page 49

1                F. ATEYEH
2    go to the first page, please.
3           Again, English translation that we
4    numbered FA0013-T.  The next page, the translator
5    Certification coversheet, and then the Certification
6    follows that, and then the page after that has a
7    coversheet titled, "Original," then we have a
8    document Bates numbered FA0013 that came from your
9    production, Mr. Ateyeh, and I would ask again, do
10   you recognize this page, FA0013, as a copy of a
11   document you produced to us?
12      A.   Yes.
13      Q.   And is this another example of a Power of
14   Attorney that you notarized for a client?
15      A.   Yes.
16      Q.   Okay.  Let's see.  And can you tell from
17   the document when you notarized the document?
18           MR. WICK:  Can you scroll up, please,
19   Elizabeth, or scroll down, actually, to the bottom
20   of the page.
21           Actually, the date appears to be cut off
22   of the page.  Do any of the other Seals on the
23   page give you an indication of when this occurred,
24   of when you notarized the document?
25      A.   Yes.

Fuad Ateyeh
April 08, 2021

Page 50

F. ATEYEH
1
2      Q.   And what do the other Seals tell you about
3   when this occurred?
4      A.   I think it's August 18, 2020.
5      Q.   Okay.  And that's the date of Mr.
6   Alhalabi's seal, correct?
7      A.   No, it was sealed or stamped after two
8   weeks, on August 31st.
9      Q.   Okay.  And so you would have notarized it
10   about two weeks before that?
11      A.   Correct.
12      Q.   And is this another example of a document
13   that you notarized and sent to the Palestinian
14   Embassy in Mexico?
15      A.   Yes.
16      Q.   And were you in the United States when you
17   notarized this document?
18      A.   Yes.
19      Q.   Approximately, how many documents in the
20   last year have you notarized and sent to Palestinian
21   embassies outside the United States?
22          MR. PAIK:  Object to the form of the
23      question; assumes facts not in evidence to the use
24      of the word plural.
25      A.   It's very hard to estimate.  I don't know

Page 51

F. ATEYEH
1
2   exactly how many.
3      Q.   Do you think it's more than ten?
4      A.   Definitely; yes.
5      Q.   Do you think it's more than 20?
6      A.   I don't think so.
7      Q.   Okay.  And have you notarized and sent any
8   documents in the last year to Palestinian embassies
9   in countries -- in Mexico?
10      A.   From which date to which date?
11      Q.   What is today?  April 8th, 2020, to
12   April 8th, 2021?
13      A.   Yes.
14      Q.   Which other countries have you sent --
15   excuse.
16          Me.  Which other Palestinian embassies
17   have you sent such documents to?
18      A.   Canada.
19      Q.   In any other embassies, besides Canada and
20   Mexico, during that timeframe?
21      A.   No.
22      Q.   And if I take that time-period back a
23   little bit further to January 4th of 2020, would
24   your answer change?
25      A.   I don't -- I really don't know.

Page 52

F. ATEYEH
1
2      Q.   Okay.  Since January 4th of 2020, have you
3   notarized any documents, and sent them to the
4   Palestinian United Nations Mission in the United
5   States?
6      A.   No.
7      Q.   Have you notarized any documents and sent
8   them to any office of the Palestinian Authority or
9   the PLO in the United States?
10      A.   No.
11          MR. WICK:  Can we go to Tab 8, please.
12      (Whereupon, Tab 8 was marked as Exhibit 5 for
13   identification, as of April 8th, 2021.)
14      Q.   So, Tab 8, Mr. Ateyeh is three pages from
15   your production to us that we just received, I
16   believe the day before yesterday.
17          MR. WICK:  And, again, if we could,
18      Elizabeth, if you could scroll through, I believe
19      the first three pages are translated pages labeled
20      FA0131 -- excuse me.  Slow down.  Go back to the
21      first Page 3, FA0130-T.  The second is an English
22      translation, FA0131-T.  Next page.  Next one is
23      a -- is a translation page labeled FA0132-T.  Next
24      page, then the next page.
25          We have our translation Certification and

Page 53

F. ATEYEH
1
2   the next page, we -- one more page down.  We have
3   from your production a page labeled FA -- excuse
4   me, 0131, then the next page FA0131, and the page
5   after that, FA0132.
6          So, if we could scroll up to two pages up
7   to FA0130.
8      Q.   And I would ask you, Mr. Ateyeh, if you
9   recognize this document?
10      A.   Yes.
11      Q.   What is it?
12          MR. WICK:  I need you to answer in Arabic,
13      please.
14      A.   So, when we send the Power of Attorney to
15   the Embassy of the lands, or the -- of lands, I put
16   their email on it, and my email, and a copy of the
17   Power of Attorney, and I send it to them.
18      Q.   Let me ask it this way.  This is an email
19   sent by you, correct?
20      A.   Yes.
21      Q.   And, I'm sorry, and you sent it to an
22   email address, "palus@mfae.gov.ps," correct?
23      A.   Yes.
24      Q.   Whose email is that?
25      A.   It's either Department of Land, or it's

Fuad Ateyeh
April 08, 2021

Page 54

F. ATEYEH

1  
2  the division where they notarize the Power of
3  Attorneys.
4         MR. PAIK:  Well, don't guess.  If you
5    know, but don't guess.
6    Q.   Is it your understanding that the email
7  address belongs to some office of the Palestinian
8  Authority or the PLO?
9    A.   What I know is it belongs to one of the
10  Palestinian departments.
11    Q.   And did you send this email to this
12  address because one of your notary clients asked you
13  to do so?
14    A.   Yes.
15    Q.   And this email is dated February 3rd,
16  2021, correct?
17    A.   Yes.
18    Q.   And this email had an attachment to it,
19  correct?
20    A.   Yes.
21    Q.   Do you know what the attachment was?
22    A.   It's a Power of Attorney, specific Power
23  of Attorney that cannot be used for our purposes.
24    Q.   And was that attachment produced to us as
25  part of your earlier production?

Page 55

F. ATEYEH

1  
2         THE INTERPRETER:  I'm sorry, I'll ask him
3    to --
4    A.   Of course.  I have sent it to you.
5    Q.   Okay.  And there is a portion of the
6  subject line of the email that has been redacted or
7  blacked out; why was that done?
8         MR. PAIK:  Well, can I answer that, or --
9    I mean, we are the ones that did the
10    redaction.  It's just redacted personal
11    information, identified first as I stated in the
12    letter I sent to you.
13         MR. WICK:  Okay.
14    Q.   Let's go to the next page.  The next page
15  is FA0131, and it appears to be an email from you to
16  the email address, "palus@mofa.pna.ps," dated
17  September 11th, 2020, correct?
18    A.   Yes, sir.
19    Q.   And who did you send this document to?
20    A.   It's the same email, but I usually send
21  documents to it.  The email for the Department of
22  Lands.
23    Q.   And is this another situation where you
24  notarized a Power of Attorney for a client and sent
25  it to the Department of Lands in Palestine?

Page 56

F. ATEYEH

1  
2    A.   Yes, sir.
3    Q.   And you sent that document at the request
4  of your client?
5    A.   Yes, sir.
6    Q.   Okay.  And was the attachment of this
7  document produced as part of your earlier
8  production?
9    A.   Yes.
10    Q.   Okay.
11         MR. WICK:  And can we scroll down to one
12    more page, please, to the document labeled at the
13    bottom, "FA0132."
14    Q.   This document is an email from you dated
15  August 24th, 2020, correct?
16    A.   Yes, sir.
17    Q.   And is there another email to the
18  Palestinian Department of Lands?
19    A.   Yes, sir.
20    Q.   And is this another example of a Power of
21  Attorney that you sent to the Department of Lands at
22  the request of your client after notarizing it?
23    A.   Yes, sir.
24    Q.   And I note that only part of the subject
25  line here is redacted --

Page 57

F. ATEYEH

1  
2         MR. WICK:  And, Elizabeth, if you could
3    please scroll up to the translation of this page,
4    FA132-T.  The portion before the redacted is
5    translated as, "Agency," in the subject line, and
6    the portion of the redaction after the translation
7    is, "I will send it to Mexico."
8    Q.   And my question for you is, is the
9  redacted portion the name of the agency?
10    A.   When I send it, I send it to Mexico, so
11  that it doesn't get mixed up between Mexico and
12  Canada.
13    Q.   My question -- before I ask the question
14  again --
15         MR. WICK:  Elizabeth, would you please
16    scroll down to the original version, the last
17    page.
18    Q.   My question is, is the redacted portion of
19  this document in the subject line the name of a
20  client or is it the name of an agency?
21    A.   The client's name.
22    Q.   Thank you.
23         MR. PAIK:  Let me put on the record my
24    objection.  Your translation is inaccurate.
25    "Agency," is not the word.  It's, "Power of

Fuad Ateyeh
April 08, 2021

1                F. ATEYEH
2  Attorney."
3        THE INTERPRETER:  I'm sorry, this is the
4  interpreter.  Your question is asking about, is it
5  the entity, not the -- is it sent to the office
6  there, right?  I meant by agency is the office,
7  not the document itself.
8        MR. PAIK:  I'm not quibbling with your
9  translation.  I'm talking about the documents, the
10  way that the document translator translated the
11  Arabic language led to the mistaken language
12  premised on the notion that this is some agency of
13  government as opposed to the word being Power of
14  Attorney.
15        THE INTERPRETER:  Thank you, sir.
16        MR. WICK:  Could we go to Tab 1, please.
17        (Whereupon, Tab 1 was marked as Exhibit 6 for
18  identification, as of April 8th, 2021.)
19    Q.   Mr. Ateyeh, what we're showing you now is
20  the other Subpoena that we had received on you,
21  which is a Subpoena committing you to produce
22  documents.  You've seen this Subpoena before,
23  correct?
24    A.   Yes.
25    Q.   I know that you produced some documents in

1                F. ATEYEH
2  response to this the Subpoena, and I would just like
3  to ask you what you did to search for the documents
4  that were responsive to our Subpoena?
5    A.   I tried to fulfill all of your requests.
6  I searched everything I have, and whatever I was
7  able to find, I did send it to you.
8    Q.   Where specifically did you look?
9    A.   I searched in my office, if I have any
10  documents, and I searched my phone, if there was any
11  documents, and that's -- this is where I keep my
12  documents.
13        MR. WICK:  Elizabeth, would you scroll
14  down to the next page, and the next page, and the
15  page after that, and one more page, one more, keep
16  going.  Let's get -- I want to get to the
17  Substantive Request.  Keep going.  There we go.
18    Q.   So, I just want to go through this very
19  quickly with you, Mr. Ateyeh.
20        The first Request asks for all
21  communications between you and an employee, agent,
22  representative, or other person acting on behalf of,
23  or for the benefit of a Defendant, that being the
24  Palestinian Authority, or the PLO, on or after
25  October 1st, 2019, and to be clear, did you find any

1                F. ATEYEH
2  such communications?
3    A.   Yes, I did.
4    Q.   And these would include the documents that
5  you -- that you produced regarding communications
6  with various offices and agents to whom you sent
7  notarized documents, correct?
8        MR. PAIK:  Objection, this question is
9  misleading, given the legal conclusion request
10  stated in Request 1.
11    Q.   You may answer.
12    A.   Yes.
13    Q.   All right.  Have you ever had any
14  communications with any employee, agent,
15  representative, or anybody else acting on behalf of
16  the Palestinian Authority, or the PLO, since
17  October 1st, 2019, other than sending and receiving
18  documents on behalf of your notary clients?
19        MR. PAIK:  Objection, the question is
20  misleading and ambiguous.  On whose behalf is
21  acting in your question?
22    Q.   You may answer.
23    A.   No.
24    Q.   Okay.  Give me just a moment, please.
25        MR. WICK:  We can take the document down,

1                F. ATEYEH
2  Elizabeth.
3    Q.   Mr. Ateyeh, are you familiar with an
4  entity called the Palestinian National Council?
5    A.   Yes.
6    Q.   And what is the Palestinian National
7  Council?
8    A.   It's like a Parliament -- I'm sorry.  It's
9  like the Palestinian Parliament; yes.
10    Q.   Okay.  It's like the Palestinian
11  Parliament.  Okay.  Have you ever been a member of
12  the Palestinian National Council?
13    A.   Yes.
14    Q.   During what time-period?
15    A.   In the beginning of the -- 2000, but I
16  cannot give you a specific date.
17    Q.   Are you currently a member of the
18  Palestinian National Council?
19    A.   No.
20    Q.   When did you stop being a member of the
21  Palestinian National Council?
22    A.   Five years, six years.
23    Q.   Five or six years ago?
24    A.   Yes, sir.
25    Q.   Have you done any work relating to the

Fuad Ateyeh
April 08, 2021

Page 62

F. ATEYEH

1          F. ATEYEH
2   Palestinian National Council since January 4th of
3   2020?
4        A.   No.
5        Q.   Since January 4th, 2020, have you done any
6   other work, or been a part of any other
7   organizations affiliated with the Palestinian
8   National Counsel, or the PLO?
9        A.   No.
10            MR. PAIK:  Can I ask, we're -- it's
11       actually three hours behind.  So, it's getting
12       almost to lunchtime.  Are you almost done because
13       if you are, we could just plow through and get
14       through it.
15            MR. WICK:  Yes, I have about another ten
16       to 15 minutes to make sure I got everything, and
17       then I'll wrap up.
18            MR. PAIK:  Great.
19            MR. BERGER:  And I'll have a few questions
20       as well, of course.
21            MR. WICK:  Okay.
22       Q.   Have you ever had any interactions, since
23   January 4th of 2020, with anybody affiliated with
24   the Palestinian Authority, or the PLO in the United
25   States?

Page 63

F. ATEYEH

1          F. ATEYEH
2        A.   No.
3        Q.   And during that same time-period, since
4   January 4th of 2020, have you attended any events
5   held or sponsored by the Palestinian Authority or
6   the PLO in the United States?
7        A.   No.
8        Q.   Have you ever been to the -- to the UN
9   Mission of the PLO in New York?
10       A.   No.
11            MR. WICK:  Can we put up Tab 5, please,
12       and can we scroll in on a little bit more closely,
13       zoom in a little more closely on that, so we can
14       read some of the names.
15            (Whereupon, Tab 5 was marked as Exhibit 7 for
16       identification, as of April 8th, 2021.)
17            THE INTERPRETER:  I can't read that.
18            MR. WICK:  We're trying to read that.
19       Q.   Mr. Ateyeh, this is a page taken from the
20   Permanent Observer Mission from the Palestinian to
21   the United Nations, and there's a list of
22   individuals on that page described as the Mission
23   Team; do you see that?
24       A.   Yes.
25       Q.   And I would like you to take a look at

Page 64

F. ATEYEH

1   that list of individuals, and I'm going to ask you,
2   do you know any of them?
3            Okay.  Any others?
4        A.   Nadya Rasheed, I recognize her name.
5        Q.   Any others?
6        A.   No, that's it.
7        Q.   Okay.  Let's start with --
8            To be clear, so it was two names, correct,
9   Mr. Mansour and Ms. Rasheed?
10       A.   Yes.
11       Q.   Okay.  How do you know Mr. Mansour?
12       A.   He's the Ambassador of Palestinian to the
13   United Nations, and he's always on TV.  He's a
14   permanent figure that everybody knows.
15       Q.   But do you know him personally?
16       A.   Yes.
17       Q.   And for how long have you known him?
18       A.   So, I knew him since his brother died
19   about five or six years ago.  His brother died in
20   San Francisco, and he attended the funeral ceremony,
21   and we went to the Palestinian services.
22       Q.   When was the last time that you spoke with
23   him?
24       A.   I don't know if we have ever spoken.

Page 65

F. ATEYEH

1        Q.   Okay.  Have you emailed with him in the
2   last year?
3        A.   No.
4        Q.   All right.  So, you don't have any
5   personal friendship or relationship with him,
6   correct?
7        A.   No.
8        Q.   Okay.  I'm sorry, I need to be clear on
9   the answer because I said, "correct?"
10            Do you have a personal friendship or
11   relationship with Mr. Mansour?
12       A.   No.
13       Q.   Okay.  And what about Ms. Rasheed; do you
14   know her personally?
15       A.   Yes.
16       Q.   And how do you know her?
17            MR. WICK:  In Arabic, please.
18       A.   Her father is one of her -- my close
19   friends, and we live together in San Francisco area.
20       Q.   When was the last time you spoke with her?
21       A.   I've never have spoken with her.
22       Q.   So, when you said you're close friends,
23   you're referring to her father, not to Ms. Rasheed
24   herself?

Fuad Ateyeh
April 08, 2021

Page 66

F. ATEYEH

1
2     A.    Correct.
3     Q.    Okay.  And are you aware of --
4           Other than the UN Mission in New York, are
5     you aware of any other offices or facilities owned
6     or occupied by the PLO or the Palestinian Authority
7     in the United States?
8     A.    No.
9     Q.    Are you aware of anybody who works for the
10    PLO or the Palestinian Authority in the United
11    States, other than through the UN Mission?
12    A.    No.
13    Q.    And are you aware of anybody who receives
14    payment for the Palestinian Authority -- excuse me.
15          Are you aware of anybody who receives
16    payment from the Palestinian Authority or the PLO
17    for performing notary services in the United States?
18    A.    No.
19          MR. WICK:  If I can take a five-minute
20    break, I think I'm probably done, but can we go
21    off the record for a moment?
22          THE VIDEOGRAPHER:  Okay.  We're now off
23    the record.  The time is 19:00 UTC Time.
24          (Whereupon, a short recess was taken.)
25          THE VIDEOGRAPHER:  We are now back on the

Page 67

F. ATEYEH

1
2     record.  The time is 19:10 UTC Time.
3     Q.    Mr. Ateyeh, I just have one more question
4     for you.  Earlier in the deposition, you spoke about
5     a practice, when the PLO's Washington, D.C. office
6     was open, of periodically sending notarized
7     documents to that office and receiving them back; do
8     you recall that?
9     A.    Yes.
10    Q.    Since the Washington, D.C. office closed,
11    is there -- is there another office of the, either
12    the Palestinian Authority, or the PLO, that is --
13    performed a similar function in the United States,
14    than what the Washington, D.C. performed?
15          MR. PAIK:  Object to the form of the
16    question; it's misleading and contains a legal
17    conclusion.
18    A.    No.
19          MR. WICK:  Okay.  I thank you very much
20    for your time and your patience today, and I don't
21    have any further questions for you, but I believe
22    my friend Mr. Berger does.
23          MR. BERGER:  Thank you.
24
25

Page 68

F. ATEYEH

1
2     EXAMINATION BY
3     MR. BERGER:
4     Q.    Good afternoon, how are you?  My name is
5     Mitchell Berger.  I am one of the lawyers for the
6     Defendants, Palestinian Authority and Palestinian
7     Liberation Organization; have we ever met before?
8     A.    No.
9     Q.    We looked at two documents, Exhibits 3 and
10    Exhibit 4.  We looked at those documents; do you
11    recall those documents?
12    A.    I don't know what's Exhibit 3 and what's
13    Exhibit 4, but all the documents you have presented,
14    they came from me.
15    Q.    Right.  Thank you.  When you notarize
16    documents, did you do so as a service to your notary
17    client?
18    A.    Yes.
19    Q.    Did you do so as a service to the
20    Palestinian Authority?
21    A.    No.
22    Q.    Did you do so as a service to the
23    Palestinian Liberation Organization?
24    A.    No.
25    Q.    We looked at some emails that you sent to

Page 69

F. ATEYEH

1
2     the Ministry of Lands in Ramallah; do you recall
3     that?
4     A.    If you don't mind repeating the questions.
5     Q.    Sure.  Do you recall, we looked at some
6     emails that Mr. Wick asked you about?
7     A.    Yes.
8     Q.    When you sent those emails, did you send
9     them as a service for your notary client?
10    A.    Yes.
11    Q.    Did you send those emails as a service on
12    behalf of the Palestinian Authority?
13    A.    No.
14    Q.    Did you send those as a service on behalf
15    of the Palestinian Liberation Organization?
16    A.    No.
17    Q.    Since January 4 of 2020, have you provided
18    any services on behalf of the Palestinian Authority?
19    A.    No.
20    Q.    Since January 4, 2020, have you provided
21    any services on behalf of the Palestinian Liberation
22    Organization?
23    A.    No.
24          MR. BERGER:  Thank you, Mr. Ateyeh.  Those
25    are all the questions that I have.

Fuad Ateyeh
April 08, 2021

Page 70

1
2          THE WITNESS:  Thank you.
3     MR. WICK:  Thank you very much.
4          THE VIDEOGRAPHER:  Everyone agree to go
5     off the record?  Okay.
6     MR. PAIK:  Yes.
7          THE VIDEOGRAPHER:  The time is now 19:17
8     UTC.  We are off the record, and this concludes
9     today's testimony by Fuad Ateyeh.  Thank you,
10    everyone.  Have a great day.
11                    -oOo-
12    (Whereupon, the examination of FUAD ATEYEH
13    was concluded at 5:17 p.m.)
14
15
16          _____
17          FUAD ATEYEH
18
19
20
21
22
23
24
25

Page 71

1
2          C E R T I F I C A T E
3
4     I, AMBRIA IANAZZI, do hereby Certify:
5     THAT FUAD ATEYEH, the WITNESS herein, was
6     sworn under penalty of perjury by a Notary Public.
7
8          THAT the deposition transcript herein is a
9     verbatim record of the testimony given by FUAD
10    ATEYEH, stenographically record by a Registered
11    Professional Reporter, and Certified Realtime
12    Reporter.
13
14          THAT I am not related to any of the Parties
15    to this Action by blood or marriage; and I have no
16    interest, financial or otherwise, in the outcome of
17    the case.
18
19
20          CERTIFICATION DATE:  April 13th, 2021.
21
22                    *Ambria Ianazzi*
23    _____
24          AMBRIA IANAZZI, RPR, CRR, RCR, CSR
25

Page 72

1     Errata Sheet
2
3     NAME OF CASE: SHABTAI SCOTT SHATSKY -against- PALESTINE LIBERATION ORGANIZATION
4     DATE OF DEPOSITION: 04/08/2021
5     NAME OF WITNESS: Fuad Ateyeh
6     Reason Codes:
7          1. To clarify the record.
8          2. To conform to the facts.
9          3. To correct transcription errors.
10    Page _____ Line _____ Reason _____
11    From _____ to _____
12    Page _____ Line _____ Reason _____
13    From _____ to _____
14    Page _____ Line _____ Reason _____
15    From _____ to _____
16    Page _____ Line _____ Reason _____
17    From _____ to _____
18    Page _____ Line _____ Reason _____
19    From _____ to _____
20    Page _____ Line _____ Reason _____
21    From _____ to _____
22    Page _____ Line _____ Reason _____
23    From _____ to _____
24
25          _____

Fuad Ateyeh
April 08, 2021

---

**Exhibits**

---

EX 0001 Fuad
Ateyeh 040821
  3:6 13:8
EX 0002 Fuad
Ateyeh 040821
  3:7 39:11
EX 0003 Fuad
Ateyeh 040821
  3:8 45:5
  68:12
EX 0004 Fuad
Ateyeh 040821
  3:9 48:19
  68:10,13
EX 0005 Fuad
Ateyeh 040821
  3:10 52:12
EX 0006 Fuad
Ateyeh 040821
  3:11 58:17
EX 0007 Fuad
Ateyeh 040821
  3:12 63:15

---

**0**

---

0
  7:2,13,21
0131
  53:4

---

**1**

---

1
  13:8 58:16,
  17 60:10
10
  48:18,19
11th
  55:17
12
  44:19

---

15
  62:16
16:33
  8:9
17:14
  28:18
17:16
  28:21
17:39
  38:10
17:51
  38:13
18
  50:4
18th
  39:25
19:00
  66:23
1st
  59:25 60:17

---

**2**

---

2
  39:11
20
  22:6 51:5
2000
  61:15
2005
  18:9 19:15
2012
  17:21 30:25
  31:2
2019
  39:25 59:25
  60:17
2020
  50:4 51:11,
  23 52:2
  55:17 56:15
  62:3,5,23
  63:4
2021
  8:9 13:9
  39:12 45:6
  48:20 51:12

---

52:13 54:16
58:18 63:16
24th
  56:15
29
  8:25

---

**3**

---

3
  13:5,8 45:5
  52:21
30
  22:6
31st
  50:8
3rd
  54:15

---

**4**

---

4
  38:3 39:5,11
  48:19
4th
  51:23 52:2
  62:2,5,23
  63:4

---

**5**

---

5
  52:12 63:11,
  15
50
  33:6,13

---

**6**

---

6
  58:17

---

**7**

---

7
  63:15

---

75
  44:23

---

**8**

---

8
  52:11,12,14
8th
  8:9 13:9
  39:12 45:6
  48:20 51:11,
  12 52:13
  58:18 63:16

---

**9**

---

9
  45:4,5
90
  8:13 44:25

---

**A**

---

able
  26:4 47:8
  59:7
ABU
  7:8,10
accommodate
  11:22
accurate
  10:18
accurately
  7:7 12:5
acronym
  23:10
acting
  59:22 60:15,
  21
Action
  8:15
add
  16:13 48:23
address
  53:22 54:7,
  12 55:16

---

| | | | |
|---|---|---|---|
| advertise<br>  21:22 22:2 | American<br>  22:17 | approximately<br>  19:15 22:3, | 12,14 15:1<br>16:1 17:1,2, |
| advertises<br>  21:24 | answer<br>  10:25 11:11, |   15 30:24<br>  44:19 50:19 | 11,15 18:1,<br>20 19:1,21 |
| affected<br>  18:3 |   15,16,24<br>  12:4 13:17, | April<br>  8:9 13:9 | 20:1 21:1<br>22:1 23:1 |
| affiliated<br>  38:19 48:3 |   25 15:19<br>  16:6 17:12 |   39:12 45:6<br>  48:20 51:11, | 24:1 25:1<br>26:1 27:1 |
|   62:7,23 |   18:18,20<br>  20:10 21:25 |   12 52:13<br>  58:18 63:16 | 28:1,23 29:1<br>30:1 31:1 |
| afternoon<br>  8:2 |   24:22 25:10 | Arabic<br>  7:9,10,19 | 32:1 33:1<br>34:1,24 35:1 |
| agency<br>  57:5,9,20,25 |   29:12,13,14<br>  30:3,18 |   12:9,15,16<br>  13:17 15:20 | 36:1 37:1<br>38:1,15 |
|   58:6,12 |   32:8,25<br>  34:3,20,24 |   27:23 32:8<br>  53:12 58:11 | 39:1,8 40:1,<br>15 41:1,24 |
| agent<br>  59:21 60:14 |   35:11 37:8,<br>  19 38:22 |   65:18 | 42:1 43:1<br>44:1 45:1,8, |
| agents<br>  60:6 |   41:19 44:11,<br>  12 51:24 | area<br>  65:20 | 22 46:1,13<br>47:1,16 48:1 |
| ago<br>  17:16 34:7 |   53:12 55:8<br>  60:11,22 | around<br>  13:3 | 49:1,9 50:1<br>51:1 52:1,14 |
|   44:4 61:23<br>  64:20 |   65:10 | arrangement<br>  42:13 | 53:1,8 54:1<br>55:1 56:1 |
| agree<br>  9:6 | answered<br>  29:11 37:7,<br>  18 | asked<br>  11:23 12:7 | 57:1 58:1,19<br>59:1,19 60:1 |
| agreement<br>  8:6 25:20 | answers<br>  7:9 12:16 |   13:24 14:16<br>  18:11 25:15 | 61:1,3 62:1<br>63:1,19 64:1 |
|   26:3,7,8,10,<br>  16,17,21,22, |   33:10 |   29:11 37:7,<br>  18 42:12 | 65:1 66:1 |
|   25 27:6 | anybody<br>  14:19,21 |   54:12 | attachment<br>  54:18,21,24 |
| ahead<br>  11:16 13:13 |   15:11 23:15,<br>  22,25 43:12 | asking<br>  10:8,9 19:10 |   56:6 |
|   16:23 24:21<br>  25:8 |   60:15 62:23<br>  66:9,13,15 |   26:24 58:4 | attempts<br>  44:10 |
| Alhalabi<br>  47:17 | anyone<br>  14:25 15:22 | asks<br>  59:20 | attended<br>  63:4 64:21 |
| Alhalabi's<br>  50:6 |   17:4 23:17<br>  24:11 42:7 | associated<br>  40:20 | attesting<br>  36:3 |
| Ambassador<br>  64:13 |   43:24 | assume<br>  11:12 | attorney<br>  11:21 14:18, |
| ambiguity<br>  33:20 34:2 | appears<br>  49:21 55:15 | assumes<br>  20:8 21:23 |   21 15:14<br>  30:12 31:10, |
| ambiguous<br>  22:22 24:18 | appreciate<br>  16:18 |   32:6 50:23 |   13,23 33:3,6<br>  46:4,6 48:2 |
|   60:20 | appropriate<br>  16:12 | Ateyeh<br>  8:8 10:1,4 |   49:14 53:14,<br>  17 54:22,23 |
| Ambria<br>  8:17 | approval<br>  34:17 |   11:1 12:1,3,<br>  8 13:1,10,<br>  15,20 14:1, |   55:24 56:21<br>  58:2,14 |

Fuad Ateyeh
April 08, 2021

attorney's
  17:2,12
attorney-
client
  16:5,7
attorneys
  31:8,9,10
  32:12 54:3
August
  50:4,8 56:15
authority
  16:16,21
  17:5 23:3,
  15,18 24:5,
  12,16 25:2,
  21 26:4,11,
  18 27:2,10
  32:12 37:22
  42:8,16
  43:12,16,20
  44:2 48:4
  52:8 54:8
  59:24 60:16
  62:24 63:5
  66:6,10,14,
  16
authorization
  29:16,18
  30:7,13
  34:17
authorize
  35:18
available
  42:19
avoid
  38:17
aware
  8:4 12:3
  27:15 28:25
  36:7 37:4
  38:17 66:3,
  5,9,13,15
awareness
  36:10 37:15,
  21
AWNI
  7:8,10

---

**B**

back
  10:14 13:18
  18:12 28:20
  29:17 30:4
  32:23 33:5,
  9,15,16
  34:9,12,14,
  15,25 38:12
  40:4 45:15
  46:24 51:22
  52:20 66:25
Baloul
  15:8
based
  35:25
basis
  16:19 18:16,
  18
Bates
  45:20 49:8
begin
  8:21 10:9
beginning
  61:15
behalf
  8:12,18
  32:13 43:25
  59:22 60:15,
  18,20
behind
  62:11
believe
  17:15 45:21
  52:16,18
belongs
  54:7,9
below
  45:19
benefit
  59:23
Berger
  9:7 15:5
  24:20 25:9
  30:10 33:17,

18 35:6,9
  62:19
Berger's
  15:8
besides
  51:19
best
  11:22 23:14,
  17,21,24
better
  47:8,10
BEZVERKHA
  38:4
bills
  15:23 16:10,
  22 17:7
bit
  32:16 37:13
  39:13 51:23
  63:12
blacked
  55:7
Boggs
  15:12
bottom
  39:22,23,24
  46:16 49:19
  56:13
box
  47:3
break
  11:20,25
  38:6 66:20
breaks
  11:19
Broad
  8:13
brother
  64:19,20
business
  12:18 20:13,
  15,16,20,25
  42:13
businesses
  20:7,9

---

**C**

California
  19:25 42:3
  44:14
called
  7:5 31:6
  40:6 61:4
calls
  21:16 32:5
  34:18,22
  35:6,7
Canada
  51:18,19
  57:12
case
  17:22 18:10,
  24 19:11,13
cases
  19:7
catch
  41:18
ceremony
  64:21
certain
  29:10
certainly
  30:3 41:16
Certification
  45:18 49:5
  52:25
certified
  29:9 36:24
  45:9
certify
  24:25 25:6
change
  51:24
changed
  46:5
characterized
  28:4
characterizing
  30:16

charge
  22:13
cities
  40:21
Civil
  8:25
claim
  18:3 19:12
claimed
  17:25 18:2
clarify
  18:23 30:3
clear
  13:19 25:25
  32:10 33:21
  36:14 37:4,9
  40:22,23
  42:11 59:25
  64:9 65:9
clearly
  40:24
client
  23:3,7,18,22
  24:2 32:17,
  23 34:15
  37:6,10,11,
  13,17,23
  38:24 49:14
  55:24 56:4,
  22 57:20
client's
  57:21
clients
  21:10,21
  22:16,19,24
  31:19,24
  35:18,22
  37:2 38:21,
  23 43:3,6,9
  44:17 54:12
  60:18
close
  65:19,23
closed
  27:24,25
  29:3 30:25
  31:3 42:15

closely
  63:12,13
Cohen
  10:8
colleague
  15:8
come
  10:14 31:15
  37:11
comes
  32:25 37:10
  38:24 43:3
  44:15
commanding
  13:12
committing
  58:21
communication
s
  15:4,7,10
  59:21 60:2,
  5,14
community
  22:11 31:17
  41:10
companies
  21:14
compensation
  43:16,20
compound
  25:9
conclusion
  34:22 35:7,8
  60:9
conduct
  12:18
confirm
  8:24
connection
  16:22 17:7,
  23 20:14
  32:17
consular
  24:15,19
  28:4,7
contact
  15:17 38:18,

25
contacted
  43:24
content
  47:14
Continue
  32:20
contracts
  36:19
conversation
  43:11
conversations
  8:5
convey
  34:16
copy
  13:11,14,24
  49:10 53:16
Corey
  8:11
corner
  46:17,21
correct
  17:17 26:15
  30:6 31:24
  46:14,18
  50:6,11
  53:19,22
  54:16,19
  55:17 56:15
  58:23 60:7
  64:9 65:7,10
  66:2
correction
  17:5
correctly
  30:19
Council
  61:4,7,12,
  18,21 62:2
counsel
  8:24 9:6
  10:20 11:13,
  14 13:2 15:4
  62:8
countries
  51:9,14

course
  16:19 55:4
  62:20
court
  10:16 11:5
  13:12 19:3
coversheet
  49:5,7
COVID-19
  8:23
creates
  33:25
current
  39:20
customer
  32:25
customers
  44:17
cut
  49:21

---

**D**

D.C.
  27:16 28:3
  29:2,5,9,22
  30:6,17,23
  31:14 32:2,
  18 33:4,24
  34:3,8,11
  35:21 36:5,
  8,11,15,19,
  23 37:5,16
  42:14,15
date
  39:24 49:21
  50:5 51:10
  61:16
dated
  54:15 55:16
  56:14
dates
  30:22
day
  52:16
deal
  31:15

Fuad Ateyeh
April 08, 2021

Defendant
  59:23
Defendant's
  15:11
Defendants
  9:7 15:5
Definitely
  51:4
Delegation
  39:10,17
Department
  53:25 55:21,
  25 56:18,21
departments
  54:10
deponent
  9:8
deposed
  18:8
deposition
  8:8 9:2
  10:10 11:20
  12:22 13:13
  14:7,15,20
  15:3 17:16
  18:18 19:14
  23:10
describe
  31:6 46:2,20
  47:5
described
  36:2 44:4
  63:22
describing
  30:15
die
  28:12
died
  64:19,20
difference
  20:12
different
  9:6 16:20
  28:25 37:13
direct
  37:14

directly
  31:16
disagreement
  31:5
discovery
  18:17
discuss
  14:20
discussed
  19:8
division
  54:2
document
  12:23,25
  13:3 19:19
  25:16 32:3
  33:2,3,14,16
  34:9,11
  35:2,4,5,12,
  16 38:16
  39:7 40:23
  43:25 44:15
  45:8,10,15,
  19,24 46:3,
  13 47:14
  48:10,24
  49:8,11,17,
  24 50:12,17
  53:9 55:19
  56:3,7,12,14
  57:19 58:7,
  10 60:25
documents
  12:21 21:17
  22:3 25:2,6
  29:9 30:20
  31:18 32:22
  34:8 35:20,
  22 36:3,24
  44:5,6,7,20,
  21 45:23
  50:19 51:8,
  17 52:3,7
  55:21 58:9,
  22,25 59:3,
  10,11,12
  60:4,7,18

doing
  42:2
duly
  7:6,17
duty
  48:6

_____

            E

earlier
  54:25 56:7
easier
  19:18
eight
  40:11
either
  19:7 24:12
  25:2 31:15
  33:2 53:25
Elizabeth
  19:19 38:2
  39:21 40:10
  45:3,14 47:9
  49:19 52:18
  57:2,15
  59:13 61:2
email
  53:16,18,22,
  24 54:6,11,
  15,18 55:6,
  15,16,20,21
  56:14,17
emailed
  65:2
embassies
  50:21 51:8,
  16,19
Embassy
  48:5,7,8
  50:14 53:15
Embassy's
  34:14
employee
  24:12 59:21
  60:14
English
  7:9,11

12:11,16,20
  45:10,12,17
  48:23 49:3
  52:21
enlarge
  47:7
enter
  8:19 36:19
entity
  58:5 61:4
established
  42:17
estimate
  44:18 50:25
events
  63:4
everybody
  45:14 64:15
evidence
  32:7 50:23
exact
  22:5
exactly
  22:6 25:11
  26:8 29:14
  30:21 51:2
EXAMINATION
  10:2
examined
  7:18
excuse
  10:23 18:15
  23:16 30:10
  38:3 51:15
  52:20 53:3
  66:14
Exhibit
  13:8 39:11
  45:5 48:19
  52:12 58:17
  63:15
exhibits
  46:10
expect
  42:4
explain
  22:10 32:16

Fuad Ateyeh
April 08, 2021

47:11

extent
44:10

_____

F

FA
53:3

FA001
45:20

FA001-T
45:11

FA0013
49:8,10

FA0013-T
49:4

FA002
45:21 46:17

FA002-T
45:16

FA0130
53:7

FA0130-T
52:21

FA0131
52:20 53:4
55:15

FA0131-T
52:22

FA0132
53:5 56:13

FA0132-T
52:23

FA132-T
57:4

facilities
66:5

fact
46:16

facts
32:6 50:23

fair
22:7

faithfully
7:7

familiar
40:15 61:3

family
15:21

father
65:19,24

favor
22:11

February
54:15

Federal
8:25

feel
16:12

fees
16:15

Fifty-two
12:17

figure
64:15

filed
18:3 19:12

financial
42:13

financially
8:15

find
42:21 43:6
59:7,25

fine
38:8

finish
10:25 11:2

fire
18:2,3

firm
10:8 15:11

first
7:17 15:25
16:2 32:9
40:4 41:8
45:11,12
49:2 52:19,
21 55:11
59:20

five
61:22,23

64:20

five-minute
66:19

fluent
12:8,11

follow
16:25 17:11

follows
7:19 49:6

forgot
28:10

form
24:17 50:22

foundation
28:6

Francisco
43:10 64:21
65:20

Fred's
20:17,18,22

free
41:16

friend
15:21

friends
65:20,23

friendship
65:6,11

Fuad
8:8 47:16

fulfill
59:5

full
45:15

fully
12:4

funeral
64:21

_____

G

gain
22:12

Gassan
15:8

gave
18:12

general
31:10 39:10,
17

getting
62:11

give
14:17 25:19
34:15 35:13
49:23 60:24
61:16

given
7:10 11:4
60:9

giving
32:23

going
11:18 12:21
13:4 16:4,25
17:11 18:15
28:24 38:6
39:7 40:11,
12,14 41:23
44:18 45:18
59:16,17
64:2

good
8:2 10:4,6
21:11

government
58:13

granted
27:10,13

Great
10:14 19:17
45:7 47:11
62:18

Gresser
10:8

grounds
16:5,8

guess
54:4,5

**H**

happened
  27:18,21
happy
  13:2 34:2
hard
  50:25
HBDA
  7:8,10
head
  11:7
heading
  39:14,16
held
  8:5 63:5
help
  31:16
high
  22:18 44:15
hold
  21:18 27:9,
  12
hope
  11:18 33:9
hoping
  32:15
hour
  38:7
hours
  62:11
housekeeping
  8:22

**I**

Ianazzi
  8:18 9:4
  46:11
identificatio
n
  13:9 39:12
  45:6 48:20
  52:13 58:18
  63:16

identified
  55:11
identifying
  33:18
important
  10:19 11:4
  28:11
inaccurate
  57:24
include
  60:4
income
  22:9
indication
  49:23
indifferent
  25:23
individual
  36:20
individually
  20:6
individuals
  21:14 26:12
  33:7 36:23
  63:22 64:2
information
  38:18 55:11
injury
  18:4
instruct
  12:15 16:5
instruction
  16:13,24
  17:2,10,12
instructs
  11:15
intended
  25:16 35:23
interact
  30:23
interactions
  62:22
interested
  8:15
interpret
  16:2,3 24:21

interpreter
  7:5,19 10:21
  12:8,14
  13:16,23
  16:3 17:24
  19:9 29:23
  32:20 34:4
  55:2 58:3,4,
  15 63:17
interrupted
  28:23

**J**

January
  51:23 52:12
  62:2,5,23
  63:4
join
  24:20
jurisdiction
  18:17
jurisdictions
  20:3

**K**

keep
  45:18 59:11,
  15,17
kind
  26:11,14,25
  27:6
knew
  24:11 64:19
know
  11:10,21
  13:2 15:14
  20:12,14
  22:6 24:18
  27:18 29:4,
  5,7,14,15,
  17,20 34:13
  35:12,14
  36:21 37:2,
  3,20 40:25
  41:6,24

  42:5,16,19,
  21,23,24
  45:2 47:20,
  23 48:5,6
  50:25 51:25
  54:5,9,21
  58:25 64:3,
  12,16,25
  65:15,17
knowledge
  23:14,17,21,
  24 36:18,22
  37:15,22
  43:5
known
  64:18

**L**

labeled
  45:11 52:19,
  23 53:3
  56:12
lacks
  28:6
land
  31:12 46:7
  53:25
lands
  53:15 55:22,
  25 56:18,21
language
  12:19 58:11
laptop
  28:11
large
  46:25
lastly
  11:18
law
  10:7 15:11
  35:5
lawyer
  14:11,13
leading
  35:10

Fuad Ateyeh
April 08, 2021

led
  58:11
left-hand
  46:21
legal
  8:12,18
  15:23 16:22
  17:7 25:6,17
  29:10 34:22
  35:6,7 60:9
lended
  18:11
lent
  18:12 19:11
lets
  45:13
letter
  55:12
Liberation
  17:5,6 23:6,
  11
licensed
  19:21,24
  20:2
licenses
  27:9,12
life
  41:9
line
  55:6 56:25
  57:5,19
liquor
  20:17,18,19,
  20,22
list
  40:20 42:8,
  17,19,22
  43:7,13,17,
  22 63:21
  64:2
listed
  41:3,7,25
little
  32:16 37:13
  39:13,22
  44:4 51:23
  63:12,13

live
  65:20
lived
  12:12
loan
  18:14,25
locate
  14:17
located
  8:13
locations
  9:6
long
  11:19 12:12
  30:20 64:18
look
  14:16 39:5
  48:21 59:8
  63:25
looked
  48:22
lower
  46:21
lunchtime
  62:12

_____

        M

make
  10:17 19:18
  48:17 62:16
makes
  16:15
Mansour
  64:10,12
  65:12
March
  39:25
marked
  13:8 39:11
  45:5 48:19
  52:12 58:17
  63:15
marking
  46:10
matter
  7:6 8:10

  15:23 16:22
  17:8
mean
  16:11 24:19
  26:21 30:20,
  21,22 35:15
  38:23 40:23
  55:9
meaning
  46:5
meant
  58:6
measure
  8:22
meet
  14:19,23
meeting
  14:11
member
  61:11,17,20
Mexico
  47:13 48:8
  50:14 51:9,
  20 57:7,10,
  11
middle
  40:6
mind
  34:5 38:5
minute
  28:16
minutes
  62:16
mislead
  39:19
misleading
  60:9,20
Mission
  24:2 33:21
  47:13 52:4
  63:9,20,22
  66:4,11
mistaken
  58:11
Mitch
  15:5

mixed
  57:11
moment
  17:16 25:19
  34:7 38:4
  48:16 60:24
  66:21
money
  18:11,12,21
  19:12 22:12
months
  44:19
morning
  10:4,6
motion
  41:17,22
move
  13:3 18:19
  41:11,14,20

_____

        N

Nadya
  64:5
name
  8:11 10:7
  20:16 38:18,
  25 41:3,7,24
  42:5,20,24
  43:13 47:17
  57:9,19,20,
  21 64:5
names
  42:19 63:14
  64:9
National
  61:4,6,12,
  18,21 62:2,8
Nations
  23:25 52:4
  63:21 64:14
nature
  18:24
need
  11:20 12:24
  13:17 32:3
  53:12 65:9

never
  18:12 33:7
  42:6,23
  65:22
nodding
  11:7
non-party
  35:10
nonresponsive
  41:15
notaries
  36:20
notarization
  20:13
notarize
  21:16 22:4
  24:25 25:5,
  15 31:19,23
  32:11 33:2
  43:25 44:5,
  6,15 54:2
notarized
  31:22 32:3,
  11,22 44:8,
  20,21 46:14
  48:11 49:14,
  17,24 50:9,
  13,17,20
  51:7 52:3,7
  55:24 60:7
notarizing
  21:19 56:22
notary
  7:6,17 19:21
  20:5,22
  21:2,4,7,13
  22:7,13,16,
  19,24 24:4,
  7,10,24
  32:10 36:11,
  16,20 38:19
  40:6,19
  42:2,9,17
  43:9,21
  44:13 47:15
  54:12 60:18
  66:17

note
  12:7 56:24
noted
  41:22
notion
  58:12
number
  22:5
numbered
  46:17 49:4,8

─────────────

          O

─────────────

object
  11:14 15:25
  16:4,19
  18:15 24:17
  33:19 44:9
  50:22
objection
  11:17 15:24
  16:12,24
  17:9,10 20:8
  21:23 22:22
  24:20 25:8,
  9,23 26:13
  28:6,24
  29:11,24
  30:11 32:5,6
  33:17 34:18,
  21 35:6,9
  37:7,18
  57:24 60:8,
  19
objects
  16:16
Observer
  63:20
occasion
  18:7 24:25
  25:5,13
  29:21 30:5,
  23
occasionally
  25:15
occasions
  10:12 17:17

19:5
occupied
  66:6
occurred
  49:23 50:3
October
  59:25 60:17
offer
  20:5 21:4
  36:20
offered
  36:8,11,15
offers
  20:22,25
office
  27:16,19,22,
  24 28:3
  29:6,9,15,22
  30:6,17,23
  31:3,14
  32:3,18
  33:4,9,24,25
  34:3,8,11
  35:22 36:5,
  8,11,15,19,
  23 37:5
  42:14,15
  44:14 52:8
  54:7 58:5,6
  59:9
offices
  29:2 60:6
  66:5
official
  24:11,25
okay
  11:12 12:2
  13:22 14:19
  16:4,23 17:9
  20:25 23:12
  26:24 28:15,
  17 30:14
  31:4,21
  34:16 35:3,
  20,25 36:7,
  18 37:21,25
  38:9 39:2,5,
  6,19 40:9,18

41:3 46:8,12
47:24 48:17
49:16 50:5,9
51:7 52:2
55:5,13
56:6,10
60:24 61:10,
11 62:21
64:4,8,12
65:2,9,14
66:3,22
once
  19:6
one
  8:21 10:22
  11:9,23
  17:19,25
  18:11 20:6
  28:25 31:11,
  19,24 42:20
  46:22 52:22
  53:2 54:9,12
  56:11 59:15
  65:19
ones
  55:9
open
  44:14
opposed
  21:14 58:13
Organization
  17:6 23:6,11
organizations
  21:15 62:7
organize
  47:14
original
  45:19 49:7
  57:16
outcome
  8:16
outside
  18:16 22:20,
  25 50:21
owned
  66:5

---

**P**

---

**page**
39:20,22
40:5,6,18
41:4,7,8,25
42:5,6
45:11,12,16,
21 46:17
47:18 49:2,
4,6,10,20,
22,23 52:21,
22,23,24
53:2,3,4
55:14 56:12
57:3,17
59:14,15
63:19,22

**pages**
40:11,12
45:13,23
52:14,19
53:6

**Paik**
9:8 14:10
15:14,15,18,
19,24 16:4,
9,11,23
17:9,24
18:15 20:8
21:23 22:22
24:17 25:8,
23 26:13
27:23 28:6
29:11,24
32:5 33:19
34:18,21
37:7,18 38:5
41:11,14,18
44:9 50:22
54:4 55:8
57:23 58:8
60:8,19
62:10,18

**Palestine**
35:23 36:4
44:6,8,16,21

55:25

**Palestinian**
16:16,21
17:4,6 22:16
23:3,6,11,
15,18,25
24:5,12,16
25:2,6,17,21
26:4,11,18
27:2,10
35:5,19
37:22 42:7,
16 43:12,16,
20,25 47:12
48:3,8
50:13,20
51:8,16
52:4,8 54:7,
10 56:18
59:24 60:16
61:4,6,9,10,
12,18,21
62:2,7,24
63:5,20
64:13,22
66:6,10,14,
16

**Palestinians**
44:17

**palus@mfae.
gov.ps**
53:22

**palus@mofa.
pna.ps**
55:16

**Pandemic**
8:23

**papers**
14:17 29:21
30:5,15,17
31:5,7 32:11
43:4

**Parliament**
61:8,9,11

**part**
33:8 41:19
54:25 56:7,
24 62:6

**Participants**
8:3

**particular**
21:17,21

**parts**
44:11

**Party**
8:14

**Patton**
15:12

**paying**
15:22 16:10,
14,21 17:7

**payment**
66:14,16

**people**
42:4,25 43:2

**percent**
22:15 33:6,
13 44:23,25

**percentage**
22:18 44:19

**percentages**
44:16

**performed**
43:21

**performing**
66:17

**periodic**
11:19

**permanent**
63:20 64:15

**permission**
42:8

**person**
10:22 18:11
35:18 41:10
42:21 44:14
47:25 59:22

**personal**
18:4,14,25
55:10 65:6,
11

**personally**
64:16 65:15

**phone**
47:21,23

59:10

**picture**
37:9

**please**
8:18 11:10,
21 13:6
15:20 17:24
24:21 25:19
27:23 28:16
29:12 31:6
32:8 34:4
38:3 45:4
46:2 48:16,
18 49:2,18
52:11 53:13
56:12 57:3,
15 58:16
60:24 63:11
65:18

**PLO**
8:11 23:10,
22 24:8,13,
16 25:3
27:5,6,13,15
28:3 29:2
32:22 33:14,
15,20,21,22,
25 34:17
37:16 38:19
39:3,4,10,16
42:7,14,17
43:12,17,21
44:2 48:4
52:9 54:8
59:24 60:16
62:8,24
63:6,9 66:6,
10,16

**PLO's**
29:22 30:6,
17,23 31:14
32:2,18
33:23 34:8,
10 35:21
36:5,8,11,
15,19,22
37:5

Fuad Ateyeh
April 08, 2021

plow
  62:13
plug
  28:11
plural
  50:24
popular
  42:4
portion
  22:8 44:9
  55:5 57:4,6,
  9,18
Power
  30:12 31:7,
  8,9,10,22,23
  32:12 33:3,6
  46:4,5 48:2
  49:13 53:14,
  17 54:2,22
  55:24 56:20
  57:25 58:13
Powers
  31:13
practice
  35:25
premised
  58:12
prepare
  14:6,14
previous
  17:17
primarily
  21:13
printout
  39:8
prior
  15:3
privilege
  16:5,7
probably
  66:20
procedure
  8:25 46:11
proceeding
  8:4 9:3
  10:19 25:17

proceedings
  8:19 25:7
  29:10
process
  10:15 32:14
  44:4 46:9
produce
  58:21
produced
  45:9,20,24
  48:24 49:11
  54:24 56:7
  58:25 60:5
production
  49:9 52:15
  53:3 54:25
  56:8
property
  31:11
propounded
  7:8
provide
  25:21 26:4,
  11,18 27:6
  28:3
provided
  24:4,7,10,15
  29:2 36:4
providing
  24:24 27:3
public
  7:6,17 19:22
  20:5,23
  21:2,4 32:10
  40:19 42:2,9
  43:9 44:13
  47:15
publics
  21:7 40:6
  42:18
purposes
  44:7 54:23
pursuant
  8:24 14:3
  43:22
put
  13:5 42:5

45:4 53:15
57:23 63:11
putting
  12:22

―――――――――――

             Q

question
  11:3,11,15,
  16,24 16:20
  17:13 18:21
  19:10 20:11
  21:11 24:18,
  22 25:9 26:2
  27:5 28:24
  29:12 30:18
  32:9,21,24
  33:10,20
  34:5,6,10
  37:13,14
  41:20,23
  44:10 46:9
  50:23 57:8,
  13,18 58:4
  60:8,19,21
questions
  7:8 10:9,25
  11:6,10,14
  12:4 13:16
  42:12 62:19
quibbling
  58:8
quick
  28:9 45:13
quickly
  48:17,22,25
  59:19

―――――――――――

             R

rank
  48:6
Rasheed
  64:5,10
  65:14,24
re-ask
  34:6

read
  34:4 40:24
  63:14,17,18
real
  28:9
realize
  46:9
realized
  28:10
reason
  12:3
reasonable
  18:16
receive
  35:13
received
  13:14,24
  15:15 43:15,
  19 52:15
  58:20
receives
  66:13,15
receiving
  60:17
recent
  17:19
recess
  28:19 38:11
  66:24
recognize
  45:23 49:10
  53:9 64:5
recommend
  36:24
recommended
  15:21 37:17,
  23 42:17
recommending
  37:5
record
  8:3,7,20
  10:18 28:14,
  16,18,21
  33:19,21
  38:10,13
  41:17 57:23
  66:21,23

recorded
  8:4,5
recover
  18:24
recovering
  18:14
rectangle
  46:25
redacted
  47:3 55:6,10
  56:25 57:4,
  9,18
redaction
  55:10 57:6
refer
  23:10 34:2
  36:23
referred
  34:7 37:17,
  23
referring
  19:11 25:12
  26:8 33:23
  37:6 46:23
  48:7 65:24
regarding
  38:19 60:5
related
  8:14
relating
  61:25
relationship
  65:6,12
relevance
  16:19
relevant
  16:14,15
reminder
  10:16
remote
  8:7,12,19
remotely
  8:23
renting
  17:25
repeat
  19:10

rephrase
  11:11 21:12
  22:23 25:25
reporter
  8:17 10:16
  11:5
representative
  59:22 60:15
request
  8:6 11:22,23
  56:3,22
  59:17,20
  60:9,10
requested
  13:15
requests
  59:5
reside
  22:24
residential
  18:5
respect
  45:22
respond
  11:6
response
  59:2
responsible
  47:13,25
responsive
  41:20 59:4
rest
  9:5
returned
  48:13
right
  11:25 12:7,
  18 13:11
  14:2 19:13
  22:19 29:5
  40:4,18 41:6
  47:2,5 58:6
  60:13 65:5
right-hand
  46:17

Riyad
  47:17
Ron
  10:7
Rule
  8:25
Rules
  8:25

_____

S

San
  43:9 64:21
  65:20
save
  32:15
says
  30:11 39:10
scattered
  9:5
scope
  18:16
screen
  12:23
scroll
  39:21 40:10
  45:13 49:18,
  19 52:18
  53:6 56:11
  57:3,16
  59:13 63:12
scrolling
  40:14
seal
  46:16 47:5,
  11,15 50:6
sealed
  50:7
seals
  46:20,22,24
  47:2 49:22
  50:2
search
  14:16 59:3
searched
  59:6,9,10

second
  28:10 41:9,
  12,15,19
  45:16 52:21
section
  40:5,12,19
see
  12:24,25
  13:10 16:14
  33:7 39:9,
  14,16,24,25
  40:2,5,7,20,
  21,25 41:2,3
  45:15 46:24
  47:3,10,17,
  18 49:16
  63:23
seeking
  18:24
sell
  46:6
selling
  31:11,12
sells
  20:20
send
  29:15,16,18,
  19,21 30:5,
  17 31:8,13
  32:21 33:5,
  8,9,14,15
  34:14,25
  35:18,21,23
  46:12 48:10
  53:14,17
  54:11 55:19,
  20 57:7,10
  59:7
sending
  33:16 34:7,
  9,12 60:17
sends
  37:2
September
  55:17
service
  22:11 31:7

Fuad Ateyeh
April 08, 2021

36:4
**services**
  20:6,23
  21:2,4,13,22
  22:8,13
  24:4,7,11,
  16,19,24
  25:21 26:5,
  12,13,18
  27:3,7 28:4,
  5,8 29:2
  36:7,12,16,
  20 38:20
  43:6,21
  64:22 66:17
**seven**
  40:11
**several**
  40:12
**Shatsky**
  8:10
**short**
  28:19 38:11
  66:24
**shorthand**
  23:9
**show**
  12:23 13:3
  38:15 39:7
**showing**
  12:21 13:11
  45:8 58:19
**sign**
  29:16,19,20
  31:8,15,16,
  17 32:13,25
  34:25 43:3
**significant**
  22:8
**signing**
  48:2
**similar**
  42:12 48:22,
  24
**sir**
  10:6 17:18
  18:6 40:8

48:9,12,15
  55:18 56:2,
  5,16,19,23
  58:15 61:24
**situation**
  55:23
**slightly**
  32:24
**slow**
  45:15 52:20
**sort**
  34:17
**speak**
  10:21
**speaking**
  14:13
**speaks**
  10:22
**Special**
  47:12
**specialty**
  21:18
**specific**
  30:7 31:11
  46:4 54:22
  61:16
**specifically**
  46:6 59:8
**speculation**
  32:6 34:19
**spoke**
  14:12 64:23
  65:21
**spoken**
  64:25 65:22
**sponsored**
  63:5
**Squire**
  15:12
**stamp**
  34:13,14,16
  47:15 48:14
**stamped**
  35:17,21
  45:20 50:7
**stamping**
  36:3

**start**
  10:25 17:19
  46:25 64:8
**starting**
  33:11
**state**
  19:25 41:16
  42:3 44:13
**stated**
  55:11 60:10
**statement**
  8:19
**States**
  12:12 16:17
  22:20,25
  25:22 26:5,
  12,19 27:3,7
  33:22 39:10,
  17 42:18
  50:16,21
  52:5,9 62:25
  63:6 66:7,
  11,17
**step**
  30:4 46:24
**stipulating**
  8:24
**stop**
  28:9 46:8
  61:20
**straight**
  29:13
**Street**
  8:13
**strike**
  20:15 25:14
  31:22 41:12,
  14,21
**subject**
  55:6 56:24
  57:5,19
**Subpoena**
  13:11,14,24
  14:4 15:15
  58:20,21,22
  59:2,4

**Substantive**
  59:17
**sued**
  18:13
**summarize**
  44:10
**Support**
  8:13,18
**sure**
  10:17 62:16
**sworn**
  7:6,17

---

**T**

---

**Tab**
  13:5,8 38:2,
  3 39:5,11
  45:4,5
  48:18,19
  52:11,12,14
  58:16,17
  63:11,15
**tabs**
  40:20
**take**
  11:19,25
  19:19 30:20
  33:2,3,5,7
  38:5 45:3
  51:22 60:25
  63:25 66:19
**taken**
  9:2,4 10:10
  17:16 19:14
  28:19 38:11
  63:19 66:24
**taking**
  11:5
**talked**
  46:10
**talking**
  14:10 58:9
**Team**
  63:23
**technician**
  8:12

Fuad Ateyeh
April 08, 2021

tell
  22:5 42:25
  49:16 50:2
tells
  38:24
ten
  42:3 51:3
  62:15
tenant
  18:5
tenants
  17:25
testified
  7:18 17:15
  19:3
testifying
  14:3
testimony
  14:20
Thank
  9:9 10:4
  19:20 28:22
  31:4 38:14
  46:12 57:22
  58:15
thing
  29:15 41:9
think
  17:21 19:6,
  19 34:22
  38:6 50:4
  51:3,5,6
  66:20
three
  46:22 52:14,
  19 62:11
Thursday
  8:8
time
  8:9,17 10:22
  11:21 25:24
  28:18,21
  32:16 38:10,
  13 64:23
  65:21 66:23
time-period
  29:25 30:16

51:22 61:14
  63:3
timeframe
  30:19,21
  51:20
timestamped
  39:25
titled
  49:7
today
  8:8 10:5,9,
  17 11:19
  12:4,8 13:13
  14:3,7,15,20
  15:3,5 51:11
today's
  9:2
top
  39:9 47:2
transcribed
  11:8
transcribing
  10:16
translate
  7:7
translated
  13:18 52:19
  57:5 58:10
translating
  13:16
translation
  30:11 45:10,
  12,17 48:23
  49:3 52:22,
  23,25 57:3,
  6,24 58:9
translator
  30:11 45:18
  49:4 58:10
trusted
  41:10
try
  11:2,10
  21:12
trying
  14:17 48:17
  63:18

turn
  11:2
TV
  64:14
Twice
  10:13
two
  17:17 19:7
  31:9 45:23
  46:24 50:7,
  10 53:6 64:9
type
  17:22 18:10
types
  21:10,17,21
  31:9
typically
  12:19 35:22


_____

U

U.S.
  8:12,18
UN
  63:8 66:4,11
understand
  9:4 11:9
  13:19 20:10
  25:11 26:20,
  22 27:24
  30:18 32:14,
  19 33:11
  35:15 37:12
  38:22 39:2
understanding
  14:2 27:21
  28:2 29:8
  32:15 35:4
  36:2,14 54:6
understands
  28:7
understood
  11:12,17
  33:24
United
  12:12 16:17
  22:20,25

23:25 25:22
  26:5,12,19
  27:3,7 33:22
  39:10,17
  42:18 50:16,
  21 52:4,9
  62:24 63:6,
  21 64:14
  66:7,10,17
UTC
  8:9 28:18,21
  38:10,13
  66:23

_____

V

valid
  35:2,3,5,16
various
  40:21 60:6
verbally
  11:6
version
  57:16
versus
  8:11
video
  8:12
video-
recorded
  8:7
videoconferen
ce
  9:3 10:19
VIDEOGRAPHER
  8:2 28:13,
  17,20 38:9,
  12 66:22,25
view
  47:8
VINCENT
  13:7

_____

W

Wainaina
  8:11

Fuad Ateyeh
April 08, 2021

**wait**
  10:22,24
  11:2
**walk**
  48:25
**want**
  12:15 15:25
  22:10 28:13
  37:10 42:11
  59:16,18
**wanted**
  18:23
**Washington**
  27:16 28:3
  30:17 31:14
  32:2,18
  33:4,24
  34:3,8,11
  35:21 36:5,
  8,11,15,19,
  23 37:5,16
  42:14,15
**way**
  39:23 53:18
  58:10
**web**
  39:20
**website**
  38:18,25
  39:2,3,8,9
  40:16,19
  42:9
**weeks**
  50:8,10
**well-known**
  41:9
**went**
  64:22
**Whomever**
  21:16
**Wick**
  8:21 9:9
  10:3,7 13:5
  16:7,10,18
  19:18 22:23
  24:21 25:25
  26:15 28:9,

  15,22 30:2,
  14 33:23
  34:6,20
  38:2,8,14
  39:13,21
  40:10 41:13,
  16,22 44:12
  45:3,7,14
  46:8 47:9
  48:18 49:18
  52:11,17
  53:12 55:13
  56:11 57:2,
  15 58:16
  59:13 60:25
  62:15,21
  63:11,18
  65:18 66:19
**wife**
  14:24,25
**witness**
  7:16 16:6
  28:7 34:3,
  20,23 35:10
**Witness's**
  30:2
**word**
  30:12 50:24
  57:25 58:13
**work**
  21:8 61:25
  62:6
**working**
  30:2
**works**
  23:15,18,22,
  25 48:5 66:9
**wrap**
  62:17

---

Y

---

**year**
  22:4 30:24
  50:20 51:8
  65:3

**years**
  12:17 42:3
  61:22,23
  64:20
**yesterday**
  52:16
**York**
  8:13,14 9:5
  63:9 66:4

---

Z

---

**zoom**
  39:13,14
  63:13