# EXHIBIT Q

← Tweet



**State of Palestine** ✓
@Palestine_UN

As we commemorate the #InternationalDayofSport, we are reminded of the resilience of the #Palestinian people as they endure all odds to pursue their love of the "game". Watch trailer for @GazaSurfClub: youtu.be/FdHF9AOZeGw via @YouTube #OnlyTogether #SportDay @UN #Gaza



11:20 AM · Apr 6, 2021 from Arlington, VA · Twitter for iPhone

15 Retweets    1 Quote Tweet    67 Likes