UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MIRIAM FULD et al.,

        Plaintiffs,

   v.

PALESTINE LIBERATION ORGANIZATION et al.,

        Defendants.

------------------------------------------------------------x

20 Civ. 3374 (JMF)

### United States of America's Notice of Intervention to Defend the Constitutionality of the Promoting Security and Justice for Victims of Terrorism Act of 2019

    Pursuant to Federal Rules of Civil Procedure 5.1(c) and 24(a)(1), 28 U.S.C. § 2403, and this Court's certification of a constitutional question entered on May 7, 2021 [ECF No. 36], the United States hereby intervenes in the above-captioned case for the limited purpose of defending the constitutionality of the Promoting Security and Justice for Victims of Terrorism Act of 2019, 18 U.S.C. § 2334(e).

Dated:    New York, New York
           July 23, 2021

                              Respectfully submitted,

                              AUDREY STRAUSS
                              United States Attorney

                        By:  *s/ Benjamin H. Torrance*
                              BENJAMIN H. TORRANCE
                              Assistant United States Attorney
                              86 Chambers Street, 3rd Floor
                              New York, New York  10007
                              Telephone:  (212) 637-2703
                              E-mail:  benjamin.torrance@usdoj.gov