**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MIRIAM FULD et al.,

                              Plaintiffs,

            -against-                                    20 **CIVIL** 3374 (JMF)

                                                        <u>**JUDGMENT**</u>

THE PALESTINE LIBERATION ORGANIZATION
et al.,

                              Defendants.
------------------------------------------------------------X

            It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated January 6, 2022, and as in *Waldman I*, the killing of

Ari Fuld was "unquestionably horrific" and Plaintiffs' efforts to seek justice on his and their own

behalf are morally compelling. 835 F.3d at 344. "But," as the Second Circuit emphasized in its

decision, "the federal courts cannot exercise jurisdiction in a civil case beyond the limits prescribed

by the due process clause of the Constitution, no matter how horrendous the underlying attacks or

morally compelling the plaintiffs' claims." *Id.* at 344. The Court concludes that exercising

jurisdiction here would indeed go beyond the limits prescribed by the Due Process Clause.

Accordingly, the Court concludes that Defendants' motion to dismiss for lack of personal jurisdiction

must be and is GRANTED. As a result, the Court need not and does not reach Defendants' other

arguments for dismissal; accordingly, the case is closed.

**Dated:**  New York, New York

            January 7, 2022

                                                        **RUBY J. KRAJICK**
                                        _____
                                                        **Clerk of Court**

                              **BY:**   *K. Mango*
                                        _____
                                                        **Deputy Clerk**