# MANDATE

1:20-cv-03374-JMF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 17 2024

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of September, two thousand twenty-three.

Before:       Pierre N. Leval,
              Joseph F. Bianco,
                    *Circuit Judges,*
              John G. Koeltl,
                    *District Judge.*\*

_____

Miriam Fuld, individually, as personal representative and administrator of the Estate of Ari Yoel Fuld, deceased, and as natural guardian of Plaintiff Natan Shai Fuld,  Natan Shai Fuld, minor, by his next friend and guardian Miriam Fuld, Naomi Fuld, Tamar Gila Fuld, and Eliezer Yakir Fuld,

        *Plaintiffs - Appellants,*

United States of America,

        *Intervenor - Appellant,*

v.

The Palestine Liberation Organization and the Palestinian Authority (A/K/A "The Palestinian Interim Self-Government Authority," and/or "The Palestinian Council," and/or "The Palestinian National Authority"),

        *Defendants - Appellees.*

_____

**JUDGMENT**

Docket Nos. 22-76(L), 22-496(Con)

The appeals in the above captioned case from a judgment of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs.

_____

\*Judge John G. Koeltl, of the United States District Court for the Southern District of New York, sitting by designation.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the District Court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit