# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of October, two thousand twenty-five.

Before:   Pierre N. Leval,
          Joseph F. Bianco,
              *Circuit Judges*,
          John G. Koeltl,
              *District Judge*.[*]

_____

Miriam Fuld, individually, as personal representative and administrator of the Estate of Ari Yoel Fuld, deceased, and as natural guardian of Plaintiff Natan Shai Fuld, Natan Shai Fuld, minor, by his next friend and guardian Miriam Fuld, Naomi Fuld, Tamar Gila Fuld, and Eliezer Yakir Fuld,

        Plaintiffs - Appellants,

United States of America,

        Intervenor - Appellant,

v.

The Palestine Liberation Organization and the Palestinian Authority (A/K/A "The Palestinian Interim Self-Government Authority," and/or "The Palestinian Council," and/or "The Palestinian National Authority"),

        Defendants - Appellees.

_____

**ORDER**

Docket Nos. 22-76(L), 22-496(Con)

IT IS HEREBY ORDERED that the mandate is RECALLED and the appeal is REINSTATED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

---

[*] Judge John G. Koeltl, of the United States District Court for the Southern District of New York, sitting by designation.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/01/2025