IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRIAM FULD, individually, as personal representative and administrator of the Estate of Ari Yoel Fuld, deceased, and as natural guardian of plaintiff Natan Shai Fuld, NATAN SHAI FULD, minor, by his next friend and guardian Miriam Fuld, NAOMI FULD, TAMAR GILA FULD, and ELIEZER YAKIR FULD,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE PALESTINE LIBERATION ORGANIZATION and THE PALESTINIAN AUTHORITY (a/k/a "The Palestinian Interim Self-Government Authority," and/or "The Palestinian Council," and/or "The Palestinian National Authority"),<br><br>  Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 20-cv-03374-JMF |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Miriam Fuld, individually, as personal representative and administrator of the Estate of Ari Yoel Fuld, deceased, and as natural guardian of plaintiff Natan Shai Fuld, Natan Shai Fuld, minor, by his next friend and guardian Miriam Fuld, Naomi Fuld, Tamar Gila Fuld, and Eliezer Yakir Fuld and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, and without costs, against the defendants The Palestine Liberation Organization and The Palestinian Authority (a/k/a "The Palestinian Interim Self-Government Authority," and/or "The Palestinian Council," and/or "The Palestinian National Authority").

Dated: January 9, 2026

The briefing schedule set in the Court's December 1, 2025 Order, ECF No. 72, is still in effect for *Fuld II*, 25-CV-7604.

The Clerk of Court is directed to close *Fuld I*, 20-CV-3374, and to file this Order in both *Fuld I*, 20-CV-3374 and *Fuld II*, 25-CV-7604.

SO ORDERED.

[signature]

January 12, 2026

_[signature]_
*Signature of plaintiffs or plaintiff's counsel*

150 Broadway, Suite 701
*Address*

New York, New York 10038
*City, State & Zip Code*

(646) 657-9623
*Telephone Number*